UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plantiff,
vs.

CASE NO. 22-CR-20104-JEM

JOSEPH JOEL JOHN,

    Defendant.
_____/

## DEFENDANT'S WAIVER OF STATUTORY RIGHT TO SPEEDY TRIAL

I, JOSEPH JOEL JOHN, am the above-named defendant. I have been advised of my statutory right to a speedy trial under Title 18, United States Code, Sections 3161-3174. I understand my right to a speedy trial under the federal statutes, yet I waive that right as permitted by the statute and Southern District of Florida Local Rule 88.5. until May 6, 2024. I waive this right freely and voluntarily.

_____
JOSEPH JOEL JOHN

EXECUTED in Miami-Dade, Florida this 21 day of June, 2023

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on or before June 21, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM.ECF to: Andrea Goldbarg, AUSA, Federal Justice Building, 99 N.E. Fourth Street, Miami, Florida 33132-2111.

Page 1 of 2

*U.S.A. v. John*
*Case No. 22-CR-20104-JEM*
*Waiver of Speedy Trial*

Respectfully Submitted,

**The Kirlew Law Firm, PLLC**

2103 Coral Way | Suite 401
Miami, FL 33145
Email: brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq.
FL Bar No.: 0067218