IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-20104-CR-MARTINEZ/Becerra

UNITED STATES OF AMERICA

v.

JAMES SOLAGES,

    Defendant.

_____/

## WAIVER OF SPEEDY TRIAL

I, JAMES SOLAGES, have been advised of my right to speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date that is currently scheduled to commence on July 17, 2023.

I, JAMES SOLAGES, understand the period of continuance will be excluded from computations of time for the purpose of the Speedy Trial Act.

_____
Defendant

6/21/23
_____
Date

_____
Counsel for Defendant

6/21/23
_____
Date

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2023, the undersigned attorney electronically filed the foregoing document with the Clerk of the Court, United States Attorney's Office, and other counsel of record, if any, using CM/ECF and has served same via U.S. Mail to those counsel(s) or individuals, if any, who are not authorized to receive electronically Notice of Electronic Filing.

/S/ Jonathan S. Friedman
JONATHAN S. FRIEDMAN, ESQ.