UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

v.

FREDERICK JOSEPH BERGMANN, Jr.,
*et al*

Defendants.

Case No. 22-2014-CR-MARTINEZ/
BECERRA (s)(s)(s)

## DEFENDANT'S WAIVER OF SPEEDY TRIAL

I, Frederick Bergmann, Jr, a defendant in the instant case, have been advised of my right to a speedy trial under the Speedy Tial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial so that my attorney may have sufficient time to effectively prepare for trial and, therefore, agree to a continuance of the trial date through May 6, 2024.

Dated: June 21, 2023

_____
Defendant Frederick Bergman, Jr.

_____
Henry P. Bell, Counsel to Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 21st day of June 2023, a copy of the foregoing was filed electronically by using the CM/ECF system, and that notification of this filing is to be provided to all counsel of record who have registered to receive notices from the court under the CM/ECF system.

/s/ Henry P. Bell
Henry P. Bell
Fla. Bar No. 090689