UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-CR-20104-MARTINEZ

UNITED STATES OF AMERICA

v.

RODOLPHE JAAR,

    Defendant.

_____/

**ORDER GRANTING GOVERNMENT'S**
**MOTION TO CONTINUE RESTITUTION HEARING**

**THIS CAUSE** came before the Court upon the Government's Motion to Continue Restitution Hearing **[ECF No. 379]**. The Court has reviewed the issues at hand and is otherwise fully advised in the premises. It is hereby:

**ORDERED AND ADJUDGED** that a continuance is **GRANTED**.

The Restitution Hearing previously scheduled for August 21, 2023, on the above-named Defendant is CANCELLED, and it will be rescheduled to **Friday, November 17, 2023, at 11:30 a.m.**, at the United States Courthouse, Courtroom 10-1, 400 North Miami Avenue, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this \_\_\_ day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
    U.S. Probation Office