UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

CHRISTIAN E. SANON,
LOUISE MARIE SANON,              Case No. 8:13-bk-06282-MGW

    Debtors.
_____/

UNITED STATES TRUSTEE,

    GUY G. GEBHARDT,              Adv. No. 8:ap-14-00702-MGW

    Plaintiff,
vs.

CHRISTIAN E. SANON,
LOUISE MARIE SANON,

    Defendants.
_____/

**<u>DEBTORS' CONSENT TO ENTRY OF FINAL JUDGMENT REVOKING DISCHARGE</u>**

    The Debtors/Defendants in the above styled case, Christian E. Sanon and Louse Marie Sanon, each consent to the entry of a final judgment revoking their discharge. The Debtors fully acknowledge that, if the Court enters a final judgment that revokes the previously entered discharge in their joint chapter 7 case pursuant to 11 U.S.C. § 727(d), Case No. 8:13-bk-06282-MGW, they each consent and agree to the following:

    1. The Court has personal jurisdiction over each of the Debtors, who each acknowledge receipt of a copy of the summons and complaint in this Adversary Proceeding;

1

2. Although the Debtors have not filed an Answer to the Complaint, the Debtors hereby forfeit their right to a bench trial on the Complaint, do not contest the United States Trustee's Complaint, and agree to the entry of a judgment revoking their discharge(s) under 11 U.S.C. § 727(d);

3. The Debtors will not be discharged from any debt that was or could have been listed or scheduled in this chapter 7 case;

4. Any discharge either of the Debtors may receive in a future bankruptcy case filed under 11 U.S.C. §§ 727, 1141, 1228(a), 1228(b) or 1328(b), will not discharge any debt that was or could have been listed or scheduled in this case;

5. The Debtors each agree to execute written waivers of discharge which may be filed in the chapter 7 case, and approved by the Bankruptcy Court;

6. The entry of a Final Judgment Revoking Discharge, pursuant to 11 U.S.C. § 727(d) does not otherwise affect the administration of the bankruptcy case, and in no way limits the authority of the chapter 7 trustee to collect and reduce to money the property of the estate; and

2

7. The Bankruptcy Court shall retain jurisdiction over this case for purposes of enforcing this Consent and the Final Judgment in this Adversary Proceeding.

Under penalty of perjury, in accordance with 28 U.S.C. § 1746, the undersigned Debtors certify that the foregoing is true and correct.

_____  _____
Christian F. Sanon          Louise Marie Sanon
3960 North 56th Street      3960 North 56th Street
Hollywood, FL  33620        Hollywood, FL  33620

Dated: 10/13/14             Dated: 10/13/14

_____
Christie D. Arkovich, Esq.
Counsel for Debtors
1520 W. Cleveland St.
Tampa, FL  33606

Dated: 10/14/14