UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-CR-20104-MARTINEZ

UNITED STATES OF AMERICA,

v.

CHRISTIAN E. SANON,

    Defendant.

_____/

### ORDER GRANTING GOVERNMENT'S MOTION FOR REVOCATION OF MAGISTRATE'S ORDER OF BOND

**THIS CAUSE** is before the Court on the Government's Motion for Revocation of Magistrate Judge's Order of Bond pursuant to 18 U.S.C. § 3145(a)(1), whereby the Government requests that this Court revoke the Magistrate Judge's order of bond and order the Defendant to be detained pending trial. Being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Based on this Court's review of the Bond Hearing held on September 12, 2023, the Magistrate Judge's Order of Bond is hereby revoked, and the Defendant is ordered detained pending trial as no condition or combination of conditions of release will reasonably assure the appearance of the Defendant as required or the safety of any other person and the community.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 27 day of September, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE