IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cr-20104-JEM-6

UNITED STATES OF AMERICA,

V.

JOSEPH JOEL JOHN,

        Defendant.

_____/

**NOTICE OF APPEARANCE**

      COMES NOW, undersigned attorney, MARTIN L. ROTH, ESQ., and hereby enter his permanent appearance as attorney of record on behalf of the Defendant, JOSEPH JOEL JOHN, in the above-styled cause. This appearance is intended for trial purposes only.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing has been furnished to all interested parties of record via the CM/ECF Portal on this 23rd day of October 2023.

                                      Respectfully Submitted,

                                      MARTIN L. ROTH, P.A.
                                      Counsel for Defendant
                                      1700 East Las Olas Blvd. Ste. 307
                                      Fort Lauderdale, FL  33301
                                      Telephone: (954) 745-7697
                                      mlrpa@msn.com

                                      */s/ Martin L. Roth*
                                      Martin L. Roth
                                      Florida Bar No.: 265004