**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 22-CR-20104-MARTINEZ/BECERRA(s)(s)(s)(s)**

**UNITED STATES OF AMERICA**

**vs.**

**MARIO ANTONIO PALACIOS PALACIOS,**

　　**Defendant.**

_____/

**Government's Exhibit List**

| Presiding Judge:<br><br>The Honorable Jacqueline Becerra | AUSAs and Trial Attorney:<br><br>Andrea Goldbarg<br>Monica K. Castro<br>Frank Russo<br>Jessica Fender<br>Emma Ellenrieder | Defense Counsel:<br><br>Joaquin Mendez<br>Alfredo Izaguirre |
|---|---|---|

| GX No. | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 1A | 10/24/23 | SA Luna | Video of October 7, 2021 Interview: Session 00000 |
| 1A1 | 10/24/23 | SA Luna | Excerpt of Exhibit 1A |
| 1A2 | 10/24/23 | SA Luna | Excerpt of Exhibit 1A |
| 1A3 | 10/24/23 | SA Luna | Excerpt of Exhibit 1A |
| 1B | 10/24/23 | SA Luna | Video of October 7, 2021 Interview: Session 00001 |
| 1B1 | 10/24/23 | SA Luna | Excerpt of Exhibit 1B |
| 1C | 10/24/23 | SA Luna | Video of October 7, 2021 Interview: Session 00002 |
| 1C1 | 10/24/23 | SA Luna | Excerpt of Exhibit 1C |
| 1C2 | 10/24/23 | SA Luna | Excerpt of Exhibit 1C |
| 1D | 10/24/23 | SA Luna | Video of October 7, 2021 Interview: Session 00003 |
| 1D1 | 10/24/23 | SA Luna | Excerpt of Exhibit 1D |
| 1D2 | 10/24/23 | SA Luna | Excerpt of Exhibit 1D |
| 1D3 | 10/24/23 | SA Luna | Excerpt of Exhibit 1D |
| 1E | 10/24/23 | SA Luna | Video of October 7, 2021 Interview: Session 00004 |
| 1E1 | 10/24/23 | SA Luna | Excerpt of Exhibit 1E |
| 1F | 10/24/23 | SA Luna | Video of October 7, 2021 Interview: Session 00005 |
| 1F1 | 10/24/23 | SA Luna | Excerpt of Exhibit 1F |
| 1F2 | 10/24/23 | SA Luna | Excerpt of Exhibit 1F |

| Presiding Judge: The Honorable Jacqueline Becerra | AUSAs and Trial Attorney: Andrea Goldbarg, Monica K. Castro, Frank Russo, Jessica Fender, Emma Ellenrieder | Defense Counsel: Joaquin Mendez, Alfredo Izaguirre |
|---|---|---|

| GX No. | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|
| 1G | 10/24/23 | SA Luna | Video of October 7, 2021 Interview: Session 150018 |
| 1G2 | 10/24/23 | SA Luna | Excerpt of Exhibit 1G |
| 1G3 | 10/24/23 | SA Luna | Excerpt of Exhibit 1G |
| 2 | 10/24/23 | SA Luna | Transcript of October 7, 2021 Interview |
| 3A | 10/24/23 | SA Luna | Video of October 12, 2021 Interview: Session MAH00027 |
| 3A1 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A2 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A3 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A4 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A5 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A6 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A7 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A8 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A9 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A10 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A11 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A12 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3A13 | 10/24/23 | SA Luna | Excerpt of Exhibit 3A |
| 3B | 10/24/23 | SA Luna | Video of October 12, 2021 Interview: Session 10_12_21 |
| 3B1 | 10/24/23 | SA Luna | Excerpt of Exhibit 3B |
| 3B2 | 10/24/23 | SA Luna | Excerpt of Exhibit 3B |
| 4 | 10/24/23 | SA Luna | Transcript of October 12, 2021 Interview |
| 5 | 10/24/23 | SA Luna | October 7, 2021 Phone Consent |
| 6 | 10/24/23 | SA Luna | October 12, 2021 Miranda Waiver |
| 8 | 10/24/23 | SA Valdes | "Lucas Paseo" Chat |
| 9 | 10/24/23 | SA Valdes | Photo of Palacios Property: Hatchet, Cash, Jewelry |
| 10 | 10/24/23 | SA Valdes | Photo of Palacios Property: Hatchet and Jewelry |
| N3 | 10/24/23 | SA Valdes | "Chacal" Chat |
| 17 | 10/24/23 | SA Valdes | October 8, 2021 J. Valdes Email |