UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-20104-JEM

UNITED STATES OF AMERICA,

v.

JOSEPH JOEL JOHN,

    Defendants.
_____/

## OBJECTIONS TO THE PRE-SENTENCE INVESTIGATION REPORT

COMES NOW the undersigned counsel for Defendant, Joseph Joel John, and files these Objections to the Pre-Sentence Investigations Report and in support, would state as follows:

1. Mr. John objects to paragraph 98 of the Pre-Sentence Investigation Report, found on page 24. Specifically, Mr. John objects to the three-level enhancement as the victim of the charged offense was not a federal, state, or county official as contemplated in 18 USSG § 3A1.2(a). The guidelines do not contemplate this enhancement being applicable to government officials of foreign countries, as is the case here.

2. Mr. John objects to paragraph 99 of the Pre-Sentence Investigation Report, found on page 24. Specifically, Mr. John objects to the twelve-level enhancement attributed to the charged conduct pursuant to 18 USSG § 3A1.4(a) because the conduct does not satisfy the requirements of the Federal Crime of Terrorism as defined in 18 USC § 2332(b)(g)(5)

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on or before December 13, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via the transmission of the Notice of Electronic Filing generated by CM.ECF to: Andrea Goldbarg and Monica Castro, Assistant United States Attorneys, Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132-2111

Respectfully submitted,

**The Kirlew Law Firm, PLLC**
2103 Coral Way
Suite 401
Miami, FL 33145
Email: brian@kirlewlawfirm.com
Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq
FL Bar No.: 0067218