UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CR-20104-JEM

UNITED STATES OF AMERICA,

v.

JOSEPH JOEL JOHN,

     Defendants.

_____/

## NOTICE OF INTENT TO WITHDRAW OBJECTIONS TO THE PRE-SENTENCING INVESTIGATION REPORT

     COMES NOW the undersigned counsel for Defendant, Joseph Joel John, and files this notice informing the Court of his intention to withdraw his objections to the Pre-Sentencing Investigation Report [DE 501].

     **I HEREBY CERTIFY** that on or before December 14, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day via the transmission of the Notice of Electronic Filing generated by CM.ECF to: Andrea Goldbarg and Monica Castro, Assistant United States Attorneys, Federal Justice Building, 99 N.E. 4th Street, Miami, Florida 33132-2111

                        Respectfully submitted,

                        **The Kirlew Law Firm, PLLC**
                        2103 Coral Way
                        Suite 401
                        Miami, FL 33145
                        Email:  brian@kirlewlawfirm.com
                        Tel: 305.521.0484 | Fax: 305.330.5436

By:_____

Brian Kirlew, Esq
FL Bar No.: 0067218