UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-CR-20104-MARTINEZ

UNITED STATES OF AMERICA

v.

MARCO ANTONIO PALACIOS PALACIOS,

    Defendant.
_____/

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on CJA Voucher No. 113C.1599747 submitted as to Defendant MARCO ANTONIO PALACIOS PALACIOS. Accordingly, it is

**ORDERED AND ADJDUGED** that this matter is referred to Magistrate Judge Jacqueline Becerra to take all necessary and proper action as required by law and to submit a Report and Recommendation to this Court.

**DONE AND ORDERED** at Chambers in Miami, Florida, this 21 day of December, 2023.

                                                              JOSE E. MARTINEZ
                                                              UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Jacqueline Becerra
        Joaquin Mendez, P.A.