UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-CR-20104-MARTINEZ

UNITED STATES OF AMERICA

v.

RODOLPHE JAAR,
JOSEPH JOEL JOHN,
JOSEPH VINCENT,
GERMAN ALEJANDRO RIVERA GARCIA,
MARIO ANTONIO PALACIOS PALACIOS, *and*
FREDERICK JOSEPH BERGMANN, JR.

      Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR COURT ORDER APPROVING AGREED-UPON RESTITUTION AND FOR THE ENTRY OF AMENDED JUDGEMENTS**

      THIS CAUSE came before the Court upon the parties' Joint Motion for Court Order Approving Agreed-Upon Restitution and for the Entry of Amended Judgments **[ECF No. 698]**. After reviewing the motion, it is hereby

      **ORDERED AND ADJUDGED** that the Joint Motion for Court Order Approving Agreed-Upon Restitution and for the Entry of Amended Judgments **[ECF No. 698]** is **GRANTED**. The Judgments in the above-captioned cases shall be amended to reflect restitution in amounts of $5,305,387.50 for Victim 1 and $865,396.84 for Victim 2, as they were identified in the Victims List.

      **DONE AND ORDERED** at Chambers in Miami, Florida, this 30 day of May, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record
        United States Probation Office