UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARCANGEL PRETEL ORTIZ,

        Defendant.
_____/

**NOTICE IN COMLIANCE WITH COURT'S ORDER (DE 819)**

Arcangel Pretel Ortiz, through undersigned counsel, submits this notice in compliance with the Court's September 13, 2024 Order that followed oral argument at a status conference on September 11, 2024.

Mr. Ortiz hereby gives notice that he intends to present a public authority defense. Based on a preliminary review of discovery and independent investigation, there is reason to believe significant evidence exists that supports a "public authority" defense theory.

Additionally, the defense has uncovered evidence that would support Mr. Ortiz's good-faith reliance on the advice of counsel. Mr. Ortiz hereby gives notice that he may assert an advice of counsel defense at trial.

        Respectfully submitted,

        HECTOR A. DOPICO
        INTERIM FEDERAL PUBLIC DEFENDER

BY:   *s/Bunmi Lomax*
        Adebunmi Lomax
        Assistant Federal Public Defender
        Special A Number: A5501975
        150 West Flagler Street
        Suite 1700
        Miami, Florida 33130-1556
        Tel: 305-530-7000
        bunmi_lomax@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        *s/ Bunmi Lomax*
        Bunmi Lomax