**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No: 22-cr-20104-JB

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO, WALTER
VEINTEMILLA, CHRISTIAN
SANON, and JAMES SOLAGES,

     Defendants.

_____/

**ORDER ON JOINT MOTION FOR AN**
**ORDER REGARDING RULE 15 DEPOSITION**

**THIS CAUSE** is before the Court on the Joint Motion for an Order Regarding Rule 15 Deposition (the "Motion") filed by the parties. ECF No. [893]. On October 28, 2024, the Court granted Defendant Walter Veintemilla's Motion to Take a Rule 15 Deposition, ECF No. [751], in which Antonio Intriago, James Solages, Christian Sanon, and Arcangel Pretel Ortiz joined. *See* ECF No. [890]. In the Motion, the parties now move for an order designating responsibility for the payment of certain expenses associated with the deposition, as well as other related matters. ECF No. [893]. Upon due consideration of the Motion, the pertinent portions of the record, and the relevant legal authorities, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

The United States of America shall:

1) Pay travel expenses for the prosecutors;

2) Pay for travel expenses and fees for the notary videographer;

3) Pay for travel expenses and fees for the interpreter;

4) Pay for the room where the deposition will occur;

5) Arrange for the production of the defendants in an approved space in the Southern District of Florida, with the transportation to be provided by the U.S. Marshals; and

6) Arrange for the videoconference set up in the Southern District of Florida for the defendants to participate in the Rule 15 Deposition of "J.C."

Defendants shall:

1) Pay for the travel expenses and lodging for defense counsel;

2) Defense will pay for the court reporter expenses to transcribe the deposition;

3) Defense will be for the travel expenses of "J.C." to the deposition location.

Finally, the Marshals shall be ordered to produce Defendants in the corresponding approved space in the Southern District of Florida for the duration of the Rule 15 deposition.

**DONE AND ORDERED** in Miami, Florida, on November 6th, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**