**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 22-cr-20104-JB**

UNITED STATES OF AMERICA,

v.

ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO, WALTER
VEINTEMILLA, CHRISTIAN
SANON, and JAMES SOLAGES,

    Defendants.
_____/

**ORDER GRANTING JOINT DEFENSE MOTION TO CONTINUE TRIAL**
**AND RE-SETTING OF CRIMINAL TRIAL DATE**

    **THIS CAUSE** came before the Court on the Joint Defense Motion to Continue the Trial (the "Motion"), ECF No. [844]. The Government filed a response to the Motion in ECF No. [858]. The Court held a hearing on the Motion on October 15, 2024 (the "Hearing"), where counsel presented arguments on the Motion. Upon consideration of the Motion, the relevant authorities, and the arguments of the Parties, and being otherwise fully advised, the Court **ORDERED AND ADJUDGED** that the Motion was **GRANTED IN PART AND DENIED IN PART**. Specifically, for the reasons stated in the Motion and articulated on the record at the Hearing, which are incorporated herein, the interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, September 30, 2024, to include the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

    The Court hereby sets this case for a **Criminal Jury Trial** at the Wilkie D. Ferguson, Jr. Courthouse, 400 N. Miami Avenue, Courtroom 11-4, Miami, Florida 33128, on **Tuesday, September 2, 2025**. A Calendar Call will be held at **10:00 a.m. on Tuesday, August 26, 2025,** at the same location. Additionally, the Court hereby establishes the following pretrial deadlines and procedures:

## I.   STATUS CONFERENCES

The Court shall continue to hold monthly status conferences in this case. At the hearing held on March 27, 2024 in this case, each Defendant waived his right to appear at the status conferences. The status conferences are hereby **SET** to take place on the following dates:

**Wednesday, December 11, 2024** at **3:00 p.m.**

**Wednesday, January 15, 2025 at 11:00 a.m.**

**Wednesday, February 12, 2025 at 11:00 a.m.**

**Wednesday, March 12, 2025 at 11:00 a.m.**

**Wednesday, April 16, 2025 at 11:00 a.m.**

**Wednesday, May 14, 2025 at 11:00 a.m.**

**Wednesday, June 11, 2025 at 11:00 a.m.**

**Wednesday, July 16, 2025 at 11:00 a.m.**

**Wednesday, August 13, 2025 at 11:00 a.m.**

## II.   PRETRIAL DEADLINES

| | |
|---|---|
| **15 days** from the date of this Order | Defendants shall file Speedy Trial Act waivers in light of this Order granting their Motion in part. |
| **4 months** before Trial | All dispositive motions shall be filed. |
| **3 months** before Trial | All translations shall be produced. |
| **3 months** before Trial | All proposed jury questionnaires shall be filed. |
| **3 months** before Trial | All exhibits shall be produced. |
| **3 months** before Trial | The Government shall turn over any and all Jencks Act and Giglio material to defense counsels. |
| **3 months** before Trial | All motions to sever shall be filed. |

**3 months** before Trial     All motions in limine shall be filed.

**DONE AND ORDERED** in Miami, Florida on November 12, 2024.

_____
**JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE**