UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-CR-20104-MARTINEZ

UNITED STATES OF AMERICA

v.

MARIO ANTONIO PALACIOS PALACIOS,

    Defendant.
_____/

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

**THIS CAUSE** is before the Court on CJA Voucher No. 113C.1602262 submitted as to Defendant MARIO ANTONIO PALACIOS PALACIOS. Accordingly, it is

**ORDERED AND ADJUDGED** that this matter is referred to Magistrate Judge Eduardo I. Sanchez to take all necessary and proper action as required by law and to submit a Report and Recommendation to this Court.

**DONE AND ORDERED** at Chambers in Miami, Florida, this __12__ day of November, 2024.

                                                           JOSE E. MARTINEZ
                                                           UNITED STATES DISTRICT JUDGE

cc:    United States Magistrate Judge Eduardo I. Sanchez
        Alfredo A. Izaguirre, P.A.