UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO,
WALTER VEINTEMILLA,
CHRISTIAN SANON, and
JAMES SOLAGES,

      Defendants.
_____/

## ORDER GRANTING AMENDED JOINT MOTION FOR ORDER REGARDING RULE 15 DEPOSITION

**THIS CAUSE** came before the Court upon the Amended Joint Motion of the United States and Defendants regarding the deposition that Defendants will conduct of witness "J.C." pursuant to Federal Rules of Criminal Procedure 15. ECF No. [926]. Upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Amended Joint Motion, ECF No. [926], is **GRANTED**. It is **FURTHER ORDERED** that the government shall cover all costs related to the Rule 15 deposition of witness "J.C."

**DONE AND ORDERED** in chambers at Miami, Florida, this 16th day of November 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE