UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA**

vs.

**ANTONIO INTRIAGO,**

     **Defendant.**
_____/

### BUREAU OF PRISONS' DECLARATIONS SUBMITTED IN RESPONSE TO DEFENDANT ANTONIO INTRIAGO'S RENEWED MOTION FOR RETURN OF <u>DISCOVERY DOCUMENTS OR ISSUANCE OF ORDER TO SHOW CAUSE</u>

  1. On December 10, 2024, defendant Antonio Intriago filed a motion for the Bureau of Prisons ("BOP") to return discovery documents that reportedly had been taken from him by BOP personnel. ECF No. 943.

  2. On December 17, 2024, the Court granted Intriago's motion for return of discovery documents, ordering BOP to return all Intriago's written discovery materials by December 20, 2024. ECF No. 946.

  3. On January 2, 2025, Intriago renewed his motion for return of discovery documents. ECF No. 951.

     [No further information on this page.]

1

4. In response to Intriago's motions (ECF Nos. 943 and 951) and to comply with the Court's order (ECF No. 946), BOP prepared declarations and exhibits, attached hereto as Exhibit A (Declaration of Correctional Officer Ashley Phillips); Exhibit B (Declaration of Lieutenant Jose A. Palermo); and Exhibit C (Inmate Personal Property Record).

Respectfully submitted,

By: MARKENZY LAPOINTE  
UNITED STATES ATTORNEY

/s/ *Andrea Goldbarg*  
/s/ *Monica K. Castro*  
Assistant United States Attorneys  
Court ID No. A5502556  
Court ID No. A5502776  
U.S. Attorney's Office  
Southern District of Florida  
99 N.E. 4th Street  
Miami, FL 33132-2111  
Telephone: (305) 961-9000  
Email: Andrea.Goldbarg@usdoj.gov  
Email: Monica.Castro@usdoj.gov

MATTHEW G. OLSEN  
ASSISTANT ATTORNEY GENERAL

/s/ *Frank V. Russo*  
/s/ *Andrew Briggs*  
Trial Attorneys  
Court ID No. A5502917  
Court ID No. A5503251  
National Security Division  
Department of Justice  
950 Pennsylvania Avenue  
Washington, DC 20530  
Telephone: (202) 307-2898  
Email: Frank.Russo2@usdoj.gov  
Email: Andrew.Briggs2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By:  */s/ Andrew Briggs*
      Andrew Briggs
      Trial Attorney