# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2022-20104-CR

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § § § |
| VS. | § CASE NO. 2022-20104-CR § § |
| ANTONIO INTRIAGO, | § § |
| Defendant. | § § § |

### DECLARATION OF LIEUTENANT JOSE A. PALERMO

I, Jose A. Palermo, do hereby declare the following statement is true and correct to the best of my knowledge and belief.

1. I am currently employed by the United States Government, Federal Bureau of Prisons ("BOP") as a Lieutenant at the Federal Detention Center at Miami, Florida ("FDC Miami"). On December 5, 2024, I was responsible for overseeing the management and operations of the Special Housing Unit (SHU).

2. On December 5, 2024, I was present when Mr. Antonio Intriago (44334-510) was in the process of checking out of the SHU to be escorted to the Reception and Discharge unit.

3. Specifically, I remember Mr. Intriago had in his possession a stack of five (5) manila envelopes full of legal paperwork. The stack looked around seven (7) inches in length.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this on this 14th of January 2025.

LT J. PALERMO

1