# EXHIBIT C

BP-A0383
AUG 11

**INMATE PERSONAL PROPERTY RECORD** CDFRM

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

Institution: MTM    1. Name: Tutoriga, Arkaia

2. Register No: 11331-510    3. Unit: R&D    4. Date & Time of Inventory: 12/5/21   8:44 AM

5. Purpose of Inventory (Check one that applies): Date and Time of Action: 2/5/21  8:44 M
   - a. ___ Admission
   - b. ___ Hospital
   - c. ___ Writ
   - d. ✓ Transfer
   - e. ___ Detention
   - f. ___ Release
   - g. ___ Incoming Package
   - h. ___ Other (specify) ___

6. Disposition (Disp.)
   - D-Donated   M-Mail   S-Storage
   - K-Keep in Possession
   - C-Contraband (Attach BP-S102)

7. Type of Property:

a. Personally Owned Items: Address Book, Batteries, Belt, Billfold, Books Reading (hard/soft), Books Religious (hard/soft), Boots, Brassiere, Cap/Hat, Coat, Comb, Combination Lock, Dress, Eyeglass Case, Eyeglasses (✓), Gloves, Hairbrush/Pick, Handkerchief, Headphones, Laundry Jacket, Laundry Detergent, Legal Materials (✓), Letters, Magazines, Mirror, Nail Clippers, Pen/Ballpoint, Pencils, Personal Papers, Photo Album, Photo, Plastic Bowl, Plastic spoon/cup, Playing Cards, Purse, Radio (w/earplug), Religious Medal, Shirt/Blouse, Shoes, Shoes shower, Shoes Slippers, Shorts, Skirt, Slip, Socks, Socks Athletic, Stamps, Stockings, Sunglasses, Sweat pants, T-Shirt, Sweat Shirt, Thermal Bottoms, Thermal Top, Underwear, Watch/Watchband

b. Hygiene, etc.: Aspirin, Body Soap, Cotton Swabs, Deodorant, Dental Floss, Dentures Powder, Hair Oil, Petroleum Jelly, Menthol Rub, Razor, Shampoo, Shaving Lotion, Skin Lotion, Soap Dish, Toothbrush, Toothbrush Holder, Toothpaste, Tweezers

c. Hobby craft

d. Food: Beans, Cakes, Candy, Chips, Coffeemate, Cold drink mix/soda, Cough Drops, Fish Packs, Fruit, Honey Hi-protein, Instant Coffee/Instant Chocolate, Mayonnaise, Oatmeal, Pepperoni, Noodles, Rice, Sausage, Spices, Tea, Vitamins

e. Miscellaneous (List any damaged property and from where it was received; e.g. U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
   - Description of Property      Value Alleged by Inmate
   - ✓ No individual item over $100.00

9. Article(s) listed as "Mail" (M) are to be forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify it's accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate, by signing below, certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____ Date: 12/5/21 Time: 8:40

I have today reviewed the property returned to me. ✓

Signature of Inmate _____ Register #: 41331-510   Date: 12/5/21   Time: 8:50 AM

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve the discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under COMMENTS.

COMMENTS:

Printed Name/Signature of Receiving Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. _____

Signature of Inmate _____ Register # _____ Date _____ Time _____

Original: Central File; Copy: Inmate, R&D, Special Housing

Prescribed by P5510      Replace of BP-S383 of AUG 94