UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

v.

ARCANGEL PRETEL ORTIZ,
ANTONIO INTRIAGO,
WALTER VEINTEMILLA,
CHRISTIAN SANON, and
JAMES SOLAGES,

    Defendants.
_____/

## ORDER ON MOTION TO DISMISS THE INDICTMENT

**THIS CAUSE** comes before the Court on the Defendant Antonio Intriago, Motion to Dismiss the Indictment, ECF No. [1203], (the "Motion"). Defendant Walter Veintemilla filed a Motion to Adopt/Join the Motion, ECF No. [1207] which the Court granted, ECF No. [1325]. The United States of America (the "Government") responded to the Motion, (the "Response"), ECF No. [1229], to which Defendants replied, ECF No. [1255]. In the Motion, Defendants Intriago and Veintemilla argue that continued prosecution violates the Sixth and Fifth Amendment of the United States Constitution on the basis that Defendants have not been able to depose certain key witnesses, notwithstanding the Court's order granting certain depositions under Rule 15 of the Federal Rules of Criminal Procedure. *See* ECF No. [1203] at 2; *see also* ECF No. [1183]. The Court heard argument on the Motion at the November 16, 2025 hearing, and again at the Status Conference held on December 15, 2025. ("Hearing"). *See* ECF Nos. [1175], [1265], and [1291].

For the reasons stated on the record during the Hearing, the Motion was **DENIED**, and the Court's Order Regarding the Government's Failure to Comply with the Court's Order Setting Depositions, ECF No. [1183], is **DISCHARGED**.

**DONE AND ORDERED** in Miami, Florida, this 26th day of January, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**