UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 22-cr-20104-JB

UNITED STATES OF AMERICA,

v.

ANTONIO INTRIAGO,
*et al.*,

      Defendants.

_____/

**ORDER ON THE UNITED STATES'
EXPEDITED MOTION FOR DEPOSITION PURSUANT TO RULE 15**

**THIS CAUSE** comes before the Court upon the United States' (the "Government's") Expedited Motion for Deposition Pursuant to Rule 15, ECF No. [1382], (the "Motion"). In the Motion, the Government seeks a Rule 15 deposition of former Haitian Judge Jean Roger Noelcius, a Canadian resident who is now unable to travel to the United States for the trial. ECF No. [1382] at 1. On February 3, 2026, this Court entered an Order Setting a Briefing Schedule requiring Defendants to Respond by no later than Monday, February 9, 2026. ECF No. [1390]. Defendants filed their Response on February 5, 2026, indicating that they do not object to the Motion, but argue that the testimony should be excluded because it is both improper expert testimony and irrelevant. *See* ECF No. [1398] at 2–3.

      The Court considered the Motion at the hearing held in this matter on Monday, February 9, 2026, (the "Hearing"). Upon due consideration of the Motion, the Response, the Reply, the pertinent portions of the record, and for the reasons stated

1

on the record during the Hearing, it is hereby **ORDERED AND ADJUDGED,** that the Motion, ECF No. [1382], is **GRANTED**.

Defendants may raise their objections at the deposition, and the Court will rule on any objections before the deposition is presented to the jury.

**DONE AND ORDERED** in Miami, Florida, this 10th day of February, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**