UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CR-20104-BECERRA(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

vs.

ARCANGEL PRETEL ORTIZ, et al.,

        **Defendants.**
_____/

### UNITED STATES' NOTICE OF CLASSIFIED FILINGS

The United States, by and through the undersigned attorneys, hereby provides notice that on February 10 and February 18, 2026, the United States made classified filings concerning Section 4 of the Classified Information Procedures Act with the Classified Information Security Officer.

Respectfully submitted,

| | |
|---|---|
| JASON REDING QUIÑONES | JOHN A. EISENBERG |
| United States Attorney | Assistant Attorney General for the National Security Division |

By:    /s Sean T. McLaughlin
       Sean T. McLaughlin
       Assistant United States Attorney
       Court ID No. A5501121
       11200 NW 20th Street, Suite 101
       Miami, FL 33172
       (305) 715-7642/7654
       Sean.McLaughlin@usdoj.gov

       /s Andrew Briggs
       Andrew Briggs
       Trial Attorney
       Court ID No. A5503251
       National Security Division – Department of Justice
       950 Pennsylvania Avenue
       Washington, DC 20530
       (202) 514-7739
       Andrew.Briggs2@usdoj.gov

       /s Jason Wu
       Jason Wu
       Assistant United States Attorney
       Court ID No. A5502299
       99 NE 4th Street
       Miami, FL 33132
       (305) 961-9226

Jason.Wu@usdoj.gov

<u>/s *Altanese Phenelus*</u>
Altanese Phenelus
Assistant United States Attorney
FL Bar No. 112693
99 N.E. 4th Street
Miami, FL 33132
(305) 961-9375
Altanese.Phenelus@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

By: */s/ Andrew Briggs*
Andrew Briggs
Trial Attorney