UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-20104-MARTINEZ/BECERRA(s)(s)(s)(s)(s)

**UNITED STATES OF AMERICA,**

v.

**ARCANGEL PRETEL ORTIZ,** *et al.,*

    **Defendants.**
_____/

## UNITED STATES OF AMERICA'S NOTICE OF REASSIGNMENT

    The undersigned Assistant United States Attorney, Mitchell Evan Hyman, hereby appears as counsel for the United States of America regarding any forfeiture matters in the above-styled case. The prior forfeiture counsel for the United States, Assistant United States Attorney Joshua Paster, is no longer counsel of record for the United States in this case.

                            Respectfully submitted,

                            **JASON A. REDING QUIÑONES**
                            **UNITED STATES ATTORNEY**

By:    *s/ Mitchell E. Hyman*
          Mitchell Evan Hyman
          Assistant United States Attorney
          Florida Bar No. 125405
          United States Attorney's Office
          99 N.E. 4th Street, 7th Floor
          Miami, Florida 33132-2111
          Telephone: (305) 961-9283
          E-mail: Mitchell.Hyman@usdoj.gov