UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                          CASE NO.22-CR-20104

v.

ANTONIO INTRIAGO, et al

      Defendant.

_____/

### JOINT NOTICE OF FILING TRANSCRIPT OF WITNESS EDWIN BLANQUICET

COME NOW, Plaintiff, UNITED STATES OF AMERICA and Defendant, ANTONIO INTRIAGO, pursuant to the Court's Order [DE 1376] and hereby files the Transcript of Witness Edwin Blanquicet which is attached hereto as Exhibit A.

### CERTIFICATE OF SERVICE

I HEREBY certify that on April 27, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which sent e-mail notification of such filing to all CM/EFC participants in this case.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd. Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Fax: (305) 441-9218
Email: courtmail@lawperez.com

By: ___/s/ Emmanuel Perez_____ _____
      Emmanuel Perez, Esquire
      F.B.N. 586552