UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-20104-CR-BECERRA

UNITED STATES OF AMERICA

v.

ARCANGEL PRETEL ORTIZ, et al.,

Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO EXEMPT PARTIES FROM MANDATORY ELECTRONIC FILING OF TRIAL EXHIBITS

THIS CAUSE came before the Court upon the Parties' Joint Motion to Exempt the Parties from Mandatory Electronic Filing of Trial Exhibits, ECF No. 1696.   After consideration of the motion, including Local Rule 5.3, it is:

ORDERED AND ADJUDGED that the Parties' Joint Motion to Exempt the Parties from Mandatory Electronic Filing of Trial Exhibits, ECF No. 1696 in this cause is GRANTED.   Given the voluminous amounts of sensitive, personal and financial identifying information contained within the Parties' trial exhibits, the Parties shall directly deliver their respective trial exhibits to the Clerk of the Court consistent with procedures set forth in Local Rule 5.3(b)(3).

DONE AND ORDERED in chambers at Miami, Florida, this 13th day of May, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Cc: All Counsel of Record

1