UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA, Miami, Florida

Plaintiff, March 9, 2026
Day 1 - AFTERNOON SESSION
vs. 1:12 p.m. to 7:04 p.m.

ARCANGEL PRETEL ORTIZ, et al., Pages 1 to 226

Defendants.

---

JURY TRIAL
BEFORE THE HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR MR. MCLAUGHLIN: SEAN THOMAS MCLAUGHLIN, ESQ.
DOJ - UNITED STATES ATTORNEY'S OFFICE
11200 NW 20th Street, Suite 101
Miami, Florida 33132
-and-
ANDREW BRIGGS, ESQ.
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue Northwest
Washington, DC 20530
-and-
JASON WU, ESQ.
ALTANESE PHENELUS, ESQ.
UNITED STATES ATTORNEY'S OFFICE
99 Northeast 4th Street
Miami, Florida 33132

FOR DEFENDANT ORTIZ: ORLANDO DO CAMPO, ESQ.
DANIELA JARAMILLO, ESQ.
DO CAMPO & THORNTON, P.A.
150 SE 2nd Avenue, Suite 602
Miami, Florida 33131
-and-

FOR DEFENDANT ORTIZ: DAVID A. HOWARD, ESQ.
DAVID A. HOWARD, P.A.
25 SE Second Avenue, Suite 1100
Miami, Florida 33131

FOR DEFENDANT INTRIAGO:
EMMANUEL PEREZ, ESQ.
EMMANUEL PEREZ & ASSOCIATES, P.A.
901 Ponce de Leon Boulevard
Suite 101
Coral Gables, Florida 33134
-and-
HECTOR L. FLORES, ESQ.
BARZEE FLORES, P.A.
Courthouse Center, Penthouse 1
40 Northwest Third Street
Miami, Florida 33128

FOR DEFENDANT VEINTEMILLA:
TAMA BETH KUDMAN, ESQ.
KUDMAN TRACHTEN ALOE POSNER, LLP
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
-and-
MARISSEL DESCALZO, ESQ.
DESCALZO LAW, P.A.
150 SE Second Avenue, Suite 600
Miami, Florida 33131

FOR DEFENDANT SOLAGES: JONATHAN S. FRIEDMAN, ESQ.
JONATHAN S. FRIEDMAN, P.A.
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, Florida 33301
-and-
S. PATRICK DRAY, ESQ.
S. PATRICK DRAY, P.A.
1900 Biscayne Blvd., Suite 459
North Miami, Florida 33181

STENOGRAPHICALLY REPORTED BY:

PATRICIA DIAZ, FCRR, RPR, FPR
Official Court Reporter
United States District Court
400 North Miami Avenue, 11th Floor
Miami, Florida 33128
(305) 523-5178

I N D E X


VOIR DIRE EXAMINATION (continued) 4
JURY SELECTION 176
JURORS AND ALTERNATES IMPANELED AND SWORN 187

(Call to the Order of the Court.)

COURT SECURITY OFFICER: All rise for the jury.

THE COURT: All right. Thank you very much.

Please be seated. Maybe I shouldn't have encouraged so many people to explore downtown Miami.

I heard there was a backlog at the marshals downstairs to get you into the magnetometers but everyone got here on time and we very much appreciate it.

Let's continue with Juror Number 17, Mr. Salgado.

Let's get you a microphone.

PROSPECTIVE JUROR: Good afternoon, all, my name is Alfonso Salgado. 64 years old. Born in Bogota, Colombia. I live in Hialeah. High school education. My current employment is Miami-Dade Corrections Department, food service department. No legal training on the family side or my side. Single, no children. I basically listen to a lot of Spotify, WDNA radio for the jazz, like to read history books.

Every once in a while I will go on a long walk to get away from it all. I served in the military, three years in the Marine Corps, three years in the Army.

Yes, I did jury duty almost 20 years ago in the early 2000s. I had federal. Then I had, I think it was criminal, also. No one that I know. I don't know anybody in law enforcement, no family members in law enforcement. No one has ever been arrested or I don't know of anyone that's been

arrested. No medical issues. I am diabetic, but I take my medication early in the morning. It won't affect my -- anything because I can do the job at work, too, so it's no problem.

As far as religions, love everybody the same as you would love to be loved, and that's it, pretty much.

No, there is nothing that would affect me in the case, any judgment calls or anything like that.

THE COURT: You mentioned that -- did you say that you were Colombian?

PROSPECTIVE JUROR: By nationality, yes. But I am a US citizen now.

THE COURT: But when I asked the question, if anybody had ever been to Colombia, when was the last time you went to Colombia?

PROSPECTIVE JUROR: Never been here.

Family came here, everybody came.

THE COURT: Okay.

PROSPECTIVE JUROR: We are a small family, so --

THE COURT: Were you born here or in born in Colombia?

PROSPECTIVE JUROR: I was born there but I was basically raised. Came here at four years of age.

THE COURT: Got it.

So you have no family left in Colombia?

PROSPECTIVE JUROR: No. I have one thing on

April 13th, I have an appointment with social security to start my Medicare process.

THE COURT: But that's one of the days that we won't be sitting.

I am pretty sure April 3rd is -- that's a Friday and we won't have court that day.

PROSPECTIVE JUROR: All right, ma'am.

THE COURT: Is there anything else that you think would impact your ability to be fair in this case?

PROSPECTIVE JUROR: No.

THE COURT: Okay. Thank you very much.

Mr. Sousa.

PROSPECTIVE JUROR: Good afternoon -- jeez. My name is Julio Sousa. I'm 36. I was born in Hialeah. I currently reside in Miami Lakes. My highest education level would be high school. I'm currently employed as an officer for the Department of Corrections for the last nine years.

Before that I was in private security. I do not have any close family members or friends that have legal training. My partner went to college for computer science and is currently not working. I do not have any children, thank God. My three main sources of news I would say are either HasanAbi, LBC, and Al Jazeera.

For hobbies, I would include reading, writing, studying history and movies, streaming. I don't have any family members

in the military. Some of my coworkers are in the national guard. I have never served on a jury before. No family members in law enforcement but, again, just my coworkers, no friends or family members that have worked for the federal government, no friends or family members that have been arrested, accused or convicted of a felony so far as I know. I don't have any medical issues that I am aware of. I don't hold any religious or moral beliefs that would preclude me. And as far as I am aware, I don't have any other issues that would keep me from serving on this jury.

THE COURT: All right.

You mentioned when I asked the group the question of the length of the trial posing a hardship and you raised your hand for that.

PROSPECTIVE JUROR: Specifically because my mother recently went through surgery and she still has about three weeks of recovery left.

Currently I have a neighbor who is watching over her but he is more decrepit than she is, so I can't rely on him to continuously watch over here.

THE COURT: How do you take care of her when you are at work?

PROSPECTIVE JUROR: I work the night shift so usually when I am at work she is already asleep and then when I get home I take care of her while she is awake.

THE COURT: Does anybody else live in the home with you.

PROSPECTIVE JUROR: No, just the two of us.

THE COURT: How long have you been doing night shift at Corrections?

PROSPECTIVE JUROR: My entire time that I have worked at DOC.

THE COURT: Now, you mentioned also that in evaluating the testimony of law enforcement you would, I don't know if you would give them more credibility or less credibility.

You raised your hand when I asked whether or not you would treat them the same. Can you explain your answer to me on that?

PROSPECTIVE JUROR: Obviously, I have had experience. I am technically under law enforcement working for DOC and I do have coworkers that have gone on to either federal or standard law enforcement so, I do have some relations with law enforcement, not strong relations but I wanted to just get it out there, not hide behind it.

THE COURT: So you said that your relationships between law enforcement aren't strong, so if a law enforcement officer testified, as we know we will have agents of the FBI and HSI testifying, would you give their testimony more weight because they are in law enforcement?

PROSPECTIVE JUROR: No, I don't think so at least. I

have heard enough horror stories from my compatriots at work to know not to take everything 100 percent.

THE COURT: So you would treat them as you would treat any other witness?

PROSPECTIVE JUROR: Yes, ma'am.

THE COURT: You also mentioned you had been in private security?

PROSPECTIVE JUROR: Yes, ma'am. Just before DOC, I worked with a private security company, Capital Security Services.

THE COURT: What did you do with them?

PROSPECTIVE JUROR: I was a security guard, private security, some bodyguard work. That was for four years before DOC.

THE COURT: How long have you been at DOC?

PROSPECTIVE JUROR: Nine years now.

THE COURT: Okay.

How long is your mother expected to need for her recovery?

PROSPECTIVE JUROR: About 3 to 4 weeks.

THE COURT: Another 3 to 4 weeks?

How did you arrange it today with her?

PROSPECTIVE JUROR: No, I just -- I told -- the last two days I had off from work, so I asked one of my neighbors if he could watch over her now during the daytime since he is

retired, he doesn't work. He is 82 years old. My mother is 72, so he didn't have a problem with that.

THE COURT: Okay. Can I ask, what kind of help does she need?

PROSPECTIVE JUROR: She is not 100 percent bedridden but she does when need help getting out of bed and, like I said, the other gentleman, he is not able to help her with that. He is basically just keeping her company and he will call the ambulance in case of an emergency but, otherwise, you know, he is not healthy enough to actually help her with anything physical.

THE COURT: You don't have any nursing care, somebody who comes by once a day to get her up or help bathe her or anything like that?

PROSPECTIVE JUROR: No, no, ma'am. I take care of that.

THE COURT: Okay. Thank you very much, Mr. Sousa.

PROSPECTIVE JUROR: Thank you, ma'am.

THE COURT: Mr. Arritola.

PROSPECTIVE JUROR: My name is Eryan Arritola. I am 24 years old and I was born here in Miami. I live in West Kendall.

For elementary and high school I went to Doral and for college I graduated with a Bachelor's of business from FIU. My current employment I work as an inventory clerk at the

Miami-Dade Sheriff's Office.

Before that -- I have done that for the last year. Before that I worked as a warehouse associate for Amazon and I was also a Mathnasium tutor.

Friends or family, no legal training. I do not have a spouse or partner, no kids. I don't really watch the news or read newspapers or magazines, but I am on social media. What I like to do for fun, I like playing basketball, play video games and watching shows and movies.

No friends or family in the military. I've never served on a jury before. My brother does work as a deputy in the sheriff's office. My mom also works at the sheriff's office as a payroll specialist. She has done that for the last 18 years.

I've had two sisters, one of them recently got hired at the sheriff's office as a secretary and then my other sister, she did HR for the sheriff's office but has since moved on to be an HR manager at a prison in Pensacola.

None of my -- no family or friends for the federal government. No one that's been accused of a felony. I don't have any medical issues. I do hold religious or moral beliefs but they wouldn't preclude me from being fair to either side, and then as far as anything that would affect my ability to be fair to both sides, I feel as if I do have a bias for law enforcement but I don't think it would affect me to be unfair.

THE COURT: All right. So, you said you have a bias but you don't think you would be unfair, so let's talk about that a little bit.

PROSPECTIVE JUROR: Okay.

THE COURT: Because if you have a bias, you can't be fair.

So, first of all, tell me what you do at the sheriff's office.

PROSPECTIVE JUROR: I work in the finance section. I pay all the invoices that get sent to us.

THE COURT: How long have you been doing that?

PROSPECTIVE JUROR: For the last year.

THE COURT: What did you do before then?

PROSPECTIVE JUROR: I worked at Amazon at the warehouse.

THE COURT: That's right, you were at the warehouse.

How long were you at Amazon?

PROSPECTIVE JUROR: For two years.

THE COURT: So, in your job, and I know your mom and all your sisters either had have jobs or at one point had jobs at the sheriff's office. How often do you interact with any of the sheriffs?

PROSPECTIVE JUROR: As far as like the deputies, I personally don't but, for example, I work next to the off-duty section because they are also finance, so a lot of the officers

will come and talk to my coworkers so I see them interacting but I don't personally interact with them as much.

THE COURT: In this case, as in all cases, the judge would instruct you, obviously in this case it would be me, I would instruct you to put aside any information that you have, right, any experiences that you have and just decide the case on the facts and the law.

Do you think that you can do that?

PROSPECTIVE JUROR: Yes.

THE COURT: Now, we are going to have law enforcement officers testify. I don't think we are going to have anybody from the sheriff's office but there are folks from the FBI, federal agents will be testifying.

When you see an FBI agent walk in or an HSI agent walk in and you have to listen to their testimony, are you, from the get-go, going to credit them a little bit more than you would somebody who wasn't law enforcement or would you be able to look at their testimony in the same way you'd look at the testimony of someone who wasn't a law enforcement agent?

PROSPECTIVE JUROR: I feel like maybe subconsciously I'd give them a little more credit just because I work with them and all that stuff, but consciously, like I would feel as if I would do my best to make a conscious effort not to do that.

THE COURT: Well, it doesn't sound like you work with

them very much, which is why I am asking.

You've been there for a year and you don't necessarily interact with any of the deputies.

Do you think you could set that aside and, like I said, I understand agents come in. Everybody has an opinion on law enforcement agents and we are not asking any people who haven't given any thought to any adult issue. Right?

The question is whether or not when you are sitting there and listening to an FBI agent, will you -- if it's a close call, will you give him the benefit of the doubt because he is with the FBI or will you give him the same benefit you would give somebody who wasn't at the FBI?

PROSPECTIVE JUROR: I would say I would prioritize what I am hearing and the evidence rather than just the credibility of him being from the FBI.

THE COURT: All right. Well, thank you very much then.

All right, sir, good afternoon.

PROSPECTIVE JUROR: Good afternoon.

My name is Alexandru Virjoghe. I am 41 years of age. I was born in Romania. I live in West Kendall. My educational background, I graduated from PCOM College of Pharmacy.

THE COURT: I'm sorry, from which college?

PROSPECTIVE JUROR: PCOM, Philadelphia College of Osteopathic medicine.

THE COURT: I'm sorry?

PROSPECTIVE JUROR: PCOM.
THE COURT: PCOM?
PROSPECTIVE JUROR: Yes.
THE COURT: Okay.
PROSPECTIVE JUROR: I don't have any legal training or anyone in the family with legal training either. I am married. She is working for American Airlines from home. I have a child. He is over 18. I usually just watch sports.
THE COURT: Hold on, hold on.
Your child that's over 18 --
PROSPECTIVE JUROR: Yes.
THE COURT: Slow down a little bit because the court reporter has to taken everything down.
Does that child work or study?
PROSPECTIVE JUROR: He is going to college.
THE COURT: Okay.
PROSPECTIVE JUROR: So, I usually mainly just watch sports and movies and I read the sports websites.
I've never served in military and I don't know anyone that did. I've served as a juror before. It was like a criminal case and it was only once and we got to a verdict.
I don't have anyone that ever worked for a law enforcement agency or federal government, and I never did either, and I've never been arrested or convicted or know anyone that has been arrested or convicted before and I don't

have any medical issues, no religious or moral beliefs that can preclude me, and the last question the only thing is that I have a bias towards the Government and law enforcement.

THE COURT: Why is that?

PROSPECTIVE JUROR: So, I came here when I was 20. I have been raised in Romania and since we were kids, we were taught that the word of the law enforcement, the Government is above the law.

THE COURT: Well, I know, but that's in Romania.

PROSPECTIVE JUROR: I know.

THE COURT: So, in this country, that's not the law and it's not how it works, right?

Every law enforcement agent testifies like any other person would. That would be my instruction to you.

So, would you not be able to abide by my instruction to treat the law enforcement agents as you would treat anybody else?

PROSPECTIVE JUROR: I wouldn't, no.

THE COURT: So you would disregard my order?

PROSPECTIVE JUROR: I wouldn't disregard your order, no, but like -- like in my mind it's still like -- I would still go towards the law enforcement.

THE COURT: And that's just because that's what they taught you in Romania?

PROSPECTIVE JUROR: I think it's just a psychological

thing. I always look at things favoring law enforcement so I don't know how to explain that better than this.

THE COURT: All right.

Let's see Juror Number 20, please.

PROSPECTIVE JUROR: I was 20.

THE COURT: I'm sorry, 21, you're right. My apologies, Juror Number 21.

PROSPECTIVE JUROR: Good afternoon. My name is Andrew, 33 years old, born in Nebraska. I currently live in Coconut Grove. Highest level of education was college at Harvard. Current employment -- okay. Past ten years, I was in the Marines from 2011 to 2020. Then I went to college. Then I worked for the Miami Dolphins for a year doing strategy and analytics, and now I work in a real estate advisory practice for the next two weeks, and then I am starting a new job in April, also strategic consulting.

My current job we work closely with a law firm, but I do more of the kind of internal strategy so I don't work with the lawyers as much.

My fiance is in med school, no children. I read a lot of news, listen to a lot of news, Reuters, Wall Street Journal, a lot of different sources.

In my free time I like to ski, play volleyball, stay active. Occasionally will watch streaming platforms.

I was in the Marines for nine years, never served on a

jury, no convictions in the -- no law enforcement in the family or friends, no federal government for family or friends, no family in or friends convicted or arrested. No medical issues that will make this difficult.

I'm Christian but it should not affect fairness. I don't think there is anything that would affect my ability.

THE COURT: What law firm do you work with?

PROSPECTIVE JUROR: Shubin Law Group.

THE COURT: So, what is it that you do now with this real estate company?

PROSPECTIVE JUROR: It's kind of complicated. The consulting firm is founded by the same person as the law firm and that is more -- it's a little more creative, a little more startup, the law firm is very much -- there is a litigation team, there is a land use and zoning attorney team, and they focus very much on advising clients on real estate matters.

The consulting firm does anything from analytics, research. For me, personally, it's kind of internal strategy, corporate development, that type of work.

THE COURT: Do you deal with clients at all?

PROSPECTIVE JUROR: No, just potential business partners.

THE COURT: And then this new place you are starting in April is also in the real estate space?

PROSPECTIVE JUROR: No, it's every industry, McKenzie.

THE COURT: Oh, you are going to McKenzie.

Okay. Here in Miami?

PROSPECTIVE JUROR: Yeah.

THE COURT: Did you do ROTC? Is that how you ended up at the Marines?

PROSPECTIVE JUROR: No, I did the Marines right out of high school, so I went to school after I got out of the military.

THE COURT: So you did the Marines for nine years then you went to Harvard.

PROSPECTIVE JUROR: That's correct.

THE COURT: We won't blame you for the Dolphin season.

PROSPECTIVE JUROR: It got worse after I left.

THE COURT: Right. I don't know what time frame that would put you in, any time from like 1982 on, I guess. I am just another dol-fan waiting.

Thank you very much, sir.

Ms. Morejon.

PROSPECTIVE JUROR: Good afternoon, my name is Emily Morejon.

I was born and raised in Miami, Florida. I currently live in West Kendall. The education background, I got an AA in education. I recently graduated, not too long ago, for diagnostic medical sonography in the Miami-Dade Medical Campus.

For my current employment, I am currently working at

Diagnostic Center of Miami for ultrasound. I have been there now, in a few months it will be five years. I was working at a restaurant before then and customer service before that.

As far as close family member or friend having any legal training, I do have family members that work in law firm. My mother is a paralegal assistant for a few attorneys. I have an aunt that works in litigation and then I also have a cousin that recently just started working as a lawyer. I just don't know what he specializes in.

No spouse. I have no children. As far as newspapers, magazines, websites, I don't really follow along with that. As far as what I like to do, I don't really delve into TV as much but maybe once in a while I will fancy a sci-fi or horror movie. The most I like to do is nature travel or I will read.

Pretty much that's what I like to do.

As far as close family members or friends ever served in the military, I have a grandfather many, many moons ago was working in infantry.

I have an uncle. I don't know what he did in the Army but he was stationed in Korea a long time ago. I also have close friends that also worked in the military. I have a friend that her fiance is still active in the military, and I have a cousin that used to work in the military as well.

I have not served in the jury ever. This will be my first ever being called, as a matter of fact.

As far as a close family member or friend ever worked in law enforcement, my father is still a career officer for Broward County for the past 20 years and is still active.

Have I or close family member -- other than him, no. Close family member ever been arrested, no personal family member or any friend ever been convicted of any felony.

No medical issues as far as I know. I do not hold any religious, moral beliefs, and as far as thinking that affecting my ability to be fair because I grew up in a very strict household and being surrounded by a lot of family members in law enforcement or military, I do feel like I will be lying if I wouldn't be able to kind of put that aside. I feel like I may be biased in that sense.

THE COURT: Well, if you have a lot of family members in law enforcement, then I am sure you are well versed in the importance of having a jury, right, that's fair and impartial?

PROSPECTIVE JUROR: Yeah.

THE COURT: Do you think you wouldn't be able to be fair because your father is a Broward County --

PROSPECTIVE JUROR: Well, because have I seen a lot -- I have heard a lot of stories from all walks of my friendships and, like, or family members, so I feel like I would have a hard time.

THE COURT: You also mentioned that you would have a hardship. What time hardship would you have?

PROSPECTIVE JUROR: So, in the form that we had to fill out I noticed that one of the choices that I couldn't make out of all the choices in the forms was my work would only cover three days and I would have --

THE COURT: No, they have to cover it all. You are a full-time employee. They are violating the law if they don't cover you.

PROSPECTIVE JUROR: I am a full-time employee and they told me under the contract they would only cover three days and I would have to use my PTO.

THE COURT: That's all right. You could give me their information and I will be happy to call them. I like making those calls, actually. I am happy to call them, so you shouldn't be concerned about that at all.

PROSPECTIVE JUROR: Okay.

THE COURT: What is -- you said your father is a Sheriff of Broward County.

PROSPECTIVE JUROR: Yeah.

THE COURT: Deputy?

PROSPECTIVE JUROR: Uh-huh.

THE COURT: How long has he been doing that?

PROSPECTIVE JUROR: For over 30 years now.

THE COURT: Again, you are not going to be hearing any testimony at all from the Broward Sheriff's Office.

PROSPECTIVE JUROR: No.

THE COURT: So, I mean, does your father -- have you had any relationships or any association with anybody from the FBI or any other federal law enforcement agency?

PROSPECTIVE JUROR: No, a lot of other family members or friends of family members that have also been in law enforcement, like cops, just other different departments, but they have also had their stories and whatnot, but I have also had just growing up with that around me, so I feel that I would be a little bit biased. I just don't know how else to explain that.

THE COURT: I'm really just trying to find out how these stories you might have heard from a local law enforcement agent in Broward would affect your ability to be fair here in a case where you are hearing from federal agents that has nothing to do with Broward County.

PROSPECTIVE JUROR: Not just Broward. It's just like other friendships, like my friends or I have had other family members. It's not just -- like situations where they have had the opposite end of it or they've gotten -- I really don't know how to explain it, like, better.

THE COURT: Well, as a juror, of course, you'd be asked to put aside biases, to put aside life experiences you have had. You are here to look at the evidence. Right?

So, you are somebody who is well educated. You would be expected to look at the evidence, look at the witnesses,

right, hear them out, look at the evidence and make a decision.

You don't think you would be able to fairly do that?

PROSPECTIVE JUROR: How I do put it?

Like before when you mentioned with like if the -- I'm trying to see what the question -- with the question that you mentioned before in the past of like if an officer came up to the testimony, I feel like I would be more towards on their side. I'm not -- like, I don't really know. I'm -- I'm just not sure. I'm not sure if I could.

THE COURT: Like I said, you wouldn't be seeing any officers. You would be seeing FBI agents. They don't wear uniforms. If you see an FBI agent, hopefully, maybe, I don't know, in a suit, a tie, they had be dressed but not in any kind of uniform, and you are saying that just because you know they work at the FBI you wouldn't be fair?

PROSPECTIVE JUROR: I'm not sure.

THE COURT: All right. Let's hear from the next juror, Juror Number 23.

PROSPECTIVE JUROR: My name is Noah Zuckerbrod. I am 49 years old. I was born outside of Philadelphia but grew up mostly in New York, different parts.

I currently live in Coral Gables. Educational background, undergraduate, I went to the State University of New York. Graduate, I went to the American University School of International Service, Washington, DC.

Current employment, I currently work in financial services for a while now, for 15 years or so.

Do I have friends or family with legal training? I married into a family of all lawyers, for good or bad, more bad maybe.

THE COURT: Well, it depends what your prenup looks like.

If I could just stop you there for a minute. You said you work in financial services. Can you tell me a little bit more about that?

PROSPECTIVE JUROR: It's a New York-based small investment bank, maybe you'd call it, but I work in their bond trading group, and we have a small Miami office.

So, it's a certain type of bond trading, structured products and asset backed securities, not too interesting.

THE COURT: Unless you own them.

PROSPECTIVE JUROR: I'm sorry for breathing in this thing every two seconds.

THE COURT: That's all right.

PROSPECTIVE JUROR: So, yeah, my father-in-law was a managing partner for a pretty big law firm, I think, Akerman Senterfitt but in industrial labor relations kind of things.

My mother-in-law was a lawyer for a state judge, I don't know, it was an apparel court. My wife was -- has a -- she is a member of the bar but she hasn't worked -- she worked

as a human resource director for a law firm called Broad & Cassel for many years, but then she moved on from that a few years ago.

Currently, she actually went back to work as our kids got a little older, not out of any love for it but she is actually practicing law defending like Citizens Insurance, kind of -- what do you call it -- insurance law.

We have two children. They are 11 and 13. They go to school in Pinecrest, South Miami.

Newspapers, magazines, I tend to listen to and read a lot, try to stay away from extremes but, many sources.

What I like to do, I like to play basketball, tennis, read, more fiction than nonfiction. TV, unfortunately, too much TV and movies.

A variety of subjects and interests. If I ever served in the military, no one close-close served in the military. I -- let's see. I was in my home town in Long Island, New York, a volunteer fireman and had many friends who became New York City firemen and policemen. A couple did die in 9/11 and that's kind of when I went to Washington, DC, to get involved a little more.

Have you been on a jury, I've never been on a jury.

As far as the law enforcement, my college roommate was a lawyer for the Department of Justice and the FBI until recently. I tend to hold, you know, federal workers in

respect, especially in the FBI. I know it's a rigorous training to get there, but having friends who are both firemen and policemen, I know there is good and bad in there. There are some people that do it for the right reasons, some people do it for the wrong reasons, and some people just do it to get a paycheck, so I know there is good and bad in every organization.

What else?

Well, No. 14, I didn't know quite how to answer, have you ever been arrested, not for a crime but college times, traffic things, I have had interactions where police took me in. Nothing serious, only misdemeanors and nothing, you know, whatever.

Medical issues, no medical issues for me. I do have elderly and disabled parents.

I don't know if you want to hear all this but I do have a disabled brother who is living with them, and I do kind of -- they don't need me day-to-day, but I am up in Fort Lauderdale with them a lot and I have two young kids down here, so it will be in my mind if I am on a jury that all this stuff going on, but I am sure that's everyone.

Religious, moral beliefs, moral person. Religion, I'm Jewish, but that shouldn't influence me in any way.

That's about it.

THE COURT: Let me ask you a couple of questions.

You said you had -- your college roommate was at DOJ or the FBI?

PROSPECTIVE JUROR: At the DOJ. Actually, FBI, he always said FBI, but he would defend them against lawsuits.

THE COURT: He could have been a lawyer with the FBI. That's possible.

PROSPECTIVE JUROR: He was a lawyer with the FBI but he quit during the latest -- like, for instance, I hold FBI agents, lawyers, and all of them in high respect but because of what I know about the current situation, you know, the way things are these days, and I value institutions, American institutions very much, I do believe they were degraded but not at the operator level, more at the management level.

So, I don't think an agent or anyone would hold sway with me one way or the other. It would have to be, you know --

THE COURT: You would take an agent's testimony as anybody else's?

PROSPECTIVE JUROR: For the most part, yes.

THE COURT: When you say "for the most part," I don't know what you mean by that.

PROSPECTIVE JUROR: It defends on their bearing and how they speak and if they seem aggressive or condescending and all that kind of stuff.

THE COURT: So, you'd take an FBI agent -- I'd ask you, as a matter of rule for the case, that you'd take their

testimony as if they were anybody else, so --
PROSPECTIVE JUROR: Correct.
THE COURT: -- if they don't convince you, they don't convince you. If they do, they do.
PROSPECTIVE JUROR: Correct.
THE COURT: The question is will you be giving them more or less weight because they are FBI or are you just going to take their evidence or their testimony as it is?
PROSPECTIVE JUROR: Yeah, they are people, too, just down the line. They could be good or bad.
THE COURT: You said you had some issues like misdemeanor type stuff in college.
PROSPECTIVE JUROR: Nothing serious.
THE COURT: Was that back in DC or New York?
PROSPECTIVE JUROR: New York.
THE COURT: Were you ever convicted of anything?
PROSPECTIVE JUROR: No, it was just a bar fight, things like that, you know.
THE COURT: I know.
I personally don't know but I can empathize.
PROSPECTIVE JUROR: Actually, in DC I actually worked as a bouncer at college bars near George Washington University and several others.
THE COURT: The DC college scene is not too crazy.
PROSPECTIVE JUROR: They weren't too bad.

THE COURT: Nothing about that experience would impact your ability to be fair here?

PROSPECTIVE JUROR: Of which experience, oh, the interactions with police?

THE COURT: Yeah.

PROSPECTIVE JUROR: No. No. They are just good and bad, like everyone else.

THE COURT: All right. And you answered that you had folks at the justice department. I assume that's your college roommate?

Is that correct?

PROSPECTIVE JUROR: Yeah, that's who I was referring to.

THE COURT: You also said that you knew elected officials.

PROSPECTIVE JUROR: My wife's uncle. My uncle is the head state assemblyman for New Jersey. He is a lawyer but there you also work full-time up there so he is a personal injury attorney but he actually was primarying for governor this year. He didn't make it, but I don't find him particularly a person with that much political conviction so he won't sway me one way or the other.

He is an idiot. I'm just kidding.

THE COURT: I didn't hear what you said.

PROSPECTIVE JUROR: Nothing, nothing, nothing. I am

just joking around.

THE COURT: I didn't even hear what you said.

Neither did the court reporter.

PROSPECTIVE JUROR: Good.

THE COURT: You said you knew somebody, I think it was the teacher, your daughter's or son's teacher.

PROSPECTIVE JUROR: My kids' pre-K teacher is here and also a former colleague is in the -- over there.

THE COURT: Wherever that former colleague is, if you were both seated on the jury together -- I know the teacher isn't swayed by you.

PROSPECTIVE JUROR: No, I'm scared of her.

THE COURT: She was a good preschool teacher then.

Would you be swayed by the fact that if you sat on a jury with people you know, would the fact that either one of them were on the jury, would that impact you at all?

PROSPECTIVE JUROR: No.

THE COURT: You said you like to read. What kind of things do you like to read?

PROSPECTIVE JUROR: Depends when you talk to me but everything from historical fiction, mysteries, crimes, to lately science fiction to take myself out of this world. At different times studied non fiction, would read political economics and international relations.

THE COURT: It sounds like you did marry into a family

full of lawyers.

PROSPECTIVE JUROR: I did.

THE COURT: It doesn't sound like any of them have ever practiced criminal law.

Do you know if any of them have ever practiced criminal defense?

PROSPECTIVE JUROR: I don't know what kind of court -- I don't know what the cases where my mother-in-law would be involved in, but she was a lawyer for a judge.

THE COURT: So, like a career law clerk or something like that?

PROSPECTIVE JUROR: Something like that, yeah.

THE COURT: Did she talk to you about her work at all?

PROSPECTIVE JUROR: Not in depth or nothing specifically, just more generically.

THE COURT: All right. Thank you very much, sir.

If you could pass the microphone on to Juror Number 24, Mr. Cadavid.

PROSPECTIVE JUROR: Good afternoon.

My good afternoon, my name is Mario. I am 37, born and raised here in Miami. I currently live in Cutler Bay. Educational background, I graduated from Miami Southridge. I did some technical college for computer repair. Current employment, I currently work at Kauff's Transportation Systems.

Before that, I did pretty much construction. I did

equipment rental and all that stuff with Sunbelt for nine years.

I have no family that has any legal training. My spouse right now is a massage therapist for postop patients. I have a nine-year old son. He doesn't work.

THE COURT: Yet.

PROSPECTIVE JUROR: Yet. As far as newspapers, magazines or websites, I don't surf around that much. I don't look at anything like that. It's more Netflix with my son and Prime Video and all that stuff and everything. Other than that, I'm usually at home.

As far as hobbies and stuff, I'm usually at home building something, fixing something or working on the boat. I'm pretty much using my hands all the time.

I have no family or friends that are close that have been in the military or anything like that.

I've never been to a jury, ever, this is like terrifying to me right now.

THE COURT: You are doing great. You don't look scared to me.

PROSPECTIVE JUROR: I've never been this high up in a courthouse. I've never been this high up.

Usually I'm on the first floor paying fees.

I don't have any family that's ever worked for law enforcement or federal government, nobody that I know of.

As far as arrested, accused or convicted of a felony, I have never been arrested or anything like that. I just have a misdemeanor, if I am being transparent. I was about 17 years old, 18, something like that.

I have an older brother that was convicted of something way back then.

I have no medical issues as far as high blood pressure.

That's from the towing industry.

As far as religious beliefs, I'm Catholic. I have nothing, you know, that's going to change me to be fair or anything like that.

I have nothing that will sway me one way or the other.

THE COURT: You mentioned you had your brother who had a conviction.

Do you know what for?

PROSPECTIVE JUROR: Yes.

THE COURT: How long ago was that?

PROSPECTIVE JUROR: Probably more than ten years ago, 11 years ago.

THE COURT: All right.

PROSPECTIVE JUROR: His -- he changed his name way before, but me and him haven't met since I was like three years old. Later on in life is when I found out he was in school down here in Miami or something and he was involved in the Molly ring thing that went on here, something like that on

Miami Beach or something, so he was the one using his grandfather's stuff, not my grandfather, his mom's dad to bring in the stuff from China and all that stuff and everything and, yeah.

THE COURT: Is this a brother you were close to?

PROSPECTIVE JUROR: No. He has tried to reach out to me before many times and I just ignore him. Me and him have never clicked.

THE COURT: It doesn't sound like a brother you grew up with. It's like a half-brother?

PROSPECTIVE JUROR: No, it's like a half-brother, yeah.

THE COURT: Is there anything about that experience with him that would impact you as a juror?

PROSPECTIVE JUROR: Not really. I really don't care what happened to him.

THE COURT: Okay. Thank you very much, sir.

Juror Number 25.

PROSPECTIVE JUROR: Good afternoon, my name is Vanessa San Vicente de Fonseca. I am 51 years old. I was born in Brazil but I have been have been living in the U.S. for more than 26 years. I am from South Miami. High school and college I did in Brazil. I came to the U.S. and did my master's degree at FIU, master's in --

THE COURT: Slow down, ma'am. Slow down, please.

PROSPECTIVE JUROR: Sorry.

THE COURT: Thank you.

PROSPECTIVE JUROR: I have a master's of international business from FIU. Okay. I have been working for private banking in Miami for 24 years, specifically in the Bank Secrecy Act, anti-money laundering, and anti-terrorist area.

Currently, I am a data analytics, artificial intelligence and business reporting manager, but I have been working for many, many years as an investigator, as a transactional monitoring analyst and officer for BSAML. So, I follow a lot what law enforcement says.

Close family -- okay. I work with lawyers, currently not too much because I am in the analytic side, the statistical part and artificial intelligence, but I used to file suspicious activity reports. I used to do investigations, so it's private banking so it's all Latin America; Haiti, included, Colombia included.

THE COURT REPORTER: I'm sorry, I can't keep up.

THE COURT: You have to really slow down, ma'am.

PROSPECTIVE JUROR: I am sorry, I am a hyper person, I am sorry. I will go slower.

Okay. I have filed so many suspicious activity reports on clients that are South American or Central American clients and so I have cooperated with law enforcement for several years. Currently I don't do that but I have done that most of my work experience here in the U.S. and I was the manager of

the sanctions unit related to OFAC until like 4 or 5 years ago.

THE COURT: You have to really slow down, please.

Please, slow down.

PROSPECTIVE JUROR: Did you get everything?

THE COURT REPORTER: Yeah, I got it.

PROSPECTIVE JUROR: My spouse works as a manager, senior vice president in finance in a bank as well.

I have a 16-year-old in high school and an 18-year-old in college. I really follow PBS, I listen to NPR. I love to listen to -- to follow Reuters, BBC.

What I'd like to do, I walk. I like to bike but currently I don't. I work too many hours. I take care of my kids and my house. No family members or close friends in the military, never served as a jury -- in a jury before, no close family member, friends working in law enforcement agency. No family member or friend ever worked in federal government.

Okay. Related to accused, I took my husband to court six years ago on domestic violence. I did not proceed with the case. The case was dismissed.

Do you have any medical issues? Currently I have high blood pressure. I am suffering a bit from anxiety.

My husband is leaving the house. He left on the 21st. So, I'm putting my pieces together to gather my 16-year old, which is, she is a junior and her grades are going really down so I am going through a lot, and I am trying to be the best mom

that I can for her now.

Do you hold any religious beliefs, yes, I am a Christian. Would that preclude you from being fair, no. I try to be fair all the time, regardless of my religious beliefs.

Is there anything that would affect my ability to be fair?

I worked for many, many years with law enforcement. I admire what they do. I am in the banking side trying to do the right thing so I go to Florida International Banker's Association, any camps for training where law enforcement is and I follow the news related to all things. This is why one of my answers was that I knew the case because I may have clients related to cases like that, so I follow the news and I follow what law enforcement is currently doing with these kinds of clients.

Even though, nowadays, I work with data analytics and artificial intelligence, I was always in this area for many years, so I worked for many years in this kind of thing and I follow the news. And the thing that I listen and I read in my office and we share information about these kind of cases.

THE COURT: Okay. So, the first thing you mentioned when we were asking questions today as a group, you said that you knew people here. I think you raised your hand that you knew one of the defense lawyers.

Is that correct?

PROSPECTIVE JUROR: No. No. I knew the case, just the case.

I don't know any of them. I heard the names of the people and I said, oh, my God, this is familiar. When you finished I understood what case you were talking about.

So, I don't know any of them in person. I just know the cases through the media.

THE COURT: Okay. I'm not following why your work -- so, you work at a bank. So you make suspicious activity reports that have nothing to do with anything we are doing so I am --

PROSPECTIVE JUROR: I have clients --

THE COURT: Excuse me, ma'am. I am struggling to see what the connection is that you are identifying.

PROSPECTIVE JUROR: I understood in the question that if I knew any of these names, not if I knew the people.

THE COURT: So you just recognize the names.

PROSPECTIVE JUROR: The names, yes, sorry.

THE COURT: Just from things you have read before?

PROSPECTIVE JUROR: Yes.

THE COURT: Would you be able to put those things aside to be a fair juror here?

PROSPECTIVE JUROR: It's complicated because since through the past I had filed several SARs, suspicious activity reports, and I had to work with law enforcement to deal with

these cases, I have been --

THE COURT: So, I am familiar with what a suspicious activity report is. What law enforcement agencies were you dealing with when you do that?

PROSPECTIVE JUROR: When we file SARs, some months or some years even later they sometimes contact you and say, I want more details on this case, I want more details on that case.

THE COURT: But who?

Who contacts you?

PROSPECTIVE JUROR: Law enforcement. Not me, they contact my boss and I ended up talking to them and giving them more information for the clients that we filed the suspicious activity report.

THE COURT: So, you, on occasion --

PROSPECTIVE JUROR: Occasion.

THE COURT: -- might have spoken to an unknown law enforcement agent about a suspicious activity report?

PROSPECTIVE JUROR: Yes, and through the years I have been through trainings where they are and they explain what they do and how we, as banks, can help in the process.

THE COURT: How would that affect your ability to be fair here?

PROSPECTIVE JUROR: I respect them so much because I have seen so many cases that they really made a difference and

they -- we go against a lot of bad things that happen in Latin America. My client base is in Latin America so I respect their work a lot so, for me, unfortunately, I wish I wouldn't, but I am biased more to law enforcement because I follow what they do and I respect what they do.

THE COURT: Well, we are certainly not asking you to be disrespectful of law enforcement. That's not the question.

The question is whether or not when a law enforcement agent testifies, whether you take their testimony as you would anybody else's. I'm struggling to see what the connection is because you have some unknown law enforcement agent occasionally reaches out to you on a SARs, how that's connected to an FBI agent taking the stand in this case.

PROSPECTIVE JUROR: Because I have been -- through the years, the work that we do is based on what they do.

THE COURT: No, it's not. That's not what SARs is, so no.

PROSPECTIVE JUROR: No. No. When the media brings the cases or when we receive a subpoena or things like that, we do investigations truly inside the bank and I respect their work a lot.

THE COURT: I am not asking you not to.

So, you can respect their work, that's not the issue.

The issue is when you see an agent testify, right, can you be fair when you are listening to them?

PROSPECTIVE JUROR: I will try. I will try.

THE COURT: I guess I am really struggling because I don't see any basis for you not to be fair.

PROSPECTIVE JUROR: No, I will -- I will give them more credit than perhaps other people would because I respect their work so much because my work is based on what they do.

THE COURT: I am familiar with how SARs work. I am not familiar at all or not making the connections to what that has to do with federal law enforcement agents testifying in a case.

But anyway, why don't you give the microphone over to Juror Number 26, Ms. Ocampo.

PROSPECTIVE JUROR: My name is Jessica Ocampo. I am 27 and I was born in Miami, Florida.

I currently live in Miami Gardens. My education background is I have a bachelor's degree in psychology and a master's degree in education.

I am currently a fourth grade ELA, writing and social studies teacher. Before I have worked in food service. I don't have a family member or a friend in any legal training. I do have a spouse. He is currently a security guard and he is in the military.

His current education background is he has an associate's degree in photography and is currently working on his bachelor's degree in photography.

I do not have any children. I do not watch the news.

It's not really that interesting to me but if it does -- I do see it on social media but when it comes up I don't usually look at it. I just scroll.

I do travel a lot and I do like to read and I do like to exercise. I like to read nonfiction books and I don't really -- I don't watch TV. I just watch on streaming platforms such as Netflix, Hulu, HBO Max.

Like I said, my husband is in the military. He is Army National Guard.

My dad was previously in the military. He was in the Army as well and I do have friends that are also in the military.

I have not served on a jury before. My uncle is a police officer for Miramar and my aunt, she worked as a TSA agent. She is currently still in the federal government.

She works in Customs and my dad, when I was younger, he was an FBI. He did work for FBI, but I don't know like his role. It's just when I was very young.

My dad at the time when I was younger, he was accused of domestic violence but that case was -- it did go into like a jury, like a trial, but he was found not guilty and then I have a sister who was also accused of domestic violence but she -- that case got dismissed as well.

I do not have any medical issues that would make it difficult for me to participate as a juror. I am Christian but

that would not -- that would not have any effect in me being a jury -- in the jury.

And I don't think I have any other things that would affect me.

THE COURT: All right. You mentioned when asked the question about the time in the trial that it could pose a hardship.

Can you explain that to me?

PROSPECTIVE JUROR: It's just mainly due to just me being a teacher, there is just a lot of teacher duties but I understand a lot of people also have jobs that also they would say that makes it hard for them. So, I know -- at least with my school, I know they can find like a substitute teacher, something. I understand that part. I said that only because we have state testing coming up and it's like we are in crunch time right now, so that's why I was saying that.

THE COURT: I appreciate that. It's great that your school would be able to get a substitute to cover for you.

You also raised your hand when I asked the question about law enforcement testimony.

I know -- I guess your dad, was he an FBI agent? I'm not exactly sure what the connection is.

PROSPECTIVE JUROR: He used to work for the FBI when I was like in middle school and that was like a long time ago so I don't really know what his role was, but it was just

something cool to know that your dad was in the FBI but I don't know like his role, it was like when I was very young. I don't really know more information about that.

THE COURT: What does he do now?

PROSPECTIVE JUROR: He is currently -- he works for the VA office but I think he works as somebody who talks on the phone and they make appointments and stuff for the Veteran Affairs.

THE COURT: So, when you raised your hand saying that you would look at law enforcement testimony differently, can you explain that to me?

PROSPECTIVE JUROR: So, my understanding is like we wouldn't be here unless there is evidence but I understand there is evidence from both sides. So, to me, like, I -- for me, like it really doesn't -- like I know I did raise my hand saying that it was for law enforcement, I would have more on one side or the other, but I understand the phrase like innocent until proven guilty and I understand that people have been wrongly accused before, so I would be able to look at everything fairly just because I understand, like, that phrase.

THE COURT: All right. So, that's the question.

If a law enforcement agent testifies, would you give it more weight just because they are in law enforcement?

It sounds like you are telling me that you wouldn't, that you would look at law enforcement testimony and you would

be fair.

Is that right?

PROSPECTIVE JUROR: Yes.

THE COURT: You also mentioned or you raised your hand when we talked about Colombia.

Have you been to Colombia?

PROSPECTIVE JUROR: I have not been to Colombia but I do have an aunt and cousins and their side of the family are all from Colombia.

THE COURT: Are you close to that side of the family?

PROSPECTIVE JUROR: Yeah, I am.

THE COURT: But you've never traveled there?

PROSPECTIVE JUROR: No.

THE COURT: Okay. You also said your aunt works for Customs. I think there was a brother that was a Miramar police. Is that right, or was it another cousin?

PROSPECTIVE JUROR: My uncle is in the Miramar Police Department, and my aunt, she works for Customs.

THE COURT: Okay.

Do you think that would impact your ability to be fair here?

PROSPECTIVE JUROR: No, I could still be fair.

THE COURT: All right. Thank you very much, ma'am.

Ms. Lin.

PROSPECTIVE JUROR: Hello, my name is Vivian Lin. I am

28, I was born in Taipei, Taiwan. I am currently living in West Miami and I went to elementary in Taiwan and then high school in the bay area.

I got a bachelor's degree from UC San Diego in human biology, and then I moved to LA to get a master's degree from USC in applied data science. And I am currently a data scientist at a construction company, building solutions from -- for a customer care experience team, and it's like mainly AI solutions.

I don't have any family who have had legal training. I don't have a spouse or children. My main source of news usually just comes from popup notifications from Apple News, so it could be from different sources at times.

I do like to travel and I read a lot of fiction books, mostly science fiction, and I do watch way too many streaming platforms.

I also don't have anybody in the military and I have never served on a jury before. I don't have family or friends in law enforcement and I have never worked with the federal government before.

Also, I've never been convicted or know anybody who has been convicted.

I don't have any medical issues that I know of and I shouldn't have any religious or moral beliefs that would prevent me from being fair. And I think I can be fair for both

sides.

THE COURT: So you mentioned when I asked whether people would take law enforcement testimony, they weigh it differently.

Do you think you would weigh it differently or would you weigh a law enforcement officer's testimony the same as someone who wasn't in law enforcement?

PROSPECTIVE JUROR: I think I should be able to be fair. Like the reason I said that I would treat it differently because I was thinking more like I have opinions about law enforcement like with the current political environment, but that shouldn't prevent me from being fair from hearing their testimony.

THE COURT: Right. That's the question. If an FBI agent testifies, would you hold it against him that he is a member or she is a member of the FBI?

PROSPECTIVE JUROR: I wouldn't.

THE COURT: All right. So you think you would be fair?

PROSPECTIVE JUROR: Uh-huh, yeah.

THE COURT: Sorry, the court reporter has to hear the answer.

PROSPECTIVE JUROR: Yes.

THE COURT: All right. Thank you very much.

Juror Number 28. I think for 28 we go over here.

PROSPECTIVE JUROR: Good afternoon.

THE COURT: Hold on. Give us a minute.

PROSPECTIVE JUROR: Good afternoon.

THE COURT: There you go.

PROSPECTIVE JUROR: Good afternoon, my name is David. I am 37 years old. I was born here in Miami. I live down south in -- close to Homestead, I want to say, but I am not in Homestead.

I graduated from Coral Park High School. I've been working at UPS for the past 20 years.

I have my sister-in-law who is a paralegal for the Air Force.

My wife works for a telecommunication company, Crown Castle. She works in the finance department. No children, working on it.

Let's see, my news I get NPR, I guess, when I am going to work and anything that pops up on my social media feeds.

I like traveling with my wife, watching a lot of TV on my couch. Members, friends -- my brother-in-law served in the Marine Corps. He was deployed to Iraq. I have never served on a jury before so this is all new to me. Like I mentioned, my sister-in-law works as a paralegal for the Air Force in Massachusetts. So, I guess that's -- yeah, her working for the federal government.

No, none of my friends or anyone close to me have been arrested or convicted. I do not have any medical issues that

would keep me from being a juror, and I have no religious or moral beliefs that would keep me from being fair for either side and I believe that I could be fair on either side.

THE COURT: Who is it that you know? You raised your hand that you knew somebody.

PROSPECTIVE JUROR: Ironically, my wife's best friend is down there at the jury selection.

THE COURT: Oh, she works at the jury --

PROSPECTIVE JUROR: No, no, no, she was just picked randomly.

THE COURT: Is she in this panel or another case?

PROSPECTIVE JUROR: Downstairs. No, from the group that was not picked to come.

THE COURT: Because we have other judges.

This is your wife's best friend?

PROSPECTIVE JUROR: Yeah.

THE COURT: What is it you that you do at UPS?

PROSPECTIVE JUROR: Deliver packages.

THE COURT: You said you have been doing that since you were 17?

PROSPECTIVE JUROR: Yes. Well, I started at 17, turning 18.

THE COURT: Okay. On the off chance that your wife's best friend ends up on this panel, would you have any issues that you can think of if you serve together?

PROSPECTIVE JUROR: No.

THE COURT: You think you could be fair in this case, sir?

PROSPECTIVE JUROR: Yeah.

THE COURT: Okay. Thank you very much.

You can pass the microphone to Ms. Jones.

PROSPECTIVE JUROR: Hi, my name is Jacqueline Jones.

I live in Opa-Locka. I graduated high school and also took some clerical training in accounting. I am currently retired for 14 years. I do not have a family member or anybody in the legal training. I am a widow. I have three kids. My daughter is a nurse practitioner. My son is a truck driver and the other one is a manager at a pharmaceutical distribution center.

I like to watch television, talking on the phone and also I like a lot of criminal -- courtroom pictures, I like those.

My son served -- he was in the Army but he got hurt in basic training. I have been on a civil case a long time ago but I wasn't the foreman, but we reached a verdict.

I do not have -- well, I have like -- my daughter's husband, soon to be ex, was in law enforcement. I don't have anyone that worked for the federal government. I have a son that had been arrested and also a brother. I do not have any medical issues that would stop me from being a juror, and my

religious beliefs would not preclude me from sitting on a jury and I would be able to predict a fair verdict.

THE COURT: When you said -- you said you were working in accounting as a clerk before you retired?

PROSPECTIVE JUROR: Yes.

THE COURT: Where did you work?

PROSPECTIVE JUROR: Assurance Solutions.

THE COURT: Oh, Assurance, okay.

You said your daughter is, I guess, soon to be divorced. Her soon-to-be ex-husband works for what law enforcement agency?

PROSPECTIVE JUROR: He used to work for Miccosukee Indian Tribe.

THE COURT: Okay.

You mentioned that both your son and your brother at some point were arrested. Do you know if they were arrested for felony charges or misdemeanor charges?

PROSPECTIVE JUROR: I know my son was a misdemeanor. My brother was a felony.

THE COURT: All right. What kind of felony, do you recall?

PROSPECTIVE JUROR: Aggravated battery.

THE COURT: Anything about those experiences with them -- let's talk about your son first.

Is there anything about that experience that you think

would impact you here?

Would you be able to be fair to the law enforcement agents that testify? Could you see their testimony the same as anybody else's?

PROSPECTIVE JUROR: Yes.

THE COURT: What about your brother's case, would that impact your ability to be fair here?

PROSPECTIVE JUROR: No. It wouldn't impact me.

THE COURT: Thank you very much.

Juror Number 30.

PROSPECTIVE JUROR: My name is Evan Mendelson. I am 25, born and raised in Miami. I currently live in Coral Gables. I graduated from University of Michigan, then got my master's from University of Florida. I work as a commercial real estate credit analyst at First Horizon Bank.

My younger brother is in his first year of law school, so nothing really much there. I know a couple of family friends that are lawyers but not particularly close to them. No children, not married.

I gather the news -- I mostly read Wall Street Journal but most of my news comes from social media. I like to play golf, I like to play basketball, watch TV and watch sports.

No family members or friends in the military.

I've been called for jury duty but never served on a jury, no close friends in law enforcement, no close friends in

the federal government, no close friends that have been arrested, no medical issues, no beliefs that will affect me in being a juror, and I think that I would be fair in this case.

THE COURT: You mentioned that you were an analyst?

PROSPECTIVE JUROR: Yeah, I'm an analyst for commercial real estate at First Horizon Bank.

THE COURT: At First Horizon.

How long have you been doing that?

PROSPECTIVE JUROR: Just about two years.

THE COURT: Thank you very much, sir.

PROSPECTIVE JUROR: Thank you.

THE COURT: Pass your microphone on to Juror Number 31.

THE WITNESS: Good afternoon. My name is Anay Marquez.

I am 44 years old. I'm born in Cuba, so I currently live in Westchester, Miami. I graduated in Cuba a biology teacher, so in this country I continue my studying. Now I work in Centro Mater. I am a VPK teacher. I am married. My husband is software development. He work in Tracks USA Company.

I like watching TV, Discovery Channel. I like reading, make exercise, and dance.

I don't have close family member, friends ever serve in the military. I don't have service jury before because my English is not fluently. I don't have close family members, friends ever work in law enforcement agencies.

I don't have close family member or friend ever work for federal government any capacity, so I don't have close family member or friends even arrest, accused of victim of felony.

I don't have any medical issues difficult to me to participate in this jury.

I have religious, Catholic. If there is anything that I think affect, only my language and this ability to fair both sides in this case.

THE COURT: You mentioned your language, but I have had no trouble understanding anything you said.

PROSPECTIVE JUROR: Really?

THE COURT: Yes.

PROSPECTIVE JUROR: Thank you so much.

THE COURT: So having an accent doesn't mean you don't speak perfect English.

People from New York have accents.

Some people even think people from Miami have accents.

The Miami accent.

So, have you had any trouble understanding so far anything I have said?

PROSPECTIVE JUROR: Something case, when speak too faster, something like that, yeah.

THE COURT: So, how much have you understood so far would you say?

PROSPECTIVE JUROR: I don't know, when I describe something, situation, issue, so maybe I don't have -- know this word or this vocabulary.

THE COURT: That's all right. That happens to me, too, sometimes.

I guess the question is: From what we have said so far, so we have been here all morning, you have heard me give instructions. You have heard me explain things. You saw the lawyers introduce themselves.

PROSPECTIVE JUROR: I understand everything.

THE COURT: You understood everything?

PROSPECTIVE JUROR: Yeah. Yeah.

THE COURT: What grade do you teach?

PROSPECTIVE JUROR: VPK, VPK teacher full-time.

THE COURT: You mentioned back at the beginning when I asked folks if they had an issue with the time of the trial.

PROSPECTIVE JUROR: Yes, because I do trip to go to the ceremony for my son, my son is studying UF on Gainesville.

Now he graduating in this period, April 29 to May 4. I have the trip April 29, arrive at Miami on May 5.

THE COURT: All right. That I don't understand. So, your son is at UF now?

PROSPECTIVE JUROR: Yes, now.

THE COURT: And where is it that you have to be from April to May?

PROSPECTIVE JUROR: To go Gainesville.

I have a trip to see graduation.

THE COURT: Oh, he is graduating?

PROSPECTIVE JUROR: Yes.

THE COURT: What day is the graduation?

PROSPECTIVE JUROR: Have four ceremony.

The first ceremony is April 30. The second is May 1, because I have the day -- I said to my supervisor I take the day to April 29 to May 6 to stay in Gainesville to see all the four ceremonies.

THE COURT: Because he is probably graduating from his college and then the university?

PROSPECTIVE JUROR: Yes.

THE COURT: What is his degree going to be?

PROSPECTIVE JUROR: Software development.

THE COURT: All right. Thank you very much, ma'am.

PROSPECTIVE JUROR: You are welcome.

THE COURT: Juror Number 32.

PROSPECTIVE JUROR: Good afternoon, my name is Jose Alejandro Miranda. I was born in Cuba. I was raised in Spain and I moved to Miami when I was 18. I am a senior software engineer with FIU. My -- I have a bachelor's in software engineering and I was working towards my master's in cyber security.

My wife -- well, we don't have any legal training or

anything. My wife is a scientist. She does -- did -- she is not currently working but she did work with the department of, the DOD, the Department of Defense, the Department of Health, and also with I believe the CDC as well. She was in the bioterrorism program.

We do have children. We have an 11-month-old. I basically get my news from the Internet but I try to be wide about everything. I get it from multiple sources. I just don't trust CNN or Fox. I just try to, you know, paint my own picture, as they say.

I like to stay active but it's kind of hard now with the baby. I never served in the military nor do I have any family members either.

The first time in jury duty, I've never been called before.

I don't have any members of the family that have worked in law enforcement. As I mentioned, my wife did work for the federal government. Nobody in my family or close friends has been ever arrested. I don't have any medical issues. I am a Catholic but I don't believe that that will be impacting my judgment, and I think I will be fair.

THE COURT: Sir, I'm sorry, I didn't catch your age. How old are you?

PROSPECTIVE JUROR: 37.

THE COURT: When your wife worked for DOD, what exactly

did she do for them?

PROSPECTIVE JUROR: I think she had to sign an NDA. I don't think I can talk about what she did but it was the bioterrorism program.

THE COURT: Okay. How long did she work for them?

PROSPECTIVE JUROR: I believe for 3, 4 years.

THE COURT: And how long ago was that? How long has she been off work?

PROSPECTIVE JUROR: Right before she got pregnant, so I would say a year and a half ago.

THE COURT: You mentioned that the time of the trial might cause a hardship.

Tell me about that.

PROSPECTIVE JUROR: Well, because we have an 11-month-old and, basically, I mean, the trial itself will be -- I will have to wake up to commute over here like at six in the morning and by the time I get back it will be almost seven with traffic. I would barely be able to see my son. That's one thing.

Another thing is a couple of days ago she injured her knee and she has been actually limping. She has been needing my help with the baby. I actually took some time off from work to see if it will be something that could be, you know, healed with just rest but, unfortunately, it hasn't improved, so she got an appointment now with the sports medicine doctor this

current week and she is also going to have an MRI for the following week.

THE COURT: All right. But if you served on this jury on Monday, Wednesday and Fridays, we would leave at 4:30, so I don't think it would take you -- I am not sure where you live, you don't have to tell me, but it wouldn't take you two and a half hours to get home.

PROSPECTIVE JUROR: It took me an hour and 15 to get here this morning.

THE COURT: But that's not two and a half.

How long does it take you to get to work now?

PROSPECTIVE JUROR: To work, three minutes.

I live literally by FIU.

THE COURT: I'm sorry, you live where?

PROSPECTIVE JUROR: By FIU so it's three minutes.

THE COURT: You work at FIU so your commute is short.

PROSPECTIVE JUROR: Yes, at lunch I actually go home and spend time with my kid.

THE COURT: Well, obviously, if you are called to serve on a jury, you would have a different responsibility. It wouldn't be for very long in the longer scheme of things but you mentioned that your wife had some sort of medical appointments.

Is she home taking care of the baby full-time?

PROSPECTIVE JUROR: Yes.

THE COURT: So the baby doesn't go to day care or anything?

PROSPECTIVE JUROR: No, he is only 11 months old now.

THE COURT: So if she needs help with the baby, does she have family members that help out?

PROSPECTIVE JUROR: Sometimes my mother-in-law but I can't count on her every single day. She also has a life of her own.

THE COURT: Well, grandmothers. I'm sure she doesn't want to hear that she has a life.

I'm sure if you asked her she would tell you that that baby is her life.

You mentioned that you are at FIU, but you are getting your master's as well. Is that right, sir?

PROSPECTIVE JUROR: Yes, cyber security.

THE COURT: All right. Thank you very much, sir.

Juror Number 33.

PROSPECTIVE JUROR: Good afternoon. My name is Ana Documet. I am 55 years old. I was born in Lima, Peru. I live in North Miami Beach and I have a bachelor's in education and two master's, one in psychology and the other one in business.

I work for Broward Public School as a high school teacher. I don't have any legal training. I'm divorced.

I don't have a partner. I have two childrens. They are working and studying. I don't have time for TV. I love to

go to the beach because I do a lot of meditation and it give me -- it provide me peace to keep going. I am a proud veteran of U.S. Army. I never serve as a jury.

No family or friends in law enforcement agency. Well, federal government, I work for the U.S. Army long time ago. Nobody in my family or friends were arrested. I am a cancer survivor. I have some hearing issues and tendonitis but is nothing compared with my previous battle.

No bias religion. I don't have anything that can prevent to work in this case.

THE COURT: You mentioned you have some hearing issues.

As you can see, we all try to use microphones.

Do you have -- have you had any issue hearing the proceedings so far?

PROSPECTIVE JUROR: No.

THE COURT: Okay. How long ago was it that you were at the Army?

PROSPECTIVE JUROR: I joined the Army after 9/11.

THE COURT: And how long were you there?

PROSPECTIVE JUROR: I signed for eight years.

THE COURT: And you did the full eight years.

PROSPECTIVE JUROR: I did my four years active duty.

THE COURT: Thank you, ma'am. Thank you for your service.

PROSPECTIVE JUROR: Thank you.

THE COURT: Juror Number 34.

PROSPECTIVE JUROR: Hello. My name is Poca Jackson. I 42 years old. My place of birth is Jamaica. I live in Miami-Dade County in Palmetto Bay.

I have an associate's in business. I work for a paint company called Logicar, they sell car paint. I have been there for almost two years.

My previous job history is administrative assistant and other clerical jobs. I do not have any family member or friend in the legal training.

I do not have a spouse. I have two children. One is 16. This is his last year of high school. My 20-year-old he works for Infiniti in sales.

I get my news from social media. I like to go to the beach, watch movies, especially the First 48 or Divorce Court. Those are my two favorites.

I also like to travel. I do have two brothers that's in the Navy. One is an engineer and the other is a corpsman. I have never served on a jury before but I've been summoned. I do have a friend in law enforcement. He is a BSO. I do not have any friends or family in the federal government. I don't have anyone that have been accused or convicted of a felony but I have been arrested before in 2010. I had a restraining order on the kid's dad and he violated so, of course, they are going to arrest the both of us, but they threw the case out so I was

never charged.

Medical issues, I have neuropathy but that doesn't prevent me from being here.

My religious beliefs doesn't stop me from being fair and there is nothing that prevents me from being fair at both sides.

THE COURT: What is it that you do at car painting?

PROSPECTIVE JUROR: I am an office administrator.

THE COURT: All right. And that previous DV incident that you had, do you think that would impact your ability here to serve?

PROSPECTIVE JUROR: No. No.

THE COURT: Thank you very much.

Juror Number 35.

PROSPECTIVE JUROR: Hi, good afternoon, everyone. My name is Casta Salfate. I am 58 years old. I was born in Nicaragua. I live in Country Walk area and I finished high school and I have a vocational degree as a dental assistant.

My employment, actually I work as a quality assurance specialist in the pharmaceutical industry, which I have been working in that area for probably 25 or 23 years.

I don't have any family member or friend in any legal training. I am separated. I don't have any children. I decided not to have any children in my life. I don't read newspapers or magazines or social media. I just like to read

books like self-help books, and I also like to spend the time with my cat. I love animals.

I don't have close family member or friends ever serve in the military.

I have never served in a jury duty before. This is my first time. I don't have close family members or friends ever work in a law enforcement agency.

Also, I don't have any member or friend work in a federal government or in any capacity. Close family friends, no, I don't have any family been arrested in the past. I do have medical issue. I suffer from fibromyalgia. I am on medication. I take Flexeril every day and that interferes with my sleeping. It's very difficult for me to wake up in the mornings. For example, this morning I have to come -- I take Uber because I can't drive, because I very sleepy at night. I can't sleep very well.

I am a Jehovah Witnesses and if there is anything that interfere with -- or I can be fair or not, I believe I can be fair because I have a very hard childhood in my country.

My father was killed in front of me and in front of my mother. We were kidnapped by the Sandinistas guerrillas. I was 12 years old, so my philosophy is an eye for an eye. I can't be like fair. It's white or black for me because, for me, there never was justice and for my family either. Even it wasn't in this country, it was in Nicaragua, but I still feel

like affected emotionally, psychologically, and also I feel anger and pain still, even though I am 58 years old.

THE COURT: Ma'am, I really don't know what that has to be to do with your ability to be fair and reasonable on this case, but pass the microphone on to Juror Number 36.

PROSPECTIVE JUROR: Good afternoon, my name is Dejah Law. I'm 39 years old and I was born in Miami, Florida. I currently live in Opa-Locka, Florida, and for college I went to technical school at Florida Career College and I graduated with a associate's in computer and networking technician.

My current employer is Hard Rock Bet. I work for the sports betting app as a payments and fraud analyst, and before that I worked in the call centers, worked retail, and worked at fast food.

I have two uncles who were both private detectives for the City of Miami -- sorry, the City of Miami and I also have an aunt who was a district attorney for Miami Gardens as well.

I'm single. I don't have a partner. I don't have kids.

I get my news from Facebook, usually Channel 7 news, and I like to go to the beach. I like traveling. I read fiction, nonfiction and self-help books, and if I am not watching Netflix, I am on YouTube watching bodycam videos or dashcam videos or true crime documentaries.

I do have an uncle who used to serve in the Marines and

I have two friends who are currently serving in the Navy.

I have never been called for jury duty before and, like I said, my uncles both worked as private detectives for City of Miami. My aunt worked for the district attorney's office in Miami Gardens and no federal government, family members or friends.

I do have a close friend who is currently serving a convicted felony for attempted murder with tampering with evidence.

I don't have any medical issues. I am not religious so I don't have any beliefs that would keep me biased and I think that's it.

THE COURT: You mentioned that you had a friend that's serving time for the attempted murder, the evidence tampering case?

PROSPECTIVE JUROR: Correct.

THE COURT: Was that in this courthouse, a federal case or state case?

PROSPECTIVE JUROR: I think it was somewhere else. It wasn't here in Miami Gardens but it was in Florida. It was up North Florida.

THE COURT: Did you go to the trial?

PROSPECTIVE JUROR: No.

THE COURT: Do you know whether the case was brought by a state agency or a federal agency?

PROSPECTIVE JUROR: I am not entirely sure.

I just, you know, I just talk to him like every year or so through Jpay. That's pretty much it.

THE COURT: You raised your hand that you knew people in the prosecutor's office. Is that because your aunt works at Miami Gardens?

PROSPECTIVE JUROR: Yes, that is correct.

THE COURT: You said she was a district attorney. Does she work as an attorney for Miami Gardens? Is that what she does?

PROSPECTIVE JUROR: Honestly, I can't even tell you. I apologize.

THE COURT: No, no, no, that's fine.

You also mentioned you had either been to Haiti or were familiar with Haiti. Tell me about that.

PROSPECTIVE JUROR: My stepfather of about 12 years is from Haiti, born and raised, and he came here about ten years prior to that, to America, but I have never been to Haiti myself.

THE COURT: Is he still your stepfather?

PROSPECTIVE JUROR: No, him and my mom are divorced but he is still my father.

THE COURT: Are you close to him?

PROSPECTIVE JUROR: Yes.

THE COURT: So, if you served as a juror in this case,

would it impact you -- for example, would it be weighing on you that you would have to tell him that you served on this case or would it weigh on you what decision you made in this case?

PROSPECTIVE JUROR: No. I am my own person and he is his own person as well and I just feel like, you know, right is right, wrong is wrong.

THE COURT: All right. Thank you very much.

Juror Number 37.

PROSPECTIVE JUROR: Thank you.

Good afternoon, my name is Javier Granobles. I am 52 years, born in Brooklyn, New York. I currently live in West Kendall. I have an associate's degree in business management. I currently work for a freight forwarder logistics company for the past five years and 20 years prior to that with another one.

No close family or friends in legal training.

My wife is a medical assistant at University of Miami Health. I have two kids, a 25-year-old who graduated St. Thomas University with a sports medicine degree, currently works for UM as well, a 20-year-old son who goes to St. Thomas University, sports business management.

I read the newspaper, Daily News, CNN, different newspapers, TVs, anything from reality shows to sports, love sports.

No family members have ever served in the military,

never served in a jury. My daughter's fiance is a deputy at the Pasco County Sheriff's Office, no friends or family has ever worked for federal government.

I have an uncle that was convicted of a felony and deported back to our country.

No medical issues that would keep me from serving jury. No moral or religious beliefs that would have an issue, and no other issues serving.

THE COURT: You mentioned when I asked the group that you had either been to Colombia or were familiar with the Government or politics or history in Colombia.

Can you tell me a little bit about what?

PROSPECTIVE JUROR: Correct, yes, my family is from Colombia.

THE COURT: How many times have you been to Colombia?

PROSPECTIVE JUROR: I don't know too many times.

THE COURT: So you do travel?

PROSPECTIVE JUROR: Yes, I travel. I was there this past January.

THE COURT: Okay. You said you had an uncle who had been convicted of a felony?

PROSPECTIVE JUROR: Yes.

THE COURT: Do you know how long ago that was?

PROSPECTIVE JUROR: Over 25 years ago.

THE COURT: When was he deported?

PROSPECTIVE JUROR: When?

THE COURT: You said he had been deported back to Colombia?

PROSPECTIVE JUROR: He was deported back to Colombia.

THE COURT: When was that?

PROSPECTIVE JUROR: Again, 25, over 20 years. I don't remember.

THE COURT: Is there anything about that experience that would make it difficult for you to listen to either an FBI witness or someone from Homeland Security?

PROSPECTIVE JUROR: Not at all.

THE COURT: Thank you very much, sir.

Jannel Morejon, Juror Number 38.

PROSPECTIVE JUROR: Good afternoon. My name is Jannel. I'm 53 years old. I was born in Cuba. I live in Kendall. I have a special education degree from Florida International University. I have been working for Miami-Dade Public Schools for the past 30 years as a special education teacher. I have one of my best friends and husband are both lawyers for insurance companies. I think he is for Progressive and she is for another national insurance company.

My husband is also a special education teacher since 1992, and prior to that he was a correctional officer for about four years. We have two children, 30 and 32. My daughter works at Miami Waterkeeper. My son works for Rainier.

I watch every morning as I am getting ready NBC News and The Today Show.

What I like to do is spend my time with my nine-month-old grandchild, watch TV, read.

My sister's husband did serve in the Army. I think he did two trips to Afghanistan. I have never served on a jury before. I have my -- one of my close friend's husband is a retired City of Miami police officer and now a police officer for FIU. I have a cousin who is an accountant for the FBI. I have two brother-in-laws that have been -- one convicted of a felony for grand theft and the other one arrested. He is awaiting trial also for grand theft.

I don't have any medical issues. My religious beliefs would not preclude me from being fair to either side and I have nothing else that would affect my ability to be fair to either side.

THE COURT: What is it that your son does?

PROSPECTIVE JUROR: He works for Rainier. That's the company that has the big machines, kind of like Caterpillar and so forth. He is a manager in one of their stores.

THE COURT: You mentioned you had a cousin who worked for the FBI as an accountant?

PROSPECTIVE JUROR: He is an accountant for the FBI.

THE COURT: Is it in Miami?

PROSPECTIVE JUROR: Uh-huh.

THE COURT: Are you close to your cousin?

PROSPECTIVE JUROR: I mean, we see each other at parties, holidays, that kind stuff, yeah.

THE COURT: Is the fact that he has worked for the FBI or works for the FBI, would that impact your ability --

PROSPECTIVE JUROR: No.

THE COURT: -- to serve on this jury?

You knew what the question was. You've been paying attention.

You also said that you have two brother-in-laws who were looking at felony charges, one completed, one pending. Is that in federal court or state court?

PROSPECTIVE JUROR: I would think it would be -- it happened here in Miami, I don't know.

State, maybe. I don't think it was federal.

THE COURT: Have you been to court with him or anything like that?

PROSPECTIVE JUROR: No, I have never come with them.

THE COURT: Anything about that experience that your family is going through that would impact you here?

PROSPECTIVE JUROR: No.

THE COURT: Okay. Thank you very much.

Ms. Cruz, Juror Number -- I'm sorry, Ms. Betancourt.

PROSPECTIVE JUROR: Janine Betancourt.

THE COURT: Thank you.

PROSPECTIVE JUROR: Good afternoon, everyone. My name is Janine Betancourt, I am 45 years old, born in Nicaragua. I currently live in Homestead. My educational background is GED in nursing, and I am a registered nurse. I am currently working at West Gables Rehabilitation Hospital since 2016, assistant living director in Alzheimer's unit in a long-term facility, nursing home.

I has no family that has legal training and I am divorced.

I have two children, 16 and 21 years old, who currently working on his college, and working part-time job in a Pizza Hut to support his newborn.

I like to watch movie. I don't read, only my nursing book for reference.

My brother, he served at the Marine Corps.

I have not been on a jury before unless -- my ex-husband work for Homeland Security and has no federal government friends or family working for. I have not been arrested or any friends, close family for felony.

I have no medical issue that avoid me to be here and no religion or moral belief that avoid me to be here sitting in the court. I don't think I have anything that avoid me to come here and serve in this case.

THE COURT: How long have you been divorced, ma'am?

PROSPECTIVE JUROR: Since 2020.

THE COURT: What does your ex-husband do?

PROSPECTIVE JUROR: He work for CBP, Homeland Security at the Miami Airport.

THE COURT: What does he do with them?

PROSPECTIVE JUROR: He currently start when he begin when you come in from another state and check the passport, and then he moved to the drug area, where they check the drug, and last that I know, like three years ago, he was TSA.

THE COURT: How long while you were married to him was he working for Homeland Security?

PROSPECTIVE JUROR: He start working like in 2003.

THE COURT: But how long -- during that time frame from '03 and you were divorced in 2010, so for how long of your marriage was he working for Homeland Security?

PROSPECTIVE JUROR: We got married -- he met on 2002 and he start working in 2003. We divorced in 2020.

THE COURT: Okay. Is there anything about his job -- so, you are going to hear -- it's a different part of the department, but you will hear from Homeland Security investigations. Is the fact that some of the witnesses that you will hear from, they work for part of the same agency, would that influence you since your ex-husband worked for that agency?

PROSPECTIVE JUROR: No, I don't think so.

THE COURT: All right. When you say "I don't think so," sometimes people just say that as a matter of speech.

Do you think that it will affect you?

PROSPECTIVE JUROR: No, not at all.

THE COURT: I'm sorry?

PROSPECTIVE JUROR: It won't affect me.

THE COURT: Thank you very much, ma'am.

PROSPECTIVE JUROR: You're welcome.

THE COURT: Let's hear now from Juror Number 40, Vanessa Cruz.

PROSPECTIVE JUROR: Your Honor, I would like to apologize as early as now if I get nervous or not look at you directly in the eyes because I suffer social anxiety.

My name is Vanessa Cruz. 46 years old. I was born in the Manila, Philippines, and live in West Kendall most of my life. I have a degree in bachelor's of science in nursing, which I am currently employed at Jackson Health System for the past ten years and counting. My experience in critical care is limited to recovering heart disease surgical patients, bypass, heart valves, aneurysms and Miami Transplant Institute patients who receive organ transplants, heart, lung, pancreas, multivisceral, etcetera.

Prior to that, I have worked at Mercy Hospital as well before it became HCA. I have worked night shift for more than a decade and a half, and took baylor* shift for extra pay on

weekends.

I have no family, but family friend that is paralegal that is concerning on family court and divorce.

My fiance is an artist that is now in Korea and we are trying to close the gap of the distance between us to start our own family soon, God willing.

I have no human that came out of me at this time, but have helped raise my niece since birth and now she is in FIU college taking nursing as well and looks up to me as her mom and calls me "Mom C." She still lives with me in my house with my parents.

On my days off I try to stay home and recuperate or recharge. The career I choose is emotionally, mentally and physically draining to say the least, but however, I could surely say that I am passionate on what I do to care for my patients.

When I am home I do watch some Netflix, mysteries and documentary and romance that I fall asleep onto and becomes a white noise, and becomes on repeat, or have some family time with my parents, share lunch or dinner or whenever possible.

I do not watch news specifically politics by choice.

My parents updates me with those, and it's too depressing on what current news we have.

I see deaths and morbidity at work already.

I listen to podcast with Jefferson Fisher that helps me

with my social anxiety, self-esteem and communication skills.

I used to travel a lot for a stress reliever but with financial issue I encountered of being scammed I lost a lot, including my savings and retirement that my parents have no idea about until now. So, please, let's keep it a secret. I cannot afford to lose them because of my mistake, their world to me.

I have none blood related family, but consider family in military, two in the Army which is like a father to me that still serves in stations somewhere in Pacific and his son who is in Homestead as a national guard and the other one is not in the Marine Corps anymore but is in LA for construction.

I have never served in jury before either, in civil or criminal case.

I have an uncle who is in law enforcement agency that I adore but he is in the Philippines.

No other family that worked or works for federal government in law enforcement.

I have not nor any of my close family members in my knowledge have been arrested, accused or convicted with felony.

I have a congenital autoimmune disorder that makes my body confused of hot and cold and it's not in any close to menopause.

Also have herniated disc and sciatica that I believe might get disruptive for some people to understand that sitting

for prolonged periods of time and warm weather triggers my condition and I get fidgety.

I am Catholic by which I do not think will preclude me from being a juror.

I do not see anything that would affect my ability to be fair on both sides in this case. However, my concern is my medical condition that might be concerning to other peoples because I get fidgety and sitting and weather for prolonged periods of time triggers my condition.

I do take antianxiety medication and muscle relaxants when my sciatica gets triggered, which both gets me drowsy, so I make sure I take them in the morning, and then sleep to be able to be functional at work at night.

Believe it or not, I have a portable fan at work despite the hospital AC is centralized, which other people call me unique.

That's it, Your Honor.

THE COURT: All right. So, you mentioned that you work nights.

Is that correct?

PROSPECTIVE JUROR: Yes, Your Honor.

THE COURT: And so if you were to serve on a jury, how would you manage that?

I mean, you wouldn't be -- you couldn't work all night and be in the jury all day.

PROSPECTIVE JUROR: That is not going to be possible.

THE COURT: So you would have to serve during the day.

You mentioned that you take medication. Is that medication to sleep or --

PROSPECTIVE JUROR: For anxiety and for my sciatica and herniated disc.

THE COURT: Are those medications that you would take -- if you were to serve on a jury you would take them in the morning?

PROSPECTIVE JUROR: I have to take it in the morning.

THE COURT: And you mention that they make you drowsy.

Is that correct, ma'am?

PROSPECTIVE JUROR: Yes, it does. That's why I try to take it in the morning and then I work at night so it works on my schedule.

THE COURT: All right. It is now 3:07. We have gone on for about two hours. I am going to ask everyone to stand up, let's take a break.

I am going to ask everyone -- I am going to ask the jury to go outside. Take about a 15 to 20-minute break.

There are some things I want to discuss with the lawyers.

Try to stay on the floor because when we are ready to go back in, I just want the CSOs to bring you in. Stay on the floor. Of course, you can use the bathrooms on the floor.

We will see you in 15 or 20 minutes.

COURT SECURITY OFFICER: All rise.

(Jury out at 3:07 p.m.)

THE COURT: Have all the jurors cleared the room? All right. Let's be seated. We are at Juror Number 40. I will give you five minutes.

I want to stay on the bench.

I want to go through, I will first ask the Government for all their cause challenges, 1 through 40. I will ask the defense for all their cause challenges 1 through 40.

I want to get a sense of how much deeper into this panel we need to go.

Obviously, we need to go deeper but I want to know how many.

Then I am going to ask the Government 1 through 40, if there is any juror, any particular question that you think I need to follow up on a juror that we haven't stricken for cause, I will ask you for that now.

I assume the defense has nominated someone to speak on behalf of the defense, both for the cause challenge as well as for any follow-up questions.

MR. HOWARD: Fair assumption but --

THE COURT: Mr. Howard, if you are going to sit in that chair, it is just going to happen. So it looks like it might be you.

So let's do that.

Like I said, take five minutes, talk, and let's get some work done before we bring them in back in.

MS. DESCALZO: Your Honor, can he we have a bathroom break, too?

THE COURT: You are drinking water during a trial?

MS. DESCALZO: I have purposefully been drinking water, Your Honor.

THE COURT: The only thing I will ask if you are going to do a bathroom run is that you go to another floor because they are all going to be on this floor.

(Brief recess.)

THE COURT: All right. Government, cause challenges, please.

MR. MCLAUGHLIN: Yes, Your Honor, we have eight --

THE COURT: All right. Give me your first one.

THE MARSHALS: They are still coming back from the restroom, Your Honor.

THE COURT: I am just hearing the Government's cause challenges. I think we are fine.

Government, what's your first cause challenge?

MR. MCLAUGHLIN: Number 8, Judge.

THE COURT: Number 8 is the juror who said that it would bother her to tell her friend that she was serving on this jury.

What's the defense's position on Juror Number 8?

MS. DESCALZO: We agree, Your Honor.

THE COURT: All right. So eight is stricken for cause. Government, next challenge?

MR. MCLAUGHLIN: Our next cause challenge, we would love to have him, but I think 11 is a likely cause challenge, Judge.

THE COURT: Well, he flat out said he couldn't be fair. What is the defense's position on 11?

I don't know why the Government wants to have somebody who can't be fair but, defense?

MS. DESCALZO: We agree, Your Honor.

THE COURT: All right. So, 11 is cause.

All right. Government, next challenge?

MR. MCLAUGHLIN: He was close, Judge, we might have tried to rehab him, but that is why he is a cause.

Our next challenge was 16, and that was stay-at-home dad.

I don't know -- who had child care issues.

THE COURT: The man who sends his child to the Fisher Day School, but can't afford aftercare.

MR. MCLAUGHLIN: That would be the one.

THE COURT: I got to tell you, I am a little conflicted on Juror Number 16.

That being said, he said he couldn't serve because of

the child care issue.

I'm concerned about sitting somebody who the first day will start leaving or being late or coming up with something else.

He said he couldn't serve.

What's the defense's position?

MS. DESCALZO: We agree, Your Honor.

THE COURT: All right. So he is a cause challenge, Number 16.

All right. Government, your next challenge.

MR. MCLAUGHLIN: 18, Judge.

THE COURT: This is the gentleman who is taking care of his mom.

MR. MCLAUGHLIN: That's correct.

THE COURT: He works nights. He is taking care of his mom. He said he had nobody else to do it and the reason he could do it is because he works nights so he could take care of his mom during the day.

Defense?

MS. DESCALZO: We agree, Your Honor.

THE COURT: All right. That's a cause challenge, Number 18.

Government?

MR. MCLAUGHLIN: Number 20, Judge, and likely for the same reasons as --

THE COURT: This is the man who is originally from Romania who says he was taught to give law enforcement the benefit of the doubt and he would always, no matter what I said to him, said he believed in law enforcement.

MR. MCLAUGHLIN: That's correct.

THE COURT: Defense?

MS. DESCALZO: We agree, Your Honor.

THE COURT: All right. So, 20 is a cause challenge.

Government, your next challenge?

MR. MCLAUGHLIN: 25, Judge.

THE COURT: Okay. 25 was the Brazilian woman who tried to convince me that reporting on a SARs meant that you always had to believe FBI even though she couldn't identify the law enforcement agency that she worked with with the SARs.

You know, at some point, I am just wasting my time so I stopped asking her questions. She had an anxiety issue. Her husband is leaving her. She has high blood pressure.

Her 16-year-old's grades are plummeting. I mean, she did not seem to me to be of a mental state to serve on an eight-week jury.

I don't mean any disrespect. She also asked the marshal if she could speak to me about a personal issue.

Defense, what's your position on her?

MS. DESCALZO: We agree, Your Honor.

THE COURT: All right. So, 25 is a cause challenge.

Government, your next challenge?

MR. MCLAUGHLIN: Our next challenge, Your Honor, would be 31, and that is solely based on the graduation vacation that she had put in for which is April 29th through the 4th. That's the sole reason we would --

THE COURT: That's the only reason I have marked down.

I know just from personal experience that graduations at the University of Florida tend to be more than a day. You have an honors college, your own college, your dorm, like they go on for days. She had asked for the time -- at first she said the 10th, but it was April 29th through May 4th.

If this were a shorter trial or if we weren't already taking the days off of Easter, I'd take off, if we needed to, if we were going to seat her, but what's the defense's position on 31?

MS. DESCALZO: We agree. She is a cause challenge, Your Honor.

THE COURT: 31 is stricken for cause.

I didn't think she was trying to make that up. She almost said it as an aside at the end, like, oh, by the way, I have to be gone for these days.

Government?

MR. MCLAUGHLIN: Our next cause challenge, Judge, would be 35.

THE COURT: Oh, yes, the woman who must have Googled

out to get out of a jury and then recited all of the reasons.

That would be 35.

Defense, your position on 35?

MS. DESCALZO: We agree, Your Honor.

THE COURT: I do not believe, in fact, that Jehovah Witnesses believe in an eye for an eye. In fact, I think it's totally the opposite, but Jehovah Witnesses typically can't serve, so this was -- that was definitely just a list of every why I can't be here.

All right. The next one, government?

MR. MCLAUGHLIN: 40, Judge.

THE COURT: Is there going to be any debate on 40?

MS. DESCALZO: There is no debate, Your Honor.

THE COURT: You know, I think 40 is a cause challenge, so 40 is stricken for cause.

Does the defense have any other cause challenges in this batch?

MS. DESCALZO: We do, Your Honor. I believe the Government missed a few.

THE COURT: Well, they missed one but I don't know about a few.

MS. DESCALZO: Well, Number 9. He is the gentleman that's from Haiti.

THE COURT: No, no, he wants a sidebar.

MS. DESCALZO: He wants a sidebar.

THE COURT: So I am not ready to strike him. He said he needed a sidebar.

By the way, I haven't heard him say anything that would be a cause challenge other than a medical issue that he needs to discuss, so let's wait to see what the sidebar brings.

MS. DESCALZO: Right, and a TSA officer worked for the Government for many years, so he said a lot of things and that he cannot be fair because he raised his hand when you asked about President Moise and the media and he raised his hand but really didn't answer questions about that.

So let's just follow up with him when --

THE COURT: When he is at sidebar.

MS. DESCALZO: There is Number 10. I am only noting her because you are sending her husband with the kid out of town for spring break and we are going to seat her. I would imagine that --

THE COURT: She said, without hesitation, that her husband would take her child and that her sister would step in and it wouldn't be an issue.

MS. DESCALZO: She did say that.

Then, she also -- the other issue with her is about the defendant not testifying. She said if it was her, she believed that she would testify, you pushed her a little. She continued to say it. Then you pushed her some more and then she said, okay, fine, I could be fair, so I don't know, I think she is a

cause challenge.

THE COURT: Government?

MR. MCLAUGHLIN: Your Honor, I think you rehabbed her quite well.

THE COURT: Well, thank you.

MR. MCLAUGHLIN: I have her flagged as a potential cause challenge and then I scrubbed that out. So, I think she has indicated she can be fair. She understands the dynamics of what it takes to be a juror. She has to listen to both sides. They can't expect the defendant to testify. If they want to strike her, they can use a peremptory.

THE COURT: You know, I struck -- her testimony struck me as somebody like her gut feeling would be, this is what I would do, but when I explained to her the legal standard, she didn't have any trouble accepting her.

I will deny the motion for cause.

MS. DESCALZO: Your Honor, I would add that the Fifth Amendment is a critical issue.

THE COURT: I know that.

MS. DESCALZO: Okay. I understand.

Number 13.

THE COURT: Okay.

MS. DESCALZO: She said, specifically said, after you pressed her, pressed him or her many times, continued to say, I would be lying if I said I could be fair when law enforcement

testifies, and she also said that she was born and raised around law enforcement, but I am more concerned about the statement about "I would be lying."

THE COURT: That wasn't her. That's juror 22. Juror Number 13, is that what you are talking about?

MS. DESCALZO: Juror Number 13.

THE COURT: No, Juror Number 13 is a 27-year-old female. She has a master's degree in political science.

MS. DESCALZO: Yes, and master's in UT.

THE COURT: She has a master's at UT. She did not say that. In fact, she said she could treat people equally and she could be fair.

Her father was Metro-Dade but is now retired.

The one you are thinking about is 22, who absolutely said "I'd be lying if I said otherwise" and the Government hasn't moved on her but that's 22.

MS. DESCALZO: Your Honor, three of us on the defense table heard 13 say that as well.

If you didn't hear it, maybe we need to bring her back but I definitely heard it and I wouldn't have mistyped my notes in the --

MR. DRAY: Judge, 22 said it also in a different way.

THE COURT: Listen, when we get to the issue.

Well, does the Government agree that 13 is for cause?

MR. MCLAUGHLIN: No, Judge.

THE COURT: If you want me to follow up, I will follow up but for now I don't see enough on the record for cause. I can follow up. When I ask you-all for follow-up, you can give me that as a follow-up.

The next cause challenge.

MS. DESCALZO: There was 19, and again, you tried, Your Honor, to rehabilitate him but even when you tried to rehabilitate him, he said, subconsciously would give law enforcement more credit, but consciously would try to do my best. He said he would try to prioritize what he was hearing.

I don't believe that that's sufficient.

THE COURT: If you want me to try to rehabilitate him or ask more questions I will, but he is not a cause challenge. He specifically said, I would listen to it. I would prioritize what I would be hearing, and that's what I would base my testimony on.

Again, I can ask more questions but he unequivocally said he would listen and make his decision based on what he was saying.

MS. DESCALZO: I know, but I think we need to follow up on him.

THE COURT: We can follow up on him but I will deny your motion for cause.

Next one.

MS. DESCALZO: The next one is 22.

THE COURT: 22 is not close, government.

This is the woman, no matter what I asked her, it was, I'd be lying, I was raised in this family. She just -- she just was not -- would not agree that she could be fair.

Government?

MR. MCLAUGHLIN: No objection.

THE COURT: 22 is stricken for cause.

All right. Any other cause challenges on behalf of the defense?

MS. DESCALZO: No, Your Honor.

THE COURT: Just for the record so everybody has their notes, the cause challenges as of now are 8, 11, 16, 18, 20, 22, 25, 31, 35, and 40.

All right. I am going to hear first from the Government on their follow-ups and then I will hear from defense on the follow-ups from this batch of 40.

Government, any follow-up questions?

MR. MCLAUGHLIN: Yes, Your Honor, as to Juror Number 5, we would request some follow-up questions regarding her statements about her friends being persecuted in Haiti and also --

THE COURT: About her friends in Haiti. Okay.

MR. MCLAUGHLIN: Then also, early on she said she could not be fair but as she started going over her questionnaire and responding to the Court's questions she said she could.

So, there was a little bit of ambiguity there so we would ask for some follow-up on her ability to be fair.

THE COURT: All right. My notes show that she was unequivocal that she could be fair. I do have that she has close friends in Haiti. I will ask her the question again about -- this is the woman that said that, if I am thinking of the right person, and I think I am, that her friends from Haiti were church friends that she wasn't that close to.

MR. DRAY: Correct.

THE COURT: I specifically asked her. I had them take the microphone back to her and asked her. She said, they are just church friends, I am not close to them.

MS. DESCALZO: That's correct, Your Honor. That's what she said.

THE COURT: I don't think there is any follow-up on that point.

MR. MCLAUGHLIN: Very well.

THE COURT: Next juror?

MR. MCLAUGHLIN: Juror Number 6, we would ask for some follow-up regarding her friends and family who have been convicted and, specifically, Judge, talking with my colleagues, we believe they have been convicted by our office.

Just inquire as to whether she has any bias, bad taste in her mouth, sort of questions about --

THE COURT: That was the cheerleading coach.

MR. MCLAUGHLIN: Correct, and also the gold case, I think as well.

THE COURT: I didn't think the cheerleading. I thought that was a state case, but any objection to that follow-up?

MS. DESCALZO: There was two cases, Your Honor. There was one federal, gold, that she only attended the sentencing in this building. I mean, I don't have a problem with that, that's fine.

THE COURT: All right. Anything else, government?

MR. MCLAUGHLIN: Not from the Government, Judge.

THE COURT: All right. From the defense?

MS. DESCALZO: Your Honor, we have -- obviously, we already talked about Number 9. We have follow-up questions about --

THE COURT: Sorry, hold on.

Number 9 is the gentleman -- I am going to bring him sidebar at the end because I don't know how many more sidebars might pop up, so you will get a chance to tell me everything you want on 9 before I bring him back up.

MS. DESCALZO: Number 10, I want more questions to her about her the defendant's right not to testify. I'd like her to be pressed a little bit more about that, and I want her to be pressed again about that spring break trip.

I am concerned, I don't want us to be in the middle of trial and then her decide that she is going on the spring break

trip. As we all know, these things happen.

Then 13, 13.

THE COURT: 13 is whether she could be fair with law enforcement?

MS. DESCALZO: Right. Because we think she said, would be lying, if she said could to be fair and Your Honor didn't hear it, so we want to ask her more questions about that.

There is Number 19. This was, subconsciously would give law enforcement more credit and then Your Honor rehabilitated him with prioritize what he is hearing.

We want to ask him more.

THE COURT: Okay.

MS. DESCALZO: Anybody else?

Did I miss any?

MR. DRAY: No.

MS. DESCALZO: I think that's it.

THE COURT: I am going to bring them all in. We are going to go through another tranche of maybe 15, that may get us through enough jurors, even if I were to strike all the ones for cause that you are suggesting follow-up on, that's how far I am going to go into the panel. I think we might be able to make it today. I hate to have all these people come back tomorrow. It could be a little later in the evening than we planned, but let's see what we can do.

Let's bring them in.

(Jury in at 3:39 p.m.)

THE COURT: Everyone be seated. Let's resume with juror 41, Beverly Gissendaner.

PROSPECTIVE JUROR: Hello.

My name is Beverly Gissendaner. I am 61 years old. I was born in Erie, Pennsylvania, I reside in Miami Gardens. My educational background is college. I have an associate's degree in social work. My current employment is Publix. I am a deli clerk worker.

Before that I was in school. I don't have any close friends or family members in training. I have two adult children. My daughter is a bartender. My son is not currently working. I read books, watch soap operas, listen to podcasts. I have no -- well, I have family members who served in the armed services, an uncle, a brother and a nephew, the Army, sorry.

I haven't served on jury duty. I have no friends or family members who serve in law enforcement or worked for the federal government. Yes, I have family members and friends who have been convicted and arrested for crimes.

My son was arrested in 2007 for either burglary or robbery. I don't remember.

I have no medical issues. I have a religious morals but it won't preclude me from sitting on the jury or affect my ability to be fair on the trial.

THE COURT: All right. I just want to make sure I have your age correct. You said you were 51, ma'am?

PROSPECTIVE JUROR: Six one.

THE COURT: Six one, okay.

You said you had two adult children. I have one was not currently working. What was he doing the last time he was employed?

PROSPECTIVE JUROR: Excuse me, say that again.

THE COURT: What was his last employment?

PROSPECTIVE JUROR: His last employment was he was in fencing.

THE COURT: And then your other son?

PROSPECTIVE JUROR: My daughter is a bartender.

THE COURT: You said you had a son that was arrested or one of them was arrested back in 2007?

PROSPECTIVE JUROR: That's the one who was -- I only have two kids.

THE COURT: What happened to that case?

PROSPECTIVE JUROR: He was convicted and he served time for it.

THE COURT: Was that here in Florida?

PROSPECTIVE JUROR: Yes, it was a state crime.

THE COURT: Okay. Did you go to the trial?

Was there a trial?

PROSPECTIVE JUROR: There was a trial. I didn't go to

trial but I was going back and forth to court with him.

THE COURT: Is there anything about that experience that would impact your ability to be fair to the Government witnesses in this case?

Would you be able to look at their testimony the same as anybody else's or would the fact that your son was convicted affect your ability to be fair?

PROSPECTIVE JUROR: Currently, no. However, if I see anyone who was affiliated with his case that beat him up, it could be a problem.

THE COURT: So, do you know what law enforcement agency was, you know, worked the case with him?

PROSPECTIVE JUROR: No. I know it was a state crime. That's all I know.

THE COURT: Okay. So, unless it's somebody you recognize, do you think, if it's an FBI agent or any of the federal agents that the Government intends to call, do you think you'd have a problem weighing their testimony?

PROSPECTIVE JUROR: It's a possibility. I can't say right now. It's a possibility.

THE COURT: So, when you say "it's a possibility," what could be the thing that -- assuming that they had nothing to do with your son's case?

PROSPECTIVE JUROR: As I stated, only if I see someone who was affiliated with his case.

THE COURT: Okay. So if they are not affiliated with his case --

PROSPECTIVE JUROR: Then I'm good.

THE COURT: -- you would not have any issues serving?

PROSPECTIVE JUROR: Right.

THE COURT: Thank you very much, ma'am.

Juror Number 42.

PROSPECTIVE JUROR: My name is Yadira Fernandez. I am 40. I was born in Cuba. I currently live in West Kendall. I have a doctor in pharmacy degree. I currently work for Walgreens as a pharmacy manager. I have been there for ten years. Don't have any family or friends with legal training. My partner is also a pharmacy manager for Walgreens.

I do have two children, one is eight years old, the other one is 19. She is currently working as a behavioral therapist and she also does school full-time at FIU.

News, whatever I see in streaming platforms. What I like to do for fun, travel, read, go to the gym.

I don't have any friends or family that have served in the military, at least not close to me.

First time in jury duty. No close friend or family ever worked in law enforcement.

Question Number 13, neither no one close to me or myself have ever been arrested or convicted of a felony.

Don't have any medical issues and Catholic, but that

does not preclude me from being fair and nothing will affect my ability to be fair to both sides.

THE COURT: You mentioned, though, when I asked the group, you mentioned that you might have a hardship with the length of the trial.

PROSPECTIVE JUROR: It's more of a concern with the length of the trial.

Like I said, I am the pharmacy manager. My senior technician is currently out on paternity leave so if I am out for eight weeks I don't really have anyone running a pharmacy, so it's mostly a concern when it comes to like patient care.

THE COURT: But I would assume, I mean, you work for a large company.

PROSPECTIVE JUROR: No, they would find me --

THE COURT: You would be concerned because you would rather be at work tending to your patients?

PROSPECTIVE JUROR: Of course, exactly.

THE COURT: They would be able to find someone for you.

PROSPECTIVE JUROR: No, no, for sure.

THE COURT: Thank you very much, ma'am.

Ms. Lawes.

PROSPECTIVE JUROR: Good afternoon, everyone. My name is Andrea Lawes Chin.

I am 45 years old, and I was born in Jamaica.

I currently reside in Miami Gardens. I go to

Miami-Dade part-time. I currently work for the University of Miami as a CNA/RPA.

I do not have any family member or friends with legal training. My husband is an executive chef at a catering company. He had technical education.

I do have three girls, one that graduated with her bachelor's in biomedical science. She is currently working in Miami-Dade as a lab manager.

The other one, she is at FIU. She is about to graduate in June, mechanical engineer, and the last one, she is 15. She is at Miami Norland High School.

I do not like to listen to the news, to the person at times. I do have social media.

I like to watch shows, TV shows like NCIS and House and stuff like that, so, Netflix.

My brother-in-law recently passed. He served in the Army, my -- my sister's husband, but it wasn't from the Army that he passed because he retire. He was in the Army for 30 years as a mechanical engineer.

My nephew is currently in the Army.

I've been selected for jury but never served.

My best friend's sister is a police, which she just retired because of health issues. No friends or family in the federal government.

My brother and my husband were arrested for aggravated

battery. They were dismissed.

I do have medical issues.

I have back issues from a back injury at work. I also have asthma and sickle cell.

I'm a Christian but that wouldn't interfere with me serving on the jury and there is nothing for me to be biased about.

THE COURT: So you mentioned that you have some back issues. When you said you had medical issues, and I saw you were a nurse, I was, like, I bet you it was her back.

Unfortunately, that's somewhat common for nurses. If you were sitting on the jury, obviously, I would let people stand and stretch and we take breaks. Would that be okay?

PROSPECTIVE JUROR: That would be okay but the fact that I work overnight. Like, I was supposed to be at work last night and I wouldn't be able to take the medication if I had to come here this morning. I take muscle relaxers and pain medicine for my back.

THE COURT: Well, you wouldn't be working at night. So if you were serving on the jury, you would serve, you wouldn't be able to serve all day and work all night.

PROSPECTIVE JUROR: No, and that's another issue. I was supposed to work last night and my supervisor used my PTO for me to be here today.

THE COURT: Oh, give me his number.

He can't do that. That can't happen.

Would you be able to change -- you would have to sort of change your routine to come essentially and work during the day as a juror and then sleep at night.

Would you be able to do that?

PROSPECTIVE JUROR: Yes, I would take the medication at night, so that way I function during the --

THE COURT: All right. You said that you had -- your brother-in-law and your husband both had previous arrests for aggravated battery, but those cases were dismissed you said?

PROSPECTIVE JUROR: Yes.

THE COURT: Is there anything -- let me start with your brother's case.

How long ago was that?

PROSPECTIVE JUROR: It was in 1997.

THE COURT: That was a while ago. Did you go to the trial or anything like that?

PROSPECTIVE JUROR: There weren't any trial.

THE COURT: What about your husband's case?

PROSPECTIVE JUROR: No, there weren't any trials. They were both dismissed.

THE COURT: Were they state cases? Do you know what court you were at?

PROSPECTIVE JUROR: I honestly don't know because my brother, I was 17 and I was in school and my husband, that was

before we met.

THE COURT: All right. So, it doesn't sound like there is anything about those experiences that would impact you today?

PROSPECTIVE JUROR: No.

THE COURT: Okay. All right. Thank you very much, ma'am.

Mr. Fleeman.

PROSPECTIVE JUROR: Yes, good afternoon.

My name is John Fleeman. I am 69 years old and -- oh, still 68 today. I am thinking ahead. April 20th I will be 69.

Born in Miami Beach, let's see, I now reside within the City of Miami limits not far here from the courthouse.

Educational background, started at North Beach Elementary in Miami Beach at what was then called Ransom School, today known as Ransom Everglades. I went to college in Maine, Bowdoin College and I have two master's degrees, one from -- real estate related, one from FIU, the other from MIT.

I have been retired for about 19 years now. I was a commercial real estate broker here in Miami, focused mostly on office space leasing.

Yes, I have a lot of friends who are attorneys but most of them are real estate and land use attorneys, but they are not really involved in any trials.

My wife was also in real estate. She is a graduate of

the University of Florida, and a Coral Gables Cavalier but she is also retired now.

We have two daughters. They are 36 and 34. The 36-year-old works in food service on the Santa Monica pier and the 34-year-old is currently on maternity leave but works in the tech industry in Northern California.

I can only describe it, like a lot of parents of people who work in tech, that she is in marketing, I really don't have the vaguest idea of what she does beyond that.

Newspapers, I read The Herald, Miami Herald, Sun Sentinel, some things from the New York Times and, you know, that's where I get most of my news from. Watch television news, yes, I watch CNN, MSNow.

Because I am retired, what I like to do, I got a whole bunch of things, lift weights, do Pilates, do a lot of reading, watch a lot of stuff on Netflix and streaming and take a weekly singing lesson because I used to be in a community theater group which unfortunately disbanded after Covid but just in case another opportunity comes up and they need a 69-year-old singer I am ready to go again.

Close family member or friend. Well, I seem to be the only one here old enough to, yes, my father and uncle served in the Army in World War II.

Have I ever served on a jury before?

Yes. State court, yes, one time state court and we

were able to reach a verdict. I was not the foreperson.

I do have a -- I don't know how close is close. I do have a friend who was a -- he is now retired. He was a Metro Dade homicide detective. He now teaches I think criminal law at -- there is a magnet school down south. I don't know if it's Southridge or -- anyway, he teaches the criminal law class there now.

Nobody that I know with -- no family or close friend work for the federal government. Nobody that's been arrested that I am close to.

I don't really have any medical issues that would interfere with me working as a juror or religious beliefs that would interfere with my being fair or anything, nothing else that I can think of that would affect my ability to be fair.

THE COURT: All right. Thank you very much, sir.

Mr. Jones?

PROSPECTIVE JUROR: Good afternoon, my name is Christopher Jones. I was born in England. I am 57 years old. I spent 36 years in the United States. I currently reside in Brickell. I have an undergraduate degree in business from University of Hertfordshire in England. I am currently the president and managing director of Regional Aircraft Manufacturer for the Americas. Before that I was the chief commercial officer of an aerodynamics company and then, before that I was the head of sales for Airbus North America.

I am currently divorced. I have two children, both are in college, age 20 and 24.

My media interests mainly go through the BBC, through Apple News, and also through The Economist. I watch Netflix and am active on Instagram.

For my hobbies, I am a drummer. I love music. I travel a lot, both for my job and also for my personal interests. I love soccer, motor sports, and I am an avid music lover.

No close family or friends have been in the military. I have not served on a jury before, no close family or friends are in law enforcement. The same with federal government in any capacity. I do work quite closely with lawyers from my job, both in contracts law and also in bankruptcy law for information as well.

No records of arrest for anyone in my family or any close friends, no medical issues. I am not religious and there is nothing that would preclude me from being fair and impartial for the jury.

THE COURT: You mentioned when I was questioning the entire group that you think you had somebody who was close to you that was employed either at the U.S. Attorney's Office or the State Attorney's Office?

PROSPECTIVE JUROR: Yes, I dated somebody who was a paralegal for the Department of Justice for six months in 2024.

THE COURT: You dated her for six months or she was a paralegal for six months?

PROSPECTIVE JUROR: I dated her for six months.

THE COURT: How long ago was that?

PROSPECTIVE JUROR: 2024.

THE COURT: And when you say with the Department of Justice, was it with the U.S. Attorney's Office?

PROSPECTIVE JUROR: Yes, it was.

THE COURT: Did you meet her colleagues or know anybody else from the office?

PROSPECTIVE JUROR: No, nobody else.

THE COURT: The prosecutors in this case are prosecutors from the U.S. Attorney's Office in Miami, at least most of them are.

Would that relationship that you had impact your ability to be fair and impartial in this case?

PROSPECTIVE JUROR: Not in the slightest.

THE COURT: All right. Thank you very much.

Juror Number 46, Ivan Vega.

PROSPECTIVE JUROR: Hello, good afternoon. My name is Ivan Vega. I am 44 years old. I am from Cuba. I live in West Kendall. I went to Miami-Dade College.

I have a bachelor degree in the airline business and hospitality management --

THE COURT: Can you just move the microphone a little

bit because the interpreters and the court reporter have the earphones on so that air is bad for their ears, the sound.

PROSPECTIVE JUROR: Yes.

THE COURT: There you go.

PROSPECTIVE JUROR: I am working in hospitality industry for 36 years. I work for Riviera Country Club for 12 years.

I am now working with, okay, at the Biltmore Hotel for six years because when you say, okay, if I knew anybody from here, okay, well, I think in the meetings that we do in the hotels, I think I see this person here with the gray jacket, so, I don't know. Here, with the third person here, before.

THE COURT: So you recognize somebody?

PROSPECTIVE JUROR: Yes.

THE COURT: But from the country club?

PROSPECTIVE JUROR: Yes, I don't know, okay, which meeting but it's not, okay, that he is my friend or anything but I think I seen him before.

THE COURT: All right. Okay.

PROSPECTIVE JUROR: My partner works for the code enforcement --

THE COURT: I'm sorry, your partner works where?

PROSPECTIVE JUROR: For the code enforcement department in Miami-Dade County.

THE COURT: Okay.

PROSPECTIVE JUROR: My partner has a bachelor degree in business administration and she work for Miami-Dade County.

I have two childrens, 17 years old and 12 years old, between me and her, okay, we are the support, okay, like the house so I work like hospital, okay, like when you work in hospitality, okay, the salary is based, okay, on tips. So, with my partner and I with our salary, okay, we have to pay the day care, the bills at the home, at the house.

Next I use YouTube as a learning tool. Also, I like to read finance news. I like traveling. I learn from different cultures and I love to collect coins or collect stamps.

I don't have family member that served in the military but I have a friend from high school, okay, that he went to the Navy for four years, I think in Iraq.

I was called to civil jury duty but I never served. My partner works for the Miami-Dade County. She is working there for seven years. I do not have friends or family members in the federal government. No one in my family has accused of a felony.

I do not have any medical issues. I do not have any religious or moral beliefs. Now, my stepfather is from Colombia, so he is with my mother, okay, like for 15 years. Okay, I went to Colombia seven years ago for a whole month and, also, okay, because I work in hospitality, I have many friends that are from Haiti.

So, I don't know, okay, if this, okay, would affect my, okay, my opinion on the case.

THE COURT: Well, how do you think having friends from Haiti would affect you?

PROSPECTIVE JUROR: Because they always working, like work, okay, about Haiti, okay, and over there, the killing people, you know, it's no freedom there.

THE COURT: Right, but how would that affect your ability to be a juror in this case, sir?

Here in this case you'd have to look at the evidence presented and you'd follow the law as I instructed you. How do you think that would impact you?

PROSPECTIVE JUROR: I can -- okay. I can attend and I would see the evidence, okay, like, if the evidence, okay, looks right, then I would decide, okay, who is wrong or who is right.

But having a family member that are from Colombia and friends that are from Haiti, you know, it's like a -- it's a little --

THE COURT: Right. It's a little what?

How does that impact you here?

PROSPECTIVE JUROR: I don't know. Like in the feeling, you know, like, like maybe goes to one direction or to another one. I don't know. But in the case, okay, we will see, okay, the evidence, okay, and we will find out.

THE COURT: You mentioned when I asked whether or not you would view law enforcement testimony differently, you raised your hand.

Can you tell me what your thoughts are about that?

PROSPECTIVE JUROR: Which is the question?

THE COURT: When I asked the question about whether or not you would look at law enforcement testimony differently.

PROSPECTIVE JUROR: I don't remember that.

THE COURT: So I asked everyone whether or not -- because you are going to hear testimony from law enforcement agents and I asked whether or not you would be able to look at that testimony and weigh it as anybody else, as if they were not law enforcement, right, or whether you would give law enforcement an advantage or a disadvantage merely because they were in law enforcement.

PROSPECTIVE JUROR: No, I think equally.

THE COURT: So you would look at them equally?

PROSPECTIVE JUROR: Yeah, equally.

THE COURT: All right. You mentioned that you work in the hospitality space and you get tips, right? So how would that impact, if you were here as a juror, you would be here for --

PROSPECTIVE JUROR: Okay. You know, I get paid by hour like $5-something, the base, and the rest like tips.

So, if I am here for ten months, okay --

THE COURT: No, not ten months. No, no, no, no.

PROSPECTIVE JUROR: For ten weeks, sorry, they will pay me only like the base and, I have to, I have two small children that I have to pay the bills and the daycare so the daycare can take care of them.

THE COURT: Thank you very much, sir.

Juror Number 47.

PROSPECTIVE JUROR: Good afternoon, my name is Angelo Andriotis, I am 53, born in Cuba. I live in Doral. I have a bachelor's from FIU, currently in banking for the last 30-some years, legal training, bank-related and working with the attorneys, part of my regular job.

My spouse works for an appellate company in the administration. Two little kids, 13 and 17, not much newspapers, mostly social media.

For relaxation, you know, gardening, yard work, you know, work around the house, the car, a lot of YouTube.

No one related with myself in the military.

I've been on jury, served on a jury, we reached a verdict, guilty. I wasn't the foreperson.

No one in the family with law enforcement. I haven't worked in the federal government either or any close family members.

I've been arrested two or three times when I was young, no felonies, the case was dismissed.

Medical issues, hypertension. I am a Catholic but wouldn't preclude me from serving and the ability to be fair, I think I am a little bit biased.

THE COURT: In what way?

PROSPECTIVE JUROR: Well, just from life experience, from dealing, from, you know, those previous instances and, you know, just life experiences and watching everything that is going on in the last four years.

THE COURT: Well, we all have life experiences and opinions about things.

But you said you were biased. I am not understanding who you would be biased against.

PROSPECTIVE JUROR: Well, probably law enforcement.

THE COURT: So you would be biased against law enforcement?

PROSPECTIVE JUROR: Yeah.

THE COURT: Well, law enforcement officers are clearly testifying. You heard the list of federal agents.

You are saying to me that if a federal agent testified in this case, just because they were a federal agent, that alone would cause you to not believe them or to believe them less than somebody else?

PROSPECTIVE JUROR: Well, not necessarily but I would be highly skeptical, more so.

THE COURT: You would be more skeptical of them than an

individual --

PROSPECTIVE JUROR: Yes.

THE COURT: -- who is not law enforcement?

PROSPECTIVE JUROR: Yes.

THE COURT: And that's just what, based on your life experience you said?

PROSPECTIVE JUROR: Yes, of course.

THE COURT: When you say "of course," I mean, I --

PROSPECTIVE JUROR: Yes.

THE COURT: You said you had been arrested when you were young.

What were you arrested for?

PROSPECTIVE JUROR: When we were young, I was probably 18, we were at a friend's house and we were horse-playing and we went outside and were running around the neighborhood, and a police officer pulled me over and I guess I talked back to him and he didn't like it and I was arrested.

THE COURT: Was that your only arrest, sir?

PROSPECTIVE JUROR: Well, another time for driver, driving without a license, an active license.

I had a lot of tickets.

THE COURT: I didn't catch what your wife did, it was administration.

PROSPECTIVE JUROR: Administration at an apparel company.

THE COURT: A power company.

PROSPECTIVE JUROR: No, apparel, clothing.

THE COURT: Oh, apparel. Sorry.

Thank you very much.

Juror Number 48.

PROSPECTIVE JUROR: Good afternoon, my name is Brian Moise, I am 25. I was born in Miami, Florida. I reside in West Little River. Went to elementary, high school here. After high school I went to trade school and got my CDL. That's what I do currently for employment.

I have no friends or family in legal training. My wife is a stay-at-home mom. I have one child under 18. I don't read or watch news.

I like to play basketball, like to watch basketball, play video games and watch documentaries.

I have no close family or friends in the military.

I have never been summoned or served in a jury. I have no close family or friends in the law enforcement. No close family or friends that ever worked in the federal government. I have never been arrested and I have no close family or friends have ever been arrested or convicted.

No medical issues. My religious beliefs does not make me unbiased and I believe that I will be unbiased in the case.

THE COURT: Where is it that you work?

PROSPECTIVE JUROR: I work for Snyder, Snyder National,

CDL, truck driver.

THE COURT: I'm sorry, I don't know what CDL means.

PROSPECTIVE JUROR: Commercial driving, truck driver.

THE COURT: All right. You are a truck driver. And your serving here for 8 or 10 weeks, that wouldn't affect your work?

PROSPECTIVE JUROR: No.

THE COURT: All right. Thank you very much, sir.

Juror Number 49, Ms. Fajardo.

PROSPECTIVE JUROR: Good afternoon, my name is Janelle Fajardo, I am 47 years old. I was born and raised here in Miami. I live in the Dadeland neighborhood. My educational background is bachelor's in elementary education. I have a master's in educational technology and a master's in Ed leadership.

I have been -- this is my 24th year working as an elementary schoolteacher. I have -- my ex-husband, 15 years ago I lived with him while he was in law school. He is not a lawyer now but, you know, I lived with him while he was in law school and while he finished law school.

My current significant other is also a teacher. He is a music teacher in an elementary school. I have one son. He is 13 years old. I listen to NPR, the podcast Up First on NPR every morning. I get a lot of my news from social media.

I like to cook. I read all types of books, fiction,

nonfiction, self-help books. I watch a variety of TV shows when I have the time. I have no close family members that have served in the military.

I've never served on a jury before. I have no close friends or family members who are police officers or have worked in the family government either.

My cousin was arrested for a felony -- he was convicted of a felony. He served three years in jail for a marijuana conviction about ten years ago.

I have no medical issues that would make it difficult for me to participate.

My religious beliefs would also not preclude me from being able to participate and I don't think there is anything else that would affect my ability to be fair.

THE COURT: The cousin that had the conviction, do you know if that was state court or federal court?

PROSPECTIVE JUROR: State. State.

THE COURT: Did you go to the trial or go any of the proceedings?

PROSPECTIVE JUROR: I didn't go to the trial. I visited him once while he was in prison.

THE COURT: Is there anything about that situation, right, his conviction, you seeing him in prison, anything like that that would affect your ability to be a fair juror here?

PROSPECTIVE JUROR: No.

THE COURT: All right. Thank you very much, ma'am.

Juror Number 50.

PROSPECTIVE JUROR: Good afternoon, my name is Pamely Paredes. I am 28 years old, born in Houston, Texas.

I don't know anything about Houston.

I don't know why my parents were there.

I live in Kendall. Grew up in Cutler Bay area, I went to Miami Southridge Senior High. I was supposed to go to school for PT, but I decided to pursue my career in dance professionally. My parents weren't happy about that, but I guess you could say I pursued my dreams.

Currently I am an admin assistant for Coral Gables Physical Therapy. I do not have any family or friends that have legal training. My significant other works for a dealership. He sells parts. He is the manager.

I don't have any children, just a cute little Frenchie who sleeps and snores all day.

I don't read newspapers, magazines or watch the news. I just get notifications for social media and even then I sometimes don't pay attention to it.

On my free time, I like to spend it with my family, watch baseball, especially now with the World Classic going on. I read a lot of fiction and I like to stay active and work out.

I don't have any family member or friend that served in the military.

I have never served on a jury or jury duty. I was freaking out when I saw that yellow envelope. I don't have any close friend or family that has worked for law enforcement either. Nobody that I know has been arrested. I have no close or family that ever worked for a federal company [sic] that I know of.

I don't have any medical issues.

Not religious, not moral beliefs, and I don't think there is anything that would affect me for ability to see both sides.

THE COURT: All right. You mentioned -- so you are an administrator at a physical therapy?

PROSPECTIVE JUROR: Yes.

THE COURT: Are you still dancing?

PROSPECTIVE JUROR: No, I like to say I am retired.

THE COURT: Dancers retire young, so that's fair.

PROSPECTIVE JUROR: Yeah.

THE COURT: Nothing about your employment with them, you would still be able to come to jury service?

PROSPECTIVE JUROR: Yes.

THE COURT: Thank you very much, ma'am.

Juror Number 51.

PROSPECTIVE JUROR: Hello, my name is Tia Townes. I am 43. I was born here in Miami. I currently live down south area, Homestead, Naranja.

I have my bachelor's in nursing. I've been working at Krome Detention Center for the past ten years, nursing for nine of them. My last year, I am a contract service manager now there.

I have an uncle and an aunt that are lawyers. My aunt, she practices family law. I am not sure about my uncle. My husband, he also works at Krome Detention Center as a contract officer. He is a captain there, has been there for 18 years.

I have four children, two of which are over the age of 18 and both are currently incarcerated, for gun and robbery, I think, charges. They are pending the trial or whatever.

I like to read. I like to cook. I like to travel. I watch Netflix. No military friends or family. Never served on a jury before. My husband, he used to work for Monroe Sheriff's Department before he started working at Krome. We work with the federal government at, you know, ICE at Krome, but we don't -- we are not actual federal government employees.

The felony, both of my sons, they have felony charges.

I don't have any medical issues. No religious or moral beliefs that would cause me to be unfair and, no, there isn't anything about me that would cause me to be unfair.

THE COURT: So, your sons that are facing those cases, is that in state court or federal court?

PROSPECTIVE JUROR: State, I believe. Both of them. I think they already like took plea deals. They have probation

violations that they are waiting on now.

THE COURT: Okay. Did you go to court with them?

PROSPECTIVE JUROR: No.

THE COURT: All right. Is there anything about that experience with them that would impact your ability to be fair here?

PROSPECTIVE JUROR: No.

THE COURT: So, if law enforcement agents testified in this case, you would treat their testimony the same?

PROSPECTIVE JUROR: Yes.

THE COURT: So, I know you are not technically a federal employee.

You do work at Krome. You are a nurse at Krome. Is that it?

PROSPECTIVE JUROR: I am a contract service manager now but nursing is my history there, yes.

THE COURT: And in the contract servicing, is it also for medical care?

PROSPECTIVE JUROR: It's for healthcare, yes, uh-huh.

THE COURT: Again, you correctly pointed out you are not an employee of the federal government yourself but you do work --

PROSPECTIVE JUROR: I work around ICE employees and ICE officers, yes.

THE COURT: Would that experience affect your ability

to be fair here?

PROSPECTIVE JUROR: No.

THE COURT: All right. Thank you very much.

Juror Number 52.

PROSPECTIVE JUROR: Hi, good afternoon.

My name is Mariana, I am 20 years old. Born here in Miami, but I grew up in Venezuela. I live in Little Havana. I graduate two years ago from Miami Senior High School and I am actually now studying from being psychology in FIU.

My first work is real estate right now. I don't have any close member or family have legal training, either a partner. So I don't have childrens. I study right now so --

THE COURT: Are you a full-time student?

PROSPECTIVE JUROR: Have full-time, yeah, technically.

THE COURT: Do you take classes during the day or at night?

PROSPECTIVE JUROR: The day.

THE COURT: Okay.

PROSPECTIVE JUROR: I watch the television. I saw -- I always see Telemundo 51. It's in Spanish. I like to play volleyball and watch baseball and scroll all day in TikTok and Instagram.

I don't have any family members or friends serving in the military. This is my first time in jury duty or in the court. I don't have any friends or family working in the law

or in the industry.

I don't have any family, friends with federal government, any capacities.

My dad has been arrested in Venezuela from, I don't know, I was like ten years old. It was for family issues.

THE COURT: Okay.

PROSPECTIVE JUROR: I don't have any medical issue. I'm Catholic but my religion don't affect the jury or still in the court, and if there is anything that I can think, no. Nothing to be a fair in the court.

THE COURT: What would happen to your classes if you were serving on a jury?

PROSPECTIVE JUROR: I just e-mail the professor to say that I am in jury duty.

THE COURT: Right, but you wouldn't be able to go to class, I assume?

PROSPECTIVE JUROR: Yeah.

THE COURT: When does the semester end this year?

PROSPECTIVE JUROR: I believe it's in April -- I think the 20-something.

THE COURT: Okay. All right. Thank you very much, ma'am.

Juror Number 53, Maria Hernandez.

PROSPECTIVE JUROR: Hi, good afternoon, everyone. My name is Maria Hernandez. I am 43 years old, born in the

Philippines, currently residing in Hialeah. I have some four years college in landscape architecture but somehow ended up in the pharmacy. I am currently certified and registered pharmacy technician for the last over ten years, the same company almost because they've been bought out by the same company.

No close family members or friends that have legal training. My spouse is currently working for the state, supervisor for water management district.

We have two kids, two from the previous marriage of my husband, are 23, working in Colorado with a company, and a 21-year-old, he is with us and studying in college, Miami-Dade.

And I have a ten now, we have another one, she is ten years old but acts like a teen already.

THE COURT: Good luck.

PROSPECTIVE JUROR: Mostly online news but I do listen to NPR, scrolling in Instagram, I like everything and anything under the sun, TV shows, movies, crime shows, medical shows, sci-fi, but nothing scary or horror movies or any psychological movies.

I do have three half-siblings in the Army on my father's side and never served in jury before, but have been called a year ago or probably two years ago.

No close family member or friends that work in law enforcement agency or federal government that I know of.

No one that I know of have been arrested, accused or

convicted of a felony.

Medical issues, high blood pressure, but I think it's under control right now. I haven't taken any medication for the last two years and feel fine.

Raised as a Catholic. My husband's family are Christian, but I don't think those -- any religious or moral beliefs will preclude me from sitting on this jury or that would affect any ability to be fair to both sides.

THE COURT: What does your spouse does for the water management district?

I know he works for water management.

PROSPECTIVE JUROR: He is a supervisor for one of the departments over there. I think it's in levees is their specialty.

THE COURT: All right.

And you work currently as a pharmacy technician?

PROSPECTIVE JUROR: Yes, ma'am.

THE COURT: Do you work for like a large pharmacy? Would you be able to serve for the 8 to 10 weeks?

PROSPECTIVE JUROR: Yes, ma'am.

THE COURT: Thank you very much.

Juror Number 54.

PROSPECTIVE JUROR: Good afternoon, everybody. My name is Jose Romero. I was born in Lima, Peru. I live in Hialeah right now. I did a few years of college. I work in the

banking industry. I do home loan lending. I don't have any legal training.

My wife, she works in the banking industry as well. I do have two children. I love to read newspapers, magazine, Wall Street Journal, Washington Post and some others.

My hobby is to play soccer. No family members in the military. I never serve as a jury before, no family members that work for the law enforcement, no family members in the Government, no family members ever been arrested, no medical issues except when I don't make money I get depressed.

I'm Catholic, my ability, no, in this case, no.

Except to tell my manager that I will be out for ten weeks.

THE COURT: That's all right.

PROSPECTIVE JUROR: Maybe you can call him.

THE COURT: I will call him.

It looks like I am going to have a lot of phone calls to make potentially tomorrow.

You know, when I was talking and asking questions of the group, you answered that you had seen some media reporting about this case?

PROSPECTIVE JUROR: Yeah, I mean, this case was very popular. I know some details.

THE COURT: From just things that you read in the media?

PROSPECTIVE JUROR: Well, yes, when something I find it interested, I dig a little bit more.

THE COURT: All right. So, when you digged, where did you go, just other media sources or what else did you do?

PROSPECTIVE JUROR: Well, right now it's very easy to access information when you want to find out something.

THE COURT: So whatever it is that you know, I don't want you to say it here, but anything you read or that you looked up, is that information you could put aside because in this case you would only be able to rely on what you heard in the trial.

PROSPECTIVE JUROR: Correct.

THE COURT: Would you be able to do what?

PROSPECTIVE JUROR: Well, I will analyze that compared to the information I know.

THE COURT: No, no, you don't know anything.

In other words, you have to --

PROSPECTIVE JUROR: Well, you can't say that because I already know a few things, right?

THE COURT: Right, but the stuff you know, you have to take it out of your mind.

Would you be able to do that?

PROSPECTIVE JUROR: I would try.

THE COURT: Well, trying might not be good enough.

Again, I have a responsibility to make sure that the

jurors are fair and impartial and that they are able to take out information they know.

Would you be able to do that?

PROSPECTIVE JUROR: I would say yes.

THE COURT: That wasn't very convincing, sir. That wasn't very convincing.

You also mentioned when I asked a group whether or not you would take the testimony of a law enforcement agent different than someone who wasn't in law enforcement.

PROSPECTIVE JUROR: Yes, in this case I will feel that the law enforcement, in this particular case, based on the information I know, I will trust them.

I will slightly believe them more.

THE COURT: All right. Even if I instruct you to take their testimony the same, you still think --

PROSPECTIVE JUROR: Well, if you instruct me, that means you are telling me how to --

THE COURT: Right, so what we would ask you to do is to take everyone's testimony the same, whether it's law enforcement or not.

Do you think you could do that?

PROSPECTIVE JUROR: I could try, yes.

THE COURT: Okay. All right, sir.

Let's talk to Juror Number 54.

PROSPECTIVE JUROR: 55.

THE COURT: I'm sorry, 55, yes.

PROSPECTIVE JUROR: Good afternoon, my name is Luis Pinto. I am 55 years old. My country of origin is Venezuela. I currently work in Doral. I used to work for the oil industry where I got a bachelor's degree in business administration. I also got a law degree. I am a lawyer back in Venezuela.

I currently work in -- as an export coordinator in the Home Depot. My wife works as real estate. She is still living in Venezuela. I have two children from my first -- two daughters from my first marriage. One is 31. She lives with her mother in Rome, Italy. She got the condition of dancing in Roma, and the 27 years old who lives in Atlanta, Georgia, and she works in an insurance company.

I love to hear the news in the morning when I go to work. I have no family or friends in the military, either the law enforcement. It's my first time serving as a juror.

I have never been accused or arrested. No medical issues. I am a Catholic and that's it.

THE COURT: When you practiced law in Venezuela, did you practice any criminal law?

PROSPECTIVE JUROR: No, just for the support my job in the risk and insurance management, so it's basically in insurance.

THE COURT: All right.

Is there any reason, sir, that you think you would not

be able to be fair and impartial here?

PROSPECTIVE JUROR: No reason.

THE COURT: All right. Thank you very much, sir.

Juror Number 56.

PROSPECTIVE JUROR: Good afternoon, Your Honor, my name is Scott Charlebois. I am 64 years old. I was born in California, I currently reside in Cutler Bay. I have a bachelor's degree from FIU in occupational therapy, and I have been working at the Department of Veterans Affair for the last 24 years in the spinal cord injury unit.

I have a friend who is a Southern District of Florida prosecutor. My wife is a licensed clinical social worker. I have two children, a 23-year-old music teacher and a 29-year-old college student.

Most of my news comes from either MSNow network or the MSN website.

When I'm not working, I prefer to watch horror, sci-fi and true crime documentaries.

My father was in the Air Force and two very close friends, one was in the Air Force and one was in the Army.

I've been never selected to be on a jury. A close friend of mine, his father and uncle both worked in the FBI, both retired. I was very close with the father. I, myself, worked for the federal government. I have a first cousin who spent 24 years in California prison for second degree murder.

I do not have my medical issues. My religious beliefs do not pertain to this. However, I do have a bias favoring one side over the other.

THE COURT: You mentioned that you had a friend who was a prosecutor?

PROSPECTIVE JUROR: Yes, she currently works for the Southern District of Florida.

THE COURT: Do you mind sharing her name just to make sure it's the same office?

PROSPECTIVE JUROR: Yes, Lynn Kirkpatrick.

THE COURT: So, Ms. Kirkpatrick is a prosecutor in the same office as the prosecutors here.

Do you think that would impact your ability to be fair?

Do you think you would favor them because of your friendship with Ms. Kirkpatrick?

PROSPECTIVE JUROR: Yes, and other opinions that I have.

THE COURT: All right. Thank you very much, sir.

Juror Number 57, Elias Espinosa.

PROSPECTIVE JUROR: Hi, good morning, everybody.

My name is Elias Espinosa. My age is 64. I born in Maunabo, Puerto Rico. Currently, I still living in Canóvanas, Puerto Rico but because due to work, I had to traveling every week to Miami where friends and relative I stay with them. I had to do all the paperwork to get all the license and

everything for the work, so this why --

THE COURT: Well, do you live here or do you live in Puerto Rico?

PROSPECTIVE JUROR: No, I permanently living in Puerto Rico but I have to travel to came here. I working for American Airline as an aircraft mechanic.

THE COURT: But you must have an address here in Miami because --

PROSPECTIVE JUROR: I also I need the address to be able to have the license and everything, so have a friend and relative, they give me at least the place to stay when I work here.

So, normally I just flew here, go to the airport, working double and double, one single, 40 hours, boom, and go back home.

THE COURT: So you don't have a home in Florida?

PROSPECTIVE JUROR: So during the time here is working and then go back home, my wife and my kid, my mother.

THE COURT: Do you have a house here in Miami, sir?

PROSPECTIVE JUROR: No, I can't afford be here so my friend, they give me a place to stay, you know. It's a complicated, but this is important during the Covid thing the company had to close the maintenance program in San Juan, so I had to -- they move all the operation and report to work here. So, I need the job, I have to follow my job. It's hard to but

I have to do it every single week.

Then -- so my background in the school, I have the college in aviation maintenance school in Puerto Rico. And then I working for American Airlines by the last 37 years, 33 I was working in San Juan. The other one I am moving back and forth from San Juan to here to work.

So, the legal training, my daughter is studying master degree in law in Dallas, Texas. My spouse, he [sic] used to work in American Airlines also, but at the time the move, she decide to retire, stay in San Juan, because my kids or his [sic] mother was sick.

But, anyway, I just here moving back and forth.

Children, I have 4, one girl, three boys. My older boy have a master degree in business administration. He working in the Fort Worth Zoo as a manager in Texas.

The other two is living in Puerto Rico.

The one have 22 is attending the university doing his degree on the mechanical engineering, and the other one have the thing in the high school, graduating from the high school and he is already at the -- the university accept him as going to mechanical engineering, too, in Puerto Rico.

For me, I am no follow too much in the paperwork, magazine, or anything like that. Running a sport, that's it. I like -- I like and then I have to traveling and also in my spare time I like fishing.

My grandfather was in the military service and then have a bunch of friends that was in the Army.

My grandfather was in Vietnam and my father-in-law also Vietnam.

I never, this is the first time in the court attending as a jury but I never. Okay. As a law enforcement, I have too many friends. They are in the police department in Puerto Rico.

And the family member who -- for the federal work, one of my friends have a son. He is a work in the FBI agency. My uncle was arrested and he did the sentence in New York. Every time he get out, he get back again. He do most of the half of his life inside until he pass away inside.

Then I have no medical issue for up to this moment.

Okay, and then by the last two question, about religion and if I have anything of -- may be fair to both sides, I have to say to both because during the process you have to understand all the language. They have to be a point reference to the case. And due to, I am born, growing in Puerto Rico. My first language is Spanish, and then I am missing a couple of words because if they talking too fast, I am missing. Then I have to think in Spanish to translate in English, so to understand this for me is more complicated.

While I living and doing is fixing airplanes so I'm sorry about that. I have to answer, I cannot be fair because I

cannot make a good judgment about what's happening because the language.

THE COURT: All right. Thank you very much, sir.

Juror Number 58, Imelda Korraa.

PROSPECTIVE JUROR: Hello, my name is Imelda Korraa. I am 58 years old and I am from Tijuana, Mexico.

I live in Miami Shores. I completed vocational school as a paralegal. I am currently unemployed but have worked as a legal assistant, paralegal previously. I am married. My husband manages a sales team for Fiserv Financial Services. I have one son, 36-year-old. He is an artist, self-employed.

I read local magazines, travel magazines. I'm in social media. I love traveling, boating, fashion, family, friends. I don't have anyone that has served in the military. I never served on jury before. I don't have any family or friends that work for law enforcement agency. I do not have any family or friends that work or have worked for the federal government. I have not, nor have any family members that have been arrested.

I do not have any medical issues. I do not have any religious or moral beliefs that preclude me from sitting on this jury.

I do not have anything that would affect my ability to be fair to both sides in this case.

THE COURT: You did raise your hand that you knew

someone. I think it's someone from the defense table.

PROSPECTIVE JUROR: Yes.

THE COURT: Who did you recognize?

PROSPECTIVE JUROR: Attorney David Howard.

THE COURT: And how do you know Mr. Howard?

PROSPECTIVE JUROR: Friends.

THE COURT: Are you close friends?

PROSPECTIVE JUROR: I'm closer to his wife than to him.

THE COURT: All right.

Would you be able -- do you think it would be fair to the Government for you to serve on this jury given your friendship with Mr. Howard and his wife?

PROSPECTIVE JUROR: I don't think so.

THE COURT: Okay. That's fair enough.

I appreciate that, ma'am.

Mr. Guerrier, Juror Number 59.

PROSPECTIVE JUROR: Good afternoon. My name is Samuel Guerrier. I born in '80. I live North Miami. My education, high school Haiti, college Haiti. My starting work, I was apprenticeship at BEW-349. I was working in --

THE COURT: I'm sorry, sir, we can't understand you here. If you would slow down.

Where is it that you were working?

PROSPECTIVE JUROR: Dinai (phonetic) Electric.

THE COURT: Electric, Dinai Electric?

PROSPECTIVE JUROR: Yes. I was.

THE COURT: Okay.

PROSPECTIVE JUROR: I passed five years in Miller Electric --

THE COURT: I'm sorry, sir, can you tell us that again?

PROSPECTIVE JUROR: Miller Electric.

THE COURT: Miller Electrical?

PROSPECTIVE JUROR: Yes. Miller Electric five years. Now I am work Miller Electric. My family is -- I don't have any legal training. My wife live with me, work in the Winn-Dixie, Winn-Dixie.

She work in Winn-Dixie.

I have three daughters. The first one, 19, go to college, Miami-Dade College. I like TV, the news, news TV.

THE COURT: Sir, can you just repeat that? We are not able to hear you here. Just can you repeat?

You like to watch the news, what else did you say?

PROSPECTIVE JUROR: Would like to watch the news, see the news.

THE COURT: Okay. He likes to see the news.

PROSPECTIVE JUROR: Yes, the news. I like the self-help book, uh-huh. Ten, never serve in the military. Never serve on a jury before. 12, 12, never work for law, a law enforcement agent agency. 12, I never work for federal government.

14, never ever been arrested and convicted a felony.

15, I don't have any medical issue.

16, I don't out (indiscernible) any religions because I am Christian.

17, I -- any affect ability to be fair to both sides in the case.

THE COURT: Are you currently working, sir?

PROSPECTIVE JUROR: Now I don't work but I apply for company in -- I apply for the job now.

THE COURT: Okay. You raised your hand when I asked whether or not there was anybody you knew what worked for a prosecutor's office.

PROSPECTIVE JUROR: Yes.

THE COURT: Do you know anybody from a prosecutor's office?

PROSPECTIVE JUROR: Yes.

THE COURT: Who do you know that works at the prosecutor's office?

PROSPECTIVE JUROR: You can repeat for me?

THE COURT: Yes.

I had asked if anyone knew someone who worked for a prosecutor's office, either the U.S. Attorney's Office or the State Attorney's Office, and you raised your hand. So, who do you know that works at the prosecutor's office?

PROSPECTIVE JUROR: No, I don't. I don't know nobody.

THE COURT: All right. You said you had three daughters.

What do your daughters do, sir?

PROSPECTIVE JUROR: I have three daughters. The first one I have 19, the second one I have 15, the third one is 11 years.

THE COURT: You said that you were born in Haiti, sir?

PROSPECTIVE JUROR: Yeah.

THE COURT: When did you come to the United States?

PROSPECTIVE JUROR: I come 2012, I was here.

THE COURT: And have you traveled back and forth to Haiti?

PROSPECTIVE JUROR: Not never.

THE COURT: All right. Have you listened to the news or have any information from friends or family with respect to the assassination of the Haitian president?

PROSPECTIVE JUROR: I watch the news. I need more information what happened in this country, I need to know what happened, what happened in this country I live now. I listen, I watch the news.

THE COURT: Right. Have you been -- did you watch or do you have any information from friends or family about the assassination of the Haitian president?

PROSPECTIVE JUROR: I don't think. All the information is for me.

THE COURT: Okay. Thank you very much, sir.

Mr. or Ms. Rosenblat, Jordan. Mr. Rosenblat.

PROSPECTIVE JUROR: Good afternoon, my name is Jordan Rosenblat. I am 31 and I was born and raised in Aventura, Florida. I live in Midtown Miami now. I have my bachelor's and master's in accounting and I also have my CPA license.

For five years I was a senior associate at a public accounting firm and I have been working at the Fountainbleau Hotel for the last three years. The first two years I was at the actual hotel. Now I am in the corporate side of the business, it's like the development and residential side.

My aunt is the director of legal at the Guardianship Program of Miami and I have a lot of close friends that are lawyers and PI attorneys.

No spouse, no children. I don't really watch the news. I get my news from social media. I have a Jewish mother who I speak to 50 times a day so she --

THE COURT: Slow down.

PROSPECTIVE JUROR: Sorry.

THE COURT: You have a Jewish mother who?

PROSPECTIVE JUROR: I speak to like 50 times a day.

THE COURT: That doesn't beat the Cuban mom so go ahead.

PROSPECTIVE JUROR: She fills me in.

What I like to do is I play and watch a lot of tennis

and I am a big Bravo guy. A lot of reality television, also Netflix and Hulu like thriller, spy things.

No family served in the military. I have never served on a jury before and I do not have any close members that have worked at law enforcement agencies, nor do I have anyone that has worked in the federal government.

For the felony, my uncle was convicted of a drug-related felony when I was much younger so that was like 20 years ago.

No medical issues, just regular anxiety, and no religious or moral beliefs that would preclude me from sitting on this jury, and there is nothing else that would affect me from the ability to be fair on both sides.

THE COURT: Would your uncles's issue, I know it was a long time ago, you were a kid, would that affect you at all?

PROSPECTIVE JUROR: No.

THE COURT: You mentioned when I asked the general group, you mentioned two things. You said, one, that you knew somebody at a prosecutor's office?

PROSPECTIVE JUROR: Yes, she interned for a district attorney's office and she is at another law firm now.

THE COURT: Is it in Florida?

PROSPECTIVE JUROR: Yes.

THE COURT: Was it the State Attorney's Office here?

PROSPECTIVE JUROR: I am honestly not sure.

THE COURT: Who was that again?

PROSPECTIVE JUROR: Ariel Weltz.

THE COURT: No, no, I am saying how is this person related to you?

PROSPECTIVE JUROR: She is my friend.

THE COURT: Oh, just a friend of yours.

Okay. You also mentioned that serving on this jury given the time constraint would be a hardship?

PROSPECTIVE JUROR: Yes. Well, I was also told that, like, they only give you three days of paid jury leave at work so -- and then you have to take an unpaid leave.

THE COURT: No, no, again, give me that number. That's not the case. If you were selected as a juror, obviously, they could not discriminate against you in any way from serving on a jury for three days.

You work for a fairly large company so I don't think that would be an issue.

Anything else, sir, that you think could affect you?

PROSPECTIVE JUROR: No.

THE COURT: Okay.

Let's hear from juror 61, Jade Mitchell.

PROSPECTIVE JUROR: Hey, my name is Jade Mitchell. I am 27. I was born here in Miami. I currently live in Miami Gardens. I have a bachelor's in psychology and I will be starting nursing school soon.

I currently work as a mental health tech. I also work for the Jackson Health System as an outreach navigator for mammogram services.

I do have an aunt who I believe practices family law. I don't have a spouse or partner. I do not have any children. I don't read any newspapers or magazines. I like to do Pilates, yoga, running, going to the beach, things like that.

I like to read nonfiction and self-help books. I currently have two siblings who serve in the military, one in the Marines, one in the Air Force.

I have never served on a jury before but I have been summoned a few times.

I don't have any close family members who worked in law enforcement or any federal government.

I have had a few family members who were arrested. I am not entirely sure about their cases at all.

I don't have any medical issues that would make it difficult for me to participate. My religious beliefs won't preclude me from sitting in on this jury and I don't think anything would affect my ability to be fair to both sides on this case.

THE COURT: You said you had some family members arrested? How close -- who were they?

PROSPECTIVE JUROR: My grandfather, he was arrested when I was in elementary school. He came out when I was in

high school. I don't know what for.

THE COURT: Do you know anything about it at all?

PROSPECTIVE JUROR: I don't know anything about it.

THE COURT: Anyone else, ma'am?

PROSPECTIVE JUROR: No.

THE COURT: Because you mentioned other -- I didn't know if it was just him or other family members?

PROSPECTIVE JUROR: I had other family members like distant cousins, not really close to them.

THE COURT: You are currently a nurse or you are --

PROSPECTIVE JUROR: I am a mental health tech and I also work for Jackson Health System.

THE COURT: Okay. Great.

If you don't mind, I need the microphone back up here.

There are just some questions I have, some follow-up questions I have for other jurors so if the marshals can bring the microphone back to Juror Number 6.

You mentioned that you knew two different people that had had convictions, one was a coach, essentially, a cousin, and the other one I think was a family friend, your best friend's husband I think for a gold case.

Is that right?

PROSPECTIVE JUROR: Yes.

THE COURT: Let's take each of those again just for a minute.

The case of your cousin who was the coach, do you know what office prosecuted that case?

PROSPECTIVE JUROR: Not exactly, but I'm sure it's the state. He used to be a coach here in Miami.

THE COURT: Did you go to any of the hearings or anything like that?

PROSPECTIVE JUROR: I went to the last one. He called and asked that, you know, as many relatives go and support him so my dad asked. He is a first cousin.

THE COURT: Do you know what courthouse you were in? Was it in this building or in this --

PROSPECTIVE JUROR: It was not in this building, no.

THE COURT: Was it over by Jackson?

PROSPECTIVE JUROR: I'm not sure.

THE COURT: Do you know if -- I mean, we have a couple of federal courthouses right around here. Do you remember at all whether it was here or across the street or anything like that?

PROSPECTIVE JUROR: No, because we were kind of car-pooled.

I didn't drive.

THE COURT: All right. Anything about that experience do you think would impact your ability to serve here?

PROSPECTIVE JUROR: No, not at all.

THE COURT: Then you had the other issue with your

friend's husband. I think you said that was in this building?

PROSPECTIVE JUROR: Yes.

THE COURT: Anything about that case that would impact your ability to be fair here?

PROSPECTIVE JUROR: No, I didn't know much about the case. I came to court during the sentencing to support my friend.

THE COURT: Did she talk to you about the case or the prosecutors or anything like that?

PROSPECTIVE JUROR: No.

THE COURT: So do you think it would affect your ability to be fair here?

PROSPECTIVE JUROR: No.

THE COURT: All right. Thank you very much, ma'am.

If you could pass the microphone to Juror Number 10.

You mentioned, again, that spring break trip that you had?

PROSPECTIVE JUROR: Yes.

THE COURT: I want to make sure, if you were picked as a juror, would you be fine missing those two days?

PROSPECTIVE JUROR: Yes, I guess I would be, yes, what am I going to do, I guess.

THE COURT: You and I, we went back and forth on the defendant's right not to testify, that a defendant doesn't have to testify.

If you were a juror on this case, and any of the defendants decided not to testify, would you hold it against that defendant that he decided not to testify?

PROSPECTIVE JUROR: I think before, before this I would have, but per your instructions, I need to follow your instructions and I shouldn't hold it against them.

THE COURT: And you would not?

PROSPECTIVE JUROR: If you instructed me to not do so, then I wouldn't, yes.

THE COURT: All right. Thank you very much, ma'am.

If you could pass the microphone to juror 13.

Ma'am, I know you have a lot of family members in law enforcement. Is that correct?

PROSPECTIVE JUROR: Yes.

THE COURT: Was it your dad who was in Metro at some point?

PROSPECTIVE JUROR: Yes, he retired from there but he is still a reserve officer.

THE COURT: All right. I just want to make sure and ask you this question. I think I asked you already but, again, I have a duty to make sure that your our jury is fair and impartial.

I want to make sure if you were a juror in this case, would you treat the testimony of a law enforcement officer differently than of someone who was not a law enforcement

officer?

PROSPECTIVE JUROR: No, I can be impartial about that.

THE COURT: Okay. So you would not give them more credit because they were in law enforcement?

PROSPECTIVE JUROR: No, uh-uh.

THE COURT: All right. Thank you very much.

If you could hand the microphone to Juror Number 19.

All right. The same series of questions for you, sir. You and I had a couple of questions and answers with respect to law enforcement because you work at the Broward Sheriff's Office, your mom, your sisters. I know you are in the accounting side.

If law enforcement -- and we know that law enforcement officers are going to testify here. They are federal officers but you will hear testimony from law enforcement officers.

Would you treat their testimony the same as a non-law enforcement officer or would you give them sort of extra credit or go into it giving them more credibility just because they were law enforcement?

PROSPECTIVE JUROR: It's hard to say, but I think I would be impartial.

THE COURT: Again, I am not trying to nitpick on words even though that's kind of what I do for a living. You said "think."

I need to be sure. Would you be fair or not fair

because, in this case, like I said, you have to look at the law enforcement officers' testimony, you have to determine whether they are credible or not.

You have to do that for every witness but I want to make sure that law enforcement officers wouldn't have sort of a head start with you.

What say you to that?

PROSPECTIVE JUROR: I think -- I'm not too sure because I feel like emotion-wise that it's something I wouldn't be able to control, part of me would say they would have a little bit of a head start.

THE COURT: All right. I am going to ask, ladies and gentlemen, that you step outside again.

I know it's 5 o'clock. If you just bear with me a little longer, we might be able to conclude today which is a lot better than coming back tomorrow. So, if you could bear with me, just step outside, we are going to be with you as soon as we can.

COURT SECURITY OFFICER: Stand for the jurors.

(Jury out at 5:09 p.m.)

THE COURT: All right. Have we cleared all the jurors out of the room?

All right. Everybody can be seated.

So, going back to the 1 through 40, the defense had asked me for some follow-up there.

Defense, any renewed motions for cause between 1 and 40?

MS. DESCALZO: 19 and --

THE COURT: Government, 19?

MR. MCLAUGHLIN: No objection.

THE COURT: 19 is stricken for cause.

MS. DESCALZO: Your Honor, we had more follow-up on Number 10 which was a question that wasn't asked, if some of the defendants testified and others don't, would she view them more favorably.

THE COURT: I was going to ask that but she could not have been any clearer that if that were my instruction, she would follow it.

All right.

Let's hear from the Government on cause challenges from 41 on.

MS. DESCALZO: Can we confer? We need to confer for five minutes.

THE COURT: Okay. Five minutes.

I think this is a tranche that's pretty easy, but I will give you five minutes on the cause.

Go ahead.

MR. DRAY: Thanks.

(Brief recess.)

THE COURT: All right. We are ready.

Government, exercise your challenges starting from 40 on for cause.

MR. MCLAUGHLIN: Your Honor, we would move to strike juror 41.

THE COURT: On what basis?

MR. MCLAUGHLIN: Anti law enforcement.

THE COURT: What did they say?

PROSPECTIVE JUROR: This is the juror with the two sons that are in prison for burglary and robbery.

THE COURT: She clearly said that unless it was somebody related to her son's case, she'd have no problem.

MR. MCLAUGHLIN: Okay.

THE COURT: Unless the defense agrees it's a cause challenge.

MS. DESCALZO: We do not agree, Your Honor. No.

THE COURT: All right. Next?

MR. MCLAUGHLIN: 46, Judge. 46.

THE COURT: Defense, 46.

MS. DESCALZO: We agree.

THE COURT: 46 is stricken for cause.

Government?

MR. MCLAUGHLIN: 47, Judge.

THE COURT: Defense?

MS. DESCALZO: What's the cause on 47?

THE COURT: I had 47 as well, but let me hear from the

Government.

MR. MCLAUGHLIN: He very plainly stated that he is anti law enforcement.

THE COURT: He said his bias was for law enforcement. This is the person who he was arrested when he was young and he stood up like loud and proud and said he was biased against the Government.

MS. DESCALZO: I know he did that, Your Honor, he said he was highly skeptical, but I think you were able to rehabilitate him.

THE COURT: I tried. He clearly said he was biased. I am granting the cause challenge on 47.

Next?

MR. MCLAUGHLIN: Juror 52, Your Honor, that's the college student.

THE COURT: I am on the fence on her. I don't think she realizes that when she goes back and tells her professor she is not going to be around for six weeks, there went her tuition.

Honestly, I just don't think she knows any better, she took day classes, she will lose the semester.

Defense?

MS. DESCALZO: I agree. Strike her for cause, Your Honor.

THE COURT: A for effort, but no.

Government?

MR. MCLAUGHLIN: 56, Judge, that's the juror that knows the AUSA Lynn Kirkpatrick.

THE COURT: Defense?

MS. DESCALZO: We agree.

THE COURT: Government, next?

MR. MCLAUGHLIN: 57, Judge. That's the juror --

THE COURT: Who doesn't live here?

MR. MCLAUGHLIN: -- who doesn't live here.

THE COURT: Defense?

MS. DESCALZO: I agree, Your Honor.

THE COURT: I don't know if it's because it's getting late but he had the longest colloquy.

I was like, you don't live here, you had me at Puerto Rico. We were done.

All right, cause.

Next. 57 stricken.

MR. MCLAUGHLIN: 58, Judge, that's the juror that knows Mr. Howard and his wife.

MS. DESCALZO: We don't agree, Your Honor. No, I'm kidding. We agree.

THE COURT: 58 is stricken for cause.

MR. MCLAUGHLIN: I raise juror 59 for the language issue. It was very difficult to understand him, but I defer to the Court on that. I defer to defense. I am raising it now.

I don't know if there is anything we can do about it but it was difficult to understand him.

THE COURT: I kept asking him questions because I just wasn't sure if it was his accent but when I asked him -- because he had the answer about knowing a prosecutor. He really couldn't articulate that and then he was born in Haiti. He left Haiti clearly as an adult and he said he -- I couldn't understand whether he was telling me that he didn't see the news, that he only saw the news here.

I really -- again, I was hoping it was just an accent issue, but I really had trouble with 59.

What's the defense's position?

MS. DESCALZO: We agree, Your Honor. We think there is a language issue.

THE COURT: All right. So I think the language there was too much.

So 59 is stricken.

Anything else, government?

MR. MCLAUGHLIN: Nothing from the Government, Judge.

THE COURT: Let me hear any other cause challenges on behalf of the defense.

MS. DESCALZO: Number 54, Your Honor, he said, very easy to find information. He will try to be fair.

THE COURT: He is the one that wanted to compare the trial with his own research.

MS. DESCALZO: Yes, and he was shaking his shoulders when you were like, maybe I can be fair, sure, yeah.

THE COURT: I am granting that challenge.

MS. DESCALZO: That was the only additional one we had, Your Honor, but we do have some jurors that we need to follow up with on some --

THE COURT: Tell me which ones you want follow-up from this batch.

MS. DESCALZO: From this batch, Number 43. This person had raised their about knowing someone from a private security company, but that question wasn't asked and we don't know what her husband does.

THE COURT: I'm sorry, you said 43.

MS. DESCALZO: 43, yes.

THE COURT: 43 did answer private security.

MS. DESCALZO: That's that one.

THE COURT: Okay.

MS. DESCALZO: 45. Oh, sorry, I don't have anything for 45.

48 was the shortest colloquy of all of these, and I just feel like we need to ask him a couple more questions, like maybe what do his parents do. He is 25 years old.

Are they from Miami?

MR. DRAY: Judge, he is the one with the CDL.

THE COURT: I know, but he didn't -- I mean, that's

what I asked him what a CDL was. I tried to get him to talk more. He is 25 years old. He went to trade school, he has a small child, he likes basketball, video games, no military jury.

Never been arrested. No medical issues.

His wife is a stay-at-home or partner was a stay-at-home mom.

MR. FRIEDMAN: His last name is Moise, I mean, we didn't follow up on that.

THE COURT: What is it that you want me to ask him?

MR. FRIEDMAN: Maybe he is related, Judge, somehow to the family.

MS. DESCALZO: That's not the question, Your Honor.

Maybe the question is, has he ever traveled to Haiti? Does he have any contact with Haiti?

THE COURT: He said no. I asked that question. He didn't raise his hand for that. I am not against bringing him in but I can't just say, are you related to the president. I mean, what am I going to ask him?

MR. MCLAUGHLIN: Your Honor, I agree with the defense here. His last name is the same last name as the former president of Haiti. It's a simple question of, this case involves the assassination of Jovenel Moise, are you related to Jovenel Moise or do you have family that is in any way?

THE COURT: All right. You both want that question, I

will go ahead and ask it.

Any other follow-up on behalf of the defense?

MS. DESCALZO: Not on this batch but we still have a few on the prior batch, our sidebar with Number 9.

THE COURT: No, I still have 9. Nine I have to bring in.

Other than 9, for the entire panel, let me just ask this for the defense: For the entire panel, 1 through 61, I have to bring in Number 9. We are going to bring in Number 43 and Number 48 for follow-ups?

MS. DESCALZO: Yes, Your Honor.

THE COURT: Anything else?

MR. FLORES: Your Honor, I have Number 6 on my notes that we were going to bring her in for follow-up on the gold case.

THE COURT: I did and she responded already.

Anybody else?

MS. DESCALZO: The only thing is everybody is shouting to me to tell you, Your Honor, that we need time to discuss our perempts on the defense side.

THE COURT: Oh, no, no, no. That I get. Everybody take a breath. That's going to be a longer break. I just have to make sure I have enough people. I think I do, but I need to make sure.

Any follow-ups on behalf of the United States?

MR. MCLAUGHLIN: We had a follow-up, Judge, on juror 61 mainly because she answered in the early going when everybody was here that she may have a bias one way or other for law enforcement. The voir dire seemed to suggest that she does not, but it was just -- she raised her paddle and then it kind of fell off the wayside.

THE COURT: Which number?

MR. MCLAUGHLIN: 61.

THE COURT: Yeah, I asked her and I am happy to follow up again because I thought she said that she didn't have a bias, so I will go ahead and ask her again.

I think what I'd like to do instead of bringing everybody back in is have the court security officers bring me, or the courtroom deputies bring me 9, 43, 48 and 61, just one-on-one as opposed to bringing everyone in.

Hold on, one more thing. On Number 9, this is the Haitian gentleman, he asked for the sidebar for the medical issue. With respect to the follow-up questions, I think the defense wanted follow-up questions because he has been a federal law enforcement officer asking him whether he could put that aside. Any other questions for 9?

MS. DESCALZO: Yes, Your Honor, he also raised his hand about following the media on President Moise, so I'd like some follow-up on that as well.

THE COURT: I stopped that follow-up when he said he

needed the sidebar, so --

MS. DESCALZO: Yes, yes.

THE COURT: So, we need 9, 43, 48 and 61.

COURTROOM DEPUTY: Do you want them all together or individually?

THE COURT: Let's just do them individually.

MS. JARAMILLO: Your Honor, on 61 she raised her paddle either on she knew someone from here or she had a conflict with the time.

THE COURT: No, 61, my notes showed she raised her paddle for it being a hardship and for bias.

MS. JARAMILLO: Correct.

COURTROOM DEPUTY: Are we ready?

THE COURT: We are ready.

The lawyers can all be seated.

(Prospective Juror 9 entered the courtroom.)

THE COURT: Good afternoon, sir. You are Juror Number 9. Is that correct?

PROSPECTIVE JUROR: Yes.

THE COURT: Can you get to the podium?

You had mentioned that you had a medical issue that you wanted to bring to my attention that could affect your ability to serve on our jury.

PROSPECTIVE JUROR: Yes, because on Friday when I went to the doctor, I have a test that I done a week before and the

result of the test and the doctor, according to the result of the test, the doctor suggest me to do an MRI and after that he want me to do a biopsy.

I did that biopsy before three years ago and I know that the trial will last eight weeks.

Whenever I did the biopsies, I usually take three days for my work, so that's the reason I want to bring that to your attention.

THE COURT: Okay. So, you expect that during the course of this trial you will need a biopsy and you will need to take days for that. Is that what you wanted to tell me?

PROSPECTIVE JUROR: Yes, I remember I took three days prior to that when I did it three years ago.

THE COURT: You mentioned as well that you had been following some of the media with respect to the assassination of the president of Haiti. Is that correct?

PROSPECTIVE JUROR: Yes, I have been listening a lot of news since 2021 about it, yeah.

THE COURT: So, are those news reports, is that something you could put aside and listen to the evidence fairly here and not pay attention to the media reports?

PROSPECTIVE JUROR: Yes, I can put them aside.

THE COURT: Now, you mentioned that you are originally from Haiti. Is that correct, sir?

PROSPECTIVE JUROR: Yes.

THE COURT: Do you still have family there?

PROSPECTIVE JUROR: Yes, I still have my aunt and other relative there.

THE COURT: When was the last time you traveled to Haiti?

PROSPECTIVE JUROR: The last time was in 2008.

THE COURT: All right. And is the fact that you have family there, I want to make sure that if you served on this jury, if you served on this jury would it be difficult to sort of go back and tell your family in Haiti what your decision was in this case?

PROSPECTIVE JUROR: If I will tell them?

THE COURT: So, would it be difficult -- for example, let's say you rendered a verdict in this case, how would you feel about telling your friends and family who were Haitian what your decision was here? Would you feel that their opinion or their thoughts might impact their decision here?

PROSPECTIVE JUROR: It could be impact because sometimes when I talk to them, you know, sometimes they bring that incident in our conversation.

THE COURT: Okay. I know you have worked for Customs for a number of years.

PROSPECTIVE JUROR: Yes.

THE COURT: Obviously, you work for the federal government. The witnesses in this case on behalf of the United

States are largely federal agents.

Would you take their testimony and would you weigh their testimony a little heavier because they were federal agents?

PROSPECTIVE JUROR: I will -- no, I won't -- I will be able to listen to them first, to listen to both sides and then make a determination after that.

THE COURT: So you wouldn't treat them any differently because they were federal law enforcement?

PROSPECTIVE JUROR: No.

THE COURT: I want to go back to this issue of family and friends in Haiti. So, if you had a decision in this case, whatever your decision is, if you were a juror, would you feel like uncomfortable telling your friends and family in Haiti what it was that your decision was and that you were a juror in this case?

PROSPECTIVE JUROR: If I will tell them my decision?

THE COURT: Yes.

PROSPECTIVE JUROR: I probably, yeah, I will feel more comfortable to tell them that.

THE COURT: Right. So, I guess my question is not whether you would tell them or not. So, let's say you were a juror in this case, right, and your decision, right, or the decision of the jury was that the defendants were not guilty. How would you feel about going back to your family and letting

them know that that was your decision?

PROSPECTIVE JUROR: First, I didn't -- I won't -- I will need -- I don't need to and I don't want to talk about the case and even though after my verdict, I will not feel comfortable to talk about that.

THE COURT: Right. So, you would just decide not to talk to them?

PROSPECTIVE JUROR: Yeah.

THE COURT: But that wouldn't impact you in deciding the case, the fact that you had family or that you are Haitian, would that impact the way you see the case?

PROSPECTIVE JUROR: Probably, yes, because every time that I talk to them, they always, you know, in some of the conversation they bring that incident to the conversation.

THE COURT: Okay. All right. Thank you very much, sir.

Thank you.

PROSPECTIVE JUROR: You are welcome.

(Prospective Juror 9 exited the courtroom.)

THE COURT: If the marshals could bring forth either juror 43, 48 or 61.

(Prospective Juror 43 entered the courtroom.)

THE COURT: What's your juror number, ma'am?

PROSPECTIVE JUROR: Excuse me?

THE COURT: What's your juror number?

PROSPECTIVE JUROR: 43.

THE COURT: I missed asking you this question because when the whole group was together I asked whether anybody worked for a security company or had a relative or close friend with a security company, and my notes showed that you did raise your hand for that, but I didn't ask you any questions about it.

PROSPECTIVE JUROR: Right.

THE COURT: So, who is it that worked for a security company?

PROSPECTIVE JUROR: Before my father passed away, he worked for Burns Security and Kent Security.

THE COURT: And how long did he work for security companies?

PROSPECTIVE JUROR: Three years.

THE COURT: All right. How long ago did he pass away?

PROSPECTIVE JUROR: '97.

THE COURT: Oh, he passed away in '97.

All right. Is there anything about his experience as a security officer, you know, do you think that would affect your ability to be a fair juror here?

PROSPECTIVE JUROR: No.

THE COURT: Thank you very much, ma'am.

PROSPECTIVE JUROR: I also had a sister and niece that worked for security company, ABM Security, and that's at the

Port of Miami. That was in 2007, and it was like maybe two years, and I worked for a security company, CSE or CSC. They do events like the stadium, baseball games, stuff like that. That was in 2014.

THE COURT: All right. So that was -- how long did you do that for?

PROSPECTIVE JUROR: Like a year.

THE COURT: Was it security or was it more like crowd management and things like that?

PROSPECTIVE JUROR: It was security because I remember, you know, we worked for even the events at the Doral where Donald Trump -- yeah, it was security.

THE COURT: So you did the stadium, Trump events.

PROSPECTIVE JUROR: Stadium, Trump events, the Hard Rock.

THE COURT: All right. You said you did that for how long?

PROSPECTIVE JUROR: A year.

THE COURT: One year?

PROSPECTIVE JUROR: Yeah.

THE COURT: Now you are a CNA at UM, right?

PROSPECTIVE JUROR: I am a CNA at UM but I hurt my back so I am doing remote patient attendant. I monitor patients from behind the screen and make sure that they don't harm themselves or the employees or the family members.

THE COURT: All right. Thank you, very much, ma'am.

(Prospective Juror 43 exited the courtroom.)

(Prospective Juror 48 entered the courtroom.)

THE COURT: Good afternoon, sir.

PROSPECTIVE JUROR: Good afternoon.

THE COURT: I just have a couple of questions for you.

It caught our attention that your last name is Moise and the president of Haiti had the same last name. So, it looks like you've gotten that question before?

PROSPECTIVE JUROR: Yeah. It's just a coincidence. I am not related to him at all.

THE COURT: Is your family Haitian?

PROSPECTIVE JUROR: Yeah.

THE COURT: So, who is Haitian, your mom or dad?

PROSPECTIVE JUROR: My mom and my dad, they both came here in the '90s, and all of my family is here, so I don't know anybody in Haiti. I've been there one time in 2016. That's about it.

THE COURT: Why did you go in 2016?

PROSPECTIVE JUROR: It was just something my dad. He never been there. He hasn't been there for a long time. My mom hasn't been there so they just was like, let's go take the kids. That's why we went.

THE COURT: Did you have family in Haiti or was it just to see Haiti?

PROSPECTIVE JUROR: It was just to go. Like I said, all my aunties, uncles, cousins, everybody is here in Miami. I don't know anybody in Haiti.

THE COURT: And as best you know, you are sure you don't have any relationship to him?

PROSPECTIVE JUROR: Yeah. To my knowledge, we are not related to him at all. I thought we were when he first became president, I asked around, but from my knowledge we are not related to him at all.

THE COURT: And your parents agree that you have no relationship to him?

PROSPECTIVE JUROR: Yes.

THE COURT: All right. Thank you very much, sir.

PROSPECTIVE JUROR: No problem.

(Prospective Juror 48 exited the courtroom.)

THE COURT: We got juror 61 now.

(Prospective Juror 61 entered the courtroom.)

THE COURT: Again, good afternoon, ma'am.

It's getting late so I forgot to ask you two questions.

Initially, this morning when I asked whether or not the length of the trial created a hardship, you had initially raised your hand.

Can you tell me about what?

PROSPECTIVE JUROR: Yes, unfortunately, at both of my jobs I don't receive benefits, so if I am not working, I am not

getting paid.

THE COURT: Are you a full-time employee?

PROSPECTIVE JUROR: I am per diem for one of them and part-time for the other.

THE COURT: Okay. Then you also raised your hand that you would have some -- if a law enforcement agent testified, you know, you might see their testimony differently. I don't know if it's you'd have a bias for or against law enforcement.

I'm just wondering because you raised your hand for that question too.

PROSPECTIVE JUROR: It wouldn't be differently. I would treat it fairly.

THE COURT: All right. So, you think if a law enforcement agent testifies you wouldn't give them more credit or less credit for being law enforcement?

PROSPECTIVE JUROR: No, just, I will treat them fairly.

THE COURT: All right. Thank you very much, ma'am.

(Prospective Juror 61 exited the courtroom.)

THE COURT: Let me hear the defense on Juror Number 9, Pierre Larochelle. I am concerned about the biopsy. It says he has to miss three days.

MS. DESCALZO: I am concerned about the biopsy if it goes the wrong way, then what happens, and I also think you couldn't rehabilitate them with the whole issue about his family and the assassination so I would strike him for cause.

THE COURT: The only reason I struggled with that part of it is I wasn't sure if he was saying I don't need to talk to them and I wouldn't talk to them or that talking to them would influence him. I tried to get to the bottom of that. I really had difficulty with it.

What's the Government's position with Juror Number 9?

MR. MCLAUGHLIN: We have no objection.

THE COURT: All right. Juror Number 9 is stricken for cause.

Then we've got Juror Number 43, her private security work is she was doing events.

Any motion on 43?

MS. DESCALZO: No, Your Honor.

THE COURT: Any motion on 43?

MR. MCLAUGHLIN: No, Your Honor.

THE COURT: All right. Number 48, Mr. Moise who is Haitian but is not related to the president. Any motion on behalf of the defense?

MS. DESCALZO: No, Your Honor.

THE COURT: Any motion?

MR. MCLAUGHLIN: No, Judge.

THE COURT: All right. Then we go to 61. I will tell you my experience with jurors, I unfortunately learned this the hard way, if you are part-time, you don't get paid. If you are per diem, you are not an employee, you don't get paid.

She should not ever have dinner with the woman who is the student because she doesn't realize that if she is a juror here, she is not going to get paid.

I don't think they realize the impact of their service. I think she should be stricken because the minute she gets back and says, I am gone for eight weeks they are going to say, okay, that's on you then. So I think eight should be stricken for cause.

Let me hear from the defense.

MS. DESCALZO: We agree, Your Honor.

THE COURT: Government?

MR. MCLAUGHLIN: You mean 61, Judge?

THE COURT: 61.

MR. MCLAUGHLIN: Yes, Judge.

THE COURT: I'm sorry, 61 for cause.

All right. What we are going to do now is go through them so that we all know who is in and who is out, for lack of a better word.

If you all just give me a moment so I can get my notes straight and then we will announce who is still a juror and who is not.

All right. Just for the record, I am going to announce the tranche from 40 on that's cause.

So, 46, 47, 52, 54, 56, 57, 58, 59, and 61 were all stricken for cause.

MR. MCLAUGHLIN: Yes, Your Honor.

THE COURT: All right. So, I am going to announce who is in and then give you all a break to figure out what you are going to do with your challenges.

So, I have juror 1 -- by the way, Mr. Yao, I disclosed he is -- I know his brother. I think everybody in Miami Shores. Howard, you don't know the Yaos?

MR. HOWARD: I know of them.

THE COURT: Do you not have a dog?

MR. WU: I do.

THE COURT: You don't take them to the vet.

So I do know the brother's son is the one who is at Greenberg Traurig. I have met that son before at a Greenberg Traurig event. It's his nephew. I just want to disclose that. I don't have any reason to think he couldn't serve but I wanted to disclose that is how I know the family. I don't know this gentleman.

So it is 1, Yao; 2, Szamosi; Juror 3, de Liz; 4, Moss; 5, Herrera; 6, Albites; 7, Weller; 9, LaRochelle --

MR. DRAY: No, Judge.

THE COURT: I'm sorry, you are right. That was the one we just struck.

10, Fitros; 12, Alachouzos; 13, Edwards; 14, Slavin; 15, Sotolongo; 17, Salgado; 21; Shaw, 23; Zuckerbrod; 24, Cadavid; 26, Ocampo; 27, Lin; 28, Campos; 29, Jones; 30,

Mendelson; 32, Miranda; 33, Documet; 34, Johnson; 36, Law; 37, Granobles; 38, Morejon; 39, Betancourt; 41, Gissendaner; 42, Fernandez; 43, Lawes; 44, Fleeman; 45, Jones; 48, Moise; 49, Fajardo; 50, Paredes; 51, Townes; 53, Hernandez; 55, Pinto Poleo; 60, Rosenblat.

By my count, that's -- by my count, that's 40, and we needed 37. So, remember, the Government, you only have six strikes to the panel, one for the alternates. We are picking four alternates.

Defense, you have 12 for the panel, two for the alternates, no back strikes.

So, we are going to go to the Government first on each one.

MR. HOWARD: Judge --

THE COURT: You are not going to try to convince me to do back strikes?

MR. HOWARD: No, no, no, no. No back strikes, you are going to hate this even more, though.

Judge, when I am debating with Ms. Jaramillo and Mr. do Campo on a decision concerning our own team, it's usually a 45-minute procedure.

We are all sharing strikes and we need time to talk about it.

Now, we would propose that the people who we have discharged for cause we can tell them to be on their way, but

we would like the night to confer on our peremptories because there is nothing close to a consensus at this point, and I don't think we can achieve any reasonable consensus today before.

THE COURT: You are not making me bring 60 people back from the community.

MR. HOWARD: No, just 40. The ones we discharged can be on their way.

We can start tomorrow, do the challenges, get into openings but we have to talk and we have not had that opportunity.

THE COURT: I don't see -- I mean, I will give you 30 minutes, I will even give you 45 minutes, I'd rather -- I mean, these are people that have given all day. I mean, I'm prepared right now to tell everybody 62 on to go home, to tell those 40 people to go home. Keep 1 through 60 and give you 30, 40 minutes.

I want to be done tonight having these people go home -- I will tell you, there is -- I'm not doing it.

MR. HOWARD: Well, we might achieve consensus on two people in about 40 minutes. But we are sharing 14 strikes and we can send all the people who have cause challenges home. The others are going to come back anyway, minus --

THE COURT: There are is only four of you. This is not a ten defendant case. You each have additional strikes. I

know there is a lot of you, but everyone should have a team captain, for lack of a better word, when it comes to this.

If I let ten lawyers or eight lawyers deliberate, the more time I give, you will take three days if I let you talk about this. I will give you 45 minutes.

It's 6 o'clock already. I will give you to 6:45 even. I think that's more than enough time. We need to be done tonight. It's just not fair to them. It's not fair to them.

So, if you -- in terms of discharging --

MR. HOWARD: I guess over objection, but that doesn't mean a whole heck of a lot.

THE COURT: Your objection is noted for the record.

MR. PEREZ: Can I just say something?

THE COURT: What is your objection? I am sure everyone is joining in Mr. Howard's request.

MR. PEREZ: Your Honor, I was just going to suggest that if we are allowed to do it tomorrow morning, we would probably do it a lot faster than we would do it now.

THE COURT: No, because now you are going to take 30 to 45 minutes to talk about it and we are going to go one by one and we are going to get this done tonight.

If the marshals would like to tell, or Warren, if you want to tell the folks outside that if they have a number, just to be safe, we haven't gone all the way to 70, if their number is 70 and above, they can go for the night, but everyone else

needs to stay. We will be with them in about 45 minutes or so and we intend to be done tonight.

We are going to take a break for 30 minutes or so and let me know where you are, where we are.

COURT SECURITY OFFICER: Judge, I forgot to tell you, Number 33 that told you her father --

THE COURT: Tell her I think we will be done at seven.

COURT SECURITY OFFICER: The ones that you are sending home, they left their property.

(A recess was taken from 5:54 p.m. to 6:34 p.m.)

THE COURT: All right. Government, are we ready?

MR. MCLAUGHLIN: We are, Judge.

THE COURT: Defense ready?

MR. HOWARD: Not really, Judge.

THE COURT: As ready as they are going to be.

Everybody is here, though.

All right. Juror Number 1, Yao.

Government?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense?

MS. DESCALZO: We are going to strike, Your Honor.

THE COURT: All right. That's defendants' first strike.

Juror Number 2, Szamosi?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense?
MS. DESCALZO: Accept.
THE COURT: That's our first juror.
Juror Number 3, de Liz.
Government?
MR. MCLAUGHLIN: Accept.
THE COURT: Defense?
MS. DESCALZO: Strike.
THE COURT: Juror Number -- that's defense second strike.
Juror Number 4, Moss.
Government?
MR. MCLAUGHLIN: Accept.
THE COURT: Defense?
MS. DESCALZO: Accept.
THE COURT: That's our second juror.
Juror Number 5, Herrera.
Government?
MR. MCLAUGHLIN: Strike.
THE COURT: That's the Government's first strike.
Albites. Government?
Juror Number 6.
MR. MCLAUGHLIN: Accept.
THE COURT: Defense?
MS. DESCALZO: Accept.

THE COURT: That's our third juror.

Government, 7, Weller.

MR. MCLAUGHLIN: Accept.

THE COURT: Defense, 7?

MS. DESCALZO: Accept.

THE COURT: That's our fourth juror.

Juror Number 10, Fitros.

Government?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense?

MS. DESCALZO: Strike.

THE COURT: That's the third strike for the defense.

12?

MR. MCLAUGHLIN: Strike.

THE COURT: That's the Government's second strike.

13, Edwards?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense?

MS. DESCALZO: We would strike her.

THE COURT: All right. That's the defense's fourth peremptory.

Government, 14?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense?

MS. DESCALZO: Accept.

THE COURT: That's our fifth juror.
Government, 15. Sotolongo?
MR. MCLAUGHLIN: Strike.
THE COURT: That's the Government's third strike.
Government, Salgado, 17?
MR. MCLAUGHLIN: Accept.
THE COURT: Defense?
MS. DESCALZO: I need to confer, Your Honor.
THE COURT: Okay.
MS. DESCALZO: We are going to strike Number 17, Your Honor.
THE COURT: 17 is the defense's fifth peremptory.
Government, 21?
MR. MCLAUGHLIN: Accept.
THE COURT: Defense, 21?
MS. DESCALZO: We are going to strike.
THE COURT: That's the sixth peremptory for the defense.
Government, 23, Zuckerbrod?
MR. MCLAUGHLIN: Accept.
MS. DESCALZO: Accept.
THE COURT: That's our sixth juror.
Government, 24, Cadavid?
MR. MCLAUGHLIN: Accept.
MS. DESCALZO: Accept.

THE COURT: That's our seventh juror.
26, Ocampo.
Government?
MR. MCLAUGHLIN: Accept.
THE COURT: Defense?
MS. DESCALZO: Strike.
THE COURT: That's the defense's seventh strike.
Government, 27, Lin?
MR. MCLAUGHLIN: Strike.
THE COURT: That's the Government's fourth strike.
Government, 28, Campos?
MR. MCLAUGHLIN: Accept.
MS. DESCALZO: Accept.
THE COURT: That's our eighth juror.
Juror Number 29, Jones.
Government?
MR. MCLAUGHLIN: Accept.
MS. DESCALZO: Accept.
THE COURT: That's our ninth juror.
Juror Number 30, Mendelson.
Government?
MR. MCLAUGHLIN: Accept.
THE COURT: Defense?
MS. DESCALZO: Accept, Your Honor.
THE COURT: That's our tenth juror.

32, Miranda?

Government?

MR. MCLAUGHLIN: Accept.

THE COURT: Miranda, defense?

MS. DESCALZO: So we move to strike Number 32.

THE COURT: All right. That's the eighth strike.

Government, 33, Documet?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense, Number 33, Documet?

MS. DESCALZO: Move to strike. That's Number 33, right? Yeah.

THE COURT: That's 33. That's the ninth strike.

Government, 34, Johnson?

MR. MCLAUGHLIN: Accept.

MS. DESCALZO: Accept.

THE COURT: That's our 11th juror.

Government 36, Law?

MR. MCLAUGHLIN: Accept.

MS. DESCALZO: We need a moment, Your Honor.

THE COURT: That's fine.

Is 33 the one that needed to leave with her dad?

COURTROOM DEPUTY: Yes.

THE COURT: If I can interrupt everyone, Juror Number 33 who the defense has now struck, needed to take her dad to an MRI appointment at 8 o'clock. Does anybody have any objection

to the CSO excusing 33 right now?

MS. DESCALZO: No objection.

MR. DRAY: No objection.

THE COURT: Government.

MR. MCLAUGHLIN: No objection.

MR. PEREZ: No objection.

MR. HOWARD: No objection.

THE COURT: Let 33 know she can go, just 33, though.

MS. DESCALZO: Your Honor, we are going to exercise a strike on Number 36.

THE COURT: All right. So that's the defense's tenth strike.

Government, 37?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense?

MS. DESCALZO: We are going to move to strike.

THE COURT: That is your 11th.

Government, 38?

MR. MCLAUGHLIN: Accept.

THE COURT: Defense?

MS. DESCALZO: We are going to move to strike.

THE COURT: All right. That's the 12th strike.

Government?

MR. HOWARD: Can we have the strikes they are not using?

THE COURT: I'm sorry? Did you just say can you use their strikes?

MR. HOWARD: They are not using them.

THE COURT: Now they are going to use them. You watch.

39?

MR. MCLAUGHLIN: Accept.

THE COURT: 39 is our last juror.

We are seating four alternates, the defense is out of strikes.

Now we are seating four alternates. The Government has one strike, the defense has two.

Juror Number 41.

Government?

MR. MCLAUGHLIN: Strike.

THE COURT: That's the Government's only strike on the alternates then.

Defense, 42?

MS. DESCALZO: Strike.

THE COURT: 43?

MS. DESCALZO: Hold on, Your Honor, because I have to -- one second.

THE COURT: No problem.

MS. DESCALZO: Okay, Your Honor. Thank you.

I want to get rid of number -- I want to strike Number 43. Sorry. It's late.

THE COURT: It's late. We are good. That's the second strike. So the alternates jurors are 44, 45, 48, and 49.

Let me go through.

Juror Number 1 is Szamosi, who had been our second juror.

Number 4, Moss, is Juror Number 2.

Number 6, Albites, is Juror Number 3.

Juror Number 7, Weller, is Juror Number 4.

14, Slavin, is Juror Number 5.

23, Zuckerbrod, is Juror Number 7.

24, Cadavid, is Juror Number 7.

28, Campos is Juror Number 8.

29, Jones, is 9.

30, Mendelson, is 10.

34, Johnson, is 11.

39, Betancourt, is Juror Number 12.

The alternates are 44, Fleeman; 45, Jones; 48, Moise; and 49, Fajardo.

Government?

MR. MCLAUGHLIN: Yes, Your Honor.

THE COURT: Any objection. Is that correct?

MR. MCLAUGHLIN: That's correct.

THE COURT: On behalf of the defense?

MS. DESCALZO: That's correct, Your Honor.

THE COURT: All right. So, I am going to bring them

in, I am going to swear them. I am going to tell them not to talk to anybody, not to look anything up, not to be disturbed when people say don't say hello to them in the halls, and to avoid all media.

The courtroom deputy will take their numbers and all of that stuff. I am going to ask them to come back tomorrow at 9:30.

Give everybody a 30-minute reprieve to make sure we have ducks in order for opening tomorrow.

All right, government?

MR. MCLAUGHLIN: Very well, Your Honor.

THE COURT: Defense?

MR. HOWARD: Understood.

THE COURT: Let's bring everybody in. Tell them just to like hover here in the well and as I call them, they will take seats.

(Jury in at 6:46 p.m.)

THE COURT: All right. Ladies and gentlemen, thank you very much for bearing with us.

For those of you not who are coming back tomorrow, I promise you it's worth it that we waited and didn't make you some come back.

We have selected the jury. When I call your number and your name, I am going to ask that you sit in the jury box.

Juror Number 2, Edit Szamosi.

Yes, if you can go ahead, you can take any chair in the box.

Juror Number 4, Simone Moss.

Juror Number 6, Ana Albites. Juror Number 6, Albites.

Juror Number 7, Ann Weller.

Juror Number 14, Slavin.

Juror 23, Zuckerbrod.

Tears of joy, I know they are.

Juror Number 24, Mario Cadavid; Juror 28, David Campo -- Campos; Juror Number 29, Jacqueline Jones, 29.

30, Evan Mendelson; 34, Poca Johnson; Juror 39, Janine Betancourt; Juror 44, John Fleeman; Juror 45, Christopher Jones; Juror 48, Brian Moise; and Juror 49, Janelle Fajardo.

All right. Ladies and gentlemen, for those of you who are remaining and still standing, you have not been selected on this jury.

Warren, you have their certificates, they don't have to go to the jury room.

COURTROOM DEPUTY: I do have their certificates. This is true.

THE COURT: So you are excused. You don't have to go back to the jury room. You will get your certificates of attendance outside from the courtroom deputy.

I thank you very much for your patience. I thank you for your diligence. I thank you for your time.

Thank you very much. You are excused.

(Prospective jurors exited the courtroom at 6:50 p.m.)

THE COURT: All right. Ladies and gentlemen, I am going to ask that you stand so that you can be sworn in as our jury.

COURTROOM DEPUTY: Please raise your right hand.

Do you and each of you --

THE COURT: Hold on, hold on, hold on. You got stuck with your purse, it's all right. Raise your right hand, ma'am.

COURTROOM DEPUTY: Do you and each of you solemnly swear or affirm that you will well and truly try the issues in this case and render a true verdict, according to the evidence and charge of this Court?

(Jurors and alternates, having been impaneled and sworn on May 9, 2026.)

THE COURT: All right. Ladies and gentlemen, you can be seated.

Just a couple of things before you go home tonight.

First of all, this is not my courtroom. This is Judge Altonaga's so tomorrow you will be going to the 8th floor, if you forget, as long as you remember -- 11th floor, it's late even for me.

Do not go to the 8th floor because I will not be there.

I am on the 11th floor, so tomorrow morning when you come in, you will go to the 11th floor, and you will see the

signs for my courtroom. It's on this side, you will see Judge Becerra. There will be signs, court security officers will be there to direct you. So, tomorrow, we are going to start a little later since we stayed so late tonight, we are going to start at 9:30, not at 9:00, but it's important that you are all here because unless you are here, we can't start without you.

So try to be here well before 9:00 so that we can start promptly at 9:30. It's important that everybody be prompt.

A couple of things I am going to tell you every night and every afternoon when we take breaks.

One, you cannot talk about this case with anyone.

You can't talk about it with your spouse, your partners, your coworkers, your friends. You can't even talk about it with each other so, even when you go back to the jury room during a break, you can't say, oh, wow, can you believe they said that? Nothing. You will have to find other things to talk about. You cannot talk about this case even with each other until your deliberations.

And you can't talk about this case with anybody until after the case is done.

It's very important that you not talk to anyone about the case.

I am also going to suggest to you, you will, of course, have to tell your family that you are in jury service. You are going to have to make arrangements at work. I understand all

of that, but it's important that even when you tell friends and family that you are in jury duty, that you not tell them anything else. Don't tell them the case, don't tell them the name of the judge, don't tell them anything because it could be totally inadvertent.

You could be telling a colleague, I'm in trial with Judge Becerra and that person can say, oh, my God, I know her or, oh, wait, I heard something about that. So, it's just best to tell people, I'm on jury duty, and not say anything else.

That includes social media. I know a lot of people like to post where they are at, what they had for lunch.

If you post yourself, you know, a Snap or just a picture on Instagram and the background is the federal courthouse you might have people reaching out to you, hey, what are you doing there, what's going on, what case are you on? So, it's best to avoid all of that. Just avoid all of it. Avoid letting people know what the case is about or what the case is or even that you are in federal court, directly, indirectly, again, even with social media.

The second thing is, as you come in tomorrow, and for the duration of time as jurors, the lawyers, parties, witnesses, really everyone around the Court knows that when they see a juror to ignore them. All right.

So, that might seem a little odd, right, that you are going to be ignored but it's an important rule that we have to

make sure that not only anyone interferes with you and the deliberations and the process, but even to avoid the appearance of it.

So if tomorrow morning when you are rushing to get on the elevator, you see one of the prosecutors or you see one of the defense lawyers and they hit the button because they are closing the door or don't wait for you, they don't open it for you, that's because they are told to avoid you.

So it's kind of an odd thing because people will become familiar as the days go by and you may want to say good morning, or whatever. You may say good morning, put if nobody says good morning back, don't be concerned. They are under my instructions and every judge in this courthouse instructs the jury and the parties and the lawyers in the same way.

So, when you are wearing that jury badge, people are going to ignore you and that's fine. Again, that's just to make sure that there is no interference with any of your deliberations.

Tonight and for the duration of this entire trial, don't look anything up.

For those of you who follow social media, you are on Instagram, you are just used to Googling things, you are just used to looking things up, this is a good time to look up cat videos, your old boyfriend from college, wonder where he is at now.

I mean, this is the time to do other things, right, not to look anything up.

It is a real temptation because I find myself doing it. I hear something, I said it to you during the selection. You are at dinner and somebody mentions something, it's a word you have never heard of, a restaurant you haven't heard of, an actor, I wonder what year he won the Oscar, you look it up. You are going to have to resist that urge. There will be many things during the course of this trial that are new to you. You are not supposed to look it up.

Either whatever questions you have will be answered or they won't but if they are answered for you, they have to be answered through the evidence. It can only be in the evidence.

So, if you start looking things up, then it's impossible for you to say, well, where did I get that? Right? Was it from the evidence, did I get it from someplace else so don't look anything up.

The last thing, of course, it's very important that you not read any media accounts of the trial.

You may not find any. There may not be any. I have no way of knowing.

I'm not telling you not to read the news. I'm just saying it's pretty obvious if you open a paper, if you have a hard copy of the paper or you look in your app and you see something not to read it.

It might be tempting. Don't read it.

You are not to read any media accounts that may come up from this case. Of course, it goes without saying since you can't talk to anybody about the case, you won't be speaking to anybody about the case and certainly nobody should be contacting you in any way during your service. All right.

If anybody contacts you, at all, with respect to your jury service while this trial is going on, you are to immediately notify me via court security or court staff.

All right. So, like I said, every night, every break, I will tell you, don't look anything up, don't talk to each other, don't talk to anybody else. You will hear me say that again and again and again because I want to make sure, right, that at the end of the day, we have spent all day here picking a jury that we know will be fair and impartial, and we want to make sure that all the rules are observed until we get to the end of the trial. It's been a long day.

I know it's late.

Thanks to Daylight Savings, you are not going home in the dark. Look how that worked out. That was all great.

We will see you tomorrow. Try to make a point of being here before 9:30 so that we can start at 9:30.

We will start with some of my preliminary instructions on the law. It won't be the full set of legal instructions, but I will give you some instructions on the law in the morning

and then we will hear from the lawyers for their opening statements, and I will suspect we will start hearing evidence tomorrow as well.

So, I thank you for your patience. I thank you for your service in advance and for your service today.

Have a good evening. Rest. Take a deep breath. It's going to be okay.

I see you have a question.

One thing, in order to communicate with me, so that you are not doing it in open court, if you have a question about anything, the court security officer and the courtroom deputies, it might be something they can answer. If they can't answer it, you can write it on a piece of paper and they will give me a note, all right?

Thank you very much, and good evening.

COURT SECURITY OFFICER: All rise for the jury.

THE COURT: You are going to go into Judge Altonaga's jury room just for now so we can get your contact information.

(Jury out at 7:01 p.m.)

THE COURT: All right. Everyone can be seated.

Ladies and gentlemen, we have a jury.

Be in my court tomorrow by 9:00. We will try to attend to some of these issues that are still out there.

I don't know that any of them matter for opening. If you-all would rather take the 30 minutes to prepare and want to

just be there at 9:30, I won't be offended. Let's do this.

I am going to be in my chambers -- tomorrow is Tuesday. I will be there by 8:00. I drive the carpool tomorrow so I am there early. If you-all need me for anything, let me know. I can get on the bench at 9:00. I just want the interpreters, we want to make sure they are there. So I can get there as early as 9:00. If you wants 8:30, then I just need some time to get the interpreters know 8:30. This morning was my fault as well because I didn't let the interpreters know that we were here early so their calendar showed 9:00.

Otherwise, at 9:30, I will give the standard preliminary instructions from the Eleventh Circuit pattern, nothing more complicated than that and we will get ready for the Government's opening. I think we will do an opening and one defense opening probably before I let them have 15 minutes.

I can't have them not go to the bathroom for all the closings -- openings, but we should be able to do all the openings, then take our lunch break.

We will do an hour and then we will be ready for the Government's first witness.

All right. Anything else on behalf of the United States?

MR. DO CAMPO: Isn't tomorrow a short day, Your Honor?

THE COURT: Oh, tomorrow is Tuesday.

That's right. I did promise a short day. All right.

So I guess tomorrow we will just do openings then.

You should still have your first witness ready because even if I can squeeze 30 minutes out, I will.

Listen, we can't get -- we have to be strict from the beginning here. It's going to be a long 8 or 10 weeks otherwise.

But you are right, thank you for reminding me, tomorrow we end at 2 o'clock.

Anything else on behalf of the United States?

MR. MCLAUGHLIN: Yes, we have the Court's trial exhibits.

THE COURT: Because that's what I'm going to do tonight.

Why don't you give me that tomorrow? Give that to me tomorrow. Who are we kidding? I am not looking at exhibits tonight.

Anything else on behalf of Mr. Ortiz?

MR. HOWARD: No, Your Honor.

MR. PEREZ: Nothing else, Your Honor.

THE COURT: Intriago, Veintemilla?

MS. KUDMAN: Our CJA was not taken care of.

THE COURT: I know I signed it.

Is it the one --

MS. KUDMAN: I am going to be taking a long train home tonight.

THE COURT: No, do not take the train. I signed it Friday.

I absolutely signed it Friday.

You are going to be fine.

MS. KUDMAN: I don't have one booked today.

THE COURT: Did you check to see?

All right. Just stay put.

MS. KUDMAN: It's not signed. I have to get on the 7:30 train.

THE COURT: I signed it.

MS. KUDMAN: I believe you, I'm just bringing it to your attention.

THE COURT: We signed it.

I will give you a hard copy of it tomorrow. My apologies.

Anything else on behalf of Mr. Solages?

MR. FRIEDMAN: No, Your Honor.

MR. DRAY: Your Honor, I did put stuff in your --

THE COURT: You put it in mine, right?

(Proceedings were adjourned at 7:04 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

June 30, 2026
DATE

/s/Patricia Diaz
PATRICIA DIAZ, RPR, FPR, FCRR
Official Court Reporter
United States District Court
400 North Miami Avenue, Eleventh Floor
Miami, Florida 33128
(305) 523-5178

## '

**'03** [1] - 74:14
**'80** [1] - 136:18
**'90s** [1] - 166:16
**'97** [2] - 164:17, 164:18

## /

**/s/Patricia** [1] - 196:8

## 1

**1** [15] - 1:5, 1:8, 2:8, 56:7, 80:9, 80:10, 80:15, 149:24, 150:1, 157:8, 171:5, 171:18, 173:16, 175:17, 183:4
**10** [10] - 87:13, 93:20, 116:5, 125:19, 146:15, 150:8, 171:23, 177:7, 183:14, 194:5
**100** [2] - 8:2, 9:5
**101** [3] - 1:15, 2:6, 2:18
**10th** [1] - 85:11
**11** [9] - 25:8, 33:19, 60:3, 82:6, 82:9, 82:13, 91:12, 139:6, 183:15
**11-month** [1] - 58:14
**11-month-old** [1] - 57:6
**1100** [1] - 2:2
**11200** [1] - 1:15
**11th** [6] - 2:24, 180:16, 181:17, 186:21, 186:24, 186:25
**12** [11] - 64:22, 67:16, 108:6, 109:3, 137:23, 137:24, 171:23, 172:10, 177:13, 183:16
**12th** [1] - 181:22
**13** [16] - 25:8, 88:21, 89:5, 89:6, 89:7, 89:18, 89:24, 94:2, 94:3, 98:23, 112:14, 116:23, 147:11, 171:23, 177:16
**130** [1] - 2:12
**13th** [1] - 5:1
**14** [8] - 26:9, 50:10, 138:1, 171:23, 173:21, 177:22, 183:9, 185:6
**15** [13] - 24:2, 59:8, 79:20, 80:1, 94:18, 100:10, 109:22, 116:17, 138:2, 139:5, 171:24, 178:2, 193:15
**150** [2] - 1:24, 2:15
**1500** [1] - 2:18
**16** [7] - 62:12, 73:10, 82:17, 82:24, 83:9, 91:12, 138:3
**16-year** [1] - 36:23
**16-year-old** [1] - 36:8
**16-year-old's** [1] - 84:18
**17** [12] - 3:9, 33:3, 49:20, 49:21, 102:25, 109:3, 112:14, 138:5, 171:24, 178:5, 178:10, 178:12
**18** [13] - 10:14, 14:8, 14:10, 33:4, 49:22, 56:21, 83:11, 83:22, 91:12, 114:14, 115:12, 120:8, 120:10
**18-year-old** [1] - 36:8
**19** [10] - 90:6, 94:8, 98:15, 103:19, 137:13, 139:5, 148:7, 150:3, 150:4, 150:6
**1900** [1] - 2:20
**1982** [1] - 18:15
**1992** [1] - 70:23
**1997** [1] - 102:15
**1:12** [1] - 1:6

## 2

**2** [5] - 171:18, 175:24, 183:6, 184:25, 194:8
**20** [16] - 3:21, 15:5, 16:4, 16:5, 20:3, 48:9, 68:14, 70:6, 80:1, 83:24, 84:8, 91:12, 106:2, 122:6, 141:9, 196:8
**20-minute** [1] - 79:20
**20-something** [1] - 123:20
**20-year-old** [2] - 62:12, 68:20
**2000s** [1] - 3:22
**2002** [1] - 74:16
**2003** [2] - 74:12, 74:17
**2007** [3] - 95:21, 96:15, 165:1
**2008** [1] - 161:6
**2010** [2] - 62:23, 74:14
**2011** [1] - 16:12
**2012** [1] - 139:10
**2014** [1] - 165:4
**2016** [3] - 73:5, 166:17, 166:19
**2020** [3] - 16:12, 73:25, 74:17
**2021** [1] - 160:18
**2024** [2] - 106:25, 107:5
**2026** [3] - 1:5, 186:15, 196:8
**20530** [1] - 1:18
**20th** [2] - 1:15, 103:11
**21** [6] - 16:6, 16:7, 73:10, 171:24, 178:13, 178:15
**21-year-old** [1] - 124:11
**21st** [1] - 36:22
**22** [9] - 89:4, 89:14, 89:16, 89:22, 90:25, 91:1, 91:7, 91:13, 133:17
**22-CR-20104-JB** [1] - 1:2
**23** [7] - 23:18, 63:21, 124:10, 171:24, 178:19, 183:10, 185:7
**23-year-old** [1] - 130:13
**24** [10] - 9:21, 31:17, 35:4, 106:2, 130:10, 130:25, 171:24, 178:23, 183:11, 185:9
**24th** [1] - 116:16
**25** [13] - 2:2, 34:17, 52:12, 63:21, 69:24, 70:6, 84:10, 84:11, 84:25, 91:13, 115:7, 155:22, 156:2
**25-year-old** [1] - 68:18
**26** [4] - 34:21, 41:11, 171:25, 179:2
**27** [5] - 41:12, 129:12, 142:23, 171:25, 179:8
**27-year-old** [1] - 89:7
**28** [8] - 46:1, 47:24, 118:4, 171:25, 179:11, 183:12, 185:9
**29** [8] - 55:19, 55:20, 56:9, 171:25, 179:15, 183:13, 185:10
**29-year** [1] - 130:13
**29th** [2] - 85:4, 85:11
**2nd** [1] - 1:24

## 3

**3** [6] - 8:20, 8:21, 58:6, 171:18, 176:4, 183:7
**30** [16] - 21:22, 52:10, 56:7, 70:18, 70:24, 100:19, 171:25, 173:13, 173:16, 174:19, 175:3, 179:20, 183:14, 185:11, 192:25, 194:3
**30-minute** [1] - 184:8
**30-some** [1] - 112:10
**305** [2] - 2:25, 196:11
**31** [7] - 53:12, 85:3, 85:15, 85:18, 91:13, 129:10, 140:4
**32** [5] - 56:18, 70:24, 172:1, 180:1, 180:5
**33** [14] - 16:9, 60:17, 133:4, 172:1, 175:6, 180:7, 180:9, 180:10, 180:12, 180:21, 180:24, 181:1, 181:8
**33128** [3] - 2:9, 2:25, 196:10
**33131** [3] - 1:25, 2:2, 2:15
**33132** [2] - 1:16, 1:21
**33134** [1] - 2:6
**33181** [1] - 2:21
**33301** [1] - 2:18
**33418** [1] - 2:13
**34** [6] - 62:1, 104:3, 172:1, 180:13, 183:15, 185:11
**34-year-old** [1] - 104:5
**35** [5] - 63:14, 85:24, 86:2, 86:3, 91:13
**36** [8] - 5:14, 65:5, 104:3, 105:19, 108:6, 172:1, 180:17, 181:10
**36-year-old** [2] - 104:4, 135:11
**37** [8] - 31:20, 48:5, 57:24, 68:8, 133:4, 172:1, 172:7, 181:13
**38** [3] - 70:13, 172:2, 181:18
**39** [6] - 65:7, 172:2, 182:5, 182:7, 183:16, 185:11
**3:07** [2] - 79:16, 80:3
**3:39** [1] - 95:1
**3rd** [2] - 2:18, 5:5

## 4

**4** [11] - 8:20, 8:21, 36:1, 55:19, 58:6, 133:13, 171:18, 176:11, 183:6, 183:8, 185:3
**40** [23] - 2:9, 75:9, 80:5, 80:9, 80:10, 80:15, 86:11, 86:12, 86:14, 86:15, 91:13, 91:16, 98:9, 132:14, 149:24, 150:2, 151:1, 170:23, 172:6, 173:7, 173:16, 173:17, 173:21
**400** [2] - 2:24, 196:10
**41** [6] - 13:19, 95:3, 150:16, 151:4, 172:2, 182:12
**42** [4] - 62:3, 98:7, 172:2, 182:17
**43** [19] - 119:24, 123:25, 155:9, 155:13, 155:14, 155:15, 157:9, 158:14, 159:3, 163:21, 163:22, 164:1, 166:2, 169:10, 169:12, 169:14, 172:3, 182:19, 182:25
**44** [6] - 53:14, 107:21, 172:3, 183:2, 183:17, 185:12
**45** [12] - 73:2, 99:24, 155:18, 155:19, 172:3, 173:13, 174:5, 174:20, 175:1, 183:2, 183:17, 185:12
**45-minute** [1] - 172:21
**459** [1] - 2:20
**46** [7] - 75:14, 107:19, 151:17, 151:18, 151:20, 170:24
**47** [7] - 112:7, 116:11, 151:22, 151:24, 151:25, 152:12, 170:24
**48** [14] - 62:15, 115:5, 155:20, 157:10, 158:14, 159:3, 163:21, 166:3, 167:15, 169:16, 172:3, 183:2, 183:17, 185:13
**49** [6] - 23:20, 116:9, 172:3, 183:2, 183:18, 185:13

**4:30** [1] - 59:4
**4th** [3] - 1:21, 85:4, 85:11

## 5

**5** [7] - 36:1, 55:20, 91:18, 149:14, 171:19, 176:17, 183:9
**5-something** [1] - 111:24
**50** [4] - 118:2, 140:17, 140:21, 172:4
**51** [5] - 34:19, 96:2, 119:22, 122:20, 172:4
**52** [4] - 68:11, 122:4, 152:14, 170:24
**523-5178** [2] - 2:25, 196:11
**53** [4] - 70:15, 112:9, 123:23, 172:4
**54** [4] - 125:22, 128:24, 154:22, 170:24
**55** [5] - 60:19, 128:25, 129:1, 129:3, 172:4
**56** [3] - 130:4, 153:2, 170:24
**57** [5] - 105:18, 131:19, 153:7, 153:17, 170:24
**58** [7] - 63:16, 65:2, 135:4, 135:6, 153:18, 153:22, 170:24
**59** [5] - 136:16, 153:23, 154:11, 154:17, 170:24
**5:09** [1] - 149:20
**5:54** [1] - 175:10

## 6

**6** [10] - 56:9, 92:19, 144:17, 157:13, 171:19, 174:6, 176:22, 183:7, 185:4
**60** [3] - 172:5, 173:5, 173:16
**600** [1] - 2:15
**602** [1] - 1:24
**61** [18] - 95:5, 142:21, 157:8, 158:1, 158:8, 158:14, 159:3, 159:7, 159:10, 163:21, 167:16, 167:17, 168:18, 169:22, 170:12, 170:13, 170:15, 170:24
**62** [1] - 173:15
**64** [3] - 3:12, 130:6, 131:21
**68** [1] - 103:11
**69** [2] - 103:10, 103:11
**69-year-old** [1] - 104:19
**6:34** [1] - 175:10
**6:45** [1] - 174:6
**6:46** [1] - 184:17
**6:50** [1] - 186:2

## 7

**7** [8] - 65:20, 171:19, 177:2, 177:4, 183:8, 183:10, 183:11, 185:5
**70** [2] - 174:24, 174:25
**7108** [1] - 2:12
**72** [1] - 9:2
**7:01** [1] - 192:19
**7:04** [2] - 1:6, 195:20
**7:30** [1] - 195:9

## 8

**8** [9] - 81:22, 81:23, 82:1, 91:12, 116:5, 125:19, 180:25, 183:12, 194:5
**82** [1] - 9:1
**8:00** [1] - 193:3
**8:30** [2] - 193:7, 193:8
**8th** [2] - 186:20, 186:23

## 9

**9** [22] - 1:5, 86:22, 93:13, 93:16, 93:19, 157:4, 157:5, 157:7, 157:9, 158:14, 158:16, 158:21, 159:3, 159:16, 159:18, 163:19, 168:19, 169:6, 169:8, 171:19, 183:13, 186:15
**9/11** [2] - 25:19, 61:18
**901** [1] - 2:5
**950** [1] - 1:18
**99** [1] - 1:21
**9:00** [6] - 187:5, 187:7, 192:22, 193:5, 193:7, 193:10
**9:30** [7] - 184:7, 187:5, 187:8, 191:22, 193:1, 193:11

## A

**AA** [1] - 18:22
**abide** [1] - 15:15
**ability** [42] - 5:9, 10:23, 17:6, 20:9, 22:13, 29:2, 37:5, 39:22, 45:20, 52:7, 54:8, 63:10, 65:4, 71:15, 72:5, 78:5, 92:2, 95:25, 97:3, 97:7, 99:2, 105:14, 107:16, 110:9, 113:2, 117:14, 117:24, 119:9, 121:5, 121:25, 125:8, 126:11, 131:13, 135:23, 138:5, 141:13, 143:20, 145:23, 146:4, 146:12, 159:22, 164:21
**able** [41] - 9:7, 12:17, 15:15, 20:12, 20:18, 23:2, 38:21, 43:18, 44:19, 47:8, 51:2, 52:2, 58:18, 78:13, 94:21, 97:5, 99:18, 101:16, 101:21, 102:2, 102:5, 105:1, 111:11, 117:13, 119:19, 123:15, 125:19, 127:10, 127:13, 127:22, 128:1, 128:3, 130:1, 132:10, 136:10, 137:16, 149:9, 149:15, 152:9, 162:6, 193:17
**ABM** [1] - 164:25
**above-entitled** [1] - 196:5
**absolutely** [2] - 89:14, 195:3
**AC** [1] - 78:15
**accent** [4] - 54:15, 54:19, 154:4, 154:10
**accents** [2] - 54:17, 54:18
**accept** [36] - 133:20, 175:19, 175:25, 176:2, 176:6, 176:13, 176:15, 176:23, 176:25, 177:3, 177:5, 177:9, 177:17, 177:23, 177:25, 178:6, 178:14, 178:20, 178:21, 178:24, 178:25, 179:4, 179:12, 179:13, 179:17, 179:18, 179:22, 179:24, 180:3, 180:8, 180:14, 180:15, 180:18, 181:14, 181:19, 182:6
**accepting** [1] - 88:15
**access** [1] - 127:6
**according** [2] - 160:1, 186:12
**accountant** [3] - 71:9, 71:22, 71:23
**accounting** [5] - 50:9, 51:4, 140:6, 140:8, 148:12
**accounts** [2] - 190:19, 191:2
**accurate** [1] - 196:4
**accused** [13] - 6:6, 10:20, 33:1, 36:17, 42:19, 42:22, 44:19, 54:3, 62:22, 77:20, 109:18, 124:25, 129:17
**achieve** [2] - 173:3, 173:20
**Act** [1] - 35:5
**active** [8] - 16:24, 19:22, 20:3, 57:11, 61:22, 106:5, 114:20, 118:23
**activity** [7] - 35:14, 35:21, 38:9, 38:24, 39:3, 39:14, 39:18
**actor** [1] - 190:7
**acts** [1] - 124:13
**actual** [2] - 120:17, 140:10
**add** [1] - 88:17
**additional** [2] - 155:4, 173:25
**address** [2] - 132:7, 132:9
**adjourned** [1] - 195:20
**admin** [1] - 118:12
**administration** [6] - 109:2, 112:14, 114:23, 114:24, 129:5, 133:14
**administrative** [1] - 62:8
**administrator** [2] - 63:8, 119:12
**admire** [1] - 37:8
**adore** [1] - 77:16
**adult** [4] - 13:7, 95:11, 96:5, 154:7
**advance** [1] - 192:5
**advantage** [1] - 111:14
**advising** [1] - 17:16
**advisory** [1] - 16:14
**aerodynamics** [1] - 105:24
**Affair** [1] - 130:9
**Affairs** [1] - 44:8
**affect** [39] - 4:2, 4:7, 10:23, 10:25, 17:5, 17:6, 22:13, 37:5, 39:22, 43:4, 53:2, 54:8, 71:15, 75:3, 75:6, 78:5, 95:24, 97:7, 99:1, 105:14, 110:1, 110:4, 110:8, 116:5, 117:14, 117:24, 119:9, 121:25, 123:8, 125:8, 135:23, 138:5, 141:12, 141:15, 142:18, 143:20, 146:11, 159:22, 164:20
**affected** [1] - 65:1
**affecting** [1] - 20:8
**affiliated** [3] - 97:9, 97:25, 98:1
**affirm** [1] - 186:11
**afford** [3] - 77:6, 82:21, 132:20
**Afghanistan** [1] - 71:6
**aftercare** [1] - 82:21
**afternoon** [40] - 3:11, 5:13, 13:17, 13:18, 16:8, 18:19, 31:19, 31:20, 34:18, 47:25, 48:2, 48:4, 53:13, 56:19, 60:18, 63:15, 65:6, 68:10, 70:14, 73:1, 99:22, 103:9, 105:17, 107:20, 112:8, 115:6, 116:10, 118:3, 122:5, 123:24, 125:23, 129:2, 130:5, 136:17, 140:3, 159:17, 166:4, 166:5, 167:18, 187:10
**AFTERNOON** [1] - 1:5
**age** [7] - 4:22, 13:19, 57:22, 96:2, 106:2, 120:9, 131:21
**agencies** [3] - 39:3, 53:25, 141:5
**agency** [17] - 14:23, 22:3, 36:15, 51:11, 61:4, 64:7, 66:25,

74:22, 74:24, 77:15, 84:14, 97:11, 124:24, 134:10, 135:16, 137:24
**agent** [25] - 12:14, 12:19, 13:9, 15:13, 22:13, 23:12, 27:14, 27:24, 39:18, 40:9, 40:11, 40:13, 40:24, 42:15, 43:21, 44:22, 47:15, 97:16, 113:19, 113:20, 128:8, 137:24, 168:6, 168:14
**agent's** [1] - 27:16
**agents** [16] - 7:22, 12:13, 13:5, 13:6, 15:16, 22:14, 23:11, 27:9, 41:9, 52:3, 97:17, 111:11, 113:18, 121:8, 162:1, 162:4
**aggravated** [3] - 51:22, 100:25, 102:10
**aggressive** [1] - 27:22
**ago** [34] - 3:21, 18:23, 19:17, 19:20, 25:3, 33:17, 33:18, 33:19, 36:1, 36:18, 43:24, 50:19, 58:7, 58:10, 58:20, 61:5, 61:16, 69:23, 69:24, 74:8, 102:14, 102:16, 107:4, 109:23, 116:18, 117:9, 122:8, 124:22, 141:9, 141:15, 160:4, 160:13, 164:16
**agree** [21] - 82:2, 82:12, 83:7, 83:20, 84:7, 84:24, 85:16, 86:4, 89:24, 91:4, 151:15, 151:19, 152:23, 153:5, 153:11, 153:20, 153:21, 154:13, 156:20, 167:10, 170:10
**agrees** [1] - 151:13
**ahead** [6] - 103:11, 140:23, 150:22, 157:1, 158:11, 185:1
**AI** [1] - 46:8
**air** [1] - 108:2
**Air** [5] - 48:10, 48:21, 130:19, 130:20, 143:10
**Airbus** [1] - 105:25
**aircraft** [1] - 132:6
**Aircraft** [1] - 105:22
**Airline** [1] - 132:6
**airline** [1] - 107:23
**Airlines** [3] - 14:7, 133:4, 133:9
**airplanes** [1] - 134:24
**Airport** [1] - 74:3
**airport** [1] - 132:13
**Akerman** [1] - 24:21
**Al** [1] - 5:23
**Alachouzos** [1] - 171:23
**Albites** [5] - 171:19, 176:21, 183:7, 185:4
**Alejandro** [1] - 56:20
**Alexandru** [1] - 13:19
**Alfonso** [1] - 3:12
**allowed** [1] - 174:17
**almost** [5] - 3:21, 58:17, 62:7, 85:20, 124:4
**ALOE** [1] - 2:12
**alone** [1] - 113:21
**ALTANESE** [1] - 1:20
**alternates** [9] - 172:8, 172:9, 172:11, 182:8, 182:10, 182:16, 183:2, 183:17, 186:14
**Altonaga's** [2] - 186:20, 192:17
**Alzheimer's** [1] - 73:6
**Amazon** [3] - 10:3, 11:14, 11:17
**ambiguity** [1] - 92:1
**ambulance** [1] - 9:9
**Amendment** [1] - 88:18
**America** [5] - 35:15, 40:2, 67:18, 105:25
**AMERICA** [1] - 1:4
**American** [8] - 14:7, 23:24, 27:11, 35:22, 132:5, 133:4, 133:9
**Americas** [1] - 105:23
**Ana** [2] - 60:18, 185:4
**analyst** [5] - 35:9, 52:15, 53:4, 53:5, 65:12
**analytic** [1] - 35:12
**analytics** [4] - 16:14, 17:17, 35:6, 37:16
**analyze** [1] - 127:14
**Anay** [1] - 53:13
**Andrea** [1] - 99:23
**ANDREW** [1] - 1:17
**Andrew** [1] - 16:8
**Andriotis** [1] - 112:9
**aneurysms** [1] - 75:20
**Angelo** [1] - 112:8
**anger** [1] - 65:2
**animals** [1] - 64:2
**Ann** [1] - 185:5
**announce** [3] - 170:20, 170:22, 171:2
**answer** [9] - 7:12, 26:9, 47:21, 87:10, 134:25, 154:5, 155:15, 192:12, 192:13
**answered** [6] - 29:8, 126:20, 158:2, 190:11, 190:12, 190:13
**answers** [2] - 37:12, 148:9
**anti** [4] - 35:5, 151:6, 152:2
**anti-money** [1] - 35:5
**anti-terrorist** [1] - 35:5
**antianxiety** [1] - 78:10
**ANTONIO** [1] - 1:7
**anxiety** [6] - 36:21, 75:13, 77:1, 79:5, 84:16, 141:10
**anyway** [4] - 41:10, 105:6, 133:12, 173:23
**apologies** [2] - 16:6, 195:15
**apologize** [2] - 67:12, 75:12
**app** [2] - 65:12, 190:24
**apparel** [4] - 24:24, 114:24, 115:2, 115:3
**appearance** [1] - 189:2
**APPEARANCES** [1] - 1:13
**appellate** [1] - 112:13
**Apple** [2] - 46:12, 106:4
**applied** [1] - 46:6
**apply** [2] - 138:8, 138:9
**appointment** [3] - 5:1, 58:25, 180:25
**appointments** [2] - 44:7, 59:23
**appreciate** [3] - 3:8, 43:17, 136:15
**apprenticeship** [1] - 136:20
**April** [13] - 5:1, 5:5, 16:16, 17:24, 55:19, 55:20, 55:25, 56:7, 56:9, 85:4, 85:11, 103:11, 123:19
**ARCANGEL** [1] - 1:7
**architecture** [1] - 124:2
**area** [8] - 35:5, 37:17, 46:3, 63:17, 63:21, 74:7, 118:7, 119:25
**Ariel** [1] - 142:2
**armed** [1] - 95:15
**Army** [20] - 3:20, 19:19, 42:8, 42:11, 50:18, 61:3, 61:5, 61:17, 61:18, 71:5, 77:9, 95:15, 100:17, 100:18, 100:20, 104:23, 124:20, 130:20, 134:2
**arrange** [1] - 8:22
**arrangements** [1] - 187:25
**arrest** [4] - 54:3, 62:25, 106:16, 114:18
**arrested** [49] - 3:25, 4:1, 6:6, 14:24, 14:25, 17:3, 20:5, 26:10, 33:1, 33:2, 48:25, 50:24, 51:16, 53:2, 57:19, 61:6, 62:23, 64:10, 71:11, 73:19, 77:20, 95:20, 95:21, 96:14, 96:15, 98:24, 100:25, 105:9, 112:24, 114:10, 114:12, 114:17, 115:20, 115:21, 117:7, 119:4, 123:4, 124:25, 126:9, 129:17, 134:11, 135:19, 138:1, 143:15, 143:23, 143:24, 152:5, 156:5
**arrests** [1] - 102:9
**Arritola** [2] - 9:19, 9:20
**arrive** [1] - 55:20
**articulate** [1] - 154:6
**artificial** [3] - 35:6, 35:13, 37:17
**artist** [2] - 76:4, 135:11
**aside** [11] - 12:5, 13:4, 20:12, 22:22, 38:21, 85:20, 127:9, 158:21, 160:20, 160:22
**asleep** [2] - 6:24, 76:18
**assassination** [5] - 139:16, 139:23, 156:23, 160:15, 168:25
**assemblyman** [1] - 29:17
**asset** [1] - 24:15
**assistant** [7] - 19:6, 62:8, 63:18, 68:17, 73:6, 118:12, 135:9
**associate** [2] - 10:3, 140:7
**associate's** [5] - 41:23, 62:5, 65:10, 68:12, 95:7
**ASSOCIATES** [1] - 2:5
**Association** [1] - 37:10
**association** [1] - 22:2
**assume** [4] - 29:9, 80:19, 99:12, 123:16
**assuming** [1] - 97:22
**assumption** [1] - 80:22
**assurance** [2] - 51:7, 63:19
**Assurance** [1] - 51:8
**asthma** [1] - 101:4
**Atlanta** [1] - 129:12
**attempted** [2] - 66:8, 66:14
**attend** [2] - 110:13, 192:22
**attendance** [1] - 185:23
**attendant** [1] - 165:23
**attended** [1] - 93:6
**attending** [2] - 133:17, 134:5
**attention** [7] - 72:9, 118:20, 159:22, 160:8, 160:21, 166:7, 195:12
**attorney** [6] - 17:15, 29:19, 65:17, 67:8, 67:9, 136:4
**ATTORNEY'S** [2] - 1:15, 1:20
**Attorney's** [7] - 106:22, 106:23, 107:7, 107:13, 138:22, 138:23, 141:24
**attorney's** [2] - 66:4,

141:21
**attorneys** [5] - 19:6, 103:22, 103:23, 112:12, 140:14
**aunt** [13] - 19:7, 42:14, 45:8, 45:14, 45:18, 65:17, 66:4, 67:5, 120:5, 140:12, 143:4, 161:2
**aunties** [1] - 167:2
**AUSA** [1] - 153:3
**autoimmune** [1] - 77:21
**Aventura** [1] - 140:4
**Avenue** [7] - 1:18, 1:24, 2:2, 2:15, 2:18, 2:24, 196:10
**aviation** [1] - 133:3
**avid** [1] - 106:8
**avoid** [9] - 73:20, 73:21, 73:22, 184:4, 188:16, 188:17, 189:2, 189:8
**awaiting** [1] - 71:12
**awake** [1] - 6:25
**aware** [2] - 6:7, 6:9

## B

**baby** [6] - 57:12, 58:22, 59:24, 60:1, 60:4, 60:12
**bachelor** [2] - 107:23, 109:1
**Bachelor's** [1] - 9:24
**bachelor's** [14] - 41:15, 41:24, 46:4, 56:22, 60:20, 75:16, 100:7, 112:10, 116:13, 120:1, 129:5, 130:8, 140:5, 142:24
**backed** [1] - 24:15
**background** [12] - 13:21, 18:22, 23:23, 31:22, 41:15, 41:22, 73:3, 95:7, 103:14, 116:13, 133:2, 188:13
**backlog** [1] - 3:6
**bad** [10] - 24:4, 26:3, 26:6, 28:10, 28:25, 29:7, 40:1, 92:23, 108:2
**badge** [1] - 189:15
**Bank** [3] - 35:4, 52:15, 53:6
**bank** [5] - 24:12, 36:7, 38:9, 40:20, 112:11
**bank-related** [1] - 112:11
**Banker's** [1] - 37:9
**banking** [6] - 35:4, 35:15, 37:8, 112:10, 126:1, 126:3
**bankruptcy** [1] - 106:14
**banks** [1] - 39:21
**bar** [2] - 24:25, 28:17
**barely** [1] - 58:18
**bars** [1] - 28:22
**bartender** [2] - 95:12, 96:13
**BARZEE** [1] - 2:8
**base** [4] - 40:2, 90:15, 111:24, 112:3
**baseball** [3] - 118:22, 122:21, 165:3
**based** [8] - 24:11, 40:15, 41:6, 85:3, 90:18, 109:6, 114:5, 128:11
**basic** [1] - 50:19
**basis** [2] - 41:3, 151:5
**basketball** [6] - 10:8, 25:12, 52:22, 115:14, 156:3
**batch** [6] - 86:17, 91:16, 155:8, 155:9, 157:3, 157:4
**bathe** [1] - 9:13
**bathroom** [3] - 81:4, 81:10, 193:16
**bathrooms** [1] - 79:25
**battery** [3] - 51:22, 101:1, 102:10
**battle** [1] - 61:8
**Bay** [4] - 31:21, 62:4, 118:7, 130:7
**bay** [1] - 46:3
**baylor** [1] - 75:25
**BBC** [2] - 36:10, 106:3
**beach** [4] - 61:1, 62:15, 65:21, 143:7
**Beach** [6] - 2:13, 34:1, 60:20, 103:12, 103:14, 103:15
**bear** [2] - 149:14, 149:16
**bearing** [2] - 27:21, 184:19
**beat** [2] - 97:9, 140:22
**became** [3] - 25:18, 75:24, 167:7
**Becerra** [2] - 187:2, 188:7
**BECERRA** [1] - 1:11
**become** [1] - 189:9
**becomes** [2] - 76:18, 76:19
**bed** [1] - 9:6
**bedridden** [1] - 9:5
**BEFORE** [1] - 1:11
**begin** [1] - 74:6
**beginning** [2] - 55:15, 194:5
**behalf** [12] - 80:20, 91:8, 154:21, 157:2, 157:25, 161:25, 169:18, 183:23, 193:21, 194:9, 194:17, 195:16
**behavioral** [1] - 98:15
**behind** [2] - 7:19, 165:24
**belief** [1] - 73:21
**beliefs** [27] - 6:8, 10:21, 15:1, 20:8, 26:22, 33:9, 37:2, 37:4, 46:24, 49:2, 51:1, 53:2, 63:4, 66:11, 69:7, 71:13, 105:12, 109:21, 115:22, 117:12, 119:8, 120:20, 125:7, 131:1, 135:21, 141:11, 143:18
**bench** [2] - 80:7, 193:5
**benefit** [3] - 13:10, 13:11, 84:3
**benefits** [1] - 167:25
**best** [12] - 12:23, 36:25, 49:6, 49:15, 49:24, 70:19, 90:10, 100:22, 144:20, 167:4, 188:8, 188:16
**bet** [1] - 101:10
**Bet** [1] - 65:11
**Betancourt** [6] - 72:23, 72:24, 73:2, 172:2, 183:16, 185:12
**BETH** [1] - 2:11
**better** [6] - 16:2, 22:20, 149:16, 152:20, 170:18, 174:2
**betting** [1] - 65:12
**between** [4] - 7:20, 76:5, 109:4, 150:1
**Beverly** [2] - 95:3, 95:5
**BEW-349** [1] - 136:20
**beyond** [1] - 104:9
**bias** [12] - 10:24, 11:1, 11:5, 15:3, 61:9, 92:23, 131:2, 152:4, 158:3, 158:11, 159:11, 168:8
**biased** [11] - 20:13, 22:9, 40:4, 66:11, 101:6, 113:3, 113:11, 113:12, 113:14, 152:6, 152:11
**biases** [1] - 22:22
**big** [3] - 24:21, 71:19, 141:1
**bike** [1] - 36:11
**bills** [2] - 109:8, 112:4
**Biltmore** [1] - 108:8
**biology** [2] - 46:5, 53:15
**biomedical** [1] - 100:7
**biopsies** [1] - 160:6
**biopsy** [5] - 160:3, 160:4, 160:10, 168:20, 168:22
**bioterrorism** [2] - 57:5, 58:4
**birth** [2] - 62:3, 76:8
**Biscayne** [1] - 2:20
**bit** [13] - 11:3, 12:16, 14:12, 22:9, 24:9, 36:21, 69:12, 92:1, 93:22, 108:1, 113:3, 127:2, 149:10
**black** [1] - 64:23
**blame** [1] - 18:12
**blood** [5] - 33:7, 36:21, 77:8, 84:17, 125:2
**Blvd** [1] - 2:20
**boat** [1] - 32:13
**boating** [1] - 135:13
**body** [1] - 77:22
**bodycam** [1] - 65:23
**bodyguard** [1] - 8:13
**Bogota** [1] - 3:12
**bond** [2] - 24:12, 24:14
**book** [2] - 73:14, 137:22
**booked** [1] - 195:5
**books** [10] - 3:17, 42:5, 46:14, 64:1, 65:22, 95:13, 116:25, 117:1, 143:8
**boom** [1] - 132:14
**born** [48] - 3:12, 4:20, 4:21, 5:14, 9:21, 13:20, 16:9, 18:21, 23:20, 31:20, 34:19, 41:13, 46:1, 48:5, 52:12, 53:14, 56:20, 60:19, 63:16, 65:7, 67:17, 68:11, 70:15, 73:2, 75:14, 89:1, 95:6, 98:9, 99:24, 103:12, 105:18, 112:9, 115:7, 116:11, 118:4, 119:24, 122:6, 123:25, 125:24, 130:6, 131:21, 134:19, 136:18, 139:7, 140:4, 142:23, 154:6
**boss** [1] - 39:12
**bother** [1] - 81:24
**bottom** [1] - 169:4
**bought** [1] - 124:5
**Boulevard** [1] - 2:5
**bouncer** [1] - 28:22
**Bowdoin** [1] - 103:17
**box** [2] - 184:24, 185:2
**boy** [1] - 133:13
**boyfriend** [1] - 189:24
**boys** [1] - 133:13
**Bravo** [1] - 141:1
**Brazil** [2] - 34:20, 34:22
**Brazilian** [1] - 84:11
**break** [13] - 79:18, 79:20, 81:5, 87:15, 93:23, 93:25, 146:16, 157:22, 171:3, 175:3, 187:15, 191:10, 193:18
**breaks** [2] - 101:13, 187:10
**breath** [2] - 157:22, 192:6
**breathing** [1] - 24:17
**Brian** [2] - 115:6, 185:13
**Brickell** [1] - 105:20
**Brief** [2] - 81:12, 150:24
**BRIGGS** [1] - 1:17
**bring** [23] - 34:2, 79:24, 81:3, 89:19, 93:16, 93:19, 94:17, 94:25, 144:16, 157:5, 157:9, 157:14, 158:13, 158:14, 159:22, 160:7, 161:19, 163:14, 163:20, 173:5, 183:25, 184:14
**bringing** [4] - 156:17, 158:12, 158:15, 195:11
**brings** [2] - 40:18,

87:5
**Broad** [1] - 25:1
**broker** [1] - 103:20
**Brooklyn** [1] - 68:11
**brother** [23] - 10:11, 26:17, 33:5, 33:13, 34:5, 34:9, 34:10, 34:11, 45:15, 48:18, 50:24, 51:15, 51:19, 52:16, 71:10, 72:10, 73:15, 95:15, 100:16, 100:25, 102:9, 102:25, 171:6
**brother's** [3] - 52:6, 102:13, 171:12
**brother-in-law** [3] - 48:18, 100:16, 102:9
**brother-in-laws** [2] - 71:10, 72:10
**brothers** [1] - 62:17
**brought** [1] - 66:24
**Broward** [9] - 20:3, 20:19, 21:17, 21:24, 22:13, 22:15, 22:16, 60:22, 148:10
**BSAML** [1] - 35:9
**BSO** [1] - 62:20
**building** [6] - 32:13, 46:7, 93:7, 145:11, 145:12, 146:1
**bunch** [2] - 104:15, 134:2
**burglary** [2] - 95:21, 151:9
**Burns** [1] - 164:12
**business** [14] - 9:24, 17:21, 35:3, 35:7, 60:21, 62:5, 68:12, 68:21, 105:20, 107:23, 109:2, 129:5, 133:14, 140:11
**button** [1] - 189:6
**BY** [1] - 2:22
**bypass** [1] - 75:19

## C

**Cadavid** [5] - 31:18, 171:25, 178:23, 183:11, 185:9
**calendar** [1] - 193:10
**California** [3] - 104:6, 130:7, 130:25
**CAMPO** [3] - 1:23, 1:24, 193:23
**Campo** [2] - 172:20, 185:9
**Campos** [4] - 171:25, 179:11, 183:12, 185:10
**camps** [1] - 37:10
**Campus** [1] - 18:24
**cancer** [1] - 61:6
**cannot** [6] - 77:6, 87:8, 134:25, 135:1, 187:11, 187:17
**Canóvanas** [1] - 131:22
**capacities** [1] - 123:3
**capacity** [3] - 54:2, 64:9, 106:13
**Capital** [1] - 8:9
**captain** [2] - 120:8, 174:2
**car** [4] - 62:6, 63:7, 112:17, 145:20
**car-pooled** [1] - 145:20
**care** [21] - 6:21, 6:25, 9:12, 9:15, 34:14, 36:12, 46:8, 59:24, 60:1, 75:18, 76:15, 82:19, 83:1, 83:12, 83:15, 83:17, 99:11, 109:8, 112:5, 121:18, 194:21
**career** [4] - 20:2, 31:10, 76:13, 118:9
**Career** [1] - 65:9
**carpool** [1] - 193:3
**case** [109] - 4:7, 5:9, 9:9, 12:3, 12:4, 12:6, 14:21, 22:14, 27:25, 36:19, 37:12, 38:1, 38:2, 38:5, 39:7, 39:8, 40:13, 41:9, 42:20, 42:23, 49:11, 50:2, 50:19, 52:6, 53:3, 54:9, 54:22, 61:10, 62:25, 65:5, 66:15, 66:17, 66:18, 66:24, 67:25, 68:2, 68:3, 73:23, 77:14, 78:6, 93:1, 93:4, 96:18, 97:4, 97:9, 97:12, 97:23, 97:25, 98:2, 102:13, 102:19, 104:19, 107:12, 107:16, 110:2, 110:9, 110:10, 110:24, 112:25, 113:20, 115:23, 121:9, 126:11, 126:21, 126:22, 127:10, 128:10, 128:11, 134:19, 135:24, 138:6, 142:13, 143:21, 144:21, 145:1, 145:2, 146:3, 146:6, 146:8, 147:1, 147:23, 149:1, 151:11, 156:22, 157:15, 161:11, 161:14, 161:25, 162:12, 162:16, 162:23, 163:4, 163:10, 163:11, 173:25, 186:12, 187:11, 187:17, 187:19, 187:20, 187:22, 188:3, 188:15, 188:17, 188:18, 191:3, 191:4, 191:5
**CASE** [1] - 1:2
**cases** [13] - 12:3, 31:8, 37:13, 37:20, 38:7, 39:1, 39:25, 40:19, 93:5, 102:10, 102:22, 120:22, 143:16
**Cassel** [1] - 25:2
**Casta** [1] - 63:16
**Castle** [1] - 48:13
**cat** [2] - 64:2, 189:23
**catch** [2] - 57:22, 114:22
**catering** [1] - 100:4
**Caterpillar** [1] - 71:19
**Catholic** [10] - 33:9, 54:7, 57:20, 78:3, 98:25, 113:1, 123:8, 125:5, 126:11, 129:18
**caught** [1] - 166:7
**Cavalier** [1] - 104:1
**CBP** [1] - 74:2
**CDC** [1] - 57:4
**CDL** [5] - 115:9, 116:1, 116:2, 155:24, 156:1
**cell** [1] - 101:4
**center** [1] - 50:14
**Center** [4] - 2:8, 19:1, 120:2, 120:7
**centers** [1] - 65:13
**Central** [1] - 35:22
**centralized** [1] - 78:15
**Centro** [1] - 53:17
**ceremonies** [1] - 56:10
**ceremony** [3] - 55:18, 56:6, 56:7
**certain** [1] - 24:14
**certainly** [2] - 40:6, 191:5
**certificates** [3] - 185:17, 185:19, 185:22
**certified** [1] - 124:3
**certify** [1] - 196:3
**chair** [2] - 80:24, 185:1
**challenge** [26] - 80:20, 81:21, 82:4, 82:5, 82:6, 82:14, 82:17, 83:8, 83:10, 83:21, 84:8, 84:9, 84:25, 85:1, 85:2, 85:16, 85:23, 86:14, 87:4, 88:1, 88:7, 90:5, 90:13, 151:14, 152:12, 155:3
**challenges** [13] - 80:9, 80:10, 81:13, 81:20, 86:16, 91:8, 91:12, 150:15, 151:1, 154:20, 171:4, 173:9, 173:22
**chambers** [1] - 193:2
**chance** [2] - 49:23, 93:18
**change** [3] - 33:10, 102:2, 102:3
**changed** [1] - 33:21
**Channel** [2] - 53:20, 65:20
**charge** [1] - 186:13
**charged** [1] - 63:1
**charges** [5] - 51:17, 72:11, 120:11, 120:18
**Charlebois** [1] - 130:6
**check** [3] - 74:6, 74:7, 195:6
**cheerleading** [2] - 92:25, 93:3
**chef** [1] - 100:4
**chief** [1] - 105:23
**child** [9] - 14:8, 14:10, 14:14, 82:19, 82:20, 83:1, 87:18, 115:12, 156:3
**childhood** [1] - 64:19
**children** [28] - 3:16, 5:21, 16:20, 19:10, 25:8, 41:25, 46:11, 48:13, 52:19, 57:6, 62:11, 63:23, 63:24, 70:24, 73:10, 95:12, 96:5, 98:14, 106:1, 112:3, 118:16, 120:9, 126:4, 129:9, 130:13, 133:13, 140:15, 143:5
**childrens** [3] - 60:24, 109:3, 122:12
**Chin** [1] - 99:23
**China** [1] - 34:3
**choice** [1] - 76:21
**choices** [2] - 21:2, 21:3
**choose** [1] - 76:13
**Christian** [6] - 17:5, 37:3, 42:25, 101:5, 125:6, 138:4
**Christopher** [2] - 105:18, 185:12
**church** [2] - 92:8, 92:12
**Circuit** [1] - 193:12
**citizen** [1] - 4:12
**Citizens** [1] - 25:6
**City** [6] - 25:19, 65:16, 66:3, 71:8, 103:13
**civil** [3] - 50:19, 77:13, 109:15
**CJA** [1] - 194:21
**class** [2] - 105:6, 123:16
**classes** [3] - 122:15, 123:11, 152:21
**Classic** [1] - 118:22
**cleared** [2] - 80:4, 149:21
**clearer** [1] - 150:12
**clearly** [4] - 113:17, 151:10, 152:11, 154:7
**clerical** [2] - 50:9, 62:9
**clerk** [4] - 9:25, 31:10, 51:4, 95:9
**clicked** [1] - 34:8
**client** [1] - 40:2
**clients** [8] - 17:16, 17:20, 35:22, 37:13, 37:15, 38:12, 39:13
**clinical** [1] - 130:12
**close** [81] - 5:19, 13:10, 19:4, 19:16, 19:21, 20:1, 20:4, 20:5, 25:16, 32:15, 34:5, 35:11, 36:13, 36:14, 45:10, 48:6, 48:24, 52:18, 52:25, 53:1, 53:22, 53:24, 54:1, 54:2, 57:18, 64:3, 64:6, 64:9, 66:7, 67:23, 68:16, 71:7, 72:1, 73:19, 76:5, 77:19, 77:22, 82:15, 91:1, 92:5, 92:8, 92:12, 95:10, 98:20, 98:21, 98:23, 104:21, 105:2, 105:8, 105:10, 106:10, 106:11, 106:17, 106:21, 112:22, 115:16,

115:18, 115:20, 117:2, 117:4, 119:3, 119:4, 122:11, 124:6, 124:23, 130:19, 130:21, 130:23, 132:23, 136:7, 140:13, 141:4, 143:13, 143:23, 144:9, 164:4, 173:2
**close-close** [1] - 25:16
**closely** [2] - 16:17, 106:13
**closer** [1] - 136:8
**closing** [1] - 189:7
**closings** [1] - 193:17
**clothing** [1] - 115:2
**Club** [1] - 108:6
**club** [1] - 108:15
**CNA** [2] - 165:21, 165:22
**CNA/RPA** [1] - 100:2
**CNN** [3] - 57:9, 68:22, 104:13
**coach** [4] - 92:25, 144:19, 145:1, 145:4
**Coconut** [1] - 16:9
**code** [2] - 108:20, 108:23
**coincidence** [1] - 166:10
**coins** [1] - 109:11
**cold** [1] - 77:22
**colleague** [3] - 30:8, 30:9, 188:6
**colleagues** [2] - 92:21, 107:9
**collect** [2] - 109:11
**College** [6] - 13:21, 13:23, 65:9, 103:17, 107:22, 137:14
**college** [34] - 5:20, 9:24, 13:22, 14:15, 16:10, 16:12, 25:23, 26:10, 27:1, 28:12, 28:22, 28:24, 29:9, 31:23, 34:21, 36:9, 56:12, 65:8, 73:11, 76:9, 85:9, 95:7, 103:16, 106:2, 124:2, 124:11, 125:25, 130:14, 133:3, 136:19, 137:14, 152:15, 189:24
**colloquy** [2] - 153:13, 155:20
**Colombia** [19] - 3:12, 4:14, 4:15, 4:20, 4:24, 35:15, 45:5, 45:6, 45:7, 45:9, 69:10, 69:11, 69:14, 69:15, 70:3, 70:4, 109:22, 109:23, 110:17
**Colombian** [1] - 4:10
**Colorado** [1] - 124:10
**comfortable** [2] - 162:20, 163:5
**coming** [5] - 43:15, 81:17, 83:3, 149:16, 184:20
**commercial** [5] - 52:14, 53:5, 103:20, 105:24, 116:3
**common** [1] - 101:11
**communicate** [1] - 192:9
**communication** [1] - 77:1
**community** [2] - 104:17, 173:6
**commute** [2] - 58:16, 59:16
**companies** [2] - 70:20, 164:14
**company** [29] - 8:9, 9:8, 17:10, 46:7, 48:12, 62:6, 68:13, 70:21, 71:19, 99:13, 100:5, 105:24, 112:13, 114:25, 115:1, 119:5, 124:4, 124:5, 124:10, 129:13, 132:23, 138:9, 142:16, 155:11, 164:4, 164:5, 164:10, 164:25, 165:2
**Company** [1] - 53:19
**compare** [1] - 154:24
**compared** [2] - 61:8, 127:14
**compatriots** [1] - 8:1
**completed** [2] - 72:11, 135:7
**complicated** [5] - 17:11, 38:23, 132:22, 134:23, 193:13
**computer** [3] - 5:20, 31:23, 65:10
**concern** [3] - 78:6, 99:6, 99:11
**concerned** [8] - 21:14, 83:2, 89:2, 93:24, 99:15, 168:20, 168:22, 189:12
**concerning** [3] - 76:3, 78:7, 172:20
**conclude** [1] - 149:15
**condescending** [1] - 27:22
**condition** [4] - 78:2, 78:7, 78:9, 129:11
**confer** [4] - 150:17, 173:1, 178:8
**conflict** [1] - 159:8
**conflicted** [1] - 82:23
**confused** [1] - 77:22
**congenital** [1] - 77:21
**connected** [1] - 40:12
**connection** [3] - 38:14, 40:10, 43:22
**connections** [1] - 41:8
**conscious** [1] - 12:23
**consciously** [2] - 12:22, 90:9
**consensus** [3] - 173:2, 173:3, 173:20
**consider** [1] - 77:8
**constraint** [1] - 142:8
**construction** [3] - 31:25, 46:7, 77:12
**consulting** [3] - 16:16, 17:12, 17:17
**contact** [4] - 39:6, 39:12, 156:15, 192:18
**contacting** [1] - 191:6
**contacts** [2] - 39:10, 191:7
**continue** [2] - 3:9, 53:16
**continued** [2] - 87:23, 88:24
**continuously** [1] - 6:20
**contract** [5] - 21:9, 120:3, 120:7, 121:15, 121:17
**contracts** [1] - 106:14
**control** [2] - 125:3, 149:10
**conversation** [3] - 161:20, 163:14
**convicted** [28] - 6:6, 14:24, 14:25, 17:3, 20:6, 28:16, 33:1, 33:5, 46:21, 46:22, 48:25, 62:22, 66:8, 69:4, 69:21, 71:10, 77:20, 92:21, 92:22, 95:20, 96:19, 97:6, 98:24, 115:21, 117:7, 125:1, 138:1, 141:7
**conviction** [5] - 29:21, 33:14, 117:9, 117:15, 117:23
**convictions** [2] - 17:1, 144:19
**convince** [4] - 28:3, 28:4, 84:12, 172:15
**convincing** [2] - 128:5, 128:6
**cook** [2] - 116:25, 120:12
**cool** [1] - 44:1
**cooperated** [1] - 35:23
**coordinator** [1] - 129:7
**cops** [1] - 22:6
**copy** [2] - 190:24, 195:14
**Coral** [6] - 2:6, 23:22, 48:8, 52:12, 104:1, 118:12
**cord** [1] - 130:10
**corporate** [2] - 17:19, 140:10
**Corps** [4] - 3:20, 48:19, 73:15, 77:12
**corpsman** [1] - 62:18
**Correct** [1] - 159:12
**correct** [24] - 18:11, 28:2, 28:5, 29:11, 37:25, 66:16, 67:7, 69:13, 78:20, 79:12, 83:14, 84:5, 92:9, 92:13, 93:1, 96:2, 127:12, 147:13, 159:18, 160:16, 160:24, 183:21, 183:22, 183:24
**correctional** [1] - 70:23
**Corrections** [3] - 3:14, 5:17, 7:5
**correctly** [1] - 121:20
**couch** [1] - 48:18
**count** [3] - 60:7, 172:6
**counting** [1] - 75:18
**country** [9] - 15:11, 53:16, 64:19, 64:25, 69:5, 108:15, 129:3, 139:18, 139:19
**Country** [2] - 63:17, 108:6
**County** [9] - 20:3, 20:19, 21:17, 22:15, 62:4, 69:2, 108:24, 109:2, 109:16
**couple** [11] - 25:19, 26:25, 52:17, 58:20, 134:20, 145:15, 148:9, 155:21, 166:6, 186:18, 187:9
**course** [11] - 22:21, 62:24, 79:25, 99:17, 114:7, 114:8, 160:10, 187:23, 190:9, 190:18, 191:3
**court** [35] - 5:6, 14:12, 24:24, 30:3, 31:7, 36:17, 47:20, 72:12, 72:16, 73:22, 76:3, 97:1, 102:23, 104:25, 108:1, 117:16, 120:23, 121:2, 122:25, 123:9, 123:10, 134:5, 146:6, 158:13, 187:2, 188:18, 191:9, 192:10, 192:11, 192:22
**Court** [9] - 2:23, 2:24, 3:1, 62:15, 153:25, 186:13, 188:22, 196:9, 196:9
**COURT** [722] - 1:1, 3:2, 3:3, 4:9, 4:13, 4:18, 4:20, 4:23, 5:3, 5:8, 5:11, 6:11, 6:21, 7:1, 7:4, 7:8, 7:20, 8:3, 8:6, 8:11, 8:15, 8:17, 8:21, 9:3, 9:12, 9:17, 9:19, 11:1, 11:5, 11:11, 11:13, 11:16, 11:19, 12:3, 12:10, 12:25, 13:16, 13:22, 13:25, 14:2, 14:4, 14:9, 14:12, 14:16, 15:4, 15:9, 15:11, 15:19, 15:23, 16:3, 16:6, 17:7, 17:9, 17:20, 17:23, 18:1, 18:4, 18:9, 18:12, 18:14, 20:14, 20:18, 20:24, 21:5, 21:11, 21:16, 21:19, 21:21, 21:23, 22:1, 22:11, 22:21, 23:10, 23:17, 24:6, 24:16, 24:19, 26:25, 27:5, 27:16, 27:19, 27:24, 28:3, 28:6, 28:11, 28:14, 28:16, 28:19, 28:24, 29:1, 29:5, 29:8, 29:14, 29:24, 30:2, 30:5, 30:9, 30:13, 30:18, 30:25, 31:3, 31:10, 31:13, 31:16, 32:6, 32:19, 33:13, 33:17, 33:20, 34:5, 34:9, 34:12, 34:16,

34:24, 35:1, 35:17, 35:18, 36:2, 36:5, 37:21, 38:8, 38:13, 38:17, 38:19, 38:21, 39:2, 39:9, 39:15, 39:17, 39:22, 40:6, 40:16, 40:22, 41:2, 41:7, 43:5, 43:17, 44:4, 44:9, 44:21, 45:4, 45:10, 45:12, 45:14, 45:19, 45:23, 47:2, 47:14, 47:18, 47:20, 47:23, 48:1, 48:3, 49:4, 49:8, 49:11, 49:14, 49:17, 49:19, 49:23, 50:2, 50:5, 51:3, 51:6, 51:8, 51:14, 51:20, 51:23, 52:6, 52:9, 53:4, 53:7, 53:10, 53:12, 54:10, 54:13, 54:15, 54:24, 55:4, 55:11, 55:13, 55:15, 55:21, 55:24, 56:3, 56:5, 56:11, 56:14, 56:16, 56:18, 57:22, 57:25, 58:5, 58:7, 58:11, 59:3, 59:10, 59:14, 59:16, 59:19, 60:1, 60:4, 60:9, 60:16, 61:11, 61:16, 61:19, 61:21, 61:23, 62:1, 63:7, 63:9, 63:13, 65:3, 66:13, 66:17, 66:22, 66:24, 67:4, 67:8, 67:13, 67:20, 67:23, 67:25, 68:7, 69:9, 69:15, 69:17, 69:20, 69:23, 69:25, 70:2, 70:5, 70:8, 70:12, 71:17, 71:21, 71:24, 72:1, 72:4, 72:7, 72:16, 72:19, 72:22, 72:25, 73:24, 74:1, 74:4, 74:10, 74:13, 74:18, 75:1, 75:5, 75:7, 75:9, 78:18, 78:22, 79:2, 79:7, 79:11, 79:16, 80:2, 80:4, 80:23, 81:6, 81:9, 81:13, 81:16, 81:19, 81:23, 82:3, 82:8, 82:13, 82:20, 82:23, 83:8, 83:12, 83:15, 83:21, 84:1, 84:6, 84:8, 84:11, 84:25, 85:6, 85:18, 85:25, 86:5, 86:12, 86:14, 86:20, 86:24, 87:1, 87:12, 87:17, 88:2, 88:5, 88:12, 88:19, 88:22, 89:4, 89:7, 89:10, 89:23, 90:1, 90:12, 90:22, 91:1, 91:7, 91:11, 91:22, 92:3, 92:10, 92:15, 92:18, 92:25, 93:3, 93:9, 93:11, 93:15, 94:3, 94:12, 94:17, 95:2, 96:1, 96:4, 96:9, 96:12, 96:14, 96:18, 96:21, 96:23, 97:2, 97:11, 97:15, 97:21, 98:1, 98:4, 98:6, 99:3, 99:12, 99:15, 99:18, 99:20, 101:8, 101:19, 101:25, 102:8, 102:12, 102:16, 102:19, 102:22, 103:2, 103:6, 105:15, 106:20, 107:1, 107:4, 107:6, 107:9, 107:12, 107:18, 107:25, 108:4, 108:13, 108:15, 108:19, 108:22, 108:25, 110:3, 110:8, 110:20, 111:1, 111:6, 111:9, 111:17, 111:19, 112:1, 112:6, 113:4, 113:9, 113:14, 113:17, 113:25, 114:3, 114:5, 114:8, 114:10, 114:18, 114:22, 115:1, 115:3, 115:24, 116:2, 116:4, 116:8, 117:15, 117:18, 117:22, 118:1, 119:11, 119:14, 119:16, 119:18, 119:21, 120:22, 121:2, 121:4, 121:8, 121:11, 121:17, 121:20, 121:25, 122:3, 122:13, 122:15, 122:18, 123:6, 123:11, 123:15, 123:18, 123:21, 124:14, 125:9, 125:15, 125:18, 125:21, 126:14, 126:16, 126:24, 127:3, 127:7, 127:13, 127:16, 127:20, 127:24, 128:5, 128:14, 128:18, 128:23, 129:1, 129:19, 129:24, 130:3, 131:4, 131:8, 131:11, 131:18, 132:2, 132:7, 132:16, 132:19, 135:3, 135:25, 136:3, 136:5, 136:7, 136:9, 136:14, 136:21, 136:25, 137:2, 137:5, 137:7, 137:15, 137:20, 138:7, 138:10, 138:14, 138:17, 138:20, 139:1, 139:7, 139:9, 139:11, 139:14, 139:21, 140:1, 140:18, 140:20, 140:22, 141:14, 141:17, 141:22, 141:24, 142:1, 142:3, 142:6, 142:12, 142:20, 143:22, 144:2, 144:4, 144:6, 144:10, 144:13, 144:24, 145:5, 145:10, 145:13, 145:15, 145:22, 145:25, 146:3, 146:8, 146:11, 146:14, 146:19, 146:23, 147:7, 147:10, 147:15, 147:19, 148:3, 148:6, 148:22, 149:12, 149:19, 149:21, 150:4, 150:6, 150:11, 150:19, 150:25, 151:5, 151:7, 151:10, 151:13, 151:16, 151:18, 151:20, 151:23, 151:25, 152:4, 152:11, 152:16, 152:25, 153:4, 153:6, 153:8, 153:10, 153:12, 153:22, 154:3, 154:15, 154:20, 154:24, 155:3, 155:7, 155:13, 155:15, 155:17, 155:25, 156:10, 156:16, 156:25, 157:5, 157:12, 157:16, 157:21, 158:7, 158:9, 158:25, 159:3, 159:6, 159:10, 159:14, 159:17, 159:20, 160:9, 160:14, 160:19, 160:23, 161:1, 161:4, 161:7, 161:13, 161:21, 161:24, 162:8, 162:11, 162:18, 162:21, 163:6, 163:9, 163:15, 163:20, 163:23, 163:25, 164:2, 164:9, 164:13, 164:16, 164:18, 164:23, 165:5, 165:8, 165:13, 165:16, 165:19, 165:21, 166:1, 166:4, 166:6, 166:12, 166:14, 166:19, 166:24, 167:4, 167:10, 167:13, 167:16, 167:18, 168:2, 168:5, 168:13, 168:17, 168:19, 169:1, 169:8, 169:14, 169:16, 169:20, 169:22, 170:11, 170:13, 170:15, 171:2, 171:9, 171:11, 171:21, 172:15, 173:5, 173:12, 173:24, 174:12, 174:14, 174:19, 175:5, 175:7, 175:8, 175:11, 175:13, 175:15, 175:20, 175:22, 176:1, 176:3, 176:7, 176:9, 176:14, 176:16, 176:20, 176:24, 177:1, 177:4, 177:6, 177:10, 177:12, 177:15, 177:18, 177:20, 177:24, 178:1, 178:4, 178:7, 178:9, 178:12, 178:15, 178:17, 178:22, 179:1, 179:5, 179:7, 179:10, 179:14, 179:19, 179:23, 179:25, 180:4, 180:6, 180:9, 180:12, 180:16, 180:20, 180:23, 181:4, 181:8, 181:11, 181:15, 181:17, 181:20, 181:22, 182:1, 182:4, 182:7, 182:15, 182:19, 182:22, 183:1, 183:21, 183:23, 183:25, 184:12, 184:14, 184:18, 185:21, 186:3, 186:8, 186:16, 192:16, 192:17, 192:20, 193:24, 194:12, 194:20, 194:22, 195:1, 195:6, 195:10, 195:13, 195:19

**Court's** [2] - 91:25, 194:10

**courthouse** [6] - 32:22, 66:17, 103:13, 145:10, 188:14, 189:13

**Courthouse** [1] - 2:8

**courthouses** [1] - 145:16

**courtroom** [16] - 50:16, 158:14, 159:16, 163:19, 163:22, 166:2, 166:3, 167:15, 167:17, 168:18, 184:5, 185:23, 186:2, 186:19, 187:1, 192:11

**COURTROOM** [6] - 159:4, 159:13, 180:22, 185:19, 186:6, 186:10

**cousin** [12] - 19:7, 19:23, 45:16, 71:9, 71:21, 72:1, 117:7, 117:15, 130:24, 144:19, 145:1, 145:9

**cousins** [3] - 45:8, 144:9, 167:2

**cover** [5] - 21:3, 21:5, 21:7, 21:9, 43:18

**Covid** [2] - 104:18, 132:22

**coworkers** [5] - 6:1, 6:3, 7:16, 12:1, 187:13

**CPA** [1] - 140:6

**crazy** [1] - 28:24

**created** [1] - 167:21

**creative** [1] - 17:13

**credibility** [4] - 7:10, 13:14, 148:18

**credible** [1] - 149:3

**credit** [10] - 12:16, 12:21, 41:5, 52:15, 90:9, 94:9, 148:4, 148:17, 168:14, 168:15

**crime** [6] - 26:10, 65:24, 96:22, 97:13, 124:17, 130:18

**crimes** [2] - 30:21, 95:20

**criminal** [9] - 3:22, 14:21, 31:4, 31:5, 50:16, 77:14, 105:4, 105:6, 129:20

**critical** [2] - 75:18, 88:18

**crowd** [1] - 165:8

**Crown** [1] - 48:12

**crunch** [1] - 43:15

**Cruz** [3] - 72:23, 75:10, 75:14
**CSC** [1] - 165:2
**CSE** [1] - 165:2
**CSO** [1] - 181:1
**CSOs** [1] - 79:24
**Cuba** [7] - 53:14, 53:15, 56:20, 70:15, 98:9, 107:21, 112:9
**Cuban** [1] - 140:22
**cultures** [1] - 109:11
**current** [15] - 3:13, 9:25, 16:11, 16:17, 18:25, 24:1, 27:10, 31:23, 41:22, 47:11, 59:1, 65:11, 76:23, 95:8, 116:21
**customer** [2] - 19:3, 46:8
**Customs** [4] - 42:16, 45:15, 45:18, 161:21
**cute** [1] - 118:16
**Cutler** [3] - 31:21, 118:7, 130:7
**cyber** [2] - 56:23, 60:15

## D

**dad** [16] - 34:2, 42:10, 42:16, 42:19, 43:21, 44:1, 62:24, 82:18, 123:4, 145:9, 147:15, 166:14, 166:15, 166:20, 180:21, 180:24
**Dade** [15] - 3:14, 10:1, 18:24, 62:4, 70:17, 89:13, 100:1, 100:8, 105:4, 107:22, 108:24, 109:2, 109:16, 124:11, 137:14
**Dadeland** [1] - 116:12
**Daily** [1] - 68:22
**Dallas** [1] - 133:8
**dance** [2] - 53:21, 118:9
**dancers** [1] - 119:16
**dancing** [2] - 119:14, 129:11
**DANIELA** [1] - 1:23
**dark** [1] - 191:20
**dashcam** [1] - 65:24
**data** [4] - 35:6, 37:16, 46:6
**DATE** [1] - 196:8
**dated** [3] - 106:24, 107:1, 107:3
**daughter** [6] - 50:12, 51:9, 70:24, 95:12, 96:13, 133:7
**daughter's** [3] - 30:6, 50:21, 69:1
**daughters** [6] - 104:3, 129:10, 137:13, 139:2, 139:3, 139:4
**DAVID** [2] - 2:1, 2:1
**David** [3] - 48:4, 136:4, 185:9
**day-to-day** [1] - 26:18
**daycare** [2] - 112:4
**Daylight** [1] - 191:19
**days** [19] - 5:3, 8:24, 21:4, 21:9, 27:11, 58:20, 76:12, 85:10, 85:13, 85:21, 142:10, 142:15, 146:20, 160:6, 160:11, 160:12, 168:21, 174:4, 189:10
**daytime** [1] - 8:25
**DC** [6] - 1:18, 23:25, 25:20, 28:14, 28:21, 28:24
**de** [4] - 2:5, 34:19, 171:18, 176:4
**deal** [2] - 17:20, 38:25
**dealership** [1] - 118:15
**dealing** [2] - 39:4, 113:6
**deals** [1] - 120:25
**deaths** [1] - 76:24
**debate** [2] - 86:12, 86:13
**debating** [1] - 172:19
**decade** [1] - 75:25
**decide** [5] - 12:6, 93:25, 110:15, 133:10, 163:6
**decided** [4] - 63:24, 118:9, 147:2, 147:3
**deciding** [1] - 163:9
**decision** [14] - 23:1, 68:3, 90:18, 161:10, 161:16, 161:17, 162:12, 162:13, 162:15, 162:17, 162:23, 162:24, 163:1, 172:20
**decrepit** [1] - 6:19
**deep** [1] - 192:6
**deeper** [2] - 80:11, 80:13
**defend** [1] - 27:4
**defendant** [5] - 87:22, 88:10, 146:24, 147:3, 173:25
**DEFENDANT** [5] - 1:23, 2:1, 2:4, 2:11, 2:17
**defendant's** [2] - 93:21, 146:24
**defendants** [4] - 1:9, 147:2, 150:9, 162:24
**defendants'** [1] - 175:22
**defending** [1] - 25:6
**defends** [1] - 27:21
**defense** [63] - 31:6, 37:24, 80:10, 80:19, 80:20, 82:11, 83:19, 84:6, 84:23, 86:3, 86:16, 89:17, 91:9, 91:16, 93:11, 136:1, 149:24, 150:1, 151:13, 151:18, 151:23, 152:22, 153:4, 153:10, 153:25, 154:21, 156:20, 157:2, 157:8, 157:20, 158:19, 168:19, 169:18, 170:9, 172:10, 175:13, 175:20, 176:1, 176:7, 176:9, 176:14, 176:24, 177:10, 177:12, 177:18, 177:24, 178:7, 178:15, 178:18, 179:5, 179:23, 180:4, 180:9, 180:24, 181:15, 181:20, 182:8, 182:11, 182:17, 183:23, 184:12, 189:6, 193:15
**Defense** [2] - 57:3, 177:4
**defense's** [9] - 82:1, 82:9, 83:6, 85:14, 154:12, 177:20, 178:12, 179:7, 181:11
**defer** [2] - 153:24, 153:25
**definitely** [2] - 86:8, 89:20
**degraded** [1] - 27:12
**degree** [26] - 34:22, 41:15, 41:16, 41:23, 41:24, 46:4, 46:5, 56:14, 63:18, 68:12, 68:19, 70:16, 75:16, 89:8, 95:8, 98:10, 105:20, 107:23, 109:1, 129:5, 129:6, 130:8, 130:25, 133:8, 133:14, 133:18
**degrees** [1] - 103:17
**Dejah** [1] - 65:6
**deli** [1] - 95:9
**deliberate** [1] - 174:3
**deliberations** [3] - 187:18, 189:2, 189:18
**deliver** [1] - 49:18
**delve** [1] - 19:12
**dental** [1] - 63:18
**deny** [2] - 88:16, 90:22
**Department** [10] - 3:14, 5:17, 25:24, 45:18, 57:3, 106:25, 107:6, 120:15, 130:9
**DEPARTMENT** [1] - 1:17
**department** [7] - 3:14, 29:9, 48:13, 57:2, 74:20, 108:23, 134:7
**departments** [2] - 22:6, 125:13
**deployed** [1] - 48:19
**deported** [4] - 69:5, 69:25, 70:2, 70:4
**Depot** [1] - 129:8
**depressed** [1] - 126:10
**depressing** [1] - 76:23
**depth** [1] - 31:14
**deputies** [4] - 11:23, 13:3, 158:14, 192:12
**DEPUTY** [6] - 159:4, 159:13, 180:22, 185:19, 186:6, 186:10
**deputy** [5] - 10:11, 21:19, 69:1, 184:5, 185:23
**DESCALZO** [95] - 2:14, 2:14, 81:4, 81:7, 82:2, 82:12, 83:7, 83:20, 84:7, 84:24, 85:16, 86:4, 86:13, 86:18, 86:22, 86:25, 87:6, 87:13, 87:20, 88:17, 88:20, 88:23, 89:6, 89:9, 89:17, 90:6, 90:20, 90:25, 91:10, 92:13, 93:5, 93:12, 93:20, 94:5, 94:13, 94:16, 150:3, 150:7, 150:17, 151:15, 151:19, 151:24, 152:8, 152:23, 153:5, 153:11, 153:20, 154:13, 154:22, 155:1, 155:4, 155:9, 155:14, 155:16, 155:18, 156:13, 157:3, 157:11, 157:18, 158:22, 159:2, 168:22, 169:13, 169:19, 170:10, 175:21, 176:2, 176:8, 176:15, 176:25, 177:5, 177:11, 177:19, 177:25, 178:8, 178:10, 178:16, 178:21, 178:25, 179:6, 179:13, 179:18, 179:24, 180:5, 180:10, 180:15, 180:19, 181:2, 181:9, 181:16, 181:21, 182:18, 182:20, 182:23, 183:24
**describe** [2] - 55:1, 104:7
**despite** [1] - 78:15
**details** [3] - 39:7, 126:23
**detective** [1] - 105:4
**detectives** [2] - 65:15, 66:3
**Detention** [2] - 120:2, 120:7
**determination** [1] - 162:7
**determine** [1] - 149:2
**development** [4] - 17:19, 53:18, 56:15, 140:11
**diabetic** [1] - 4:1
**diagnostic** [1] - 18:24
**Diagnostic** [1] - 19:1
**Diaz** [1] - 196:8
**DIAZ** [2] - 2:23, 196:8
**die** [1] - 25:19
**Diego** [1] - 46:4
**diem** [2] - 168:3, 169:25
**difference** [1] - 39:25
**different** [12] - 16:22, 22:6, 23:21, 30:23, 46:13, 59:20, 68:22, 74:19, 89:22, 109:10, 128:9, 144:18
**differently** [10] - 44:10, 47:4, 47:5, 47:9, 111:2, 111:7,

147:25, 162:8, 168:7, 168:11
**difficult** [11] - 17:4, 42:25, 54:5, 64:13, 70:9, 117:10, 143:18, 153:24, 154:2, 161:9, 161:13
**difficulty** [1] - 169:5
**dig** [1] - 127:2
**digged** [1] - 127:3
**diligence** [1] - 185:25
**Dinai** [2] - 136:24, 136:25
**dinner** [3] - 76:20, 170:1, 190:5
**dire** [1] - 158:4
**direct** [1] - 187:3
**direction** [1] - 110:23
**directly** [2] - 75:13, 188:18
**director** [4] - 25:1, 73:6, 105:22, 140:12
**disabled** [2] - 26:15, 26:17
**disadvantage** [1] - 111:14
**disbanded** [1] - 104:18
**disc** [2] - 77:24, 79:6
**discharged** [2] - 172:25, 173:7
**discharging** [1] - 174:9
**disclose** [2] - 171:14, 171:16
**disclosed** [1] - 171:5
**Discovery** [1] - 53:20
**discriminate** [1] - 142:14
**discuss** [3] - 79:21, 87:5, 157:19
**disease** [1] - 75:19
**dismissed** [6] - 36:19, 42:23, 101:1, 102:10, 102:21, 112:25
**disorder** [1] - 77:21
**disregard** [2] - 15:19, 15:20
**disrespect** [1] - 84:21
**disrespectful** [1] - 40:7
**disruptive** [1] - 77:25
**distance** [1] - 76:5
**distant** [1] - 144:9
**distribution** [1] - 50:13
**District** [4] - 2:24, 130:11, 131:7, 196:9
**DISTRICT** [3] - 1:1, 1:1, 1:12
**district** [6] - 65:17, 66:4, 67:8, 124:8, 125:10, 141:20
**disturbed** [1] - 184:2
**DIVISION** [1] - 1:2
**Divorce** [1] - 62:15
**divorce** [1] - 76:3
**divorced** [8] - 51:10, 60:23, 67:21, 73:9, 73:24, 74:14, 74:17, 106:1
**Dixie** [3] - 137:11, 137:12
**DO** [3] - 1:23, 1:24, 193:23
**DOC** [5] - 7:7, 7:15, 8:8, 8:14, 8:15
**doctor** [5] - 58:25, 98:10, 159:25, 160:1, 160:2
**documentaries** [3] - 65:24, 115:15, 130:18
**documentary** [1] - 76:18
**Documet** [4] - 60:19, 172:1, 180:7, 180:9
**DOD** [2] - 57:3, 57:25
**dog** [1] - 171:9
**DOJ** [3] - 1:15, 27:1, 27:3
**dol** [1] - 18:16
**dol-fan** [1] - 18:16
**Dolphin** [1] - 18:12
**Dolphins** [1] - 16:13
**domestic** [3] - 36:18, 42:20, 42:22
**Donald** [1] - 165:12
**done** [12] - 10:2, 10:13, 35:24, 81:3, 153:15, 159:25, 173:18, 174:7, 174:21, 175:2, 175:7, 187:20
**door** [1] - 189:7
**Doral** [4] - 9:23, 112:9, 129:4, 165:11
**dorm** [1] - 85:9
**double** [2] - 132:14
**doubt** [2] - 13:10, 84:3
**down** [18] - 14:12, 14:13, 26:19, 28:10, 33:24, 34:24, 35:18, 36:2, 36:3, 36:24, 48:5, 49:7, 85:6, 105:5, 119:24, 136:22, 140:18
**downstairs** [2] - 3:6, 49:12
**downtown** [1] - 3:5
**draining** [1] - 76:14
**DRAY** [10] - 2:19, 2:20, 89:22, 92:9, 94:15, 150:23, 155:24, 171:20, 181:3, 195:18
**dreams** [1] - 118:11
**dressed** [1] - 23:13
**drinking** [2] - 81:6, 81:7
**Drive** [1] - 2:12
**drive** [3] - 64:15, 145:21, 193:3
**driver** [5] - 50:12, 114:19, 116:1, 116:3, 116:4
**driving** [2] - 114:20, 116:3
**drowsy** [2] - 78:11, 79:11
**drug** [3] - 74:7, 74:8, 141:7
**drummer** [1] - 106:6
**ducks** [1] - 184:9
**due** [3] - 43:9, 131:23, 134:19
**duration** [2] - 188:21, 189:19
**during** [18] - 8:25, 27:8, 74:13, 79:2, 81:6, 83:18, 102:3, 102:7, 122:15, 132:17, 132:22, 134:17, 146:6, 160:9, 187:15, 190:4, 190:9, 191:6
**duties** [1] - 43:10
**duty** [16] - 3:21, 11:24, 52:24, 57:14, 61:22, 64:5, 66:2, 95:17, 98:21, 109:15, 119:1, 122:24, 123:14, 147:21, 188:2, 188:9
**DV** [1] - 63:9
**dynamics** [1] - 88:8

## E

**e-mail** [1] - 123:13
**early** [8] - 3:21, 4:2, 75:12, 91:23, 158:2, 193:4, 193:6, 193:10
**earphones** [1] - 108:2
**ears** [1] - 108:2
**Easter** [1] - 85:13
**easy** [3] - 127:5, 150:20, 154:23
**economics** [1] - 30:24
**Economist** [1] - 106:4
**Ed** [1] - 116:14
**Edit** [1] - 184:25
**educated** [1] - 22:24
**education** [15] - 3:13, 5:15, 16:10, 18:22, 18:23, 41:14, 41:16, 41:22, 60:20, 70:16, 70:18, 70:22, 100:5, 116:13, 136:18
**educational** [8] - 13:20, 23:22, 31:22, 73:3, 95:7, 103:14, 116:12, 116:14
**Edwards** [2] - 171:23, 177:16
**effect** [1] - 43:1
**effort** [2] - 12:23, 152:25
**eight** [11] - 61:20, 61:21, 81:15, 82:3, 84:20, 98:14, 99:10, 160:5, 170:6, 170:7, 174:3
**eight-week** [1] - 84:20
**eighth** [2] - 179:14, 180:6
**either** [29] - 5:22, 7:16, 10:22, 11:20, 14:6, 14:24, 30:15, 49:2, 49:3, 57:13, 64:24, 67:14, 69:10, 70:9, 71:14, 71:15, 77:13, 95:21, 106:22, 112:22, 117:6, 119:4, 122:11, 129:15, 130:15, 138:22, 159:8, 163:20, 190:11
**ELA** [1] - 41:17
**elderly** [1] - 26:15
**elected** [1] - 29:14
**Electric** [7] - 136:24, 136:25, 137:4, 137:6, 137:8, 137:9
**Electrical** [1] - 137:7
**Elementary** [1] - 103:15
**elementary** [7] - 9:23, 46:2, 115:8, 116:13, 116:17, 116:22, 143:25
**elevator** [1] - 189:5
**Eleventh** [2] - 193:12, 196:10
**Elias** [2] - 131:19, 131:21
**emergency** [1] - 9:9
**Emily** [1] - 18:19
**EMMANUEL** [2] - 2:4, 2:5
**emotion** [1] - 149:9
**emotion-wise** [1] - 149:9
**emotionally** [2] - 65:1, 76:13
**empathize** [1] - 28:20
**employed** [5] - 5:16, 75:17, 96:7, 106:22, 135:11
**employee** [6] - 21:6, 21:8, 121:12, 121:21, 168:2, 169:25
**employees** [3] - 120:17, 121:23, 165:25
**employer** [1] - 65:11
**employment** [12] - 3:13, 9:25, 16:11, 18:25, 24:1, 31:24, 63:19, 95:8, 96:9, 96:10, 115:10, 119:18
**encountered** [1] - 77:3
**encouraged** [1] - 3:4
**end** [7] - 22:19, 85:20, 93:17, 123:18, 191:14, 191:17, 194:8
**ended** [3] - 18:4, 39:12, 124:2
**ends** [1] - 49:24
**enforcement** [130] - 3:24, 6:3, 7:9, 7:15, 7:17, 7:18, 7:21, 7:24, 10:25, 12:10, 12:17, 12:19, 13:6, 14:23, 15:3, 15:7, 15:13, 15:16, 15:22, 16:1, 17:1, 20:2, 20:11, 20:15, 22:3, 22:6, 22:12, 25:23, 32:25, 35:10, 35:23, 36:15, 37:7, 37:10, 37:14, 38:25, 39:3, 39:11, 39:18, 40:4, 40:7, 40:8, 40:11, 41:9, 43:20, 44:10, 44:16, 44:22, 44:23, 44:25, 46:19, 47:3, 47:6, 47:7, 47:11, 50:22, 51:11, 52:2, 52:25, 53:25, 57:17, 61:4, 62:20, 64:7, 77:15, 77:18, 84:2, 84:4,

84:14, 88:25, 89:2, 90:9, 94:4, 94:9, 95:18, 97:11, 98:22, 106:12, 108:21, 108:23, 111:2, 111:7, 111:10, 111:13, 111:14, 111:15, 112:21, 113:13, 113:15, 113:17, 114:3, 115:18, 119:3, 121:8, 124:24, 126:8, 128:8, 128:9, 128:11, 128:20, 129:16, 134:6, 135:16, 137:24, 141:5, 143:14, 147:13, 147:24, 147:25, 148:4, 148:10, 148:13, 148:15, 148:17, 148:19, 149:2, 149:5, 151:6, 152:3, 152:4, 158:4, 158:20, 162:9, 168:6, 168:8, 168:14, 168:15
**engineer** [4] - 56:22, 62:18, 100:10, 100:19
**engineering** [3] - 56:23, 133:18, 133:21
**England** [2] - 105:18, 105:21
**English** [3] - 53:24, 54:16, 134:22
**entered** [4] - 159:16, 163:22, 166:3, 167:17
**entire** [5] - 7:6, 106:21, 157:7, 157:8, 189:19
**entirely** [2] - 67:1, 143:16
**entitled** [1] - 196:5
**envelope** [1] - 119:2
**environment** [1] - 47:11
**equally** [4] - 89:11, 111:16, 111:17, 111:18
**equipment** [1] - 32:1
**Erie** [1] - 95:6
**Eryan** [1] - 9:20
**especially** [3] - 26:1, 62:15, 118:22
**Espinosa** [2] - 131:19, 131:21
**ESQ** [13] - 1:14, 1:17, 1:19, 1:20, 1:23, 1:23, 2:1, 2:4, 2:7, 2:11, 2:14, 2:17, 2:19
**essentially** [2] - 102:3, 144:19
**estate** [12] - 16:14, 17:10, 17:16, 17:24, 52:15, 53:6, 103:18, 103:20, 103:23, 103:25, 122:10, 129:8
**esteem** [1] - 77:1
**etcetera** [1] - 75:22
**evaluating** [1] - 7:8
**Evan** [2] - 52:11, 185:11
**evening** [3] - 94:23, 192:6, 192:15
**event** [1] - 171:14
**events** [5] - 165:3, 165:11, 165:13, 165:14, 169:11
**Everglades** [1] - 103:16
**evidence** [19] - 13:14, 22:23, 22:25, 23:1, 28:8, 44:13, 44:14, 66:9, 66:14, 110:10, 110:14, 110:25, 160:20, 186:12, 190:13, 190:16, 192:2
**ex** [6] - 50:22, 51:10, 73:17, 74:1, 74:23, 116:17
**ex-husband** [5] - 51:10, 73:17, 74:1, 74:23, 116:17
**exactly** [4] - 43:22, 57:25, 99:17, 145:3
**example** [4] - 11:24, 64:14, 68:1, 161:13
**except** [2] - 126:10, 126:12
**excuse** [3] - 38:13, 96:8, 163:24
**excused** [2] - 185:21, 186:1
**excusing** [1] - 181:1
**executive** [1] - 100:4
**exercise** [4] - 42:5, 53:21, 151:1, 181:9
**exhibits** [2] - 194:11, 194:15
**exited** [5] - 163:19, 166:2, 167:15, 168:18, 186:2
**expect** [2] - 88:10, 160:9
**expected** [2] - 8:18, 22:25
**experience** [19] - 7:14, 29:1, 29:3, 34:12, 35:25, 46:8, 51:25, 70:8, 72:19, 75:18, 85:7, 97:2, 113:5, 114:6, 121:5, 121:25, 145:22, 164:19, 169:23
**experiences** [6] - 12:6, 22:22, 51:23, 103:3, 113:7, 113:9
**explain** [8] - 7:12, 16:2, 22:9, 22:20, 39:20, 43:8, 44:11, 55:8
**explained** [1] - 88:14
**explore** [1] - 3:5
**export** [1] - 129:7
**extra** [2] - 75:25, 148:17
**extremes** [1] - 25:11
**eye** [4] - 64:22, 86:6
**eyes** [1] - 75:13

## F

**Facebook** [1] - 65:20
**facility** [1] - 73:7
**facing** [1] - 120:22
**fact** [12] - 19:25, 30:14, 30:15, 72:4, 74:21, 86:5, 86:6, 89:11, 97:6, 101:14, 161:7, 163:10
**facts** [1] - 12:7
**fair** [97] - 5:9, 10:22, 10:24, 11:6, 20:9, 20:16, 20:19, 22:13, 23:15, 29:2, 33:10, 37:3, 37:4, 37:6, 38:22, 39:23, 40:25, 41:3, 45:1, 45:20, 45:22, 46:25, 47:9, 47:12, 47:18, 49:2, 49:3, 50:2, 51:2, 52:2, 52:7, 53:3, 54:8, 57:21, 63:4, 63:5, 64:18, 64:19, 64:23, 65:4, 71:14, 71:15, 78:6, 80:22, 82:8, 82:11, 87:8, 87:25, 88:8, 88:25, 89:12, 91:4, 91:24, 92:2, 92:4, 94:3, 94:6, 95:25, 97:3, 97:7, 99:1, 99:2, 105:13, 105:14, 106:18, 107:16, 113:2, 117:14, 117:24, 119:16, 121:5, 122:1, 123:10, 125:8, 128:1, 130:1, 131:13, 134:16, 134:25, 135:24, 136:10, 136:14, 138:5, 141:13, 143:20, 146:4, 146:12, 147:21, 148:25, 154:23, 155:2, 164:21, 174:8, 191:15
**fairly** [6] - 23:2, 44:20, 142:16, 160:20, 168:12, 168:16
**fairness** [1] - 17:5
**Fairway** [1] - 2:12
**Fajardo** [5] - 116:9, 116:11, 172:4, 183:18, 185:13
**fall** [1] - 76:18
**familiar** [7] - 38:4, 39:2, 41:7, 41:8, 67:15, 69:10, 189:10
**family** [169] - 3:15, 3:24, 4:17, 4:19, 4:24, 5:19, 5:25, 6:2, 6:4, 6:5, 10:5, 10:10, 10:19, 14:6, 17:1, 17:2, 17:3, 19:4, 19:5, 19:16, 20:1, 20:4, 20:5, 20:10, 20:14, 20:22, 22:4, 22:5, 22:17, 24:3, 24:4, 30:25, 32:3, 32:15, 32:24, 35:11, 36:13, 36:15, 36:16, 41:19, 45:8, 45:10, 46:10, 46:18, 50:10, 52:17, 52:23, 53:22, 53:24, 54:1, 54:3, 57:13, 57:16, 57:18, 60:5, 61:4, 61:6, 62:9, 62:21, 63:22, 64:3, 64:6, 64:9, 64:10, 64:24, 66:5, 68:16, 68:25, 69:2, 69:13, 72:20, 73:8, 73:18, 73:19, 76:2, 76:3, 76:6, 76:19, 77:8, 77:17, 77:19, 91:3, 92:20, 95:11, 95:14, 95:18, 95:19, 98:12, 98:19, 98:21, 100:3, 100:23, 104:21, 105:8, 106:10, 106:11, 106:16, 109:12, 109:17, 109:18, 110:17, 112:21, 112:22, 115:11, 115:16, 115:18, 115:19, 115:20, 117:2, 117:5, 117:6, 118:13, 118:21, 118:24, 119:3, 119:5, 120:6, 120:13, 122:11, 122:23, 122:25, 123:2, 123:5, 124:6, 124:23, 125:5, 126:6, 126:7, 126:8, 126:9, 129:15, 134:9, 135:13, 135:15, 135:17, 135:18, 137:9, 139:15, 139:22, 141:3, 143:4, 143:13, 143:15, 143:22, 144:7, 144:8, 144:20, 147:12, 156:12, 156:24, 161:1, 161:8, 161:10, 161:15, 162:11, 162:14, 162:25, 163:10, 165:25, 166:12, 166:16, 166:24, 168:25, 171:16, 187:24, 188:2
**fan** [2] - 18:16, 78:14
**fancy** [1] - 19:13
**far** [24] - 4:5, 6:6, 6:9, 10:23, 11:23, 19:4, 19:10, 19:12, 19:16, 20:1, 20:7, 20:8, 25:23, 32:7, 32:12, 33:1, 33:7, 33:9, 54:20, 54:24, 55:7, 61:14, 94:20, 103:13
**fashion** [1] - 135:13
**fast** [2] - 65:14, 134:21
**faster** [2] - 54:23, 174:18
**father** [16] - 20:2, 20:19, 21:16, 22:1, 24:20, 64:20, 67:22, 77:9, 89:13, 104:22, 130:19, 130:22, 130:23, 134:3, 164:11, 175:6
**father's** [1] - 124:21
**father-in-law** [2] - 24:20, 134:3
**fault** [1] - 193:8
**favor** [1] - 131:14
**favorably** [1] - 150:10
**favoring** [2] - 16:1, 131:2
**favorites** [1] - 62:16
**FBI** [39] - 7:22, 12:12, 12:14, 13:9, 13:11, 13:12, 13:15, 22:3, 23:11, 23:12, 23:15, 25:24, 26:1, 27:2, 27:3, 27:4, 27:5, 27:7, 27:8, 27:24, 28:7, 40:13, 42:17,

43:21, 43:23, 44:1, 47:14, 47:16, 70:9, 71:9, 71:22, 71:23, 72:4, 72:5, 84:13, 97:16, 130:22, 134:10
**FCRR** [2] - 2:23, 196:8
**federal** [67] - 3:22, 6:4, 7:16, 10:19, 12:13, 14:23, 17:2, 22:3, 22:14, 25:25, 32:25, 36:16, 41:9, 42:15, 46:19, 48:23, 50:23, 53:1, 54:2, 57:18, 61:5, 62:21, 64:9, 66:5, 66:17, 66:25, 69:3, 72:12, 72:15, 73:17, 77:17, 93:6, 95:19, 97:17, 100:24, 105:9, 106:12, 109:18, 112:22, 113:18, 113:19, 113:20, 115:19, 117:16, 119:5, 120:16, 120:17, 120:23, 121:12, 121:21, 123:2, 124:24, 130:24, 134:9, 135:17, 137:24, 141:6, 143:14, 145:16, 148:14, 158:20, 161:24, 162:1, 162:3, 162:9, 188:13, 188:18
**feeds** [1] - 48:16
**fees** [1] - 32:23
**fell** [1] - 158:6
**felonies** [1] - 112:25
**felony** [26] - 6:6, 10:20, 20:6, 33:1, 51:17, 51:19, 51:20, 54:4, 62:22, 66:8, 69:4, 69:21, 71:11, 72:11, 73:19, 77:20, 98:24, 109:19, 117:7, 117:8, 120:18, 125:1, 138:1, 141:7, 141:8
**female** [1] - 89:8
**fence** [1] - 152:16
**fencing** [1] - 96:11
**Fernandez** [2] - 98:8, 172:3
**few** [10] - 19:2, 19:6, 25:2, 86:19, 86:21, 125:25, 127:19, 143:12, 143:15, 157:4
**fi** [3] - 19:13, 124:18, 130:17
**fiance** [4] - 16:20, 19:22, 69:1, 76:4
**fibromyalgia** [1] - 64:11
**fiction** [9] - 25:13, 30:21, 30:22, 30:23, 46:14, 46:15, 65:22, 116:25, 118:23
**fidgety** [2] - 78:2, 78:8
**fifth** [2] - 178:1, 178:12
**Fifth** [1] - 88:17
**fight** [1] - 28:17
**figure** [1] - 171:3
**file** [2] - 35:13, 39:5
**filed** [3] - 35:21, 38:24, 39:13
**fill** [1] - 21:1
**fills** [1] - 140:24
**finance** [5] - 11:9, 11:25, 36:7, 48:13, 109:10
**financial** [3] - 24:1, 24:9, 77:3
**Financial** [1] - 135:10
**fine** [9] - 67:13, 81:20, 87:25, 93:8, 125:4, 146:20, 180:20, 189:16, 195:4
**finished** [3] - 38:5, 63:17, 116:20
**fireman** [1] - 25:18
**firemen** [2] - 25:19, 26:2
**firm** [11] - 16:17, 17:7, 17:12, 17:14, 17:17, 19:5, 24:21, 25:1, 140:8, 141:21
**first** [38] - 11:7, 19:25, 32:23, 37:21, 51:24, 52:16, 56:7, 57:14, 64:6, 80:8, 81:16, 81:21, 83:2, 85:10, 91:14, 98:21, 122:10, 122:24, 129:9, 129:10, 129:16, 130:24, 134:5, 134:20, 137:13, 139:4, 140:9, 145:9, 162:6, 163:2, 167:7, 172:12, 175:22, 176:3, 176:20, 186:19, 193:20, 194:2
**First** [5] - 52:15, 53:6, 53:7, 62:15, 116:23
**Fiserv** [1] - 135:10
**Fisher** [2] - 76:25, 82:20
**fishing** [1] - 133:25
**Fitros** [2] - 171:23, 177:7
**FIU** [16] - 9:24, 34:23, 35:3, 56:22, 59:13, 59:15, 59:16, 60:13, 71:9, 76:8, 98:16, 100:9, 103:18, 112:10, 122:9, 130:8
**five** [10] - 19:2, 68:14, 80:6, 81:2, 137:3, 137:8, 140:7, 150:18, 150:19, 150:21
**fixing** [2] - 32:13, 134:24
**flagged** [1] - 88:6
**flat** [1] - 82:8
**fleeman** [1] - 103:8
**Fleeman** [4] - 103:10, 172:3, 183:17, 185:12
**flew** [1] - 132:13
**Flexeril** [1] - 64:12
**floor** [11] - 32:23, 79:23, 79:25, 81:10, 81:11, 186:20, 186:21, 186:23, 186:24, 186:25
**Floor** [2] - 2:24, 196:10
**FLORES** [3] - 2:7, 2:8, 157:13
**FLORIDA** [1] - 1:1
**Florida** [32] - 1:4, 1:16, 1:21, 1:25, 2:2, 2:6, 2:9, 2:13, 2:15, 2:18, 2:21, 2:25, 18:21, 37:9, 41:13, 52:14, 65:7, 65:8, 65:9, 66:20, 66:21, 70:16, 85:8, 96:21, 104:1, 115:7, 130:11, 131:7, 132:16, 140:5, 141:22, 196:10
**fluently** [1] - 53:24
**focus** [1] - 17:16
**focused** [1] - 103:20
**folks** [4] - 12:12, 29:9, 55:16, 174:23
**follow** [51] - 19:11, 35:10, 36:9, 36:10, 37:11, 37:13, 37:14, 37:19, 40:4, 80:17, 80:21, 87:11, 90:1, 90:3, 90:4, 90:20, 90:22, 91:15, 91:16, 91:17, 91:19, 92:2, 92:15, 92:20, 93:4, 93:13, 94:20, 110:11, 132:25, 133:22, 144:15, 147:5, 149:25, 150:7, 150:13, 155:5, 155:7, 156:9, 157:2, 157:10, 157:14, 157:25, 158:1, 158:9, 158:18, 158:19, 158:24, 158:25, 189:21
**follow-up** [22] - 80:21, 90:3, 90:4, 91:17, 91:19, 92:2, 92:15, 92:20, 93:4, 93:13, 94:20, 144:15, 149:25, 150:7, 155:7, 157:2, 157:14, 158:1, 158:18, 158:19, 158:24, 158:25
**follow-ups** [4] - 91:15, 91:16, 157:10, 157:25
**following** [4] - 38:8, 59:2, 158:23, 160:15
**Fonseca** [1] - 34:19
**food** [4] - 3:14, 41:18, 65:14, 104:4
**FOR** [6] - 1:14, 1:23, 2:1, 2:4, 2:11, 2:17
**Force** [5] - 48:11, 48:21, 130:19, 130:20, 143:10
**foregoing** [1] - 196:3
**foreman** [1] - 50:20
**foreperson** [2] - 105:1, 112:20
**forget** [1] - 186:21
**forgot** [2] - 167:19, 175:5
**form** [1] - 21:1
**former** [3] - 30:8, 30:9, 156:21
**forms** [1] - 21:3
**Fort** [3] - 2:18, 26:18, 133:15
**forth** [7] - 71:20, 97:1, 133:6, 133:12, 139:11, 146:23, 163:20
**forwarder** [1] - 68:13
**founded** [1] - 17:12
**Fountainbleau** [1] - 140:8
**four** [14] - 4:22, 8:13, 56:6, 56:10, 61:22, 70:24, 109:14, 113:8, 120:9, 124:1, 172:9, 173:24, 182:8, 182:10
**fourth** [4] - 41:17, 177:6, 177:20, 179:10
**Fox** [1] - 57:9
**FPR** [2] - 2:23, 196:8
**frame** [2] - 18:14, 74:13
**fraud** [1] - 65:12
**freaking** [1] - 119:2
**free** [2] - 16:23, 118:21
**freedom** [1] - 110:7
**freight** [1] - 68:13
**Frenchie** [1] - 118:16
**Friday** [4] - 5:5, 159:24, 195:2, 195:3
**Fridays** [1] - 59:4
**FRIEDMAN** [5] - 2:17, 2:17, 156:8, 156:11, 195:17
**friend** [36] - 19:4, 19:22, 20:1, 20:6, 36:16, 41:19, 49:6, 49:15, 49:24, 54:1, 62:9, 62:20, 63:22, 64:8, 66:7, 66:13, 76:2, 81:24, 98:21, 104:21, 105:3, 105:8, 108:17, 109:13, 118:24, 119:3, 130:11, 130:22, 131:4, 132:10, 132:21, 142:5, 142:6, 144:20, 146:7, 164:4
**friend's** [5] - 71:7, 100:22, 114:14, 144:21, 146:1
**friends** [99] - 5:19, 6:4, 6:5, 10:5, 10:10, 10:19, 17:2, 17:3, 19:16, 19:21, 22:5, 22:17, 24:3, 25:18, 26:2, 32:15, 36:13, 36:15, 42:11, 46:18, 48:18, 48:24, 52:18, 52:23, 52:25, 53:1, 53:22, 53:25, 54:3, 57:18, 61:4, 61:6, 62:21, 64:3, 64:6, 64:9, 66:1, 66:6, 68:16, 69:2, 70:19, 73:18, 73:19, 91:20, 91:22, 92:5, 92:7, 92:8, 92:12, 92:20, 95:11, 95:17, 95:19, 98:12, 98:19, 100:3, 100:23, 103:22, 106:10, 106:11, 106:17, 109:17, 109:24, 110:3, 110:18, 115:11, 115:16, 115:18, 115:19, 115:21,

117:5, 118:13, 120:13, 122:23, 122:25, 123:2, 124:6, 124:23, 129:15, 130:20, 131:24, 134:2, 134:7, 134:10, 135:14, 135:16, 135:17, 136:6, 136:7, 139:15, 139:22, 140:13, 161:15, 162:12, 162:14, 187:13, 188:1
**friendship** [2] - 131:15, 136:12
**friendships** [2] - 20:21, 22:17
**front** [2] - 64:20
**full** [12] - 21:6, 21:8, 29:18, 31:1, 55:14, 59:24, 61:21, 98:16, 122:13, 122:14, 168:2, 191:24
**full-time** [9] - 21:6, 21:8, 29:18, 55:14, 59:24, 98:16, 122:13, 122:14, 168:2
**fun** [2] - 10:8, 98:18
**function** [1] - 102:7
**functional** [1] - 78:13

## G

**Gables** [6] - 2:6, 23:22, 52:13, 73:5, 104:1, 118:12
**Gainesville** [3] - 55:18, 56:1, 56:9
**games** [4] - 10:8, 115:15, 156:3, 165:3
**gap** [1] - 76:5
**gardening** [1] - 112:16
**Gardens** [10] - 2:13, 41:14, 65:17, 66:5, 66:20, 67:6, 67:9, 95:6, 99:25, 142:24
**gather** [2] - 36:23, 52:20
**GED** [1] - 73:3
**general** [1] - 141:17
**generically** [1] - 31:15
**gentleman** [6] - 9:7, 83:12, 86:22, 93:16, 158:17, 171:17
**gentlemen** [6] - 149:13, 184:18, 185:14, 186:3, 186:16, 192:21
**George** [1] - 28:22
**Georgia** [1] - 129:12
**get-go** [1] - 12:16
**girl** [1] - 133:13
**girls** [1] - 100:6
**Gissendaner** [3] - 95:3, 95:5, 172:2
**given** [4] - 13:7, 136:11, 142:8, 173:14
**God** [4] - 5:21, 38:4, 76:6, 188:7
**gold** [4] - 93:1, 93:6, 144:21, 157:14
**golf** [1] - 52:22
**Googled** [1] - 85:25
**Googling** [1] - 189:22
**government** [114] - 6:5, 10:20, 14:23, 15:3, 15:7, 17:2, 32:25, 36:16, 42:15, 46:20, 48:23, 50:23, 53:1, 54:2, 57:18, 61:5, 62:21, 64:9, 66:5, 69:3, 69:11, 73:18, 77:18, 80:8, 80:15, 81:13, 81:21, 82:4, 82:10, 82:14, 83:10, 83:23, 84:9, 85:1, 85:22, 86:10, 86:19, 87:7, 88:2, 89:15, 89:24, 91:1, 91:5, 91:15, 91:17, 93:9, 93:10, 95:19, 97:3, 97:17, 100:24, 105:9, 106:12, 109:18, 112:22, 115:19, 117:6, 120:16, 120:17, 121:21, 123:3, 124:24, 126:9, 130:24, 135:18, 136:11, 137:25, 141:6, 143:14, 150:4, 150:15, 151:1, 151:21, 152:1, 152:7, 153:1, 153:6, 154:18, 154:19, 161:25, 170:11, 172:7, 172:12, 175:11, 175:18, 176:5, 176:12, 176:18, 176:21, 177:2, 177:8, 177:22, 178:2, 178:5, 178:13, 178:19, 178:23, 179:3, 179:8, 179:11, 179:16, 179:21, 180:2, 180:7, 180:13, 180:17, 181:4, 181:13, 181:18, 181:23, 182:10, 182:13, 183:19, 184:10
**government's** [9] - 81:19, 169:6, 176:20, 177:15, 178:4, 179:10, 182:15, 193:14, 193:20
**governor** [1] - 29:19
**grade** [2] - 41:17, 55:13
**grades** [2] - 36:24, 84:18
**graduate** [4] - 23:24, 100:9, 103:25, 122:8
**graduated** [11] - 9:24, 13:21, 18:23, 31:22, 48:8, 50:8, 52:13, 53:15, 65:9, 68:18, 100:6
**graduating** [4] - 55:19, 56:3, 56:11, 133:19
**graduation** [3] - 56:2, 56:5, 85:3
**graduations** [1] - 85:7
**grand** [2] - 71:11, 71:12
**grandchild** [1] - 71:4
**grandfather** [5] - 19:17, 34:2, 134:1, 134:3, 143:24
**grandfather's** [1] - 34:2
**grandmothers** [1] - 60:9
**Granobles** [2] - 68:10, 172:2
**granting** [2] - 152:12, 155:3
**gray** [1] - 108:11
**great** [4] - 32:19, 43:17, 144:13, 191:20
**Greenberg** [2] - 171:13
**grew** [5] - 20:9, 23:20, 34:9, 118:7, 122:7
**Group** [1] - 17:8
**group** [12] - 6:12, 24:13, 37:22, 49:12, 69:9, 99:4, 104:18, 106:21, 126:20, 128:7, 141:18, 164:3
**Grove** [1] - 16:10
**growing** [2] - 22:8, 134:19
**Guard** [1] - 42:9
**guard** [4] - 6:2, 8:12, 41:20, 77:11
**Guardianship** [1] - 140:12
**Guerrier** [2] - 136:16, 136:18
**guerrillas** [1] - 64:21
**guess** [14] - 18:15, 41:2, 43:21, 48:15, 48:22, 51:9, 55:6, 114:16, 118:11, 146:21, 146:22, 162:21, 174:10, 194:1
**guilty** [4] - 42:21, 44:18, 112:20, 162:24
**gun** [1] - 120:10
**gut** [1] - 88:13
**guy** [1] - 141:1
**gym** [1] - 98:18

## H

**Haiti** [34] - 35:15, 67:14, 67:15, 67:17, 67:18, 86:23, 91:20, 91:22, 92:5, 92:7, 109:25, 110:4, 110:6, 110:18, 136:19, 139:7, 139:12, 154:6, 154:7, 156:14, 156:15, 156:22, 160:16, 160:24, 161:5, 161:10, 162:12, 162:14, 166:8, 166:17, 166:24, 166:25, 167:3
**Haitian** [8] - 139:16, 139:23, 158:17, 161:15, 163:10, 166:12, 166:14, 169:17
**half** [8] - 34:10, 34:11, 58:10, 59:7, 59:10, 75:25, 124:20, 134:12
**half-brother** [2] - 34:10, 34:11
**half-siblings** [1] - 124:20
**halls** [1] - 184:3
**hand** [24] - 6:14, 7:11, 37:23, 43:19, 44:9, 44:15, 45:4, 49:5, 67:4, 87:8, 87:9, 111:3, 135:25, 138:10, 138:23, 148:7, 156:17, 158:22, 164:6, 167:22, 168:5, 168:9, 186:6, 186:9
**hands** [1] - 32:14
**happy** [4] - 21:12, 21:13, 118:10, 158:9
**Hard** [2] - 65:11, 165:14
**hard** [9] - 20:23, 43:12, 57:11, 64:19, 132:25, 148:20, 169:24, 190:24, 195:14
**hardship** [9] - 6:13, 20:25, 43:7, 58:12, 99:4, 142:8, 159:11, 167:21
**harm** [1] - 165:24
**Harvard** [2] - 16:10, 18:10
**HasanAbi** [1] - 5:22
**hate** [2] - 94:22, 172:18
**Havana** [1] - 122:7
**HBO** [1] - 42:7
**HCA** [1] - 75:24
**head** [4] - 29:17, 105:25, 149:6, 149:11
**healed** [1] - 58:23
**health** [3] - 100:23, 143:1, 144:11
**Health** [5] - 57:3, 68:18, 75:17, 143:2, 144:12
**healthcare** [1] - 121:19
**healthy** [1] - 9:10
**hear** [28] - 23:1, 23:17, 26:16, 29:24, 30:2, 47:20, 60:10, 74:19, 74:20, 74:22, 75:9, 89:19, 91:14, 91:15, 94:7, 111:10, 129:14, 137:16, 142:21, 148:15, 150:15, 151:25, 154:20, 168:19, 170:9, 190:4, 191:12, 192:1
**heard** [15] - 3:6, 8:1, 20:21, 22:12, 38:3, 55:7, 55:8, 87:3, 89:18, 89:20, 113:18, 127:10, 188:8, 190:6
**hearing** [12] - 13:14, 21:23, 22:14, 47:12, 61:7, 61:11, 61:13, 81:19, 90:10, 90:15, 94:10, 192:2
**hearings** [1] - 145:5
**heart** [3] - 75:19, 75:20, 75:21
**heavier** [1] - 162:3
**heck** [1] - 174:11
**HECTOR** [1] - 2:7

**hello** [7] - 45:25, 62:2, 95:4, 107:20, 119:23, 135:5, 184:3
**help** [14] - 9:3, 9:6, 9:7, 9:10, 9:13, 39:21, 58:22, 60:4, 60:5, 64:1, 65:22, 117:1, 137:22, 143:8
**helped** [1] - 76:8
**helps** [1] - 76:25
**Herald** [2] - 104:10
**hereby** [1] - 196:3
**Hernandez** [3] - 123:23, 123:25, 172:4
**herniated** [2] - 77:24, 79:6
**Herrera** [2] - 171:19, 176:17
**Hertfordshire** [1] - 105:21
**hesitation** [1] - 87:17
**hi** [5] - 50:7, 63:15, 122:5, 123:24, 131:20
**Hialeah** [4] - 3:13, 5:14, 124:1, 125:24
**hide** [1] - 7:19
**High** [4] - 48:8, 100:11, 118:8, 122:8
**high** [25] - 3:13, 5:16, 9:23, 18:7, 27:9, 32:21, 32:22, 33:7, 34:21, 36:8, 36:20, 46:2, 50:8, 60:22, 62:12, 63:17, 84:17, 109:13, 115:8, 115:9, 125:2, 133:19, 136:19, 144:1
**highest** [2] - 5:15, 16:10
**highly** [2] - 113:24, 152:9
**hired** [1] - 10:15
**historical** [1] - 30:21
**history** [5] - 3:17, 5:25, 62:8, 69:11, 121:16
**hit** [1] - 189:6
**hobbies** [3] - 5:24, 32:12, 106:6
**hobby** [1] - 126:6
**hold** [19] - 6:7, 10:21, 14:9, 20:7, 25:25, 27:8, 27:14, 37:2, 47:15, 48:1, 93:15, 147:2, 147:6, 158:16, 182:20, 186:8
**holidays** [1] - 72:3
**Home** [1] - 129:8
**home** [29] - 6:25, 7:1, 14:7, 25:17, 32:11, 32:12, 59:7, 59:17, 59:24, 73:7, 76:12, 76:17, 82:17, 109:8, 115:12, 126:1, 132:15, 132:16, 132:18, 156:6, 156:7, 173:15, 173:16, 173:19, 173:22, 175:9, 186:18, 191:19, 194:24
**Homeland** [6] - 70:10, 73:17, 74:2, 74:11, 74:15, 74:20
**Homestead** [5] - 48:6, 48:7, 73:3, 77:11, 119:25
**homicide** [1] - 105:4
**honestly** [4] - 67:11, 102:24, 141:25, 152:20
**Honor** [70] - 75:11, 78:17, 78:21, 81:4, 81:8, 81:15, 81:18, 82:2, 82:12, 83:7, 83:20, 84:7, 84:24, 85:2, 85:17, 86:4, 86:13, 86:18, 88:3, 88:17, 89:17, 90:7, 91:10, 91:18, 92:13, 93:5, 93:12, 94:6, 94:9, 130:5, 150:7, 151:3, 151:15, 152:8, 152:14, 152:24, 153:11, 153:20, 154:13, 154:22, 155:5, 156:13, 156:20, 157:11, 157:13, 157:19, 158:22, 159:7, 169:13, 169:15, 169:19, 170:10, 171:1, 174:16, 175:21, 178:8, 178:11, 179:24, 180:19, 181:9, 182:20, 182:23, 183:20, 183:24, 184:11, 193:23, 194:18, 194:19, 195:17, 195:18
**HONORABLE** [1] - 1:11
**honors** [1] - 85:9
**hopefully** [1] - 23:12
**hoping** [1] - 154:10
**Horizon** [3] - 52:15, 53:6, 53:7
**horror** [4] - 8:1, 19:13, 124:18, 130:17
**horse** [1] - 114:14
**horse-playing** [1] - 114:14
**Hospital** [2] - 73:5, 75:23
**hospital** [2] - 78:15, 109:5
**hospitality** [5] - 107:24, 108:5, 109:6, 109:24, 111:20
**hot** [1] - 77:22
**hotel** [1] - 140:10
**Hotel** [2] - 108:8, 140:9
**hotels** [1] - 108:11
**hour** [3] - 59:8, 111:23, 193:19
**hours** [4] - 36:12, 59:7, 79:17, 132:14
**House** [1] - 100:14
**house** [8] - 36:13, 36:22, 76:10, 109:5, 109:8, 112:17, 114:14, 132:19
**household** [1] - 20:10
**Houston** [2] - 118:4, 118:5
**hover** [1] - 184:15
**HOWARD** [15] - 2:1, 2:1, 80:22, 171:8, 172:14, 172:17, 173:7, 173:20, 174:10, 175:14, 181:7, 181:24, 182:3, 184:13, 194:18
**Howard** [6] - 80:23, 136:4, 136:5, 136:12, 153:19, 171:7
**Howard's** [1] - 174:15
**HR** [2] - 10:17, 10:18
**HSI** [2] - 7:22, 12:14
**Hulu** [2] - 42:7, 141:2
**human** [3] - 25:1, 46:4, 76:7
**hurt** [2] - 50:18, 165:22
**husband** [29] - 36:17, 36:22, 42:8, 50:22, 51:10, 53:18, 70:19, 70:22, 71:5, 71:7, 73:17, 74:1, 74:23, 84:17, 87:14, 87:18, 100:4, 100:17, 100:25, 102:9, 102:25, 116:17, 120:7, 120:14, 124:10, 135:10, 144:21, 146:1, 155:12
**husband's** [2] - 102:19, 125:5
**Hut** [1] - 73:12
**hyper** [1] - 35:19
**hypertension** [1] - 113:1

## I

**ICE** [3] - 120:16, 121:23
**idea** [2] - 77:5, 104:9
**identify** [1] - 84:13
**identifying** [1] - 38:14
**idiot** [1] - 29:23
**ignore** [3] - 34:7, 188:23, 189:16
**ignored** [1] - 188:25
**II** [1] - 104:23
**imagine** [1] - 87:16
**Imelda** [2] - 135:4, 135:5
**immediately** [1] - 191:9
**impact** [27] - 5:9, 29:1, 30:16, 34:13, 45:20, 52:1, 52:7, 52:8, 63:10, 68:1, 72:5, 72:20, 97:3, 103:3, 107:15, 110:12, 110:21, 111:21, 121:5, 131:13, 145:23, 146:3, 161:17, 161:18, 163:9, 163:11, 170:4
**impacting** [1] - 57:20
**impaneled** [1] - 186:14
**impartial** [9] - 20:16, 106:18, 107:16, 128:1, 130:1, 147:22, 148:2, 148:21, 191:15
**importance** [1] - 20:16
**important** [7] - 132:22, 187:5, 187:8, 187:21, 188:1, 188:25, 190:18
**impossible** [1] - 190:15
**improved** [1] - 58:24
**inadvertent** [1] - 188:5
**incarcerated** [1] - 120:10
**incident** [3] - 63:9, 161:20, 163:14
**include** [1] - 5:24
**included** [2] - 35:15, 35:16
**includes** [1] - 188:10
**including** [1] - 77:4
**Indian** [1] - 51:13
**indicated** [1] - 88:8
**indirectly** [1] - 188:19
**indiscernible** [1] - 138:3
**individual** [1] - 114:1
**individually** [2] - 159:5, 159:6
**industrial** [1] - 24:22
**industry** [9] - 17:25, 33:8, 63:20, 104:6, 108:6, 123:1, 126:1, 126:3, 129:4
**infantry** [1] - 19:18
**Infiniti** [1] - 62:13
**influence** [3] - 26:23, 74:23, 169:4
**information** [17] - 12:5, 21:12, 37:20, 39:13, 44:3, 106:15, 127:6, 127:9, 127:15, 128:2, 128:12, 139:15, 139:18, 139:22, 139:24, 154:23, 192:18
**injured** [1] - 58:20
**injury** [3] - 29:19, 101:3, 130:10
**innocent** [1] - 44:18
**inquire** [1] - 92:23
**inside** [3] - 40:20, 134:13
**Instagram** [5] - 106:5, 122:22, 124:16, 188:13, 189:22
**instance** [1] - 27:8
**instances** [1] - 113:6
**instead** [1] - 158:12
**Institute** [1] - 75:20
**institutions** [2] - 27:11, 27:12
**instruct** [4] - 12:4, 12:5, 128:14, 128:16
**instructed** [2] - 110:11, 147:8
**instruction** [3] - 15:14, 15:15, 150:12
**instructions** [8] - 55:8, 147:5, 147:6, 189:13, 191:23, 191:24, 191:25, 193:12
**instructs** [1] - 189:13
**Insurance** [1] - 25:6
**insurance** [6] - 25:7,

70:20, 70:21, 129:13, 129:22, 129:23
**intelligence** [3] - 35:7, 35:13, 37:17
**intend** [1] - 175:2
**intends** [1] - 97:17
**interact** [3] - 11:21, 12:2, 13:3
**interacting** [1] - 12:1
**interactions** [2] - 26:11, 29:4
**interested** [1] - 127:2
**interesting** [2] - 24:15, 42:1
**interests** [3] - 25:15, 106:3, 106:8
**interfere** [4] - 64:18, 101:5, 105:12, 105:13
**interference** [1] - 189:17
**interferes** [2] - 64:12, 189:1
**internal** [2] - 16:18, 17:18
**International** [3] - 23:25, 37:9, 70:16
**international** [2] - 30:24, 35:2
**interned** [1] - 141:20
**Internet** [1] - 57:7
**interpreters** [4] - 108:1, 193:5, 193:8, 193:9
**interrupt** [1] - 180:23
**INTRIAGO** [2] - 1:7, 2:4
**Intriago** [1] - 194:20
**introduce** [1] - 55:9
**inventory** [1] - 9:25
**investigations** [3] - 35:14, 40:20, 74:21
**investigator** [1] - 35:8
**investment** [1] - 24:12
**invoices** [1] - 11:10
**involved** [4] - 25:20, 31:9, 33:24, 103:24
**involves** [1] - 156:23
**Iraq** [2] - 48:19, 109:14
**ironically** [1] - 49:6
**Island** [1] - 25:17
**issue** [32] - 13:7, 40:23, 40:24, 55:2, 55:16, 61:13, 64:11, 69:7, 73:20, 77:3, 83:1, 84:16, 84:22, 87:4, 87:19, 87:21, 88:18, 89:23, 101:22, 123:7, 134:14, 138:2, 141:14, 142:17, 145:25, 153:24, 154:11, 154:14, 158:18, 159:21, 162:11, 168:24
**issues** [55] - 4:1, 6:7, 6:9, 10:21, 15:1, 17:3, 20:7, 26:14, 28:11, 33:7, 36:20, 42:24, 46:23, 48:25, 49:24, 50:25, 53:2, 54:5, 57:19, 61:7, 61:11, 63:2, 66:10, 69:6, 69:8, 71:13, 82:19, 95:23, 98:4, 98:25, 100:23, 101:2, 101:3, 101:9, 105:11, 106:17, 109:20, 113:1, 115:22, 117:10, 119:7, 120:19, 123:5, 125:2, 126:10, 129:18, 131:1, 135:20, 141:10, 143:17, 156:5, 186:11, 192:23
**Italy** [1] - 129:11
**itself** [1] - 58:15
**Ivan** [2] - 107:19, 107:21

## J

**jacket** [1] - 108:11
**Jackson** [5] - 62:2, 75:17, 143:2, 144:12, 145:13
**Jacqueline** [2] - 50:7, 185:10
**JACQUELINE** [1] - 1:11
**Jade** [2] - 142:21, 142:22
**jail** [1] - 117:8
**Jamaica** [2] - 62:3, 99:24
**JAMES** [1] - 1:8
**Janelle** [2] - 116:10, 185:13
**Janine** [3] - 72:24, 73:2, 185:11
**Jannel** [2] - 70:13, 70:14
**January** [1] - 69:19
**Jaramillo** [1] - 172:19
**JARAMILLO** [3] - 1:23, 159:7, 159:12
**JASON** [1] - 1:19
**Javier** [1] - 68:10
**Jazeera** [1] - 5:23
**jazz** [1] - 3:17
**jeez** [1] - 5:13
**Jefferson** [1] - 76:25
**Jehovah** [3] - 64:17, 86:5, 86:7
**Jersey** [1] - 29:17
**Jessica** [1] - 41:12
**Jewish** [3] - 26:23, 140:16, 140:20
**job** [14] - 4:3, 11:19, 16:15, 16:17, 62:8, 73:11, 74:18, 106:7, 106:14, 112:12, 129:21, 132:25, 138:9
**jobs** [5] - 11:20, 43:11, 62:9, 167:25
**John** [2] - 103:10, 185:12
**Johnson** [4] - 172:1, 180:13, 183:15, 185:11
**joined** [1] - 61:18
**joining** [1] - 174:15
**joking** [1] - 30:1
**JONATHAN** [2] - 2:17, 2:17
**Jones** [11] - 50:6, 50:7, 105:16, 105:18, 171:25, 172:3, 179:15, 183:13, 183:17, 185:10, 185:13
**Jordan** [2] - 140:2, 140:3
**Jose** [2] - 56:19, 125:24
**Journal** [3] - 16:21, 52:20, 126:5
**Jovenel** [2] - 156:23, 156:24
**joy** [1] - 185:8
**Jpay** [1] - 67:3
**Juan** [4] - 132:23, 133:5, 133:6, 133:10
**Judge** [34] - 81:22, 82:7, 82:15, 83:11, 83:24, 84:10, 85:23, 86:11, 89:22, 89:25, 92:21, 93:10, 151:17, 151:22, 153:2, 153:7, 153:18, 154:19, 155:24, 156:11, 158:1, 169:21, 170:12, 170:14, 171:20, 172:14, 172:19, 175:5, 175:12, 175:14, 186:19, 187:1, 188:7, 192:17
**JUDGE** [1] - 1:12
**judge** [5] - 12:3, 24:23, 31:9, 188:4, 189:13
**judges** [1] - 49:14
**judgment** [3] - 4:8, 57:21, 135:1
**Julio** [1] - 5:14
**June** [2] - 100:10, 196:8
**junior** [1] - 36:24
**JUROR** [496] - 3:11, 4:11, 4:16, 4:19, 4:21, 4:25, 5:7, 5:10, 5:13, 6:15, 6:23, 7:3, 7:6, 7:14, 7:25, 8:5, 8:8, 8:12, 8:16, 8:20, 8:23, 9:5, 9:15, 9:18, 9:20, 11:4, 11:9, 11:12, 11:14, 11:18, 11:23, 12:9, 12:20, 13:13, 13:18, 13:23, 14:1, 14:3, 14:5, 14:11, 14:15, 14:17, 15:5, 15:10, 15:18, 15:20, 15:25, 16:5, 16:8, 17:8, 17:11, 17:21, 17:25, 18:3, 18:6, 18:11, 18:13, 18:19, 20:17, 20:20, 21:1, 21:8, 21:15, 21:18, 21:20, 21:22, 21:25, 22:4, 22:16, 23:3, 23:16, 23:19, 24:11, 24:17, 24:20, 27:3, 27:7, 27:18, 27:21, 28:2, 28:5, 28:9, 28:13, 28:15, 28:17, 28:21, 28:25, 29:3, 29:6, 29:12, 29:16, 29:25, 30:4, 30:7, 30:12, 30:17, 30:20, 31:2, 31:7, 31:12, 31:14, 31:19, 32:7, 32:21, 33:16, 33:18, 33:21, 34:6, 34:11, 34:14, 34:18, 34:25, 35:2, 35:19, 36:4, 36:6, 38:1, 38:12, 38:15, 38:18, 38:20, 38:23, 39:5, 39:11, 39:16, 39:19, 39:24, 40:14, 40:18, 41:1, 41:4, 41:12, 43:9, 43:23, 44:5, 44:12, 45:3, 45:7, 45:11, 45:13, 45:17, 45:22, 45:25, 47:8, 47:17, 47:19, 47:22, 47:25, 48:2, 48:4, 49:6, 49:9, 49:12, 49:16, 49:18, 49:21, 50:1, 50:4, 50:7, 51:5, 51:7, 51:12, 51:18, 51:22, 52:5, 52:8, 52:11, 53:5, 53:9, 53:11, 54:12, 54:14, 54:22, 55:1, 55:10, 55:12, 55:14, 55:17, 55:23, 56:1, 56:4, 56:6, 56:13, 56:15, 56:17, 56:19, 57:24, 58:2, 58:6, 58:9, 58:14, 59:8, 59:12, 59:15, 59:17, 59:25, 60:3, 60:6, 60:15, 60:18, 61:15, 61:18, 61:20, 61:22, 61:25, 62:2, 63:8, 63:12, 63:15, 65:6, 66:16, 66:19, 66:23, 67:1, 67:7, 67:11, 67:16, 67:21, 67:24, 68:4, 68:9, 69:13, 69:16, 69:18, 69:22, 69:24, 70:1, 70:4, 70:6, 70:11, 70:14, 71:18, 71:23, 71:25, 72:2, 72:6, 72:13, 72:18, 72:21, 72:24, 73:1, 73:25, 74:2, 74:5, 74:12, 74:16, 74:25, 75:4, 75:6, 75:8, 75:11, 78:21, 79:1, 79:5, 79:10, 79:13, 95:4, 96:3, 96:8, 96:10, 96:13, 96:16, 96:19, 96:22, 96:25, 97:8, 97:13, 97:19, 97:24, 98:3, 98:5, 98:8, 99:6, 99:14, 99:17, 99:19, 99:22, 101:14, 101:22, 102:6, 102:11, 102:15, 102:18, 102:20, 102:24, 103:5, 103:9, 105:17, 106:24, 107:3, 107:5, 107:8, 107:11, 107:17, 107:20, 108:3, 108:5, 108:14, 108:16, 108:20, 108:23, 109:1, 110:5, 110:13, 110:22, 111:5, 111:8, 111:16, 111:18, 111:23, 112:2, 112:8, 113:5, 113:13, 113:16, 113:23, 114:2, 114:4, 114:7, 114:9, 114:13, 114:19, 114:24,

115:2, 115:6, 115:25, 116:3, 116:7, 116:10, 117:17, 117:20, 117:25, 118:3, 119:13, 119:15, 119:17, 119:20, 119:23, 120:24, 121:3, 121:7, 121:10, 121:15, 121:19, 121:23, 122:2, 122:5, 122:14, 122:17, 122:19, 123:7, 123:13, 123:17, 123:19, 123:24, 124:15, 125:12, 125:17, 125:20, 125:23, 126:15, 126:22, 127:1, 127:5, 127:12, 127:14, 127:18, 127:23, 128:4, 128:10, 128:16, 128:22, 128:25, 129:2, 129:21, 130:2, 130:5, 131:6, 131:10, 131:16, 131:20, 132:4, 132:9, 132:17, 132:20, 135:5, 136:2, 136:4, 136:6, 136:8, 136:13, 136:17, 136:24, 137:1, 137:3, 137:6, 137:8, 137:18, 137:21, 138:8, 138:13, 138:16, 138:19, 138:25, 139:4, 139:8, 139:10, 139:13, 139:17, 139:24, 140:3, 140:19, 140:21, 140:24, 141:16, 141:20, 141:23, 141:25, 142:2, 142:5, 142:9, 142:19, 142:22, 143:24, 144:3, 144:5, 144:8, 144:11, 144:23, 145:3, 145:7, 145:12, 145:14, 145:19, 145:24, 146:2, 146:5, 146:10, 146:13, 146:18, 146:21, 147:4, 147:8, 147:14, 147:17, 148:2, 148:5, 148:20, 149:8, 151:8, 159:19, 159:24, 160:12, 160:17, 160:22, 160:25, 161:2, 161:6, 161:12, 161:18, 161:23, 162:5, 162:10, 162:17, 162:19, 163:2, 163:8, 163:12, 163:18, 163:24, 164:1, 164:8, 164:11, 164:15, 164:17, 164:22, 164:24, 165:7, 165:10, 165:14, 165:18, 165:20, 165:22, 166:5, 166:10, 166:13, 166:15, 166:20, 167:1, 167:6, 167:12, 167:14, 167:24, 168:3, 168:11, 168:16

**Juror** [95] - 3:9, 16:4, 16:7, 23:18, 31:17, 34:17, 41:11, 47:24, 52:10, 53:12, 56:18, 60:17, 62:1, 63:14, 65:5, 68:8, 70:13, 72:23, 75:9, 80:5, 82:1, 82:24, 89:4, 89:6, 89:7, 91:18, 92:19, 98:7, 107:19, 112:7, 115:5, 116:9, 118:2, 119:22, 122:4, 123:23, 125:22, 128:24, 130:4, 131:19, 135:4, 136:16, 144:17, 146:15, 148:7, 159:16, 159:17, 163:19, 163:22, 166:2, 166:3, 167:15, 167:17, 168:18, 168:19, 169:6, 169:8, 169:10, 171:18, 175:17, 175:24, 176:4, 176:9, 176:11, 176:17, 176:22, 177:7, 179:15, 179:20, 180:23, 182:12, 183:4, 183:6, 183:7, 183:8, 183:9, 183:10, 183:11, 183:12, 183:16, 184:25, 185:3, 185:4, 185:5, 185:6, 185:9, 185:10, 185:11, 185:12, 185:13

**juror** [64] - 14:20, 22:21, 23:17, 34:13, 38:22, 42:25, 49:1, 50:25, 53:3, 67:25, 78:4, 80:16, 80:17, 81:23, 88:9, 89:4, 92:18, 95:3, 102:4, 105:12, 110:9, 111:21, 117:24, 129:16, 142:13, 142:21, 146:20, 147:1, 147:11, 147:23, 151:4, 151:8, 152:14, 153:2, 153:7, 153:18, 153:23, 158:1, 162:13, 162:15, 162:23, 163:21, 163:23, 163:25, 164:21, 167:16, 170:2, 170:20, 171:5, 176:3, 176:16, 177:1, 177:6, 178:1, 178:22, 179:1, 179:14, 179:19, 179:25, 180:16, 182:7, 183:5, 185:7, 188:23

**jurors** [12] - 80:4, 94:19, 128:1, 144:16, 149:19, 149:21, 155:5, 169:23, 183:2, 186:2, 186:14, 188:21

**JURY** [1] - 1:11

**Jury** [5] - 80:3, 95:1, 149:20, 184:17, 192:19

**jury** [112] - 3:2, 3:21, 6:2, 6:10, 10:11, 17:1, 19:24, 20:16, 25:22, 26:20, 30:10, 30:15, 30:16, 32:17, 36:14, 42:13, 42:21, 43:2, 46:18, 48:20, 49:7, 49:8, 51:1, 52:24, 52:25, 53:23, 54:6, 57:14, 59:3, 59:20, 61:3, 62:19, 64:5, 66:2, 69:1, 69:6, 71:6, 72:7, 73:16, 77:13, 78:22, 78:25, 79:8, 79:20, 81:25, 84:20, 86:1, 95:17, 95:24, 98:21, 100:21, 101:6, 101:12, 101:20, 104:24, 106:11, 106:19, 109:15, 112:19, 115:17, 117:4, 119:1, 119:19, 120:14, 122:24, 123:8, 123:12, 123:14, 124:21, 125:7, 126:7, 130:21, 134:6, 135:15, 135:22, 136:11, 137:23, 141:4, 141:12, 142:7, 142:10, 142:15, 143:11, 143:19, 147:21, 156:4, 159:23, 161:9, 162:24, 184:23, 184:24, 185:16, 185:18, 185:22, 186:5, 187:14, 187:24, 188:2, 188:9, 189:14, 189:15, 191:8, 191:15, 192:16, 192:18, 192:21

**Justice** [3] - 25:24, 106:25, 107:7

**JUSTICE** [1] - 1:17

**justice** [2] - 29:9, 64:24

## K

**Kauff's** [1] - 31:24

**keep** [9] - 6:10, 35:17, 49:1, 49:2, 61:2, 66:11, 69:6, 77:5, 173:16

**keeping** [1] - 9:8

**Kendall** [9] - 9:22, 13:20, 18:22, 68:12, 70:15, 75:15, 98:9, 107:22, 118:7

**Kent** [1] - 164:12

**kept** [1] - 154:3

**kid** [4] - 59:18, 87:14, 132:18, 141:15

**kid's** [1] - 62:24

**kidding** [3] - 29:23, 153:21, 194:15

**kidnapped** [1] - 64:21

**kids** [13] - 10:6, 15:6, 25:4, 26:19, 36:13, 50:11, 65:19, 68:18, 96:17, 112:14, 124:9, 133:10, 166:23

**kids'** [1] - 30:7

**killed** [1] - 64:20

**killing** [1] - 110:6

**kind** [23] - 9:3, 16:18, 17:11, 17:18, 20:12, 23:13, 24:22, 25:6, 25:20, 26:17, 27:23, 30:18, 31:7, 37:18, 37:20, 51:20, 57:11, 71:19, 72:3, 145:19, 148:23, 158:5, 189:9

**kinds** [1] - 37:14

**Kirkpatrick** [4] - 131:10, 131:11, 131:15, 153:3

**knee** [1] - 58:21

**knowing** [3] - 154:5, 155:10, 190:21

**knowledge** [3] - 77:20, 167:6, 167:8

**known** [1] - 103:16

**knows** [4] - 152:20, 153:2, 153:18, 188:22

**Korea** [2] - 19:20, 76:4

**Korraa** [2] - 135:4, 135:5

**Krome** [6] - 120:2, 120:7, 120:15, 120:16, 121:13

**KUDMAN** [7] - 2:11, 2:12, 194:21, 194:24, 195:5, 195:8, 195:11

## L

**LA** [2] - 46:5, 77:12

**lab** [1] - 100:8

**labor** [1] - 24:22

**lack** [2] - 170:17, 174:2

**ladies** [6] - 149:12, 184:18, 185:14, 186:3, 186:16, 192:21

**Lakes** [1] - 5:15

**land** [2] - 17:15, 103:23

**landscape** [1] - 124:2

**language** [8] - 54:8, 54:10, 134:18, 134:20, 135:2, 153:23, 154:14, 154:15

**large** [3] - 99:13, 125:18, 142:16

**largely** [1] - 162:1

**Larochelle** [2] - 168:20, 171:19

**last** [35] - 4:14, 5:17, 8:23, 10:2, 10:13, 11:12, 15:2, 62:12, 74:8, 96:6, 96:9, 96:10, 100:10, 101:15, 101:23, 112:10, 113:8, 120:3, 124:4, 125:4, 130:9, 133:4, 134:15, 140:9, 145:7, 156:8, 156:21, 160:5, 161:4, 161:6, 166:7, 166:8, 182:7, 190:18

**late** [8] - 83:3, 153:13, 167:19, 182:25, 183:1, 186:21, 187:4, 191:18

**lately** [1] - 30:22

**latest** [1] - 27:8

**Latin** [3] - 35:15, 40:1, 40:2

**Lauderdale** [2] -

2:18, 26:18
**laundering** [1] - 35:5
**LAW** [1] - 2:14
**law** [173] - 3:23, 3:24, 6:3, 7:9, 7:15, 7:17, 7:21, 7:24, 10:24, 12:7, 12:10, 12:17, 12:19, 13:5, 14:22, 15:3, 15:7, 15:8, 15:11, 15:13, 15:16, 15:22, 16:1, 16:17, 17:1, 17:7, 17:12, 17:14, 19:5, 20:2, 20:11, 20:15, 21:6, 22:3, 22:5, 22:12, 24:20, 24:21, 24:23, 25:1, 25:6, 25:7, 25:23, 31:4, 31:8, 31:10, 32:24, 35:10, 35:23, 36:15, 37:7, 37:10, 37:14, 38:25, 39:3, 39:11, 39:17, 40:4, 40:7, 40:8, 40:11, 41:9, 43:20, 44:10, 44:16, 44:22, 44:23, 44:25, 46:19, 47:3, 47:6, 47:7, 47:10, 48:10, 48:18, 48:21, 50:22, 51:10, 52:2, 52:16, 52:25, 53:25, 57:17, 60:6, 61:4, 62:20, 64:7, 77:15, 77:18, 84:2, 84:4, 84:13, 88:25, 89:2, 90:8, 94:3, 94:9, 95:18, 97:11, 98:22, 100:16, 102:9, 105:4, 105:6, 106:12, 106:14, 110:11, 111:2, 111:7, 111:10, 111:13, 111:15, 112:21, 113:13, 113:14, 113:17, 114:3, 115:18, 116:18, 116:19, 116:20, 119:3, 120:6, 121:8, 122:25, 124:23, 126:8, 128:8, 128:9, 128:11, 128:19, 129:6, 129:16, 129:19, 129:20, 133:8, 134:3, 134:6, 135:16, 137:23, 141:5, 141:21, 143:4, 143:13, 147:12, 147:24, 147:25, 148:4, 148:10, 148:13, 148:15, 148:16, 148:19, 149:1, 149:5, 151:6, 152:3, 152:4, 158:3, 158:20, 162:9, 168:6, 168:8, 168:13, 168:15, 191:24, 191:25
**Law** [4] - 17:8, 65:7, 172:1, 180:17
**lawes** [1] - 99:21
**Lawes** [2] - 99:23, 172:3
**laws** [2] - 71:10, 72:10
**lawsuits** [1] - 27:4
**lawyer** [9] - 19:8, 24:23, 25:24, 27:5, 27:7, 29:17, 31:9, 116:19, 129:6
**lawyers** [20] - 16:19, 24:4, 27:9, 31:1, 35:11, 37:24, 52:18, 55:9, 70:19, 79:22, 106:13, 120:5, 140:14, 159:15, 174:3, 188:21, 189:6, 189:14, 192:1
**LBC** [1] - 5:23
**leadership** [1] - 116:15
**learn** [1] - 109:10
**learned** [1] - 169:23
**learning** [1] - 109:9
**leasing** [1] - 103:21
**least** [6] - 7:25, 43:12, 76:14, 98:20, 107:13, 132:11
**leave** [6] - 59:4, 99:9, 104:5, 142:10, 142:11, 180:21
**leaving** [3] - 36:22, 83:3, 84:17
**left** [6] - 4:24, 6:17, 18:13, 36:22, 154:7, 175:9
**legal** [31] - 3:15, 5:19, 10:5, 14:5, 14:6, 19:5, 24:3, 32:3, 41:19, 46:10, 50:11, 56:25, 60:23, 62:10, 63:22, 68:16, 73:8, 88:14, 98:12, 100:3, 112:11, 115:11, 118:14, 122:11, 124:6, 126:2, 133:7, 135:9, 137:10, 140:12, 191:24
**lending** [1] - 126:1
**length** [4] - 6:13, 99:5, 99:7, 167:21
**Leon** [1] - 2:5
**less** [4] - 7:10, 28:7, 113:22, 168:15
**lesson** [1] - 104:17
**letting** [2] - 162:25, 188:17
**levees** [1] - 125:13
**level** [4] - 5:15, 16:10, 27:13
**license** [5] - 114:20, 131:25, 132:10, 140:6
**licensed** [1] - 130:12
**life** [12] - 22:22, 33:23, 60:7, 60:10, 60:12, 63:24, 75:16, 113:5, 113:7, 113:9, 114:5, 134:13
**lift** [1] - 104:15
**likely** [2] - 82:6, 83:24
**Lima** [2] - 60:19, 125:24
**limited** [1] - 75:19
**limits** [1] - 103:13
**limping** [1] - 58:21
**Lin** [4] - 45:24, 45:25, 171:25, 179:8
**line** [1] - 28:10
**list** [2] - 86:8, 113:18
**listen** [22] - 3:16, 12:15, 16:21, 25:10, 36:9, 36:10, 37:19, 70:9, 76:25, 88:9, 89:23, 90:14, 90:18, 95:13, 100:12, 116:23, 124:15, 139:19, 160:20, 162:6, 194:4
**listened** [1] - 139:14
**listening** [3] - 13:9, 40:25, 160:17
**literally** [1] - 59:13
**litigation** [2] - 17:14, 19:7
**live** [43] - 3:13, 7:1, 9:21, 13:20, 16:9, 18:22, 23:22, 31:21, 41:14, 48:5, 50:8, 52:12, 53:15, 59:5, 59:13, 59:14, 60:19, 62:3, 63:17, 65:8, 68:11, 70:15, 73:3, 75:15, 98:9, 107:21, 112:9, 116:12, 118:7, 119:24, 122:7, 125:24, 132:2, 135:7, 136:18, 137:10, 139:19, 140:5, 142:23, 153:8, 153:9, 153:14
**lived** [2] - 116:18, 116:19
**lives** [3] - 76:10, 129:10, 129:12
**living** [10] - 26:17, 34:20, 46:1, 73:6, 129:8, 131:22, 132:4, 133:16, 134:24, 148:23
**Liz** [2] - 171:18, 176:4
**LLP** [1] - 2:12
**loan** [1] - 126:1
**local** [2] - 22:12, 135:12
**Locka** [2] - 50:8, 65:8
**Logicar** [1] - 62:6
**logistics** [1] - 68:13
**long-term** [1] - 73:6
**longest** [1] - 153:13
**look** [30] - 12:18, 16:1, 22:23, 22:25, 23:1, 32:9, 32:19, 42:3, 44:10, 44:19, 44:25, 75:12, 97:5, 110:10, 111:7, 111:11, 111:17, 149:1, 184:2, 189:20, 189:23, 190:2, 190:7, 190:10, 190:17, 190:24, 191:11, 191:20
**looked** [1] - 127:9
**looking** [4] - 72:11, 189:23, 190:14, 194:15
**looks** [6] - 24:6, 76:9, 80:24, 110:15, 126:17, 166:9
**lose** [2] - 77:6, 152:21
**lost** [1] - 77:3
**loud** [1] - 152:6
**love** [14] - 4:5, 4:6, 25:5, 36:9, 60:25, 64:2, 68:23, 82:6, 106:6, 106:8, 109:11, 126:4, 129:14, 135:13
**loved** [1] - 4:6
**lover** [1] - 106:9
**luck** [1] - 124:14
**Luis** [1] - 129:2
**lunch** [4] - 59:17, 76:20, 188:11, 193:18
**lung** [1] - 75:21
**lying** [6] - 20:11, 88:25, 89:3, 89:15, 91:3, 94:6
**Lynn** [2] - 131:10, 153:3

## M

**ma'am** [35] - 5:7, 8:5, 8:8, 9:15, 9:18, 34:24, 35:18, 38:13, 45:23, 56:16, 61:23, 65:3, 73:24, 75:7, 79:12, 96:2, 98:6, 99:20, 103:7, 118:1, 119:21, 123:22, 125:17, 125:20, 136:15, 144:4, 146:14, 147:10, 147:12, 163:23, 164:23, 166:1, 167:18, 168:17, 186:9
**machines** [1] - 71:19
**magazine** [2] - 126:4, 133:23
**magazines** [9] - 10:7, 19:11, 25:10, 32:8, 63:25, 118:18, 135:12, 143:6
**magnet** [1] - 105:5
**magnetometers** [1] - 3:7
**mail** [1] - 123:13
**main** [2] - 5:22, 46:11
**Maine** [1] - 103:17
**maintenance** [2] - 132:23, 133:3
**mammogram** [1] - 143:3
**man** [2] - 82:20, 84:1
**manage** [1] - 78:23
**management** [9] - 27:13, 68:12, 68:21, 107:24, 124:8, 125:10, 125:11, 129:22, 165:9
**manager** [15] - 10:18, 35:7, 35:25, 36:6, 50:13, 71:20, 98:11, 98:13, 99:8, 100:8, 118:15, 120:3, 121:15, 126:12, 133:15
**manages** [1] - 135:10
**managing** [2] - 24:21, 105:22
**Manila** [1] - 75:15
**Manufacturer** [1] - 105:23
**March** [1] - 1:5
**Maria** [2] - 123:23, 123:25
**Mariana** [1] - 122:6
**marijuana** [1] - 117:8

**Marine** [4] - 3:20, 48:19, 73:15, 77:12
**Marines** [7] - 16:12, 16:25, 18:5, 18:6, 18:9, 65:25, 143:10
**Mario** [2] - 31:20, 185:9
**MARISSEL** [1] - 2:14
**marked** [1] - 85:6
**marketing** [1] - 104:8
**Marquez** [1] - 53:13
**marriage** [3] - 74:15, 124:9, 129:10
**married** [7] - 14:6, 24:4, 52:19, 53:17, 74:10, 74:16, 135:9
**marry** [1] - 30:25
**marshal** [1] - 84:22
**MARSHALS** [1] - 81:17
**marshals** [4] - 3:6, 144:16, 163:20, 174:22
**Massachusetts** [1] - 48:22
**massage** [1] - 32:4
**master** [2] - 133:7, 133:14
**master's** [16] - 34:22, 34:23, 35:2, 41:16, 46:5, 52:14, 56:23, 60:14, 60:21, 89:8, 89:9, 89:10, 103:17, 116:14, 140:6
**Mater** [1] - 53:17
**maternity** [1] - 104:5
**Mathnasium** [1] - 10:4
**matter** [7] - 19:25, 27:25, 75:2, 84:3, 91:2, 192:24, 196:5
**matters** [1] - 17:16
**Maunabo** [1] - 131:22
**Max** [1] - 42:7
**McKenzie** [2] - 17:25, 18:1
**MCLAUGHLIN** [83] - 1:14, 81:15, 81:22, 82:5, 82:15, 82:22, 83:11, 83:14, 83:24, 84:5, 84:10, 85:2, 85:23, 86:11, 88:3, 88:6, 89:25, 91:6, 91:18, 91:23, 92:17, 92:19, 93:1, 93:10, 150:5, 151:3, 151:6, 151:12, 151:17, 151:22, 152:2, 152:14, 153:2, 153:7, 153:9, 153:18, 153:23, 154:19, 156:20, 158:1, 158:8, 169:7, 169:15, 169:21, 170:12, 170:14, 171:1, 175:12, 175:19, 175:25, 176:6, 176:13, 176:19, 176:23, 177:3, 177:9, 177:14, 177:17, 177:23, 178:3, 178:6, 178:14, 178:20, 178:24, 179:4, 179:9, 179:12, 179:17, 179:22, 180:3, 180:8, 180:14, 180:18, 181:5, 181:14, 181:19, 182:6, 182:14, 183:20, 183:22, 184:11, 194:10
**mean** [22] - 22:1, 27:20, 54:15, 58:15, 72:2, 78:24, 84:18, 84:21, 93:7, 99:12, 114:8, 126:22, 145:15, 155:25, 156:8, 156:19, 170:12, 173:12, 173:14, 174:11, 190:1
**means** [2] - 116:2, 128:17
**meant** [1] - 84:12
**mechanic** [1] - 132:6
**mechanical** [4] - 100:10, 100:19, 133:18, 133:21
**med** [1] - 16:20
**media** [28] - 10:7, 38:7, 40:18, 42:2, 48:16, 52:21, 62:14, 63:25, 87:9, 100:13, 106:3, 112:15, 116:24, 118:19, 126:20, 126:25, 127:4, 135:13, 140:16, 158:23, 160:15, 160:21, 184:4, 188:10, 188:19, 189:21, 190:19, 191:2
**medical** [55] - 4:1, 6:7, 10:21, 15:1, 17:3, 18:24, 20:7, 26:14, 33:7, 36:20, 42:24, 46:23, 48:25, 50:25, 53:2, 54:5, 57:19, 59:22, 63:2, 64:11, 66:10, 68:17, 69:6, 71:13, 73:20, 78:7, 87:4, 95:23, 98:25, 101:2, 101:9, 105:11, 106:17, 109:20, 113:1, 115:22, 117:10, 119:7, 120:19, 121:18, 123:7, 124:17, 125:2, 126:9, 129:17, 131:1, 134:14, 135:20, 138:2, 141:10, 143:17, 156:5, 158:17, 159:21
**Medical** [1] - 18:24
**Medicare** [1] - 5:2
**medication** [8] - 4:2, 64:12, 78:10, 79:3, 79:4, 101:16, 102:6, 125:3
**medications** [1] - 79:7
**medicine** [4] - 13:24, 58:25, 68:19, 101:18
**meditation** [1] - 61:1
**meet** [1] - 107:9
**meeting** [1] - 108:17
**meetings** [1] - 108:10
**member** [27] - 19:4, 20:1, 20:4, 20:5, 20:6, 24:25, 36:15, 36:16, 41:19, 47:16, 50:10, 53:22, 54:1, 54:3, 62:9, 63:22, 64:3, 64:8, 100:3, 104:21, 109:12, 110:17, 118:24, 122:11, 124:23, 134:9
**members** [48] - 3:24, 5:19, 5:25, 6:3, 6:4, 6:5, 19:5, 19:16, 20:10, 20:14, 20:22, 22:4, 22:5, 22:18, 36:13, 48:18, 52:23, 53:24, 57:13, 57:16, 60:5, 64:6, 66:5, 68:25, 77:19, 95:11, 95:14, 95:18, 95:19, 109:17, 112:23, 117:2, 117:5, 122:23, 124:6, 126:6, 126:7, 126:8, 126:9, 135:18, 141:4, 143:13, 143:15, 143:22, 144:7, 144:8, 147:12, 165:25
**Mendelson** [5] - 52:11, 172:1, 179:20, 183:14, 185:11
**menopause** [1] - 77:23
**mental** [3] - 84:19, 143:1, 144:11
**mentally** [1] - 76:13
**mention** [1] - 79:11
**mentioned** [46] - 4:9, 6:12, 7:8, 8:6, 20:24, 23:4, 23:6, 33:13, 37:21, 43:5, 45:4, 47:2, 48:20, 51:15, 53:4, 54:10, 55:15, 57:17, 58:11, 59:22, 60:13, 61:11, 66:13, 67:14, 69:9, 71:21, 78:18, 79:3, 99:3, 99:4, 101:8, 106:20, 111:1, 111:19, 119:11, 128:7, 131:4, 141:17, 141:18, 142:7, 144:6, 144:18, 146:16, 159:21, 160:14, 160:23
**mentions** [1] - 190:5
**Mercy** [1] - 75:23
**merely** [1] - 111:14
**met** [4] - 33:22, 74:16, 103:1, 171:13
**Metro** [3] - 89:13, 105:3, 147:15
**Metro-Dade** [1] - 89:13
**Mexico** [1] - 135:6
**MIAMI** [1] - 1:2
**Miami** [97] - 1:4, 1:16, 1:21, 1:25, 2:2, 2:9, 2:15, 2:21, 2:24, 2:25, 3:5, 3:14, 5:15, 9:21, 10:1, 16:13, 18:2, 18:21, 18:24, 19:1, 24:13, 25:9, 31:21, 31:22, 33:24, 34:1, 34:21, 35:4, 41:13, 41:14, 46:2, 48:5, 52:12, 53:15, 54:18, 54:19, 55:20, 56:21, 60:20, 62:4, 65:7, 65:16, 65:17, 66:4, 66:5, 66:20, 67:6, 67:9, 68:17, 70:17, 70:25, 71:8, 71:24, 72:14, 74:3, 75:20, 95:6, 99:25, 100:1, 100:2, 100:8, 100:11, 103:12, 103:13, 103:15, 103:20, 104:10, 107:13, 107:22, 108:24, 109:2, 109:16, 115:7, 116:12, 118:8, 119:24, 122:7, 122:8, 124:11, 131:24, 132:7, 132:19, 135:7, 136:18, 137:14, 140:5, 140:13, 142:23, 145:4, 155:23, 165:1, 167:2, 171:6, 196:10, 196:10
**Miami-Dade** [13] - 3:14, 10:1, 18:24, 62:4, 70:17, 100:1, 100:8, 107:22, 108:24, 109:2, 109:16, 124:11, 137:14
**Miccosukee** [1] - 51:12
**Michigan** [1] - 52:13
**microphone** [13] - 3:10, 31:17, 41:10, 50:6, 53:12, 65:5, 92:11, 107:25, 144:14, 144:17, 146:15, 147:11, 148:7
**microphones** [1] - 61:12
**middle** [2] - 43:24, 93:24
**Midtown** [1] - 140:5
**might** [19] - 22:12, 39:17, 58:12, 77:25, 78:7, 80:24, 82:15, 93:18, 94:21, 99:4, 127:24, 149:15, 161:17, 168:7, 173:20, 188:14, 188:24, 191:1, 192:12
**military** [42] - 3:19, 6:1, 10:10, 14:19, 18:8, 19:17, 19:21, 19:22, 19:23, 20:11, 25:16, 32:16, 36:14, 41:21, 42:8, 42:10, 42:12, 46:17, 52:23, 53:23, 57:12, 64:4, 68:25, 77:9, 98:20, 106:10, 109:12, 112:18, 115:16, 117:3, 118:25, 120:13, 122:24, 126:7, 129:15, 134:1, 135:14, 137:22, 141:3, 143:9, 156:3
**Miller** [4] - 137:3, 137:6, 137:8, 137:9
**miller** [1] - 137:7
**mind** [5] - 15:21, 26:20, 127:21, 131:8, 144:14
**mine** [2] - 130:22,

195:19
**minus** [1] - 173:23
**minute** [4] - 24:8, 48:1, 144:25, 170:5
**minutes** [19] - 59:12, 59:15, 80:1, 80:6, 81:2, 150:18, 150:19, 150:21, 173:13, 173:17, 173:21, 174:5, 174:20, 175:1, 175:3, 192:25, 193:15, 194:3
**Miramar** [3] - 42:14, 45:15, 45:17
**Miranda** [4] - 56:20, 172:1, 180:1, 180:4
**misdemeanor** [4] - 28:12, 33:3, 51:17, 51:18
**misdemeanors** [1] - 26:12
**miss** [2] - 94:14, 168:21
**missed** [3] - 86:19, 86:20, 164:2
**missing** [3] - 134:20, 134:21, 146:20
**mistake** [1] - 77:6
**mistyped** [1] - 89:20
**MIT** [1] - 103:18
**Mitchell** [2] - 142:21, 142:22
**Moise** [11] - 87:9, 115:7, 156:8, 156:23, 156:24, 158:23, 166:7, 169:16, 172:3, 183:17, 185:13
**Molly** [1] - 33:25
**mom** [15] - 10:12, 11:19, 36:25, 67:21, 76:9, 83:13, 83:16, 83:18, 115:12, 140:22, 148:11, 156:7, 166:14, 166:15, 166:22
**Mom** [1] - 76:10
**mom's** [1] - 34:2
**moment** [3] - 134:14, 170:19, 180:19
**Monday** [1] - 59:4
**money** [2] - 35:5, 126:10
**Monica** [1] - 104:4
**monitor** [1] - 165:23
**monitoring** [1] - 35:9
**Monroe** [1] - 120:14
**month** [2] - 71:4, 109:23
**months** [9] - 19:2, 39:5, 60:3, 106:25, 107:1, 107:2, 107:3, 111:25, 112:1
**moons** [1] - 19:17
**moral** [16] - 6:8, 10:21, 15:1, 20:8, 26:22, 46:24, 49:2, 69:7, 73:21, 109:21, 119:8, 120:19, 125:6, 135:21, 141:11
**morals** [1] - 95:23
**morbidity** [1] - 76:24
**Morejon** [4] - 18:18, 18:20, 70:13, 172:2
**morning** [23] - 4:2, 55:7, 58:16, 59:9, 64:14, 71:1, 78:12, 79:9, 79:10, 79:14, 101:17, 116:24, 129:14, 131:20, 167:20, 174:17, 186:24, 189:4, 189:11, 189:12, 191:25, 193:8
**mornings** [1] - 64:14
**Moss** [4] - 171:18, 176:11, 183:6, 185:3
**most** [11] - 19:14, 27:18, 27:19, 35:24, 52:21, 75:15, 103:22, 104:12, 107:14, 130:15, 134:12
**mostly** [7] - 23:21, 46:15, 52:20, 99:11, 103:20, 112:15, 124:15
**mother** [14] - 6:15, 8:18, 9:1, 19:6, 24:23, 31:8, 60:6, 64:21, 109:22, 129:11, 132:18, 133:11, 140:16, 140:20
**mother-in-law** [3] - 24:23, 31:8, 60:6
**motion** [6] - 88:16, 90:23, 169:12, 169:14, 169:17, 169:20
**motions** [1] - 150:1
**motor** [1] - 106:8
**mouth** [1] - 92:24
**move** [8] - 107:25, 132:24, 133:9, 151:3, 180:5, 180:10, 181:16, 181:21
**moved** [6] - 10:17, 25:2, 46:5, 56:21, 74:7, 89:16
**movie** [2] - 19:14, 73:13
**movies** [8] - 5:25, 10:9, 14:18, 25:14, 62:15, 124:17, 124:18, 124:19
**moving** [2] - 133:5, 133:12
**MR** [113] - 1:14, 80:22, 81:15, 81:22, 82:5, 82:15, 82:22, 83:11, 83:14, 83:24, 84:5, 84:10, 85:2, 85:23, 86:11, 88:3, 88:6, 89:22, 89:25, 91:6, 91:18, 91:23, 92:9, 92:17, 92:19, 93:1, 93:10, 94:15, 150:5, 150:23, 151:3, 151:6, 151:12, 151:17, 151:22, 152:2, 152:14, 153:2, 153:7, 153:9, 153:18, 153:23, 154:19, 155:24, 156:8, 156:11, 156:20, 157:13, 158:1, 158:8, 169:7, 169:15, 169:21, 170:12, 170:14, 171:1, 171:8, 171:10, 171:20, 172:14, 172:17, 173:7, 173:20, 174:10, 174:13, 174:16, 175:12, 175:14, 175:19, 175:25, 176:6, 176:13, 176:19, 176:23, 177:3, 177:9, 177:14, 177:17, 177:23, 178:3, 178:6, 178:14, 178:20, 178:24, 179:4, 179:9, 179:12, 179:17, 179:22, 180:3, 180:8, 180:14, 180:18, 181:3, 181:5, 181:6, 181:7, 181:14, 181:19, 181:24, 182:3, 182:6, 182:14, 183:20, 183:22, 184:11, 184:13, 193:23, 194:10, 194:18, 194:19, 195:17, 195:18
**MRI** [3] - 59:1, 160:2, 180:25
**MS** [100] - 81:4, 81:7, 82:2, 82:12, 83:7, 83:20, 84:7, 84:24, 85:16, 86:4, 86:13, 86:18, 86:22, 86:25, 87:6, 87:13, 87:20, 88:17, 88:20, 88:23, 89:6, 89:9, 89:17, 90:6, 90:20, 90:25, 91:10, 92:13, 93:5, 93:12, 93:20, 94:5, 94:13, 94:16, 150:3, 150:7, 150:17, 151:15, 151:19, 151:24, 152:8, 152:23, 153:5, 153:11, 153:20, 154:13, 154:22, 155:1, 155:4, 155:9, 155:14, 155:16, 155:18, 156:13, 157:3, 157:11, 157:18, 158:22, 159:2, 159:7, 159:12, 168:22, 169:13, 169:19, 170:10, 175:21, 176:2, 176:8, 176:15, 176:25, 177:5, 177:11, 177:19, 177:25, 178:8, 178:10, 178:16, 178:21, 178:25, 179:6, 179:13, 179:18, 179:24, 180:5, 180:10, 180:15, 180:19, 181:2, 181:9, 181:16, 181:21, 182:18, 182:20, 182:23, 183:24, 194:21, 194:24, 195:5, 195:8, 195:11
**MSN** [1] - 130:16
**MSNow** [2] - 104:13, 130:15
**multiple** [1] - 57:8
**multivisceral** [1] - 75:22
**murder** [3] - 66:8, 66:14, 130:25
**muscle** [2] - 78:10, 101:17
**music** [4] - 106:6, 106:8, 116:22, 130:13
**must** [2] - 85:25, 132:7
**mysteries** [2] - 30:21, 76:17

## N

**name** [54] - 3:11, 5:13, 9:20, 13:19, 16:8, 18:19, 23:19, 31:20, 33:21, 34:18, 41:12, 45:25, 48:4, 50:7, 52:11, 53:13, 56:19, 60:18, 62:2, 63:16, 65:6, 68:10, 70:14, 73:1, 75:14, 95:5, 98:8, 99:22, 103:10, 105:17, 107:20, 112:8, 115:6, 116:10, 118:3, 119:23, 122:6, 123:25, 125:23, 129:2, 130:5, 131:8, 131:21, 135:5, 136:17, 140:3, 142:22, 156:8, 156:21, 166:7, 166:8, 184:24, 188:4
**names** [4] - 38:3, 38:16, 38:17, 38:18
**Naranja** [1] - 119:25
**National** [2] - 42:9, 115:25
**national** [3] - 6:1, 70:21, 77:11
**nationality** [1] - 4:11
**nature** [1] - 19:14
**navigator** [1] - 143:2
**Navy** [3] - 62:18, 66:1, 109:14
**NBC** [1] - 71:1
**NCIS** [1] - 100:14
**NDA** [1] - 58:2
**NE** [1] - 2:18
**near** [1] - 28:22
**Nebraska** [1] - 16:9
**necessarily** [2] - 13:2, 113:23
**need** [34] - 8:18, 9:4, 9:6, 26:18, 80:12, 80:13, 80:17, 89:19, 90:20, 104:19, 132:9, 132:25, 139:17, 139:18, 144:14, 147:5, 148:25, 150:17, 155:5, 155:21, 157:19, 157:23, 159:3, 160:10, 163:3, 169:2, 172:22, 174:7, 178:8, 180:19, 193:4, 193:7
**needed** [6] - 85:13, 87:2, 159:1, 172:7, 180:21, 180:24
**needing** [1] - 58:21
**needs** [3] - 60:4, 87:4, 175:1
**neighbor** [1] - 6:18
**neighborhood** [2] - 114:15, 116:12
**neighbors** [1] - 8:24
**nephew** [3] - 95:15, 100:20, 171:14

**nervous** [1] - 75:12
**Netflix** [9] - 32:9, 42:7, 65:23, 76:17, 100:15, 104:16, 106:4, 120:13, 141:2
**network** [1] - 130:15
**networking** [1] - 65:10
**neuropathy** [1] - 63:2
**never** [58] - 4:16, 6:2, 10:10, 14:19, 14:23, 14:24, 16:25, 25:22, 32:17, 32:21, 32:22, 33:2, 34:8, 36:14, 45:12, 46:18, 46:19, 46:21, 48:19, 52:24, 57:12, 57:14, 61:3, 62:19, 63:1, 64:5, 64:24, 66:2, 67:18, 69:1, 71:6, 72:18, 77:13, 100:21, 109:15, 115:17, 115:20, 117:4, 119:1, 120:13, 124:21, 126:7, 129:17, 130:21, 134:5, 134:6, 135:15, 137:22, 137:23, 137:24, 138:1, 139:13, 141:3, 143:11, 156:5, 166:21, 190:6
**new** [4] - 16:15, 17:23, 48:20, 190:9
**New** [12] - 23:21, 23:24, 24:11, 25:17, 25:18, 28:14, 28:15, 29:17, 54:17, 68:11, 104:11, 134:11
**newborn** [1] - 73:12
**News** [4] - 46:12, 68:22, 71:1, 106:4
**news** [46] - 5:22, 10:6, 16:21, 37:11, 37:13, 37:19, 41:25, 46:11, 48:15, 52:20, 52:21, 57:7, 62:14, 65:20, 76:21, 76:23, 98:17, 100:12, 104:12, 104:13, 109:10, 115:13, 116:24, 118:18, 124:15, 129:14, 130:15, 137:14, 137:17, 137:18, 137:19, 137:20, 137:21, 139:14, 139:17, 139:20, 140:15, 140:16, 154:9, 160:18, 160:19, 190:22
**newspaper** [1] - 68:22
**newspapers** [11] - 10:7, 19:10, 25:10, 32:7, 63:25, 68:23, 104:10, 112:15, 118:18, 126:4, 143:6
**next** [22] - 11:24, 16:15, 23:17, 82:4, 82:5, 82:14, 82:17, 83:10, 84:9, 85:1, 85:2, 85:23, 86:10, 90:5, 90:24, 90:25, 92:18, 109:9, 151:16, 152:13, 153:6, 153:17
**Nicaragua** [3] - 63:17, 64:25, 73:2
**niece** [2] - 76:8, 164:24
**night** [18] - 6:23, 7:4, 64:15, 75:24, 78:13, 78:24, 79:14, 101:16, 101:19, 101:21, 101:23, 102:4, 102:7, 122:16, 173:1, 174:25, 187:9, 191:10
**nights** [3] - 78:19, 83:15, 83:17
**nine** [9] - 5:17, 8:16, 16:25, 18:9, 32:1, 32:5, 71:4, 120:2, 157:5
**nine-month-old** [1] - 71:4
**nine-year** [1] - 32:5
**ninth** [2] - 179:19, 180:12
**nitpick** [1] - 148:22
**NO** [1] - 1:2
**Noah** [1] - 23:19
**nobody** [11] - 32:25, 57:18, 61:6, 83:16, 105:8, 105:9, 107:11, 119:4, 138:25, 189:11, 191:5
**noise** [1] - 76:19
**nominated** [1] - 80:19
**non** [2] - 30:23, 148:16
**non-law** [1] - 148:16
**none** [3] - 10:19, 48:24, 77:8
**nonfiction** [5] - 25:13, 42:5, 65:22, 117:1, 143:8
**Norland** [1] - 100:11
**normally** [1] - 132:13
**North** [8] - 2:21, 2:24, 60:20, 66:21, 103:14, 105:25, 136:18, 196:10
**Northeast** [1] - 1:21
**Northern** [1] - 104:6
**Northwest** [2] - 1:18, 2:9
**note** [1] - 192:14
**noted** [1] - 174:12
**notes** [7] - 89:20, 91:12, 92:3, 157:13, 159:10, 164:5, 170:19
**nothing** [31] - 4:7, 22:14, 26:12, 28:13, 29:1, 29:25, 31:14, 33:10, 33:12, 38:10, 52:17, 61:8, 63:5, 71:15, 97:22, 99:1, 101:6, 105:13, 106:18, 119:18, 123:10, 124:18, 141:12, 154:19, 173:2, 187:16, 193:13, 194:19
**noticed** [1] - 21:2
**notifications** [2] - 46:12, 118:19
**notify** [1] - 191:9
**noting** [1] - 87:13
**nowadays** [1] - 37:16
**NPR** [5] - 36:9, 48:15, 116:23, 124:16
**number** [20] - 81:22, 81:23, 83:24, 88:21, 93:16, 93:20, 101:25, 142:12, 154:22, 158:7, 161:22, 163:23, 163:25, 169:16, 174:23, 174:24, 182:24, 183:6, 183:7, 184:23
**Number** [102] - 3:9, 16:4, 16:7, 23:18, 31:17, 34:17, 41:11, 47:24, 52:10, 53:12, 56:18, 60:17, 62:1, 63:14, 65:5, 68:8, 70:13, 72:23, 75:9, 80:5, 82:1, 82:24, 83:9, 83:22, 86:22, 87:13, 89:5, 89:6, 89:7, 91:18, 92:19, 93:13, 94:8, 98:7, 98:23, 107:19, 112:7, 115:5, 116:9, 118:2, 119:22, 122:4, 123:23, 125:22, 128:24, 130:4, 131:19, 135:4, 136:16, 144:17, 146:15, 148:7, 150:8, 155:9, 157:4, 157:9, 157:10, 157:13, 158:16, 159:17, 168:19, 169:6, 169:8, 169:10, 175:6, 175:17, 175:24, 176:4, 176:9, 176:11, 176:17, 176:22, 177:7, 178:10, 179:15, 179:20, 180:5, 180:9, 180:10, 180:23, 181:10, 182:12, 182:24, 183:4, 183:6, 183:7, 183:8, 183:9, 183:10, 183:11, 183:12, 183:16, 184:25, 185:3, 185:4, 185:5, 185:6, 185:9, 185:10
**numbers** [1] - 184:5
**nurse** [5] - 50:12, 73:4, 101:10, 121:13, 144:10
**nurses** [1] - 101:11
**nursing** [10] - 9:12, 73:4, 73:7, 73:13, 75:16, 76:9, 120:1, 120:2, 121:16, 142:25
**NW** [1] - 1:15

## O

**o'clock** [4] - 149:14, 174:6, 180:25, 194:8
**objection** [14] - 91:6, 93:4, 150:5, 169:7, 174:10, 174:12, 174:14, 180:25, 181:2, 181:3, 181:5, 181:6, 181:7, 183:21
**observed** [1] - 191:16
**obvious** [1] - 190:23
**obviously** [8] - 7:14, 12:4, 59:19, 80:13, 93:12, 101:12, 142:13, 161:24
**Ocampo** [4] - 41:11, 41:12, 171:25, 179:2
**occasion** [2] - 39:15, 39:16
**occasionally** [2] - 16:24, 40:12
**occupational** [1] - 130:8
**odd** [2] - 188:24, 189:9
**OF** [3] - 1:1, 1:4, 1:17
**OFAC** [1] - 36:1
**off-duty** [1] - 11:24
**offended** [1] - 193:1
**Office** [11] - 10:1, 21:24, 69:2, 106:22, 106:23, 107:7, 107:13, 138:22, 138:23, 141:24, 148:11
**OFFICE** [2] - 1:15, 1:20
**office** [26] - 10:12, 10:13, 10:16, 10:17, 11:8, 11:21, 12:12, 24:13, 37:20, 44:6, 63:8, 66:4, 67:5, 92:22, 103:21, 107:10, 131:9, 131:12, 138:12, 138:15, 138:18, 138:22, 138:24, 141:19, 141:21, 145:2
**OFFICER** [6] - 3:2, 80:2, 149:19, 175:5, 175:8, 192:16
**officer** [20] - 5:16, 7:21, 20:2, 23:6, 35:9, 42:14, 70:23, 71:8, 87:6, 105:24, 114:16, 120:8, 147:18, 147:24, 148:1, 148:17, 158:20, 164:20, 192:11
**officer's** [1] - 47:6
**officers** [12] - 11:25, 12:11, 23:11, 113:17, 117:5, 121:24, 148:14, 148:15, 149:5, 158:13, 187:2
**officers'** [1] - 149:2
**official** [1] - 2:23
**Official** [1] - 196:9
**officials** [1] - 29:15
**often** [1] - 11:21
**oil** [1] - 129:4
**old** [50] - 3:12, 9:1, 9:21, 16:9, 23:20, 32:5, 33:4, 33:23, 34:19, 36:23, 48:5, 53:14, 57:23, 58:15, 60:3, 60:19, 62:3, 63:16, 64:22, 65:2, 65:7, 70:15, 71:4, 73:2, 73:10, 75:14, 95:5, 98:14, 99:24, 103:10, 104:22, 105:18, 107:21, 109:3, 116:11, 116:23, 118:4, 122:6, 123:5, 123:25,

124:13, 129:3, 129:12, 130:6, 130:14, 135:6, 155:22, 156:2, 189:24
**older** [3] - 25:5, 33:5, 133:13
**once** [5] - 3:18, 9:13, 14:21, 19:13, 117:21
**one** [114] - 3:23, 3:24, 4:25, 5:3, 8:24, 10:15, 10:20, 11:20, 21:2, 25:16, 27:15, 29:22, 30:15, 33:12, 34:1, 37:11, 37:24, 44:17, 50:13, 58:18, 60:21, 62:11, 62:18, 68:15, 70:19, 71:7, 71:10, 71:11, 71:20, 72:11, 77:11, 81:16, 82:22, 86:10, 86:20, 89:14, 90:24, 90:25, 93:6, 96:3, 96:4, 96:5, 96:15, 96:16, 98:14, 98:15, 98:23, 100:6, 100:9, 100:10, 103:17, 103:18, 104:22, 104:25, 109:18, 110:23, 110:24, 112:18, 112:21, 115:12, 116:22, 124:12, 124:25, 125:12, 129:10, 130:20, 131:2, 132:14, 133:5, 133:13, 133:17, 133:18, 134:9, 135:11, 137:13, 139:5, 141:18, 143:9, 143:10, 144:19, 144:20, 145:7, 154:24, 155:4, 155:16, 155:24, 158:3, 158:15, 158:16, 165:19, 166:17, 168:3, 171:12, 171:21, 172:8, 172:13, 174:20, 180:21, 182:11, 182:21, 187:11, 189:5, 192:9, 193:15, 194:23, 195:5
**one-on-one** [1] - 158:15
**ones** [4] - 94:19, 155:7, 173:7, 175:8
**online** [1] - 124:15
**Opa** [2] - 50:8, 65:8
**Opa-Locka** [2] - 50:8, 65:8
**open** [3] - 189:7, 190:23, 192:10
**opening** [6] - 184:9, 192:1, 192:24, 193:14, 193:15
**openings** [4] - 173:10, 193:17, 193:18, 194:1
**operas** [1] - 95:13
**operation** [1] - 132:24
**operator** [1] - 27:13
**opinion** [3] - 13:5, 110:2, 161:16
**opinions** [3] - 47:10, 113:10, 131:16
**opportunity** [2] - 104:19, 173:11
**opposed** [1] - 158:15
**opposite** [2] - 22:19, 86:7
**order** [5] - 15:19, 15:20, 62:23, 184:9, 192:9
**Order** [1] - 3:1
**organ** [1] - 75:21
**organization** [1] - 26:7
**origin** [1] - 129:3
**originally** [2] - 84:1, 160:23
**ORLANDO** [1] - 1:23
**Ortiz** [1] - 194:17
**ORTIZ** [3] - 1:7, 1:23, 2:1
**Oscar** [1] - 190:7
**Osteopathic** [1] - 13:24
**otherwise** [4] - 9:9, 89:15, 193:11, 194:6
**outreach** [1] - 143:2
**outside** [7] - 23:20, 79:20, 114:15, 149:13, 149:17, 174:23, 185:23
**overnight** [1] - 101:15
**own** [9] - 24:16, 57:9, 60:8, 68:4, 68:5, 76:6, 85:9, 154:25, 172:20

# P

**P.A** [7] - 1:24, 2:1, 2:5, 2:8, 2:14, 2:17, 2:20
**p.m** [11] - 1:6, 80:3, 95:1, 149:20, 175:10, 184:17, 186:2, 192:19, 195:20
**Pacific** [1] - 77:10
**packages** [1] - 49:18
**paddle** [3] - 158:5, 159:7, 159:11
**Pages** [1] - 1:8
**paid** [6] - 111:23, 142:10, 168:1, 169:24, 169:25, 170:3
**pain** [2] - 65:2, 101:17
**paint** [3] - 57:9, 62:5, 62:6
**painting** [1] - 63:7
**Palm** [1] - 2:13
**Palmetto** [1] - 62:4
**Pamely** [1] - 118:3
**pancreas** [1] - 75:21
**panel** [8] - 49:11, 49:24, 80:12, 94:21, 157:7, 157:8, 172:8, 172:10
**paper** [3] - 190:23, 190:24, 192:13
**paperwork** [2] - 131:25, 133:22
**paralegal** [8] - 19:6, 48:10, 48:21, 76:2, 106:25, 107:2, 135:8, 135:9
**Paredes** [2] - 118:4, 172:4
**parents** [10] - 26:15, 76:11, 76:20, 76:22, 77:4, 104:7, 118:6, 118:10, 155:22, 167:10
**Park** [1] - 48:8
**part** [13] - 27:18, 27:19, 35:13, 43:14, 73:11, 74:19, 74:22, 100:1, 112:12, 149:10, 168:4, 169:1, 169:24
**part-time** [4] - 73:11, 100:1, 168:4, 169:24
**participate** [5] - 42:25, 54:6, 117:11, 117:13, 143:18
**particular** [2] - 80:16, 128:11
**particularly** [2] - 29:21, 52:18
**parties** [3] - 72:3, 188:21, 189:14
**partner** [14] - 5:20, 10:6, 24:21, 60:24, 65:18, 98:13, 108:20, 108:22, 109:1, 109:7, 109:16, 122:12, 143:5, 156:6
**partners** [2] - 17:22, 187:13
**parts** [2] - 23:21, 118:15
**Pasco** [1] - 69:2
**pass** [8] - 31:17, 50:6, 53:12, 65:5, 134:13, 146:15, 147:11, 164:16
**passed** [5] - 100:16, 100:18, 137:3, 164:11, 164:18
**passionate** [1] - 76:15
**passport** [1] - 74:7
**past** [11] - 16:11, 20:3, 23:6, 38:24, 48:9, 64:10, 68:14, 69:19, 70:18, 75:18, 120:2
**paternity** [1] - 99:9
**patience** [2] - 185:24, 192:4
**patient** [2] - 99:11, 165:23
**patients** [6] - 32:4, 75:19, 75:20, 76:16, 99:16, 165:23
**PATRICIA** [2] - 2:23, 196:8
**PATRICK** [2] - 2:19, 2:20
**pattern** [1] - 193:12
**pay** [7] - 11:10, 75:25, 109:7, 112:2, 112:4, 118:20, 160:21
**paycheck** [1] - 26:6
**paying** [2] - 32:23, 72:8
**payments** [1] - 65:12
**payroll** [1] - 10:13
**PBS** [1] - 36:9
**PCOM** [4] - 13:21, 13:23, 14:1, 14:2
**peace** [1] - 61:2
**pending** [2] - 72:11, 120:11
**Pennsylvania** [2] - 1:18, 95:6
**Pensacola** [1] - 10:18
**Penthouse** [1] - 2:8
**people** [42] - 3:5, 13:6, 26:4, 26:5, 28:9, 30:15, 37:23, 38:4, 38:16, 41:5, 43:11, 44:18, 47:3, 54:17, 54:18, 67:4, 75:2, 77:25, 78:15, 89:11, 94:22, 101:12, 104:7, 110:7, 144:18, 157:23, 172:24, 173:5, 173:14, 173:16, 173:18, 173:21, 173:22, 184:3, 188:9, 188:10, 188:14, 188:17, 189:9, 189:15
**peoples** [1] - 78:7
**per** [3] - 147:5, 168:3, 169:25
**percent** [2] - 8:2, 9:5
**peremptories** [1] - 173:1
**peremptory** [4] - 88:11, 177:21, 178:12, 178:17
**perempts** [1] - 157:20
**PEREZ** [6] - 2:4, 2:5, 174:13, 174:16, 181:6, 194:19
**perfect** [1] - 54:16
**perhaps** [1] - 41:5
**period** [1] - 55:19
**periods** [2] - 78:1, 78:9
**permanently** [1] - 132:4
**persecuted** [1] - 91:20
**person** [16] - 15:14, 17:12, 26:22, 29:21, 35:19, 38:6, 68:4, 68:5, 92:7, 100:12, 108:11, 108:12, 142:3, 152:5, 155:9, 188:7
**personal** [5] - 20:5, 29:18, 84:22, 85:7, 106:7
**personally** [4] - 11:24, 12:2, 17:18, 28:20
**pertain** [1] - 131:2
**Peru** [2] - 60:19, 125:24
**pharmaceutical** [2] - 50:13, 63:20
**Pharmacy** [1] - 13:21
**pharmacy** [9] - 98:10, 98:11, 98:13, 99:8, 99:10, 124:3, 125:16, 125:18
**PHENELUS** [1] - 1:20
**Philadelphia** [2] - 13:23, 23:20
**Philippines** [3] - 75:15, 77:16, 124:1
**philosophy** [1] -

64:22
**phone** [3] - 44:7, 50:15, 126:17
**phonetic** [1] - 136:24
**photography** [2] - 41:23, 41:24
**phrase** [2] - 44:17, 44:20
**Physical** [1] - 118:13
**physical** [2] - 9:11, 119:12
**physically** [1] - 76:14
**PI** [1] - 140:14
**picked** [3] - 49:9, 49:13, 146:19
**picking** [2] - 172:8, 191:14
**picture** [2] - 57:10, 188:13
**pictures** [1] - 50:16
**piece** [1] - 192:13
**pieces** [1] - 36:23
**pier** [1] - 104:4
**Pierre** [1] - 168:20
**Pilates** [2] - 104:15, 143:7
**Pinecrest** [1] - 25:9
**Pinto** [2] - 129:3, 172:4
**Pizza** [1] - 73:11
**place** [4] - 17:23, 62:3, 132:11, 132:21
**plainly** [1] - 152:2
**Plaintiff** [1] - 1:5
**planned** [1] - 94:24
**platforms** [4] - 16:24, 42:7, 46:16, 98:17
**play** [10] - 10:8, 16:23, 25:12, 52:21, 52:22, 115:14, 115:15, 122:20, 126:6, 140:25
**playing** [2] - 10:8, 114:14
**plea** [1] - 120:25
**plummeting** [1] - 84:18
**Poca** [2] - 62:2, 185:11
**podcast** [2] - 76:25, 116:23
**podcasts** [1] - 95:13
**podium** [1] - 159:20
**point** [8] - 11:20, 51:16, 84:15, 92:16, 134:18, 147:16, 173:2, 191:21
**pointed** [1] - 121:20
**Poleo** [1] - 172:5
**police** [10] - 26:11, 29:4, 42:14, 45:16, 71:8, 100:22, 114:16, 117:5, 134:7
**Police** [1] - 45:17
**policemen** [2] - 25:19, 26:3
**political** [4] - 29:21, 30:23, 47:11, 89:8
**politics** [2] - 69:11, 76:21
**Ponce** [1] - 2:5
**pooled** [1] - 145:20
**pop** [1] - 93:18
**pops** [1] - 48:16
**popular** [1] - 126:23
**popup** [1] - 46:12
**Port** [1] - 165:1
**portable** [1] - 78:14
**pose** [1] - 43:6
**posing** [1] - 6:13
**position** [8] - 82:1, 82:9, 83:6, 84:23, 85:14, 86:3, 154:12, 169:6
**POSNER** [1] - 2:12
**possibility** [3] - 97:19, 97:20, 97:21
**possible** [3] - 27:6, 76:20, 79:1
**post** [2] - 188:11, 188:12
**Post** [1] - 126:5
**postop** [1] - 32:4
**potential** [2] - 17:21, 88:6
**potentially** [1] - 126:18
**power** [1] - 115:1
**practice** [2] - 16:14, 129:20
**practiced** [3] - 31:4, 31:5, 129:19
**practices** [2] - 120:6, 143:4
**practicing** [1] - 25:6
**practitioner** [1] - 50:12
**pre** [1] - 30:7
**pre-K** [1] - 30:7
**preclude** [16] - 6:8, 10:22, 15:2, 37:3, 51:1, 71:14, 78:3, 95:24, 99:1, 106:18, 113:2, 117:12, 125:7, 135:21, 141:11, 143:19
**predict** [1] - 51:2
**prefer** [1] - 130:17
**pregnant** [1] - 58:9
**preliminary** [2] - 191:23, 193:12
**prenup** [1] - 24:6
**prepare** [1] - 192:25
**prepared** [1] - 173:15
**preschool** [1] - 30:13
**presented** [1] - 110:11
**president** [10] - 36:7, 105:22, 139:16, 139:23, 156:18, 156:22, 160:16, 166:8, 167:8, 169:17
**President** [2] - 87:9, 158:23
**pressed** [4] - 88:24, 93:22, 93:23
**pressure** [4] - 33:7, 36:21, 84:17, 125:2
**PRETEL** [1] - 1:7
**pretty** [9] - 4:6, 5:5, 19:15, 24:21, 31:25, 32:14, 67:3, 150:20, 190:23
**prevent** [4] - 46:25, 47:12, 61:10, 63:3
**prevents** [1] - 63:5
**previous** [6] - 61:8, 62:8, 63:9, 102:9, 113:6, 124:9
**previously** [2] - 42:10, 135:9
**primarying** [1] - 29:19
**Prime** [1] - 32:10
**prioritize** [4] - 13:13, 90:10, 90:14, 94:10
**prison** [5] - 10:18, 117:21, 117:23, 130:25, 151:9
**private** [11] - 5:18, 8:6, 8:9, 8:12, 35:3, 35:14, 65:15, 66:3, 155:10, 155:15, 169:10
**probation** [1] - 120:25
**problem** [8] - 4:4, 9:2, 93:7, 97:10, 97:18, 151:11, 167:14, 182:22
**procedure** [1] - 172:21
**proceed** [1] - 36:18
**proceedings** [3] - 61:14, 117:19, 196:4
**Proceedings** [1] - 195:20
**process** [4] - 5:2, 39:21, 134:17, 189:2
**products** [1] - 24:15
**professionally** [1] - 118:10
**professor** [2] - 123:13, 152:17
**Program** [1] - 140:13
**program** [3] - 57:5, 58:4, 132:23
**Progressive** [1] - 70:20
**prolonged** [2] - 78:1, 78:8
**promise** [2] - 184:21, 193:25
**prompt** [1] - 187:8
**promptly** [1] - 187:8
**property** [1] - 175:9
**propose** [1] - 172:24
**prosecuted** [1] - 145:2
**prosecutor** [4] - 130:12, 131:5, 131:11, 154:5
**prosecutor's** [7] - 67:5, 138:12, 138:14, 138:18, 138:22, 138:24, 141:19
**prosecutors** [5] - 107:12, 107:13, 131:12, 146:9, 189:5
**PROSPECTIVE** [496] - 3:11, 4:11, 4:16, 4:19, 4:21, 4:25, 5:7, 5:10, 5:13, 6:15, 6:23, 7:3, 7:6, 7:14, 7:25, 8:5, 8:8, 8:12, 8:16, 8:20, 8:23, 9:5, 9:15, 9:18, 9:20, 11:4, 11:9, 11:12, 11:14, 11:18, 11:23, 12:9, 12:20, 13:13, 13:18, 13:23, 14:1, 14:3, 14:5, 14:11, 14:15, 14:17, 15:5, 15:10, 15:18, 15:20, 15:25, 16:5, 16:8, 17:8, 17:11, 17:21, 17:25, 18:3, 18:6, 18:11, 18:13, 18:19, 20:17, 20:20, 21:1, 21:8, 21:15, 21:18, 21:20, 21:22, 21:25, 22:4, 22:16, 23:3, 23:16, 23:19, 24:11, 24:17, 24:20, 27:3, 27:7, 27:18, 27:21, 28:2, 28:5, 28:9, 28:13, 28:15, 28:17, 28:21, 28:25, 29:3, 29:6, 29:12, 29:16, 29:25, 30:4, 30:7, 30:12, 30:17, 30:20, 31:2, 31:7, 31:12, 31:14, 31:19, 32:7, 32:21, 33:16, 33:18, 33:21, 34:6, 34:11, 34:14, 34:18, 34:25, 35:2, 35:19, 36:4, 36:6, 38:1, 38:12, 38:15, 38:18, 38:20, 38:23, 39:5, 39:11, 39:16, 39:19, 39:24, 40:14, 40:18, 41:1, 41:4, 41:12, 43:9, 43:23, 44:5, 44:12, 45:3, 45:7, 45:11, 45:13, 45:17, 45:22, 45:25, 47:8, 47:17, 47:19, 47:22, 47:25, 48:2, 48:4, 49:6, 49:9, 49:12, 49:16, 49:18, 49:21, 50:1, 50:4, 50:7, 51:5, 51:7, 51:12, 51:18, 51:22, 52:5, 52:8, 52:11, 53:5, 53:9, 53:11, 54:12, 54:14, 54:22, 55:1, 55:10, 55:12, 55:14, 55:17, 55:23, 56:1, 56:4, 56:6, 56:13, 56:15, 56:17, 56:19, 57:24, 58:2, 58:6, 58:9, 58:14, 59:8, 59:12, 59:15, 59:17, 59:25, 60:3, 60:6, 60:15, 60:18, 61:15, 61:18, 61:20, 61:22, 61:25, 62:2, 63:8, 63:12, 63:15, 65:6, 66:16, 66:19, 66:23, 67:1, 67:7, 67:11, 67:16, 67:21, 67:24, 68:4, 68:9, 69:13, 69:16, 69:18, 69:22, 69:24, 70:1, 70:4, 70:6, 70:11, 70:14, 71:18, 71:23, 71:25, 72:2, 72:6, 72:13, 72:18, 72:21, 72:24, 73:1, 73:25, 74:2, 74:5, 74:12, 74:16, 74:25, 75:4, 75:6, 75:8, 75:11, 78:21, 79:1, 79:5, 79:10, 79:13, 95:4, 96:3, 96:8, 96:10, 96:13, 96:16, 96:19, 96:22, 96:25, 97:8, 97:13, 97:19, 97:24, 98:3, 98:5, 98:8, 99:6, 99:14,

99:17, 99:19, 99:22, 101:14, 101:22, 102:6, 102:11, 102:15, 102:18, 102:20, 102:24, 103:5, 103:9, 105:17, 106:24, 107:3, 107:5, 107:8, 107:11, 107:17, 107:20, 108:3, 108:5, 108:14, 108:16, 108:20, 108:23, 109:1, 110:5, 110:13, 110:22, 111:5, 111:8, 111:16, 111:18, 111:23, 112:2, 112:8, 113:5, 113:13, 113:16, 113:23, 114:2, 114:4, 114:7, 114:9, 114:13, 114:19, 114:24, 115:2, 115:6, 115:25, 116:3, 116:7, 116:10, 117:17, 117:20, 117:25, 118:3, 119:13, 119:15, 119:17, 119:20, 119:23, 120:24, 121:3, 121:7, 121:10, 121:15, 121:19, 121:23, 122:2, 122:5, 122:14, 122:17, 122:19, 123:7, 123:13, 123:17, 123:19, 123:24, 124:15, 125:12, 125:17, 125:20, 125:23, 126:15, 126:22, 127:1, 127:5, 127:12, 127:14, 127:18, 127:23, 128:4, 128:10, 128:16, 128:22, 128:25, 129:2, 129:21, 130:2, 130:5, 131:6, 131:10, 131:16, 131:20, 132:4, 132:9, 132:17, 132:20, 135:5, 136:2, 136:4, 136:6, 136:8, 136:13, 136:17, 136:24, 137:1, 137:3, 137:6, 137:8, 137:18, 137:21, 138:8, 138:13, 138:16, 138:19, 138:25, 139:4, 139:8, 139:10, 139:13, 139:17, 139:24, 140:3, 140:19, 140:21, 140:24, 141:16, 141:20, 141:23, 141:25, 142:2, 142:5, 142:9, 142:19, 142:22, 143:24, 144:3, 144:5, 144:8, 144:11, 144:23, 145:3, 145:7, 145:12, 145:14, 145:19, 145:24, 146:2, 146:5, 146:10, 146:13, 146:18, 146:21, 147:4, 147:8, 147:14, 147:17, 148:2, 148:5, 148:20, 149:8, 151:8, 159:19, 159:24, 160:12, 160:17, 160:22, 160:25, 161:2, 161:6, 161:12, 161:18, 161:23, 162:5, 162:10, 162:17, 162:19, 163:2, 163:8, 163:12, 163:18, 163:24, 164:1, 164:8, 164:11, 164:15, 164:17, 164:22, 164:24, 165:7, 165:10, 165:14, 165:18, 165:20, 165:22, 166:5, 166:10, 166:13, 166:15, 166:20, 167:1, 167:6, 167:12, 167:14, 167:24, 168:3, 168:11, 168:16

**Prospective** [8] - 159:16, 163:19, 163:22, 166:2, 166:3, 167:15, 167:17, 168:18

**prospective** [1] - 186:2

**proud** [2] - 61:2, 152:6

**proven** [1] - 44:18

**provide** [1] - 61:2

**psychological** [2] - 15:25, 124:18

**psychologically** [1] - 65:1

**psychology** [4] - 41:15, 60:21, 122:9, 142:24

**PT** [1] - 118:9

**PTO** [2] - 21:10, 101:23

**Public** [2] - 60:22, 70:17

**public** [1] - 140:7

**Publix** [1] - 95:8

**Puerto** [10] - 131:22, 131:23, 132:3, 132:4, 133:3, 133:16, 133:21, 134:7, 134:19, 153:14

**pulled** [1] - 114:16

**purposefully** [1] - 81:7

**purse** [1] - 186:9

**pursue** [1] - 118:9

**pursued** [1] - 118:11

**pushed** [2] - 87:23, 87:24

**put** [16] - 12:5, 18:15, 20:12, 22:22, 23:3, 38:21, 85:4, 127:9, 158:20, 160:20, 160:22, 189:11, 195:7, 195:18, 195:19

**putting** [1] - 36:23

## Q

**quality** [1] - 63:19

**questioning** [1] - 106:20

**questionnaire** [1] - 91:24

**questions** [28] - 26:25, 37:22, 80:21, 84:16, 87:10, 90:13, 90:17, 91:17, 91:19, 91:25, 92:24, 93:13, 93:20, 94:7, 126:19, 144:15, 144:16, 148:8, 148:9, 154:3, 155:21, 158:18, 158:19, 158:21, 164:6, 166:6, 167:19, 190:11

**quit** [1] - 27:8

**quite** [3] - 26:9, 88:4, 106:13

## R

**radio** [1] - 3:16

**Rainier** [2] - 70:25, 71:18

**raise** [8] - 44:15, 76:8, 135:25, 153:23, 156:17, 164:5, 186:6, 186:9

**raised** [33] - 4:22, 6:13, 7:11, 15:6, 18:21, 31:21, 37:23, 43:19, 44:9, 45:4, 49:4, 52:12, 56:20, 67:4, 67:17, 87:8, 87:9, 89:1, 91:3, 111:3, 116:11, 125:5, 138:10, 138:23, 140:4, 155:10, 158:5, 158:22, 159:7, 159:10, 167:22, 168:5, 168:9

**raising** [1] - 153:25

**randomly** [1] - 49:10

**Ransom** [2] - 103:15, 103:16

**rather** [4] - 13:14, 99:16, 173:13, 192:25

**reach** [2] - 34:6, 105:1

**reached** [2] - 50:20, 112:19

**reaches** [1] - 40:12

**reaching** [1] - 188:14

**read** [42] - 3:17, 10:7, 14:18, 16:20, 19:14, 25:10, 25:13, 30:18, 30:19, 30:23, 37:19, 38:19, 42:4, 42:5, 46:14, 52:20, 63:24, 63:25, 65:21, 68:22, 71:4, 73:13, 95:13, 98:18, 104:10, 109:10, 115:13, 116:25, 118:18, 118:23, 120:12, 126:4, 126:24, 127:8, 135:12, 143:6, 143:8, 190:19, 190:22, 190:25, 191:1, 191:2

**reading** [3] - 5:24, 53:20, 104:15

**ready** [13] - 71:1, 79:23, 87:1, 104:20, 150:25, 159:13, 159:14, 175:11, 175:13, 175:15, 193:13, 193:19, 194:2

**real** [13] - 16:14, 17:10, 17:16, 17:24, 52:15, 53:6, 103:18, 103:20, 103:23, 103:25, 122:10, 129:8, 190:3

**reality** [2] - 68:23, 141:1

**realize** [2] - 170:2, 170:4

**realizes** [1] - 152:17

**really** [35] - 10:6, 19:11, 19:12, 22:11, 22:19, 23:8, 34:14, 35:18, 36:2, 36:9, 36:24, 39:25, 41:2, 42:1, 42:6, 43:25, 44:3, 44:15, 52:17, 54:12, 65:3, 87:10, 99:10, 103:24, 104:8, 105:11, 140:15, 144:9, 154:6, 154:10, 154:11, 169:4, 175:14, 188:22

**reason** [9] - 47:9, 83:16, 85:5, 85:6, 129:25, 130:2, 160:7, 169:1, 171:15

**reasonable** [2] - 65:4, 173:3

**reasons** [4] - 26:4, 26:5, 83:25, 86:1

**receive** [3] - 40:19, 75:21, 167:25

**recently** [6] - 6:16, 10:15, 18:23, 19:8, 25:25, 100:16

**recess** [3] - 81:12, 150:24, 175:10

**recharge** [1] - 76:13

**recited** [1] - 86:1

**recognize** [4] - 38:17, 97:16, 108:13, 136:3

**record** [4] - 90:2, 91:11, 170:22, 174:12

**records** [1] - 106:16

**recovering** [1] - 75:19

**recovery** [2] - 6:17, 8:19

**recuperate** [1] - 76:12

**reference** [2] - 73:14, 134:18

**referring** [1] - 29:12

**regarding** [2] - 91:19, 92:20

**regardless** [1] - 37:4

**Regional** [1] - 105:22

**registered** [2] - 73:4, 124:3

**regular** [2] - 112:12, 141:10

**rehab** [1] - 82:16

**rehabbed** [1] - 88:3

**rehabilitate** [5] - 90:7, 90:8, 90:12, 152:10, 168:24

**rehabilitated** [1] - 94:10

**Rehabilitation** [1] - 73:5

**related** [18] - 36:1, 36:17, 37:11, 37:13, 77:8, 103:18, 112:11, 112:18, 141:8, 142:4, 151:11, 156:11, 156:18, 156:23,

166:11, 167:7, 167:9, 169:17
**relations** [4] - 7:17, 7:18, 24:22, 30:24
**relationship** [3] - 107:15, 167:5, 167:11
**relationships** [2] - 7:20, 22:2
**relative** [4] - 131:24, 132:11, 161:3, 164:4
**relatives** [1] - 145:8
**relaxants** [1] - 78:10
**relaxation** [1] - 112:16
**relaxers** [1] - 101:17
**reliever** [1] - 77:2
**religion** [5] - 26:22, 61:9, 73:21, 123:8, 134:15
**religions** [2] - 4:5, 138:3
**religious** [29] - 6:8, 10:21, 15:1, 20:8, 26:22, 33:9, 37:2, 37:4, 46:24, 49:1, 51:1, 54:7, 63:4, 66:10, 69:7, 71:13, 95:23, 105:12, 106:17, 109:21, 115:22, 117:12, 119:8, 120:19, 125:6, 131:1, 135:21, 141:11, 143:18
**rely** [2] - 6:19, 127:10
**remaining** [1] - 185:15
**remember** [8] - 70:7, 95:22, 111:8, 145:16, 160:12, 165:10, 172:7, 186:21
**reminding** [1] - 194:7
**remote** [1] - 165:23
**render** [1] - 186:12
**rendered** [1] - 161:14
**renewed** [1] - 150:1
**rental** [1] - 32:1
**repair** [1] - 31:23
**repeat** [4] - 76:19, 137:15, 137:16, 138:19
**report** [4] - 39:3, 39:14, 39:18, 132:24
**REPORTED** [1] - 2:22
**reporter** [4] - 14:13, 30:3, 47:20, 108:1
**Reporter** [2] - 2:23, 196:9
**REPORTER** [2] - 35:17, 36:5
**reporting** [3] - 35:7, 84:12, 126:20
**reports** [6] - 35:14, 35:21, 38:10, 38:25, 160:19, 160:21
**reprieve** [1] - 184:8
**request** [2] - 91:19, 174:15
**research** [2] - 17:18, 154:25
**reserve** [1] - 147:18
**reside** [7] - 5:15, 95:6, 99:25, 103:12, 105:19, 115:7, 130:7
**residential** [1] - 140:11
**residing** [1] - 124:1
**resist** [1] - 190:8
**resource** [1] - 25:1
**respect** [13] - 26:1, 27:9, 39:24, 40:2, 40:5, 40:20, 40:23, 41:5, 139:15, 148:9, 158:18, 160:15, 191:7
**responded** [1] - 157:16
**responding** [1] - 91:25
**responsibility** [2] - 59:20, 127:25
**rest** [3] - 58:24, 111:24, 192:6
**restaurant** [2] - 19:3, 190:6
**restraining** [1] - 62:23
**restroom** [1] - 81:18
**result** [2] - 160:1
**resume** [1] - 95:2
**retail** [1] - 65:13
**retire** [3] - 100:18, 119:16, 133:10
**retired** [13] - 9:1, 50:10, 51:4, 71:8, 89:13, 100:23, 103:19, 104:2, 104:14, 105:3, 119:15, 130:23, 147:17
**retirement** [1] - 77:4
**Reuters** [2] - 16:21, 36:10
**Rico** [10] - 131:22, 131:23, 132:3, 132:5, 133:3, 133:16, 133:21, 134:8, 134:19, 153:15
**rid** [1] - 182:24
**rigorous** [1] - 26:1
**ring** [1] - 33:25
**rise** [3] - 3:2, 80:2, 192:16
**risk** [1] - 129:22
**River** [1] - 115:8
**Riviera** [1] - 108:6
**robbery** [3] - 95:22, 120:10, 151:9
**Rock** [2] - 65:11, 165:15
**role** [3] - 42:18, 43:25, 44:2
**Roma** [1] - 129:12
**romance** [1] - 76:18
**Romania** [5] - 13:20, 15:6, 15:9, 15:24, 84:2
**Rome** [1] - 129:11
**Romero** [1] - 125:24
**room** [6] - 80:4, 149:22, 185:18, 185:22, 187:15, 192:18
**roommate** [3] - 25:23, 27:1, 29:10
**Rosenblat** [4] - 140:2, 140:4, 172:5
**ROTC** [1] - 18:4
**routine** [1] - 102:3
**RPR** [2] - 2:23, 196:8
**rule** [2] - 27:25, 188:25
**rules** [1] - 191:16
**run** [1] - 81:10
**running** [4] - 99:10, 114:15, 133:23, 143:7
**rushing** [1] - 189:4

## S

**safe** [1] - 174:24
**salary** [2] - 109:6, 109:7
**sales** [3] - 62:13, 105:25, 135:10
**Salfate** [1] - 63:16
**Salgado** [4] - 3:9, 3:12, 171:24, 178:5
**Samuel** [1] - 136:17
**San** [6] - 34:19, 46:4, 132:23, 133:5, 133:6, 133:10
**sanctions** [1] - 36:1
**Sandinistas** [1] - 64:21
**Santa** [1] - 104:4
**SARs** [7] - 38:24, 39:5, 40:12, 40:16, 41:7, 84:12, 84:14
**sat** [1] - 30:14
**savings** [1] - 77:4
**Savings** [1] - 191:19
**saw** [5] - 55:8, 101:9, 119:2, 122:19, 154:9
**scammed** [1] - 77:3
**scared** [2] - 30:12, 32:19
**scary** [1] - 124:18
**scene** [1] - 28:24
**schedule** [1] - 79:15
**scheme** [1] - 59:21
**school** [43] - 3:13, 5:16, 9:23, 16:20, 18:7, 25:9, 33:23, 34:21, 36:8, 43:13, 43:18, 43:24, 46:3, 50:8, 52:16, 60:22, 62:12, 63:18, 65:9, 95:10, 98:16, 102:25, 105:5, 109:13, 115:8, 115:9, 116:18, 116:20, 116:22, 118:9, 133:2, 133:3, 133:19, 135:7, 136:19, 142:25, 143:25, 144:1, 156:2
**School** [7] - 23:24, 48:8, 60:22, 82:21, 100:11, 103:16, 122:8
**Schools** [1] - 70:17
**schoolteacher** [1] - 116:17
**sci** [3] - 19:13, 124:18, 130:17
**sci-fi** [3] - 19:13, 124:18, 130:17
**sciatica** [3] - 77:24, 78:11, 79:5
**science** [7] - 5:20, 30:22, 46:6, 46:15, 75:16, 89:8, 100:7
**scientist** [2] - 46:7, 57:1
**Scott** [1] - 130:6
**screen** [1] - 165:24
**scroll** [2] - 42:3, 122:21
**scrolling** [1] - 124:16
**scrubbed** [1] - 88:7
**SE** [3] - 1:24, 2:2, 2:15
**SEAN** [1] - 1:14
**season** [1] - 18:12
**seat** [2] - 85:14, 87:15
**seated** [8] - 3:4, 30:10, 80:5, 95:2, 149:23, 159:15, 186:17, 192:20
**seating** [2] - 182:8, 182:10
**seats** [1] - 184:16
**second** [10] - 56:7, 130:25, 139:5, 176:9, 176:16, 177:15, 182:21, 183:1, 183:4, 188:20
**Second** [2] - 2:2, 2:15
**seconds** [1] - 24:18
**Secrecy** [1] - 35:4
**secret** [1] - 77:5
**secretary** [1] - 10:16
**section** [2] - 11:9, 11:25
**securities** [1] - 24:15
**security** [26] - 5:1, 5:18, 8:7, 8:9, 8:12, 8:13, 41:20, 56:24, 60:15, 155:10, 155:15, 158:13, 164:4, 164:5, 164:9, 164:13, 164:20, 164:25, 165:2, 165:8, 165:10, 165:12, 169:10, 187:2, 191:9, 192:11
**SECURITY** [6] - 3:2, 80:2, 149:19, 175:5, 175:8, 192:16
**Security** [10] - 8:9, 70:10, 73:17, 74:2, 74:11, 74:15, 74:20, 164:12, 164:25
**see** [50] - 12:1, 12:14, 16:4, 23:5, 23:12, 25:17, 38:13, 40:10, 40:24, 41:3, 42:2, 48:15, 52:3, 56:2, 56:9, 58:18, 58:23, 61:12, 72:2, 76:24, 78:5, 80:1, 87:5, 90:2, 94:24, 97:8, 97:24, 98:17, 103:12, 108:11, 110:14, 110:24, 119:9, 122:20, 137:18, 137:20, 154:8, 163:11, 166:25, 168:7, 173:12, 186:25, 187:1, 188:23, 189:5, 190:24, 191:21, 192:8, 195:6
**seeing** [3] - 23:10, 23:11, 117:23
**seem** [4] - 27:22, 84:19, 104:21, 188:24
**selected** [5] -

100:21, 130:21, 142:13, 184:23, 185:15
**selection** [2] - 49:7, 190:4
**self** [7] - 64:1, 65:22, 77:1, 117:1, 135:11, 137:21, 143:8
**self-employed** [1] - 135:11
**self-esteem** [1] - 77:1
**self-help** [4] - 64:1, 65:22, 117:1, 143:8
**sell** [1] - 62:6
**sells** [1] - 118:15
**semester** [2] - 123:18, 152:21
**send** [1] - 173:22
**sending** [2] - 87:14, 175:8
**sends** [1] - 82:20
**senior** [4] - 36:7, 56:21, 99:8, 140:7
**Senior** [2] - 118:8, 122:8
**sense** [2] - 20:13, 80:11
**sent** [1] - 11:10
**sentence** [1] - 134:11
**sentencing** [2] - 93:6, 146:6
**Senterfitt** [1] - 24:22
**Sentinel** [1] - 104:11
**separated** [1] - 63:23
**series** [1] - 148:8
**serious** [2] - 26:12, 28:13
**serve** [29] - 49:25, 53:22, 59:19, 61:3, 63:11, 64:3, 65:25, 71:5, 72:7, 73:23, 78:22, 79:2, 79:8, 82:25, 83:5, 84:19, 86:8, 95:18, 101:20, 101:21, 125:19, 126:7, 136:11, 137:22, 137:23, 143:9, 145:23, 159:23, 171:15
**served** [55] - 3:19, 6:2, 10:11, 14:19, 14:20, 16:25, 19:16, 19:24, 25:15, 25:16, 36:14, 42:13, 46:18, 48:18, 48:19, 50:18, 52:24, 57:12, 59:3, 62:19, 64:5, 67:25, 68:2, 68:25, 69:1, 71:6, 73:15, 77:13, 95:14, 95:17, 96:19, 98:19, 100:16, 100:21, 104:22, 104:24, 106:11, 109:12, 109:15, 112:19, 115:17, 117:3, 117:4, 117:8, 118:24, 119:1, 120:13, 124:21, 135:14, 135:15, 141:3, 143:11, 161:8, 161:9
**serves** [1] - 77:10
**Service** [1] - 23:25
**service** [16] - 3:14, 19:3, 41:18, 53:23, 61:24, 104:4, 119:19, 120:3, 121:15, 134:1, 170:4, 187:24, 191:6, 191:8, 192:5
**Services** [2] - 8:10, 135:10
**services** [4] - 24:2, 24:9, 95:15, 143:3
**servicing** [1] - 121:17
**serving** [17] - 6:10, 66:1, 66:7, 66:14, 69:6, 69:8, 81:24, 98:4, 101:6, 101:20, 113:2, 116:5, 122:23, 123:12, 129:16, 142:7, 142:14
**SESSION** [1] - 1:5
**set** [2] - 13:4, 191:24
**seven** [4] - 58:17, 109:17, 109:23, 175:7
**seventh** [2] - 179:1, 179:7
**several** [3] - 28:23, 35:23, 38:24
**shaking** [1] - 155:1
**share** [2] - 37:20, 76:20
**sharing** [3] - 131:8, 172:22, 173:21
**Shaw** [1] - 171:24
**Sheriff** [1] - 21:17
**Sheriff's** [5] - 10:1, 21:24, 69:2, 120:15, 148:10
**sheriff's** [7] - 10:12, 10:16, 10:17, 11:7, 11:21, 12:12
**sheriffs** [1] - 11:22
**shift** [4] - 6:23, 7:4, 75:24, 75:25
**Shores** [2] - 135:7, 171:7
**short** [3] - 59:16, 193:23, 193:25
**shorter** [1] - 85:12
**shortest** [1] - 155:20
**shoulders** [1] - 155:1
**shouting** [1] - 157:18
**show** [1] - 92:3
**Show** [1] - 71:2
**showed** [3] - 159:10, 164:5, 193:10
**shows** [8] - 10:9, 68:23, 100:14, 117:1, 124:17
**Shubin** [1] - 17:8
**siblings** [2] - 124:20, 143:9
**sic** [3] - 119:5, 133:8, 133:11
**sick** [1] - 133:11
**sickle** [1] - 101:4
**side** [20] - 3:15, 10:22, 23:8, 35:12, 37:8, 44:17, 45:8, 45:10, 49:3, 71:14, 71:16, 124:21, 131:3, 140:10, 140:11, 148:12, 157:20, 187:1
**sidebar** [9] - 86:24, 86:25, 87:2, 87:5, 87:12, 93:17, 157:4, 158:17, 159:1
**sidebars** [1] - 93:17
**sides** [16] - 10:24, 44:14, 47:1, 54:9, 63:6, 78:6, 88:9, 99:2, 119:10, 125:8, 134:16, 135:24, 138:5, 141:13, 143:20, 162:6
**sign** [1] - 58:2
**signed** [7] - 61:20, 194:22, 195:1, 195:3, 195:8, 195:10, 195:13
**significant** [2] - 116:21, 118:14
**signs** [2] - 187:1, 187:2
**Simone** [1] - 185:3
**simple** [1] - 156:22
**singer** [1] - 104:20
**singing** [1] - 104:17
**single** [5] - 3:15, 60:7, 65:18, 132:14, 133:1
**sister** [7] - 10:16, 42:22, 48:10, 48:21, 87:18, 100:22, 164:24
**sister's** [2] - 71:5, 100:17
**sister-in-law** [2] - 48:10, 48:21
**sisters** [3] - 10:15, 11:20, 148:11
**sit** [2] - 80:23, 184:24
**sitting** [13] - 5:4, 13:8, 51:1, 73:21, 77:25, 78:8, 83:2, 95:24, 101:12, 125:7, 135:21, 141:11, 143:19
**situation** [3] - 27:10, 55:2, 117:22
**situations** [1] - 22:18
**six** [11] - 36:18, 58:16, 96:3, 96:4, 106:25, 107:1, 107:2, 107:3, 108:9, 152:18, 172:7
**sixth** [2] - 178:17, 178:22
**skeptical** [3] - 113:24, 113:25, 152:9
**ski** [1] - 16:23
**skills** [1] - 77:1
**Slavin** [3] - 171:23, 183:9, 185:6
**sleep** [4] - 64:16, 78:12, 79:4, 102:4
**sleeping** [1] - 64:13
**sleeps** [1] - 118:17
**sleepy** [1] - 64:15
**slightest** [1] - 107:17
**slightly** [1] - 128:13
**slow** [8] - 14:12, 34:24, 35:18, 36:2, 36:3, 136:22, 140:18
**slower** [1] - 35:20
**small** [5] - 4:19, 24:11, 24:13, 112:3, 156:3
**Snap** [1] - 188:12
**snores** [1] - 118:17
**Snyder** [2] - 115:25
**soap** [1] - 95:13
**soccer** [2] - 106:8, 126:6
**social** [21] - 5:1, 10:7, 41:17, 42:2, 48:16, 52:21, 62:14, 63:25, 75:13, 77:1, 95:8, 100:13, 112:15, 116:24, 118:19, 130:12, 135:13, 140:16, 188:10, 188:19, 189:21
**software** [4] - 53:18, 56:15, 56:21, 56:22
**SOLAGES** [2] - 1:8, 2:17
**Solages** [1] - 195:16
**sole** [1] - 85:5
**solely** [1] - 85:3
**solemnly** [1] - 186:10
**solutions** [2] - 46:7, 46:9
**Solutions** [1] - 51:7
**someone** [13] - 12:19, 47:7, 70:10, 80:19, 97:24, 99:18, 128:9, 136:1, 138:21, 147:25, 155:10, 159:8
**someplace** [1] - 190:16
**sometimes** [7] - 39:6, 55:5, 60:6, 75:2, 118:20, 161:19
**somewhat** [1] - 101:11
**somewhere** [2] - 66:19, 77:10
**son** [26] - 32:5, 32:9, 50:12, 50:18, 50:23, 51:15, 51:18, 51:24, 55:18, 55:22, 58:18, 68:20, 70:25, 71:17, 77:10, 95:12, 95:21, 96:12, 96:14, 97:6, 116:22, 134:10, 135:11, 171:12, 171:13
**son's** [3] - 30:6, 97:23, 151:11
**sonography** [1] - 18:24
**sons** [3] - 120:18, 120:22, 151:8
**soon** [6] - 50:22, 51:9, 51:10, 76:6, 142:25, 149:17
**soon-to-be** [1] - 51:10
**sorry** [32] - 13:22, 13:25, 16:6, 24:17, 34:25, 35:17, 35:19, 35:20, 38:18, 47:20, 57:22, 59:14, 65:16, 72:23, 75:5, 93:15, 95:16, 108:22, 112:2, 115:3, 116:2, 129:1, 134:25, 136:21, 137:5, 140:19, 155:13, 155:18, 170:15, 171:21, 182:1, 182:25
**sort** [6] - 59:22, 92:24, 102:2, 148:17, 149:5, 161:9
**Sotolongo** [2] - 171:24, 178:2

**sound** [5] - 12:25, 31:3, 34:9, 103:2, 108:2
**sounds** [2] - 30:25, 44:24
**source** [1] - 46:11
**sources** [6] - 5:22, 16:22, 25:11, 46:13, 57:8, 127:4
**Sousa** [3] - 5:12, 5:14, 9:17
**South** [3] - 25:9, 34:21, 35:22
**south** [3] - 48:6, 105:5, 119:24
**Southern** [2] - 130:11, 131:7
**SOUTHERN** [1] - 1:1
**Southridge** [3] - 31:22, 105:6, 118:8
**space** [3] - 17:24, 103:21, 111:20
**Spain** [1] - 56:20
**Spanish** [3] - 122:20, 134:20, 134:22
**spare** [1] - 133:25
**speaking** [1] - 191:4
**special** [3] - 70:16, 70:18, 70:22
**specialist** [2] - 10:13, 63:20
**specializes** [1] - 19:9
**specialty** [1] - 125:14
**specifically** [8] - 6:15, 31:15, 35:4, 76:21, 88:23, 90:14, 92:10, 92:21
**speech** [1] - 75:2
**spend** [4] - 59:18, 64:1, 71:3, 118:21
**spent** [3] - 105:19, 130:25, 191:14
**spinal** [1] - 130:10
**spoken** [1] - 39:17
**sport** [1] - 133:23
**sports** [11] - 14:8, 14:18, 52:22, 58:25, 65:12, 68:19, 68:21, 68:23, 68:24, 106:8
**Spotify** [1] - 3:16
**spouse** [14] - 10:6, 19:10, 32:4, 36:6, 41:20, 46:11, 62:11, 112:13, 124:7, 125:9, 133:8, 140:15, 143:5, 187:12
**spring** [4] - 87:15, 93:23, 93:25, 146:16
**spy** [1] - 141:2
**squeeze** [1] - 194:3
**St** [2] - 68:19, 68:20
**stadium** [3] - 165:3, 165:13, 165:14
**staff** [1] - 191:9
**stamps** [1] - 109:11
**stand** [5] - 40:13, 79:17, 101:13, 149:19, 186:4
**standard** [3] - 7:16, 88:14, 193:11
**standing** [1] - 185:15
**start** [18] - 5:1, 74:5, 74:12, 74:17, 76:5, 83:3, 102:12, 149:6, 149:11, 173:9, 187:3, 187:5, 187:6, 187:7, 190:14, 191:22, 191:23, 192:2
**started** [5] - 19:8, 49:21, 91:24, 103:14, 120:15
**starting** [5] - 16:15, 17:23, 136:19, 142:25, 151:1
**startup** [1] - 17:14
**State** [4] - 23:23, 106:23, 138:23, 141:24
**state** [22] - 24:23, 29:17, 43:15, 66:18, 66:25, 72:12, 72:15, 74:6, 84:19, 93:4, 96:22, 97:13, 102:22, 104:25, 117:16, 117:17, 120:23, 120:24, 124:7, 145:4
**statement** [1] - 89:3
**statements** [2] - 91:20, 192:2
**STATES** [5] - 1:1, 1:4, 1:12, 1:15, 1:20
**States** [8] - 2:24, 105:19, 139:9, 157:25, 162:1, 193:22, 194:9, 196:9
**stationed** [1] - 19:20
**stations** [1] - 77:10
**statistical** [1] - 35:12
**stay** [19] - 16:23, 25:11, 56:9, 57:11, 76:12, 79:23, 79:24, 80:7, 82:17, 115:12, 118:23, 131:24, 132:11, 132:21, 133:10, 156:6, 156:7, 175:1, 195:7
**stay-at-home** [4] - 82:17, 115:12, 156:6, 156:7
**stayed** [1] - 187:4
**STENOGRAPHICALLY** [1] - 2:22
**step** [3] - 87:18, 149:13, 149:17
**stepfather** [3] - 67:16, 67:20, 109:21
**still** [31] - 6:16, 15:21, 15:22, 19:22, 20:2, 20:3, 42:15, 45:22, 64:25, 65:2, 67:20, 67:22, 76:10, 77:10, 81:17, 103:11, 119:14, 119:19, 123:8, 128:15, 129:8, 131:22, 147:18, 157:3, 157:5, 161:1, 161:2, 170:20, 185:15, 192:23, 194:2
**stood** [1] - 152:6
**stop** [3] - 24:8, 50:25, 63:4
**stopped** [2] - 84:16, 158:25
**stores** [1] - 71:20
**stories** [4] - 8:1, 20:21, 22:7, 22:12
**straight** [1] - 170:20
**strategic** [1] - 16:16
**strategy** [3] - 16:13, 16:18, 17:18
**streaming** [6] - 5:25, 16:24, 42:6, 46:15, 98:17, 104:16
**street** [1] - 145:17
**Street** [6] - 1:15, 1:21, 2:9, 16:21, 52:20, 126:5
**stress** [1] - 77:2
**stretch** [1] - 101:13
**stricken** [14] - 80:17, 82:3, 85:18, 86:15, 91:7, 150:6, 151:20, 153:17, 153:22, 154:17, 169:8, 170:5, 170:7, 170:25
**strict** [2] - 20:9, 194:4
**strike** [40] - 87:1, 88:11, 94:19, 151:3, 152:23, 168:25, 175:21, 175:23, 176:8, 176:10, 176:19, 176:20, 177:11, 177:12, 177:14, 177:15, 177:19, 178:3, 178:4, 178:10, 178:16, 179:6, 179:7, 179:9, 179:10, 180:5, 180:6, 180:10, 180:12, 181:10, 181:12, 181:16, 181:21, 181:22, 182:11, 182:14, 182:15, 182:18, 182:24, 183:2
**strikes** [10] - 172:8, 172:11, 172:16, 172:17, 172:22, 173:21, 173:25, 181:24, 182:2, 182:9
**strong** [2] - 7:18, 7:21
**struck** [4] - 88:12, 171:22, 180:24
**structured** [1] - 24:14
**struggled** [1] - 169:1
**struggling** [3] - 38:13, 40:10, 41:2
**stuck** [1] - 186:8
**student** [4] - 122:13, 130:14, 152:15, 170:2
**studied** [1] - 30:23
**studies** [1] - 41:18
**study** [2] - 14:14, 122:12
**studying** [7] - 5:24, 53:16, 55:18, 60:25, 122:9, 124:11, 133:7
**stuff** [18] - 12:22, 26:20, 27:23, 28:12, 32:1, 32:10, 32:12, 34:2, 34:3, 44:7, 72:3, 100:15, 104:16, 127:20, 165:3, 184:6, 195:18
**subconsciously** [3] - 12:20, 90:8, 94:8
**subjects** [1] - 25:15
**subpoena** [1] - 40:19
**substitute** [2] - 43:13, 43:18
**suffer** [2] - 64:11, 75:13
**suffering** [1] - 36:21
**sufficient** [1] - 90:11
**suggest** [4] - 158:4, 160:2, 174:16, 187:23
**suggesting** [1] - 94:20
**suit** [1] - 23:13
**Suite** [8] - 1:15, 1:24, 2:2, 2:6, 2:12, 2:15, 2:18, 2:20
**summoned** [3] - 62:19, 115:17, 143:12
**sun** [1] - 124:17
**Sun** [1] - 104:10
**Sunbelt** [1] - 32:1
**supervisor** [4] - 56:8, 101:23, 124:8, 125:12
**support** [5] - 73:12, 109:4, 129:21, 145:8, 146:6
**supposed** [4] - 101:15, 101:23, 118:8, 190:10
**surely** [1] - 76:15
**surf** [1] - 32:8
**surgery** [1] - 6:16
**surgical** [1] - 75:19
**surrounded** [1] - 20:10
**survivor** [1] - 61:7
**suspect** [1] - 192:2
**suspicious** [7] - 35:13, 35:21, 38:9, 38:24, 39:2, 39:13, 39:18
**sway** [3] - 27:14, 29:22, 33:12
**swayed** [2] - 30:11, 30:14
**swear** [2] - 184:1, 186:11
**sworn** [2] - 186:4, 186:14
**System** [3] - 75:17, 143:2, 144:12
**Systems** [1] - 31:24
**Szamosi** [4] - 171:18, 175:24, 183:4, 184:25

## T

**table** [2] - 89:18, 136:1
**Taipei** [1] - 46:1
**Taiwan** [2] - 46:1, 46:2
**talks** [1] - 44:6
**TAMA** [1] - 2:11
**tampering** [2] - 66:8, 66:14
**taste** [1] - 92:23
**taught** [3] - 15:7, 15:24, 84:2
**teach** [1] - 55:13
**teacher** [18] - 30:6, 30:7, 30:10, 30:13, 41:18, 43:10, 43:13, 53:16, 53:17, 55:14, 60:23, 70:18, 70:22, 116:21, 116:22, 130:13
**teaches** [2] - 105:4, 105:6
**team** [6] - 17:15,

46:8, 135:10, 172:20, 174:1
**tears** [1] - 185:8
**tech** [4] - 104:6, 104:8, 143:1, 144:11
**technical** [3] - 31:23, 65:9, 100:5
**technically** [3] - 7:15, 121:11, 122:14
**technician** [4] - 65:10, 99:9, 124:4, 125:16
**technology** [1] - 116:14
**teen** [1] - 124:13
**telecommunication** [1] - 48:12
**Telemundo** [1] - 122:20
**television** [4] - 50:15, 104:12, 122:19, 141:1
**temptation** [1] - 190:3
**tempting** [1] - 191:1
**ten** [18] - 16:11, 33:18, 67:17, 75:18, 98:11, 111:25, 112:1, 112:2, 117:9, 120:2, 123:5, 124:4, 124:12, 126:12, 137:22, 173:25, 174:3
**tend** [3] - 25:10, 25:25, 85:8
**tending** [1] - 99:16
**tendonitis** [1] - 61:7
**tennis** [2] - 25:12, 140:25
**tenth** [2] - 179:25, 181:11
**term** [1] - 73:6
**terms** [1] - 174:9
**terrifying** [1] - 32:18
**terrorist** [1] - 35:5
**test** [3] - 159:25, 160:1, 160:2
**testified** [5] - 7:22, 113:19, 121:8, 150:9, 168:6
**testifies** [6] - 15:13, 40:9, 44:22, 47:15, 89:1, 168:14
**testify** [11] - 12:11, 40:24, 52:3, 87:23, 88:10, 93:21, 146:24, 146:25, 147:2, 147:3, 148:14
**testifying** [5] - 7:23, 12:13, 41:9, 87:22, 113:18
**testimony** [37] - 7:9, 7:23, 12:15, 12:18, 12:19, 21:24, 23:7, 27:16, 28:1, 28:8, 40:9, 43:20, 44:10, 44:25, 47:3, 47:6, 47:13, 52:3, 88:12, 90:16, 97:5, 97:18, 111:2, 111:7, 111:10, 111:12, 121:9, 128:8, 128:15, 128:19, 147:24, 148:15, 148:16, 149:2, 162:2, 162:3, 168:7
**testing** [1] - 43:15
**Texas** [3] - 118:4, 133:8, 133:15
**THE** [718] - 1:11, 3:3, 4:9, 4:13, 4:18, 4:20, 4:23, 5:3, 5:8, 5:11, 6:11, 6:21, 7:1, 7:4, 7:8, 7:20, 8:3, 8:6, 8:11, 8:15, 8:17, 8:21, 9:3, 9:12, 9:17, 9:19, 11:1, 11:5, 11:11, 11:13, 11:16, 11:19, 12:3, 12:10, 12:25, 13:16, 13:22, 13:25, 14:2, 14:4, 14:9, 14:12, 14:16, 15:4, 15:9, 15:11, 15:19, 15:23, 16:3, 16:6, 17:7, 17:9, 17:20, 17:23, 18:1, 18:4, 18:9, 18:12, 18:14, 20:14, 20:18, 20:24, 21:5, 21:11, 21:16, 21:19, 21:21, 21:23, 22:1, 22:11, 22:21, 23:10, 23:17, 24:6, 24:16, 24:19, 26:25, 27:5, 27:16, 27:19, 27:24, 28:3, 28:6, 28:11, 28:14, 28:16, 28:19, 28:24, 29:1, 29:5, 29:8, 29:14, 29:24, 30:2, 30:5, 30:9, 30:13, 30:18, 30:25, 31:3, 31:10, 31:13, 31:16, 32:6, 32:19, 33:13, 33:17, 33:20, 34:5, 34:9, 34:12, 34:16, 34:24, 35:1, 35:17, 35:18, 36:2, 36:5, 37:21, 38:8, 38:13, 38:17, 38:19, 38:21, 39:2, 39:9, 39:15, 39:17, 39:22, 40:6, 40:16, 40:22, 41:2, 41:7, 43:5, 43:17, 44:4, 44:9, 44:21, 45:4, 45:10, 45:12, 45:14, 45:19, 45:23, 47:2, 47:14, 47:18, 47:20, 47:23, 48:1, 48:3, 49:4, 49:8, 49:11, 49:14, 49:17, 49:19, 49:23, 50:2, 50:5, 51:3, 51:6, 51:8, 51:14, 51:20, 51:23, 52:6, 52:9, 53:4, 53:7, 53:10, 53:12, 53:13, 54:10, 54:13, 54:15, 54:24, 55:4, 55:11, 55:13, 55:15, 55:21, 55:24, 56:3, 56:5, 56:11, 56:14, 56:16, 56:18, 57:22, 57:25, 58:5, 58:7, 58:11, 59:3, 59:10, 59:14, 59:16, 59:19, 60:1, 60:4, 60:9, 60:16, 61:11, 61:16, 61:19, 61:21, 61:23, 62:1, 63:7, 63:9, 63:13, 65:3, 66:13, 66:17, 66:22, 66:24, 67:4, 67:8, 67:13, 67:20, 67:23, 67:25, 68:7, 69:9, 69:15, 69:17, 69:20, 69:23, 69:25, 70:2, 70:5, 70:8, 70:12, 71:17, 71:21, 71:24, 72:1, 72:4, 72:7, 72:16, 72:19, 72:22, 72:25, 73:24, 74:1, 74:4, 74:10, 74:13, 74:18, 75:1, 75:5, 75:7, 75:9, 78:18, 78:22, 79:2, 79:7, 79:11, 79:16, 80:4, 80:23, 81:6, 81:9, 81:13, 81:16, 81:17, 81:19, 81:23, 82:3, 82:8, 82:13, 82:20, 82:23, 83:8, 83:12, 83:15, 83:21, 84:1, 84:6, 84:8, 84:11, 84:25, 85:6, 85:18, 85:25, 86:5, 86:12, 86:14, 86:20, 86:24, 87:1, 87:12, 87:17, 88:2, 88:5, 88:12, 88:19, 88:22, 89:4, 89:7, 89:10, 89:23, 90:1, 90:12, 90:22, 91:1, 91:7, 91:11, 91:22, 92:3, 92:10, 92:15, 92:18, 92:25, 93:3, 93:9, 93:11, 93:15, 94:3, 94:12, 94:17, 95:2, 96:1, 96:4, 96:9, 96:12, 96:14, 96:18, 96:21, 96:23, 97:2, 97:11, 97:15, 97:21, 98:1, 98:4, 98:6, 99:3, 99:12, 99:15, 99:18, 99:20, 101:8, 101:19, 101:25, 102:8, 102:12, 102:16, 102:19, 102:22, 103:2, 103:6, 105:15, 106:20, 107:1, 107:4, 107:6, 107:9, 107:12, 107:18, 107:25, 108:4, 108:13, 108:15, 108:19, 108:22, 108:25, 110:3, 110:8, 110:20, 111:1, 111:6, 111:9, 111:17, 111:19, 112:1, 112:6, 113:4, 113:9, 113:14, 113:17, 113:25, 114:3, 114:5, 114:8, 114:10, 114:18, 114:22, 115:1, 115:3, 115:24, 116:2, 116:4, 116:8, 117:15, 117:18, 117:22, 118:1, 119:11, 119:14, 119:16, 119:18, 119:21, 120:22, 121:2, 121:4, 121:8, 121:11, 121:17, 121:20, 121:25, 122:3, 122:13, 122:15, 122:18, 123:6, 123:11, 123:15, 123:18, 123:21, 124:14, 125:9, 125:15, 125:18, 125:21, 126:14, 126:16, 126:24, 127:3, 127:7, 127:13, 127:16, 127:20, 127:24, 128:5, 128:14, 128:18, 128:23, 129:1, 129:19, 129:24, 130:3, 131:4, 131:8, 131:11, 131:18, 132:2, 132:7, 132:16, 132:19, 135:3, 135:25, 136:3, 136:5, 136:7, 136:9, 136:14, 136:21, 136:25, 137:2, 137:5, 137:7, 137:15, 137:20, 138:7, 138:10, 138:14, 138:17, 138:20, 139:1, 139:7, 139:9, 139:11, 139:14, 139:21, 140:1, 140:18, 140:20, 140:22, 141:14, 141:17, 141:22, 141:24, 142:1, 142:3, 142:6, 142:12, 142:20, 143:22, 144:2, 144:4, 144:6, 144:10, 144:13, 144:24, 145:5, 145:10, 145:13, 145:15, 145:22, 145:25, 146:3, 146:8, 146:11, 146:14, 146:19, 146:23, 147:7, 147:10, 147:15, 147:19, 148:3, 148:6, 148:22, 149:12, 149:21, 150:4, 150:6, 150:11, 150:19, 150:25, 151:5, 151:7, 151:10, 151:13, 151:16, 151:18, 151:20, 151:23, 151:25, 152:4, 152:11, 152:16, 152:25, 153:4, 153:6, 153:8, 153:10, 153:12, 153:22, 154:3, 154:15, 154:20, 154:24, 155:3, 155:7, 155:13, 155:15, 155:17, 155:25, 156:10, 156:16, 156:25, 157:5, 157:12, 157:16, 157:21, 158:7, 158:9, 158:25, 159:3, 159:6, 159:10, 159:14, 159:17, 159:20, 160:9, 160:14, 160:19, 160:23, 161:1, 161:4, 161:7, 161:13, 161:21, 161:24, 162:8, 162:11, 162:18, 162:21, 163:6, 163:9, 163:15, 163:20, 163:23, 163:25, 164:2, 164:9, 164:13, 164:16, 164:18, 164:23, 165:5, 165:8, 165:13, 165:16, 165:19, 165:21, 166:1, 166:4, 166:6, 166:12, 166:14, 166:19,

166:24, 167:4, 167:10, 167:13, 167:16, 167:18, 168:2, 168:5, 168:13, 168:17, 168:19, 169:1, 169:8, 169:14, 169:16, 169:20, 169:22, 170:11, 170:13, 170:15, 171:2, 171:9, 171:11, 171:21, 172:15, 173:5, 173:12, 173:24, 174:12, 174:14, 174:19, 175:7, 175:11, 175:13, 175:15, 175:20, 175:22, 176:1, 176:3, 176:7, 176:9, 176:14, 176:16, 176:20, 176:24, 177:1, 177:4, 177:6, 177:10, 177:12, 177:15, 177:18, 177:20, 177:24, 178:1, 178:4, 178:7, 178:9, 178:12, 178:15, 178:17, 178:22, 179:1, 179:5, 179:7, 179:10, 179:14, 179:19, 179:23, 179:25, 180:4, 180:6, 180:9, 180:12, 180:16, 180:20, 180:23, 181:4, 181:8, 181:11, 181:15, 181:17, 181:20, 181:22, 182:1, 182:4, 182:7, 182:15, 182:19, 182:22, 183:1, 183:21, 183:23, 183:25, 184:12, 184:14, 184:18, 185:21, 186:3, 186:8, 186:16, 192:17, 192:20, 193:24, 194:12, 194:20, 194:22, 195:1, 195:6, 195:10, 195:13, 195:19

**theater** [1] - 104:17
**theft** [2] - 71:11, 71:12
**themselves** [2] - 55:9, 165:25
**therapist** [2] - 32:4, 98:16
**Therapy** [1] - 118:13
**therapy** [2] - 119:12, 130:8
**they've** [2] - 22:19, 124:5
**thinking** [5] - 20:8, 47:10, 89:14, 92:6, 103:11
**third** [5] - 108:12, 139:5, 177:1, 177:12, 178:4
**Third** [1] - 2:9
**THOMAS** [1] - 1:14
**Thomas** [2] - 68:19, 68:20
**THORNTON** [1] - 1:24
**thoughts** [2] - 111:4, 161:17
**three** [30] - 3:19, 3:20, 5:22, 6:16, 21:4, 21:9, 33:22, 50:11, 59:12, 59:15, 74:8, 89:17, 100:6, 112:24, 117:8, 124:20, 133:13, 137:13, 139:1, 139:4, 140:9, 142:10, 142:15, 160:4, 160:6, 160:12, 160:13, 164:15, 168:21, 174:4
**threw** [1] - 62:25
**thriller** [1] - 141:2
**Tia** [1] - 119:23
**tickets** [1] - 114:21
**tie** [1] - 23:13
**Tijuana** [1] - 135:6
**TikTok** [1] - 122:21
**tips** [3] - 109:6, 111:20, 111:24
**Today** [1] - 71:2
**today** [11] - 8:22, 37:22, 94:22, 101:24, 103:4, 103:11, 103:16, 149:15, 173:3, 192:5, 195:5
**together** [5] - 30:10, 36:23, 49:25, 159:4, 164:3
**tomorrow** [25] - 94:23, 126:18, 149:16, 173:9, 174:17, 184:6, 184:9, 184:20, 186:20, 186:24, 187:3, 188:20, 189:4, 191:21, 192:3, 192:22, 193:2, 193:3, 193:23, 193:24, 194:1, 194:7, 194:14, 194:15, 195:14
**tonight** [10] - 173:18, 174:8, 174:21, 175:2, 186:18, 187:4, 189:19, 194:13, 194:16, 194:25
**took** [9] - 26:11, 36:17, 50:9, 58:22, 59:8, 75:25, 120:25, 152:21, 160:12
**tool** [1] - 109:9
**totally** [2] - 86:7, 188:5
**towards** [4] - 15:3, 15:22, 23:7, 56:23
**towing** [1] - 33:8
**town** [2] - 25:17, 87:15
**Townes** [2] - 119:23, 172:4
**TRACHTEN** [1] - 2:12
**Tracks** [1] - 53:18
**trade** [2] - 115:9, 156:2
**trading** [2] - 24:13, 24:14
**traffic** [2] - 26:11, 58:18
**train** [3] - 194:24, 195:1, 195:9
**training** [32] - 3:15, 5:19, 10:5, 14:5, 14:6, 19:5, 24:3, 26:2, 32:3, 37:10, 41:19, 46:10, 50:9, 50:11, 50:19, 56:25, 60:23, 62:10, 63:23, 68:16, 73:8, 95:11, 98:12, 100:4, 112:11, 115:11, 118:14, 122:11, 124:7, 126:2, 133:7, 137:10
**trainings** [1] - 39:20
**tranche** [3] - 94:18, 150:20, 170:23
**transactional** [1] - 35:9
**transcription** [1] - 196:4
**translate** [1] - 134:22
**transparent** [1] - 33:3
**Transplant** [1] - 75:20
**transplants** [1] - 75:21
**Transportation** [1] - 31:24
**Traurig** [2] - 171:13, 171:14
**travel** [12] - 19:14, 42:4, 46:14, 62:17, 69:17, 69:18, 77:2, 98:18, 106:7, 120:12, 132:5, 135:12
**traveled** [4] - 45:12, 139:11, 156:14, 161:4
**traveling** [6] - 48:17, 65:21, 109:10, 131:23, 133:24, 135:13
**treat** [13] - 7:12, 8:3, 15:16, 47:9, 89:11, 121:9, 147:24, 148:16, 162:8, 168:12, 168:16
**TRIAL** [1] - 1:11
**trial** [35] - 6:13, 42:21, 43:6, 55:16, 58:11, 58:15, 66:22, 71:12, 81:6, 85:12, 93:25, 95:25, 96:23, 96:24, 96:25, 97:1, 99:5, 99:7, 102:17, 102:18, 117:18, 117:20, 120:11, 127:11, 154:25, 160:5, 160:10, 167:21, 188:6, 189:19, 190:9, 190:19, 191:8, 191:17, 194:10
**trials** [2] - 102:20, 103:24
**Tribe** [1] - 51:13
**tried** [8] - 34:6, 82:16, 84:11, 90:6, 90:7, 152:11, 156:1, 169:4
**triggered** [1] - 78:11
**triggers** [2] - 78:1, 78:9
**trip** [6] - 55:17, 55:20, 56:2, 93:23, 94:1, 146:16
**trips** [1] - 71:6
**trouble** [4] - 54:11, 54:20, 88:15, 154:11
**truck** [4] - 50:12, 116:1, 116:3, 116:4
**true** [4] - 65:24, 130:18, 185:20, 186:12
**truly** [2] - 40:20, 186:11
**Trump** [3] - 165:12, 165:13, 165:14
**trust** [2] - 57:9, 128:12
**try** [21] - 25:11, 37:3, 41:1, 57:7, 57:9, 61:12, 76:12, 79:13, 79:23, 90:9, 90:10, 90:12, 127:23, 128:22, 154:23, 172:15, 186:11, 187:7, 191:21, 192:22
**trying** [8] - 22:11, 23:5, 36:25, 37:8, 76:5, 85:19, 127:24, 148:22
**TSA** [3] - 42:14, 74:9, 87:6
**Tuesday** [2] - 193:2, 193:24
**tuition** [1] - 152:19
**turning** [1] - 49:22
**tutor** [1] - 10:4
**TV** [14] - 19:12, 25:13, 25:14, 42:6, 48:17, 52:22, 53:20, 60:25, 71:4, 100:14, 117:1, 124:17, 137:14
**TVs** [1] - 68:23
**two** [63] - 7:3, 8:24, 10:15, 11:18, 16:15, 24:18, 25:8, 26:19, 53:9, 59:6, 59:10, 60:21, 60:24, 62:7, 62:11, 62:16, 62:17, 65:15, 66:1, 68:18, 70:24, 71:6, 71:10, 72:10, 73:10, 77:9, 79:17, 93:5, 95:11, 96:5, 96:17, 98:14, 103:17, 104:3, 106:1, 109:3, 112:3, 112:14, 112:24, 120:9, 122:8, 124:9, 124:22, 125:4, 126:4, 129:9, 130:13, 130:19, 133:16, 134:15, 140:9, 141:18, 143:9, 144:18, 146:20, 151:8, 165:1, 167:19, 172:10, 173:20, 182:11
**type** [3] - 17:19, 24:14, 28:12
**types** [1] - 116:25
**typically** [1] - 86:7

## U

**U.S** [10] - 1:17, 34:20, 34:22, 35:25, 61:3, 61:5, 106:22, 107:7, 107:13, 138:22
**Uber** [1] - 64:15
**UC** [1] - 46:4
**UF** [2] - 55:18, 55:22
**ultrasound** [1] - 19:1

**UM** [3] - 68:20, 165:21, 165:22
**unbiased** [2] - 115:23
**uncle** [16] - 19:19, 29:16, 42:13, 45:17, 65:25, 69:4, 69:20, 77:15, 95:15, 104:22, 120:5, 120:6, 130:22, 134:11, 141:7
**uncles** [3] - 65:15, 66:3, 167:2
**uncles's** [1] - 141:14
**uncomfortable** [1] - 162:14
**under** [6] - 7:15, 21:9, 115:12, 124:17, 125:3, 189:12
**undergraduate** [2] - 23:23, 105:20
**understood** [5] - 38:5, 38:15, 54:24, 55:11, 184:13
**unemployed** [1] - 135:8
**unequivocal** [1] - 92:4
**unequivocally** [1] - 90:17
**unfair** [4] - 10:25, 11:2, 120:20, 120:21
**unfortunately** [7] - 25:13, 40:3, 58:24, 101:11, 104:18, 167:24, 169:23
**uniform** [1] - 23:14
**uniforms** [1] - 23:12
**unique** [1] - 78:16
**unit** [3] - 36:1, 73:6, 130:10
**United** [7] - 105:19, 139:9, 157:25, 161:25, 193:21, 194:9, 196:9
**UNITED** [5] - 1:1, 1:4, 1:12, 1:15, 1:20
**united** [1] - 2:24
**University** [13] - 23:23, 23:24, 28:22, 52:13, 52:14, 68:17, 68:19, 68:21, 70:17, 85:8, 100:1, 104:1, 105:21
**university** [3] - 56:12, 133:17, 133:20
**unknown** [2] - 39:17, 40:11
**unless** [7] - 24:16, 44:13, 73:16, 97:15, 151:10, 151:13, 187:6
**unpaid** [1] - 142:11
**Up** [1] - 116:23
**up** [78] - 9:13, 18:4, 20:9, 22:8, 23:6, 23:20, 26:18, 29:18, 32:21, 32:22, 34:9, 35:17, 39:12, 42:2, 43:15, 48:16, 49:24, 58:16, 64:13, 66:20, 76:9, 79:18, 80:17, 80:21, 83:3, 85:19, 87:11, 90:1, 90:2, 90:3, 90:4, 90:20, 90:22, 91:17, 91:19, 92:2, 92:15, 92:20, 93:4, 93:13, 93:18, 93:19, 94:20, 97:9, 104:19, 118:7, 122:7, 124:2, 127:9, 134:14, 144:14, 144:15, 149:25, 150:7, 152:6, 155:6, 155:7, 156:9, 157:2, 157:14, 158:1, 158:10, 158:18, 158:19, 158:24, 158:25, 184:2, 189:20, 189:23, 190:2, 190:7, 190:10, 190:14, 190:17, 191:2, 191:11
**updates** [1] - 76:22
**UPS** [2] - 48:9, 49:17
**ups** [4] - 91:15, 91:16, 157:10, 157:25
**urge** [1] - 190:8
**US** [1] - 4:11
**USA** [1] - 53:18
**USC** [1] - 46:6
**UT** [2] - 89:9, 89:10

## V

**VA** [1] - 44:6
**vacation** [1] - 85:3
**vaguest** [1] - 104:9
**value** [1] - 27:11
**valves** [1] - 75:20
**Vanessa** [3] - 34:18, 75:10, 75:14
**variety** [2] - 25:15, 117:1
**Vega** [2] - 107:19, 107:21
**Veintemilla** [1] - 194:20
**VEINTEMILLA** [2] - 1:8, 2:11
**Venezuela** [6] - 122:7, 123:4, 129:3, 129:6, 129:9, 129:19
**verdict** [8] - 14:21, 50:20, 51:2, 105:1, 112:20, 161:14, 163:4, 186:12
**versed** [1] - 20:15
**vet** [1] - 171:11
**veteran** [1] - 61:2
**Veteran** [1] - 44:7
**Veterans** [1] - 130:9
**via** [1] - 191:9
**vice** [1] - 36:7
**Vicente** [1] - 34:19
**victim** [1] - 54:3
**Video** [1] - 32:10
**video** [3] - 10:8, 115:15, 156:3
**videos** [3] - 65:23, 65:24, 189:24
**Vietnam** [2] - 134:3, 134:4
**view** [2] - 111:2, 150:9
**violated** [1] - 62:24
**violating** [1] - 21:6
**violations** [1] - 121:1
**violence** [3] - 36:18, 42:20, 42:22
**Virjoghe** [1] - 13:19
**visited** [1] - 117:21
**Vivian** [1] - 45:25
**vocabulary** [1] - 55:3
**vocational** [2] - 63:18, 135:7
**voir** [1] - 158:4
**volleyball** [2] - 16:23, 122:21
**volunteer** [1] - 25:18
**VPK** [3] - 53:17, 55:14
**vs** [1] - 1:6

## W

**wait** [3] - 87:5, 188:8, 189:7
**waited** [1] - 184:21
**waiting** [2] - 18:16, 121:1
**wake** [2] - 58:16, 64:13
**Walgreens** [2] - 98:11, 98:13
**Walk** [1] - 63:17
**walk** [4] - 3:18, 12:14, 36:11
**walks** [1] - 20:21
**Wall** [3] - 16:21, 52:20, 126:5
**WALTER** [1] - 1:7
**wants** [4] - 82:10, 86:24, 86:25, 193:7
**War** [1] - 104:23
**warehouse** [3] - 10:3, 11:15, 11:16
**warm** [1] - 78:1
**Warren** [2] - 174:22, 185:17
**Washington** [5] - 1:18, 23:25, 25:20, 28:22, 126:5
**wasting** [1] - 84:15
**watch** [43] - 6:20, 8:25, 10:6, 14:8, 14:17, 16:24, 41:25, 42:6, 46:15, 50:15, 52:22, 62:15, 71:1, 71:4, 73:13, 76:17, 76:21, 95:13, 100:14, 104:12, 104:13, 104:16, 106:4, 115:13, 115:14, 115:15, 117:1, 118:18, 118:22, 120:13, 122:19, 122:21, 130:17, 137:17, 137:18, 139:17, 139:20, 139:21, 140:15, 140:25, 182:4
**watching** [7] - 6:18, 10:9, 48:17, 53:20, 65:23, 113:7
**water** [5] - 81:6, 81:7, 124:8, 125:9, 125:11
**Waterkeeper** [1] - 70:25
**wayside** [1] - 158:6
**WDNA** [1] - 3:16
**wear** [1] - 23:11
**wearing** [1] - 189:15
**weather** [2] - 78:1, 78:8
**website** [1] - 130:16
**websites** [3] - 14:18, 19:11, 32:8
**Wednesday** [1] - 59:4
**week** [6] - 59:1, 59:2, 84:20, 131:24, 133:1, 159:25
**weekends** [1] - 76:1
**weekly** [1] - 104:16
**weeks** [13] - 6:17, 8:20, 8:21, 16:15, 99:10, 112:2, 116:5, 125:19, 126:13, 152:18, 160:5, 170:6, 194:5
**weigh** [6] - 47:3, 47:5, 47:6, 68:3, 111:12, 162:2
**weighing** [2] - 68:1, 97:18
**weight** [3] - 7:23, 28:7, 44:23
**weights** [1] - 104:15
**welcome** [3] - 56:17, 75:8, 163:18
**Weller** [4] - 171:19, 177:2, 183:8, 185:5
**Weltz** [1] - 142:2
**West** [10] - 9:21, 13:20, 18:22, 46:2, 68:11, 73:5, 75:15, 98:9, 107:21, 115:8
**Westchester** [1] - 53:15
**whatnot** [1] - 22:7
**white** [2] - 64:23, 76:19
**whole** [5] - 104:14, 109:23, 164:3, 168:24, 174:11
**wide** [1] - 57:7
**widow** [1] - 50:11
**wife** [21] - 24:24, 48:12, 48:17, 56:25, 57:1, 57:17, 57:25, 59:22, 68:17, 103:25, 114:22, 115:11, 126:3, 129:8, 130:12, 132:18, 136:8, 136:12, 137:10, 153:19, 156:6
**wife's** [4] - 29:16, 49:6, 49:15, 49:23
**willing** [1] - 76:6
**Winn** [3] - 137:11, 137:12
**Winn-Dixie** [3] - 137:11, 137:12
**wise** [1] - 149:9
**wish** [1] - 40:3
**witness** [5] - 8:4, 70:10, 149:4, 193:20, 194:2
**WITNESS** [1] - 53:13
**Witnesses** [3] - 64:17, 86:6, 86:7
**witnesses** [5] - 22:25, 74:21, 97:4, 161:25, 188:22
**woman** [5] - 84:11, 85:25, 91:2, 92:6, 170:1
**won** [1] - 190:7
**wonder** [2] - 189:24, 190:7
**wondering** [1] -

168:9
**word** [5] - 15:7, 55:3, 170:18, 174:2, 190:5
**words** [3] - 127:17, 134:21, 148:22
**worker** [2] - 95:9, 130:12
**workers** [1] - 25:25
**works** [40] - 10:12, 15:12, 19:7, 36:6, 42:16, 44:5, 44:6, 45:14, 45:18, 48:12, 48:13, 48:21, 49:8, 51:10, 62:13, 67:5, 68:20, 70:25, 71:18, 72:5, 77:17, 79:14, 83:15, 83:17, 104:4, 104:5, 108:20, 108:22, 109:16, 112:13, 118:14, 120:7, 125:11, 126:3, 129:8, 129:13, 131:6, 138:17, 138:24
**world** [2] - 30:22, 77:6
**World** [2] - 104:23, 118:22
**worse** [1] - 18:13
**Worth** [1] - 133:15
**worth** [1] - 184:21
**wow** [1] - 187:15
**write** [1] - 192:13
**writing** [2] - 5:24, 41:17
**wrongly** [1] - 44:19
**WU** [2] - 1:19, 171:10

## Y

**Yadira** [1] - 98:8
**Yao** [3] - 171:5, 171:18, 175:17
**Yaos** [1] - 171:7
**yard** [1] - 112:16
**year** [18] - 10:2, 11:12, 13:2, 16:13, 29:20, 32:5, 52:16, 58:10, 62:12, 67:2, 116:16, 120:3, 123:18, 124:22, 165:7, 165:18, 165:19, 190:7
**years** [135] - 3:12, 3:19, 3:20, 3:21, 4:22, 5:17, 8:13, 8:16, 9:1, 9:21, 10:14, 11:18, 13:19, 16:9, 16:11, 16:25, 18:9, 19:2, 20:3, 21:22, 23:20, 24:2, 25:2, 25:3, 32:2, 33:3, 33:18, 33:19, 33:22, 34:19, 34:21, 35:4, 35:8, 35:24, 36:1, 36:18, 37:7, 37:18, 39:6, 39:19, 40:15, 48:5, 48:9, 50:10, 53:9, 53:14, 58:6, 60:19, 61:20, 61:21, 61:22, 62:3, 62:7, 63:16, 63:21, 64:22, 65:2, 65:7, 67:16, 67:17, 68:11, 68:14, 69:24, 70:6, 70:15, 70:18, 70:24, 73:2, 73:10, 74:8, 75:14, 75:18, 87:7, 95:5, 98:12, 98:14, 99:24, 100:19, 103:10, 103:19, 105:18, 105:19, 107:21, 108:6, 108:7, 108:9, 109:3, 109:14, 109:17, 109:22, 109:23, 112:11, 113:8, 116:11, 116:17, 116:23, 117:8, 117:9, 118:4, 120:2, 120:8, 122:6, 122:8, 123:5, 123:25, 124:2, 124:4, 124:13, 124:22, 125:4, 125:25, 129:3, 129:12, 130:6, 130:10, 130:25, 133:4, 135:6, 137:3, 137:8, 139:6, 140:7, 140:9, 141:9, 155:22, 156:2, 160:4, 160:13, 161:22, 164:15, 165:2
**yellow** [1] - 119:2
**yoga** [1] - 143:7
**York** [11] - 23:21, 23:24, 24:11, 25:18, 25:19, 28:14, 28:15, 54:17, 68:11, 104:11, 134:11
**York-based** [1] - 24:11
**you-all** [3] - 90:3, 192:25, 193:4
**young** [8] - 26:19, 42:18, 44:2, 112:24, 114:11, 114:13, 119:16, 152:5
**younger** [4] - 42:16, 42:19, 52:16, 141:8
**yourself** [2] - 121:21, 188:12
**YouTube** [3] - 65:23, 109:9, 112:17

## Z

**zoning** [1] - 17:15
**Zoo** [1] - 133:15
**Zuckerbrod** [5] - 23:19, 171:24, 178:19, 183:10, 185:7