UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-cr-20104-JB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Miami, Florida |
| | ) |
| vs. | ) March 10, 2026 |
| | ) Day 2 - Morning Session |
| ARCANGEL PRETEL ORTIZ, *et al.*, | ) |
| | ) 9:31 AM - 12:32 PM |
| Defendants. | ) |
| | ) Pages 1 to 109 |

TRANSCRIPT OF JURY TRIAL

HELD BEFORE THE HONORABLE JACQUELINE BECERRA

UNITED STATES DISTRICT JUDGE

LANCE W. STEINBEISSER, FCRR, RPR, FPR-C
Federal Certified Realtime Reporter
United States District Court
400 North Miami Avenue
Miami, Florida 33128
305.523.5633

Proceedings recorded by mechanical stenography; transcript produced by computer-aided transcription.

APPEARANCES:

FOR THE GOVERNMENT:

SEAN T. MCLAUGHLIN, AUSA
JASON WU, AUSA
ANDREW J. BRIGGS, US DOJ trial attorney
ALTANESE P. PHENELUS, AUSA
United States Attorney's Office

ON BEHALF OF DEFENDANT PRETEL ORTIZ:

ORLANDO DO CAMPO, ESQ.
DANIELA JARAMILLO, ESQ.
Do Campo & Thornton, P.A.

DAVID A. HOWARD, ESQ.
Law Offices of David A. Howard

ON BEHALF OF DEFENDANT INTRIAGO:

EMMANUEL PEREZ, ESQ.
Emmanuel Perez & Associates

HECTOR L. FLORES, ESQ.
Barzee Flores

ON BEHALF OF DEFENDANT VEINTEMILLA:

MARISSEL DESCALZO, ESQ.
Descalzo Law

TAMA BETH KUDMAN, ESQ.
Kudman Trachten Aloe Posner LLP

ON BEHALF OF DEFENDANT SOLAGES:

JONATHAN S. FRIEDMAN, ESQ.
Jonathan S. Friedman, P.A.

S. PATRICK DRAY, ESQ.
S. Patrick Dray, P.A.

T A B L E  O F  C O N T E N T S

| | PAGE |
|---|---|
| OPENING STATEMENT BY MR. MCLAUGHLIN............... | 15 |
| OPENING STATEMENT BY MR. DO CAMPO................. | 37 |
| OPENING STATEMENT BY MR. PEREZ.................... | 51 |
| OPENING STATEMENT BY MR. FRIEDMAN................. | 77 |
| Certificate of Reporter........................... | 90 |

(Call to the Order of the Court.)

THE COURTROOM DEPUTY: Calling the case of the United States of America versus Arcangel Pretel Ortiz, the United States of America versus Antonio Intriago, the United States of America versus Walter Veintemilla, the United States of America versus James Solages, Case No. 22-CR-20104-Becerra.

THE COURT: Counsel, please announce your appearance for the record, starting with the Government.

MR. MCLAUGHLIN: Good morning, Your Honor. Sean McLaughlin on behalf of the United States. Also with me at counsel table is AUSA Jason Wu; DOJ trial attorney Andrew Briggs; and AUSA Altanese Phenelus; and the case agent, FBI Special Agent Tom Pavletic.

MR. DO CAMPO: Good morning, Your Honor. Orlando do Campo, Daniela Jaramillo, and David Howard on behalf of Arcangel Pretel Ortiz, who is present before the Court and utilizing the services of the court interpreter.

MR. PEREZ: Good morning, Your Honor. Emmanuel Perez and Hector Flores on behalf of Mr. Antonio Intriago, who is next to us at counsel table.

MS. KUDMAN: Good morning, Your Honor. Tama Kudman and Marissel Descalzo on behalf of Walter Veintemilla, who is at the table.

MR. FRIEDMAN: Good morning, Your Honor. Jonathan Friedman. I'm here, joined by Pat Dray. We represent James

Solages. He's present in court.

THE COURT: Good morning.

Is everyone ready for opening statements?

MR. MCLAUGHLIN: We are, Your Honor.

THE COURT: Counsel?

MR. FRIEDMAN: Yes, Your Honor.

THE COURT: The jury is here. Bring the jury in.

(Jury entered at 9:32 AM.)

THE COURT: Good morning.

Members of the jury, now that you've been sworn, I need to explain some basic principles about a criminal trial and your duty as jurors. These are the preliminary instructions. At the end of the trial, I will give you the more detailed instructions.

It will be your duty to decide what happened so you can determine whether each defendant is guilty or not guilty of each of the crimes charged in the indictment. At the end of the trial, I will explain the law that you must follow to reach your verdict. You must follow the law as I explain it to you, even if you do not agree with it.

You must decide the case solely on the evidence presented here in the jury room. Evidence can come in many forms. It can be testimony about what somebody saw or heard or smelled. It can be an exhibit admitted into evidence. It can be someone's opinion.

Some evidence proves a fact indirectly, such as a witness who saw wet grass outside and people walking in with an umbrella. That person might conclude that it recently rained although they didn't see it rain.

Indirect evidence, sometimes called circumstantial evidence, is simply a chain of circumstances that proves a fact.

As far as the law is concerned, it makes no difference whether evidence is direct or indirect. You may choose to believe or disbelieve either kind and should give every piece of evidence whatever weight you think it deserves.

Certain things are not evidence and must not be considered. I will list some of those for you now.

Statements and arguments of the lawyers. In their opening statements and closing arguments, the lawyers will discuss the case, but their remarks are not evidence.

Questions and objections of the lawyer. The lawyers' questions are not evidence. Only the witnesses' answers are evidence. You should not think that something is true just because a lawyer's question suggests that it is.

For instance, if a lawyer asks a witness, "You saw the man run the light, didn't you?" The question is no evidence whatsoever what the witness saw or what the defendant did until the witness responds.

There are rules of evidence that control what can be

received into evidence. When a lawyer asks a question or offers an exhibit and a lawyer on the other side thinks that it is not permitted by the rules of evidence, the lawyer may object. If I overrule the objection, then the question may be answered or the exhibit can be received.

If I sustain the objection, then the question cannot be answered and the exhibit cannot be received. Whenever I sustain an objection to a question, you must ignore the question and not try to guess about what the answer would have been.

Sometimes I may order that evidence be stricken and that you disregard or ignore the evidence. That means that when you are deciding the case, you must not consider that evidence. Some evidence is admitted only for a limited purpose. When I instruct you that an item of evidence has been admitted for a limited purpose, you must consider it only for that limited purpose and no other.

In reaching your verdict, you may have to decide what testimony to believe and what testimony not to believe. You may believe everything a witness says or part of it or none of it.

In considering the testimony of any witness, you may take into account the opportunity and ability of the witness to see or hear or know the things testified to, the witness's memory, the witness's manner while they were testifying, the

witness's interest in the outcome of the case and any bias or prejudice, whether other evidence contradicted the witness's testimony, the reasonableness of the witness's testimony in light of all the evidence, and any other factors that bear on believability.

I will give you additional guidelines for determining the credibility of witnesses at the end of the case.

As you know, this is a criminal case. Here are some basic rules about a criminal case that you should keep in mind.

First, the defendants are presumed innocent until proven guilty. The indictment against the defendants brought by the Government is only an accusation and nothing more. It is not proof of guilt or anything else. The defendants therefore start out with a clean slate.

Second, the burden of proof is on the Government. The defendants have no burden to prove their innocence or to present any evidence or to testify. Since each defendant has the right to remain silent and may choose whether to testify, you cannot legally put any weight on a defendant's choice not to testify. It is not evidence.

Third, the Government must prove each defendant's guilt beyond a reasonable doubt. I'll give you further instructions on this point later, but bear in mind that the level of proof required is high.

Although the defendants are tried together, you must give separate consideration to each defendant. In doing so, you must determine which evidence in the case applies to a particular defendant and disregard any evidence admitted solely against some other defendant.

The fact that you may find one of the defendants guilty or not guilty should not control your verdict as to any of the other defendants.

Our law requires jurors to follow certain instructions regarding their personal conduct in order to help assure a just and fair trial. I will now give you those instructions.

One, do not talk either amongst yourselves or with anyone else about anything related to the case. You may tell the people with whom you live and your employer that you're a juror and give them information about when you will be required to be in court, but you may not discuss with them or anyone else anything related to the case. This is part of what I instructed you last night.

Do not at any time during the trial request, accept, agree to accept, or discuss with any person any type of benefit in return for supplying any information about the trial.

You must promptly tell me about any incident you know of involving an attempt by any person to improperly influence

you or any member of the jury. We talked about this last night as well.

Do not visit any place involved in the case, and you must not use any maps from the Internet or Google Earth or any other program or device to search for a view of any location discussed.

Do not read, watch, or listen to any accounts or discussions related to the case which may be reported in the newspapers, television, radio, the Internet, or any other kind of news media.

Do not attempt to research any fact, issue, or law related to this case whether by discussions with others, by a library or Internet search, or by any other means or source.

In this age of instant electronic communication and research, I want to emphasize, as I did yesterday, that in addition to not talking face-to-face with anyone about the case, you must not communicate with anyone about the case by any other means. That includes, of course, telephone, text, email, Internet chat, chat rooms, blogs, encrypted applications, social networking websites, and apps. You may not use any social media technology even if I didn't specifically mention it in that list.

You must not provide any information about the case to anyone by any means whatsoever. And that, of course, means posting information about the case or what you're doing in the

case on any device or Internet site, blog, chat room, social websites, by any other means.

You also must not use Google or otherwise to search about any information about the case or the law that applies to the case or the people in the case, including the defendants, witnesses, lawyers, or even me.

It is important that you understand why these rules exist and why they're so important. Our law does not permit jurors to talk with anyone else about the case or to permit anyone to talk to them about the case because only you jurors are authorized to render a verdict. Only you have been found to be fair, and only you have promised to be fair. No one else is qualified.

Our law does not permit jurors to talk among themselves about the case until the Court tells them to begin deliberations because premature discussions can lead to premature final decisions.

Finally, our law requires that you not read or listen to any news accounts of the case and that you do not research any fact, issue, or law related to the case.

Your decision must be based solely on the testimony and other evidence presented in this courtroom. Also, the law often uses words and phrases in special ways, so it's important that any definitions you hear come from me and not other sources.

It wouldn't be fair to the parties for you to base your decision on some reporter's view or other person's view or opinion or upon other information that was acquired outside of this courtroom.

These rules are designed to help guarantee a fair trial, and our law accordingly sets forth serious consequences if the rules are not followed.

I trust that you understand and that you appreciate the importance of following these rules, and in accord with your oath and promise, I know that you will do so.

During the trial it may be necessary for me to confer with the lawyers from time to time out of your hearing concerning a question of law or procedure that requires consideration by me alone. Sometimes the lawyers will ask for a sidebar, or I'll tell the lawyers, come sidebar. All right. You really can't see it from where you're sitting, but it's this area on my right, back there. There's an area there where we stand. All right.

We'll be standing there discussing the case. You shouldn't be able to hear anything. We have special equipment there to make sure that I can talk to the lawyers and that the court reporter can hear but that no one else can hear.

On some occasions. We'll go sidebar. On some occasions I'll just excuse you from the courtroom. That's as a convenience to you so that you can stretch or grab something

to drink. Again, this is so I can discuss matters with the lawyers.

I will try to limit these interruptions as much as possible, but you should remember at all times the importance of the matter you are here to determine. And please be patient. If it seems the case is going slowly or the sidebars are going too long or I excuse you for too long, please be patient. We're here diligently working to make sure that the trial continues to move forward.

Moving on now. If you wish, you may take notes to help you remember what the witnesses said. If you do take notes, please keep them to yourselves until you and your fellow jurors go to the jury room to decide the case. I see that most of you already have notebooks. Our courtroom deputy will provide you notebooks and pens and pencils.

Do not let this note-taking distract you so that you do not hear other answers by witnesses. When you leave the courtroom, your notes should be left in the jury room.

Whether or not you take notes, you should rely on your own memory of what was said. Notes are to assist your memory only. They're not entitled to any greater weight than your memory or your impression of the testimony.

Now, you'll notice that the court reporter is making a complete stenographic record of all that is said during the trial, including the testimony of witnesses, in case it should

become necessary at a future date to prepare printed transcripts of any portion of the trial. Such transcripts, however, if they're prepared at all, will not be printed in sufficient time or in an appropriate form for your review during deliberations, and you should not expect to receive any transcripts. You'll be required to rely upon your own individual and collective memory concerning what the testimony was.

On the other hand, papers and other tangible exhibits that are received in evidence during the trial will be available to you for study during your deliberations. On some occasions during the trial, exhibits may be handed to you for brief inspection right there as you're sitting in the jury box. Others may not be shown to you, but do not be concerned. As I said, you will see and be able to inspect the evidence at the end of the case.

The trial will now begin. First, the Government will make an opening statement, which is simply an outline to help you understand the evidence as it comes in.

Next, the defendants' attorneys may, but do not have to, make an opening statement. Opening statements are neither evidence nor argument. The Government will then present its witnesses, and counsel for the defendant may cross-examine them.

Following the Government's case, the defendant may,

if he wishes -- and this is a decision made by each defendant individually -- present witnesses whom then the Government may cross-examine.

After all the evidence is in, the attorneys will then present a closing argument that summarizes and interprets the evidence for you. I will then instruct you on the law, and at the end, in the conclusion of the case, is when I'll excuse you then to begin your deliberations.

THE COURT: Mr. McLaughlin, are you ready?

MR. MCLAUGHLIN: We are, Your Honor.

THE COURT: Please proceed.

MR. MCLAUGHLIN: Thank you.

Ladies and gentlemen of the jury, opposing counsel, may it please the Court.

Greed, arrogance, and power. Let me say that again. Greed, arrogance, and power. The evidence and testimony in this case will show that in the dark, early morning hours of July 7th, 2021, in the Petion-Ville neighborhood of Port-au-Prince, Haiti, the president of Haiti, Jovenel Moise -- scrambling to hide underneath his bed alongside his wife, First Lady Martine Moise, with their two college-aged children cowering in a downstairs bathroom -- was brutally shot and killed at point-blank range by a team of Colombian mercenaries. All the evidence and testimony will show planned, funded, and orchestrated for months by and for these

four defendants, Arcangel Ortiz, Antonio Intriago, Walter Veintemilla, and James Solages.

The evidence and testimony that the United States will present to you in this trial will be detailed. It will be thorough, and it will be damning, but make no mistake, this case is not complicated, and it will not be confusing.

The evidence and testimony will show that these defendants each, together, worked day after day for months in South Florida, and in Haiti, plotting to kidnap or kill President Moise to, one, violently seize political power and influence in Haiti; and, two, to get rich, to lavish future multimillion-dollar infrastructure and security contracts, all for themselves. Greed, arrogance, and power, as simple and as straightforward as it gets.

Now, in this case, as set forth in the indictment, the defendants are charged with various crimes, nine total. All four defendants are charged in Counts 1 through 5. Those entail violations related to the plot to kidnap or kill President Moise resulting in his death, and also beginning funding or taking part in a military enterprise or military expedition against the Republic of Haiti.

Counts 6 through 9 only charge defendant Intriago. Those relate to the unlawful smuggling and exporting of bulletproof ballistic vests from the United States, in this case, South Florida, to Haiti.

Now, Judge Becerra at the conclusion of this trial, weeks from now, is going to give you detailed specific instructions on the law as to each of these charges, but what's going to be important for each of you as you listen and pay careful attention throughout this trial are the facts, the testimony, and the evidence.

And as you're going to see and hear, in the immediate aftermath of President Moise's assassination, the US Government through the FBI and through the US Department of Homeland Security began investigating the South Florida links to the attack. The evidence and testimony will show that beginning in January of 2021, Christian Sanon, a 62-year-old Haitian-born US citizen and South Florida resident and failed businessman who also masqueraded as a purported pastor and doctor, a coconspirator that you're going to hear about repeatedly in this case, began recruiting potential allies in Haiti and in the United States, including a former Haitian Senator by the name of Joseph Joel John, who you're going to hear from in this case, in a plot to violently overthrow President Moise and unilaterally seize power in Haiti. In essence, the French phrase, a coup d'état.

During February of 2021, as you'll see and hear, Sanon summarily decided that he should be the transitional president of Haiti effective immediately for a multiyear term.

Sanon even gen'd up a written decree, had a handful

of supporters sign it, and began sharing it with others in the United States and Haiti and elsewhere.

However, we will prove to you the US Government very publicly was at peace with the Republic of Haiti during January of '21, all the way through July of 2021, and the US Government very publicly viewed and recognized Jovenel Moise as the president of Haiti until his term expired in 2022.

Undeterred during March and April of 2021, Sanon began working closely with the defendants, first with defendant Solages and then the two of them together with defendants Ortiz, Intriago, and Veintemilla.

Not a single one employed by the US Government, and we will show acting under any authorization of the US Government as to the charged crimes in this case.

As to defendant Ortiz, a then 48-year-old Colombia national and South Florida resident, the evidence and testimony will show that defendant Ortiz since 2019, along with defendant Intriago, operated a small Doral, Florida company by the name of Counter Terrorist Unit, CTU, Federal Academy, named after, yes, the Fox TV show 24. CTU Federal Academy, ladies and gentlemen, we will prove had no affiliation with the US Government, none, zero.

And while moonlighting for extra cash as an FBI confidential informant, which you're going to hear about, defendant Ortiz from the comfort of his cell phone and his CTU

Federal Academy office routinely masqueraded as an expert in geopolitics and global affairs wearing fake US military uniforms, gear, and insignia, utilizing the code name and referring to himself as Colonel Gabriel.

The evidence and testimony will also show that defendant Ortiz during the spring and summer of 2021 was also increasingly desperate professionally and financially.

As to defendant Intriago, a then 57-year-old Venezuelan-born US citizen and South Florida resident, you're going to see and hear that defendant Intriago, aside from being a business partner with defendant Ortiz and Counter Terrorist Unit Federal Academy, also owned and operated a companion company called CTU Security.

And just like CTU Federal Academy, ladies and gentlemen, we'll prove to you that CTU Security had no affiliation with the US Government. The evidence and testimony will also show that defendant Intriago also engaged in the same charades wearing fake US military uniforms, gear, and insignia, utilizing the code name Ariel, and also saddled with hundreds of thousands of dollars of inventory debt in ballistic bulletproof vests from a prior Brazilian business deal.

Defendant Intriago the evidence and testimony will also show during the spring and summer of 2021 was also increasingly desperate professionally and financially.

As to defendant Veintemilla, a then 53-year old Ecuadoran-born US citizen and South Florida resident, you're going to see and hear that defendant Veintemilla, a business associate of defendant Ortiz and defendant Intriago, operated a series of Broward County one- to two-man companies, such as Ultimate Insurance, Worldwide Capital Lending, Worldwide Investment Development, Worldwide Realty Group, among others. Defendant Veintemilla's companies had no affiliation with the US Government, ladies and gentlemen.

Nonetheless, defendant Veintemilla, as you're going to see and hear, portrayed himself as the successful international wheeler-dealer, purporting to have completed large-scale infrastructure projects around the world with access to untold investors and partners and claiming to have the ability to pull off the same in Haiti.

But like his codefendants, in the spring and summer of 2021, the evidence and testimony will show that defendant Veintemilla was also increasingly desperate professionally and financially.

As to defendant Solages, a then 35-year old Haitian-born US citizen and South Florida resident, you're going to see and hear that defendant Solages was CTU and Worldwide's trusted soldier or executive officer in Haiti and in South Florida, desperate for Haitian political power, prestige, and influence.

Defendant Solages you're going to see and hear also routinely masqueraded as a US military member with overseas combat experience, all of it a lie.

Defendant Solages routinely wore fake US military uniforms, gear, and insignia, and also utilized the code name Jacob or Jacob, and like his three codefendants, in the spring and summer of 2021, the evidence and testimony will show that defendant Solages was also increasingly desperate financially and professionally.

But together, in that same spring and summer of 2021, you're going to see and hear in this trial that these four South Florida defendants began planning, fundraising, and securing weapons, ammunition, ballistic vests, Haitian gang partnerships, and other material for a violent coup in Haiti.

Defendant Ortiz, tactics and strategy; defendant Intriago, operations and coordination; defendant Veintemilla, the money man; defendant Solages, boots on the ground.

So arrogant and confident in themselves, the evidence and testimony will show, and thinking so little of the Republic of Haiti and its people, they actually thought they could pull it off.

During April of 2021, the evidence and testimony will show various documented meetings in Fort Lauderdale, Florida, and Doral, Florida, amongst the four defendants and others, including people who will testify.

During these April 2021 South Florida meetings, Sanon, the now self-proclaimed president of Haiti, agreed to open up Haiti's coffers, its natural resources, and its security services to the four defendants, the CTU and Worldwide companies when Moise was overthrown and he was installed as president.

As you're going to see and hear, the four defendants readily agreed to fund and support the plot, organizing tactics and strategy, recruiting and providing material and personnel which would later include 20-plus Colombian military commandos.

On April 18, 2021, defendant Solages flew from South Florida to Haiti to begin laying the groundwork, meeting with Haitian gang leaders and others and coordinating weapons, ammunition, personnel, and repeatedly reporting back to his South Florida codefendants via text and audio messages and phone calls.

And during the same time, as you're going to see and hear, these defendants also began to use thinly-disguised coded language in their text messages and chat messages when referring to President Moise, referring to him as the rat or the thief.

During May of 2021, the evidence and testimony will show continued documented meetings with the four defendants and others in Miramar, Weston, and Doral, Florida, among other

locations.

In early May of 2021, an initial four-man team of Colombian mercenaries, recruited and funded by the defendants, arrived in Haiti, all given code names, including Colombian mercenary German Rivera, who you're going to hear from in this case, code named Colonel Mike.

During early May of 2021, defendant Solages and these initial Colombian mercenaries immediately began conducting surveillance of the Haitian National Palace, code named by the defendant, "the volcano," and President Moise's personal residence, code named by the defendants "the rat's nest," and reporting back daily to the three codefendants here in South Florida, defendants Ortiz, Intriago, and Veintemilla.

On May 19 and May 20, 2021, defendant Veintemilla created and executed here in South Florida a written memorandum of understanding, quote, for the purpose of regime change in Haiti with business associate Jacob Israel, who you will hear from, and in that document, they memorialized initial amounts of money needed for the planned coup totaling over a quarter of a million dollars.

On May 21, 2021, defendant Intriago and Sanon traveled together from South Florida to Port-au-Prince, Haiti on a fifteen-thousand-dollar private jet paid for by defendant Veintemilla, smuggling in a handful of CTU ballistic vests, an event so important to these defendants, as you're going to see

and hear, that they documented the entire thing, via photos and video.

Upon defendant Intriago's arrival in Haiti, he and Sanon immediately met up with defendant Solages, the four Colombian mercenaries, and other members of the plot. Thereafter, the evidence and testimony will show continued meetings to secure support from various violent Haitian gangs and to obtain the necessary weapons, personnel, and ammunition.

And as you're going to see and hear, ladies and gentlemen, these defendants repeatedly discussed amongst themselves and their coconspirators the importance of obtaining the support of these Haitian gangs, including the G9 Family of gangs who controlled vast swaths of territory in Port-au-Prince, all with access to men, weapons, and ammunition.

Phantom 509, a gang of masked current and former Haitian police officers with access to weapons, men, and ammunition and insider information, and BSAP, a loose collection of former Haitian military members with access to weapons, ammunition, and insider information.

Make no mistake, ladies and gentlemen. These Haitian gangs are arsonists, kidnappers, killers, criminals, all of them.

What's more, the evidence and testimony will show in

this case that these defendants fully intended that these Haitian gangs would be their future Haitian security services. Their Haitian CTU Worldwide police, their Haitian CTU Worldwide Haitian military, and a post-President Moise Haiti.

In late May of 2021, the defendants put into action their first initial coup strategy, and that was a pro-Sanon religious grassroots Sunday uprising, and they tried it twice. You'll see. May 23 and May 30. And in that, religious protesters, Phantom 509, and other Haitian gangs would storm the National Palace. They would kidnap and capture President Moise. They would force him to resign, go in exile or else.

The strategy fails both times, on May 23 and on May 30. Why? Nobody shows up. But as you're going to see and hear, the defendants don't pack it in. They don't give up. They continue.

During June of 2021, the evidence and testimony will show that the defendants and their coconspirators simply draw up various new game plans and strategies and deploy them during early June of 2021. The defendants and their coconspirators concoct and put into action their second coop strategy, and that involved a late-night violent attack at President Moise's sister's house in Port-au-Prince using Haitian gangs.

There, they would kidnap President Moise and inject him with a drug, as you're going to see and hear -- a magic

drug flown in from South Florida and also using an exile aircraft flown in from South Florida whereby they would force President Moise to resign and go into exile. And as you're also going to see and hear, these defendants and their coconspirators even drafted up and circulated a resignation letter that they wanted President Moise to read out while they filmed it.

This strategy fails. Why? The defendants' Haitian gang allies don't come through. The magic drug never arrives, and no one can find an exile airplane. In essence, again, nobody shows up.

But as you're going to see and hear, these defendants don't give up. They don't pack it in. They continue. In the immediate aftermath of the failed kidnap, drug strategy, the defendants promptly secure the arrival of 20 more Colombian mercenaries into Haiti, booking and arranging the Colombians' travel from Colombia to the Dominican Republic and into Haiti from the comfort of their cell phones and bank accounts here in South Florida. Each Colombian mercenary later having their own alias and code name such as Pibe, Javier, Schneider, Foro, all ex-Colombian military, including special forces, trained, experienced killers.

Within days of the Colombians' arrival in mid to early June of 2021, you're going to see defendant Intriago and others smuggle in 20 additional CTU-labeled ballistic vests

from South Florida into Haiti for the Colombian mercenaries, and around this same time, the defendants' strategy choices shift again.

As you're going to see and hear, these defendants realize that Sanon, the 62-year old purported pastor and doctor, they realize he's a dead end. After spending nearly a quarter of a million dollars, these defendants finally realized that Sanon has zero access to funding and zero access to additional funding. They realize that he never really had any Haitian support or really any support from anywhere.

And after perusing through the Haitian constitution themselves, ladies and gentlemen, they realize and discover that Sanon, as a US citizen and nonresident of Haiti, could never even be the president.

But they don't throw in the towel. No. They continued.

During early to mid-June of 2021, the defendants pivot, and they join forces with a new and far more promising and lucrative alternative in the form of former Haitian Supreme Court Judge Windelle Coq, who had been fired by President Moise in February 2021, code named by the defendants "the diamond," and her right-hand man, a former Haitian Government official fired for corruption in May, by the name of Joseph Felix Badio, code named by the defendants "bravo," and "the cousin."

Around the same time, what you're going to see in this case, during mid-June of 2021, the defendants also get their hands on and circulate amongst themselves a purported 2019 Haitian arrest warrant for President Moise that had been circulating around, yes, the Haitian Internet and Haitian social media for months, since February.

The evidence and testimony will show that this 2019 Internet arrest warrant was wholly illegitimate, but no one took it seriously, including their codefendants, coconspirators, and it was issued by a former Haitian judge by the name of Roger Jean Noelcius, who you will hear from, who fled Haiti for good immediately after signing it, and we will prove to you, ladies and gentlemen, that these defendants simply used it as window dressing to give the mere appearance of legitimacy to their charged crimes.

Now, you're going to see and hear, in mid-June -- mid-to late June, the defendants and their coconspirators concocting and putting into action yet another coup strategy, and this one involved kidnapping President Moise at the Port-au-Prince airport after he returned from an official overseas trip to Turkey. In that, they would kidnap him at the airport, hold him there, force him to resign, and they would exile him. The same time they would swear in and install former Judge Coq as the Haitian president. On June 19, 2021, the strategy fails. Why? Again, the

defendants don't have the amount of money necessary to pay off gang allies to help. President Moise doesn't arrive when they expect at the airport, and they -- these defendants, they can't find, again, an airplane to exile him.

Again, in essence, nobody shows up. But just like before, ladies and gentlemen, the defendants don't pack it in. They don't go home. They continue.

Days later, during June 23 to the 24 of 2021, defendant Intriago flies back down from South Florida to Haiti to, the evidence and testimony will show, cement the defendants' new Coq/Badio alliance and partnership and to get new additional CTU Worldwide contracts and agreements signed ensuring that money, power, and influence flow to the defendants and their companies once they overthrow President Moise and install former Judge Coq as the new president.

You're also going to see that these agreements included a purported Haitian immunity agreement created by the defendants for the defendants and later marked with Coq's forged signature.

And most importantly, the evidence and testimony will show that defendant Intriago flies back down again in person from South Florida to Haiti to coordinate and okay the final strategy to overthrow Moise. And ultimately, as you're going to see and hear, the defendants and their coconspirators do settle in on a final strategy, and that is assassinating

President Moise at his personal residence using defendant Solages and the 20 Colombian mercenaries, having them pose as DEA agents all under the guise of executing the bogus 2019 Internet arrest warrant.

Now, during early July of 2021, the evidence and testimony will show that the defendants kill Moise, install Coq's strategy, it starts and it stalls, day after day after day, all due as you're going to see due to the lack of necessary weapons and ammunition, which is reported back daily if not hourly to the defendants here in the United States and South Florida.

During this same time, the Colombian mercenaries are kicked out of their Port-au-Prince hotel, which had been subsidized by the defendants, and in response, the Colombians are moved to a compound, which they later referred to as "the mountain house," owned by codefendant Rodolphe Jaar, who you're going to hear from, which was situated not far from President Moise's own personal residence.

During this same early July 2021 period, you're going to see money pressures build and build and build and build for the defendants. Five-figure hotel bills come due. There are continuing food costs and promised salary payments for the Colombian mercenaries. Also, day after day after day during this early July 2021 period, you're going to see the defendants pressuring each other, pressuring the Colombians,

pressuring their coconspirators to act even with insufficient numbers of weapons and ammunition.

The desperate hunt to locate the final needed amounts of weapons and ammunition ends the night of July 6, 2021, when enough had finally been found. On July 7, 2021, at approximately 1:09 AM, after texting defendant Ortiz, defendant Solages and the Colombian mercenaries, accompanied by Badio, Coq's right-hand man, and a small contingent of previously bribed Haitian police officers using money by codefendant Jaar, the Colombian mercenaries and Solages leave the mountain house and drive in a multi-vehicle convoy to President Moise's personal residence, a short distance away.

As you're going to see and hear, the Colombian mercenaries approach President Moise's personal residence. They dismount, and with defendant Solages audibly screaming "DEA operation" over a megaphone, they begin exchanging gunfire with the remaining members of President Moise's security detail who clearly hadn't been bribed.

A five-man Colombian self-anointed Delta Team with flashlights duct taped to their assault rifles ultimately breached the house, and they proceed directly upstairs to President Moise's bedroom, where they find President Moise and First Lady Martine Moise desperately trying to hide under their bed. Just before 2:00 AM, the Colombian Delta Team members shoot both the first lady and President Moise

repeatedly at point-blank range, gravely injuring and almost blowing the right arm off of the first lady, who then plays dead, and instantly killing President Moise.

Greed, arrogance, and power.

Now, the evidence and testimony will also show that the Colombian Delta Team members immediately report back president Moise's killing to their two-man CTU Colombian leadership team that was just outside with defendant Solages, and you're going to see in this case later that the Colombian leadership team refers to the assassination as "doing the hard part."

The Colombian mercenaries still inside the residence promptly cell phone photograph President Moise's dead body for proof and later show it to their Colombian CTU leadership, defendant Solages and others. And you're also going to see and hear that the Colombian mercenaries, as earlier authorized by the defendants as their reward, because these guys didn't pay them, begin quickly looting and stealing from President Moise's bedroom and residence, grabbing boxes and suitcases of cash, ripping out surveillance and DVR systems, clearly to cover their tracks, and also pilfer the president's and the first lady's jewelry and other belongings.

Now, in the aftermath, upon returning back to their convoy of vehicles outside President Moise's personal residence, defendant Solages and the Colombian mercenary slink

away into the night, and they begin immediately planning to drive to the Haitian National Palace, anticipating, as planned, that former Judge Coq would now be sworn in as the new Haitian president, and the defendants' grand scheme would concede.

However, the evidence and testimony is going to show that the Haitian police had other ideas. Defendant Solages and the Colombian mercenaries ultimately encounter a road block set up by the Haitian police. Defendant Solages and the Colombian mercenaries take two Haitian police officers hostage and begin an armed standoff that lasts into the next day, resulting in three Colombian mercenaries killed, defendant Solages surrendering, and the rest of the Colombian mercenaries, except one, being captured by the Haitian police along with their remaining weapons, CTU ballistic vests, cell phones, IDs, fake DEA patches, and other items.

And during this armed standoff, ladies and gentlemen, beginning in the early morning hours of July 7 and into July 8, you're going to see the defendants hearing and reacting to President Moise's assassination. You're going to see defendant Solages confirming via text message to an associate in Texas that, in fact, the Colombian mercenaries did assassinate and kill President Moise.

You're going to hear defendant Veintemilla upon hearing the news from the Colombians via phone call instantly

calling Jacob Israel the same person that he executes the memorandum of understanding for the purpose of regime change. Veintemilla calls him and says, "la rota is in the box." From defendants Ortiz and Intriago, you will not see genuine shock, surprise, horror, only concern about getting caught red handed.

And Judge Coq, former Judge Coq, now being quickly sworn in as the Haitian president to save them. Greed, arrogance, and power.

Now, in this trial, among other things, you're going to see and hear from various codefendants and coconspirators who have pleaded guilty, many who have been already sentenced for their involvement in the charged plot to kill or kidnap President Moise, including Joseph Joel John, who the defendants call J3, a former Haitian Senator arrested in Jamaica after fleeing Haiti. Codefendant Jean worked directly with all four of the defendants and helped secure weapons, breaching tools, gang alliances, and other items to kill or kidnap President Moise.

You're going to hear from Colombian mercenary German Rivera, Colonel Mike, the leader of the Colombian mercenaries. Codefendant Rivera worked directly every day with defendant Solages in Haiti and reported daily back to defendants Ortiz, Intriago, Veintemilla here in South Florida regarding updates, planning, strategy, tactics, and day-to-day operations.

You're going to hear from Mario Palacios, the lone Colombian mercenary that escaped, arrested in Jamaica after fleeing Haiti. Codefendant Palacios was part of the select Colombian Delta Team that attacked President Moise's bedroom and assassinated him on July 7, 2021.

You're going to hear from Rodolphe Jaar. Codefendant Jaar was a Haitian businessman, arrested in the Dominican Republic after fleeing Haiti. Codefendant Jaar worked directly with defendants Solages, Ortiz, and Intriago and provided lodging and funding and cash for bribes, weapons, and ammunition for the plot to kill or kidnap President Moise.

You're going to hear from Fred Bergmann. Codefendant Bergmann was a Tampa businessman who worked directly with all four defendants, helped organize and fund aspects of the plot, and helped defendant Intriago unlawfully export CTU ballistic vests from South Florida to Haiti.

And you're also going to hear from Jacob Israel and Keegan Harricharan, two Veintemilla business associates here in South Florida, who helped raise and move over a quarter of a million dollars at Veintemilla's direction to fund the coup plot.

Now, you don't have to remember all their names and their nicknames now, but each of these witnesses are going to bring to you a very unique important perspective to various conversations, acts, and events as to the defendants' charged

crimes.

You're also going to see and hear the results of ballistic weapons and bullet testing directly linking the defendants' Colombian mercenaries to President Moise's assassination on July 7, 2021.

We will show you the results of federal search warrants executed at the CTU and Worldwide offices in July of 2021 here in South Florida.

We're also going to show you business, financial, and corporate records detailing the defendants' South Florida companies and bank accounts and how they funded, structured, and executed the plot, and equally important, you're going to hear the testimony of First Lady Martine Moise, who no longer has full use of her right arm and who will describe to you in chilling detail when and how President Moise was assassinated at her home on July 7, 2021.

And finally, we will present to you forensic search results from various cell phones and other electronic devices seized and obtained in this case, most specifically, days, weeks, and months of WhatsApp texts and chats, including audio and video recordings, push-to-talk audio messages between and amongst the four defendants, their codefendants, and their coconspirators, planning, funding, executing, and trying to cover up their charged crimes.

As I said to you earlier, ladies and gentlemen, the

evidence and testimony that the United States will present to you in this trial will be detailed, be thorough, and it will be damning. And after listening and reading and viewing the days and weeks and months of text messages and chat messages, hearing the testimony of the defendants' Haitian, Colombian, and US-based codefendants and coconspirators, seeing and digesting the Government's other evidence, and most importantly using your reason and your judgment and your common sense, you're going to have no problem finding each one of these defendants guilty as charged to every single count in this case, every single one.

Thank you.

THE COURT: Thank you.

Counsel for Mr. Ortiz.

MR. DO CAMPO: Yes, Your Honor.

Good morning, ladies and gentlemen.

Ladies and gentlemen of the jury -- ladies and gentlemen of the jury, it is going to be your job to sort through the evidence of this case, and unfortunately, what you're going to find is the evidence in this case is one giant hot mess. And the reason for that is because this investigation was botched from the very beginning by the Haitian authorities.

And our Government, the United States Government intervention in that investigation did absolutely nothing to

prevent or cure the errors that were made in this investigation.

Ladies and gentlemen of the jury, the problem with an investigation that is botched from the beginning is that once you get off on the wrong foot, everything that comes after is very, very difficult to trust. I can tell you right now that the Government's evidence is going to consist largely of a summary exhibit that's about 900 pages long that has a dizzying array of text conversations between a bunch of different individuals. It resembles like a scrum on a Facebook comments page.

But, ladies and gentlemen, that's not what this case is about. This case isn't about fragments of conversations. It isn't about conversations taken out of context or stripped of their meaning or statements made in false bravado by guys trying to act tough. That's not what this case is about.

But before I tell you what this case is about, I have to take a little bit of a detour and tell you about my client, Arcangel Ortiz. Mr. Ortiz was born in Colombia. He has dedicated his life to law, order, and national security.

He entered the military academy at the age of 16. Then he completed his compulsory military service in Colombia. Then he went to work for the CTI, which you'll learn, the CTI is essentially the functional equivalent of FBI in Colombia. He worked there investigating narco traffickers, large

cartels, and was frankly so successful at what he was doing that his life became endangered, and he ultimately had to leave Colombia and relocate to Spain.

When he gets to Spain, he continues working with Spanish law enforcement and intelligence agencies, again dedicating his life to combatting narco trafficking.

And then the events of 9/11 happened. And 9/11 happening was a real pivotal moment in Mr. Ortiz's life because he realized that he had been dedicating all these resources to narco trafficking, but the truth of the matter is that the real enemy facing civilization is terrorism. But then he had an epiphany. He realized that the same organizations that were responsible for narco trafficking are also in league and linked arm in arm with terrorists. For instance, the FARC in Colombia and the ELN have substantial and well-established ties to Hezbollah and Al-Qaeda.

So he returned to Colombia and started infiltrating these organizations to find links between narco trafficking and terror. And what ultimately happened is he started working a lot more with the United States authorities, and he was doing these large operations, busting large-level drug dealers, assisting the United States Government with intelligence about Middle Eastern terrorists trying to establish a foothold in Colombia, and during one of those operations, his identify was revealed, and he was brought over

to the United States by the FBI under a program that our Government has where when you're a cooperator providing a substantial amount of assistance, they'll bring you over to protect your identity and your family, and he comes over with his wife.

And you will also hear -- the evidence will show you that that's not something that happens every day, and that's not something that happens often. It's only reserved for the people who provide the most valuable assistance and whose lives are really in danger.

So, ladies and gentlemen, I submit to you that this case is not about 900 pages worth of text messages. What this case is really about is when Mr. Ortiz comes to the United States in 2013, continuously cooperating with the FBI and the DEA, he meets Antonio Intriago. Together, they form a security company called Counter Terrorism Unit.

This is a security company that provides bodyguard protection, equipment, security, and training, just like any other security company. It's a for-profit business. What the Government characterizes as greed is what I think you and I and everybody else would call capitalism, and because of Mr. Ortiz's international contacts, he didn't just limit their marketing opportunities to the United States. They also tried to do business in Brazil and Bolivia, in Haiti.

And they do this business, and at some point,

Mr. Solages is introduced to Mr. Intriago through a mutual acquaintance, and Mr. Solages says, "I have a nonprofit in Haiti, and I would like to get some training, some bodyguard training."

But very quickly, that request becomes, "Actually, I really would rather just have bodyguards if CTU can supply us with bodyguards." And then Mr. Solages introduces Mr. Ortiz to Mr. Sanon, which the Government spoke about in its opening. Mr. Sanon will not be part of this case. He will not be present. He won't speak, but he is a big part of the case.

Mr. Sanon says, "Listen, I have a large following in Haiti. I'm a doctor. I'm a pastor of several parishes in the United States and Haiti" -- and excuse me -- "The president of Haiti is a corrupt individual. He's involved in narco trafficking. He's involved in gang activities. He's involved in supporting and assisting terrorists. He's responsible for massacres. Plus, he's illegitimate because his term was supposed to end in February of 2021, and he refused to leave office.

"Instead, he's dismantled the Haitian parliament, and he's dismantled parliament, and he's suspended -- he's fired Supreme Court justices who didn't approve of his power grab."

Give me one second. My mouth is dry.

Sorry about that.

Mr. Sanon presents Mr. Ortiz with an arrest warrant.

The arrest warrant is written in French. Mr. Ortiz looks at it. The warrant appears to be sound on its face, and it appears to be a warrant for the arrest of Jovenel Moise for the crime of murder.

My client looks at it, investigates it, and does his own due diligence, and realizes that, yeah, what's happening in Haiti is that the president has refused to leave office and is responsible for all these atrocities. But he doesn't stop there.

He then decides to go and consult with a lawyer, an international lawyer who lives in South America who can't come to the United States and testify, but he has already provided us with sworn videotaped statements or testimony that you will see, and he will confirm to you that when my client went to see him, he confirmed, yes, the warrant is valid. It's valid on its face. It's still good, and that President Moise has exceeded his term.

Now, you will learn as the Government alluded to that the judge who signed that is an actual living person. It's not a forgery. He also could not travel to the United States, but he has also provided sworn testimony, and what he's going to tell you is that he signed that warrant under duress, that dark powerful forces forced him to sign that, and that he was so terrified by the consequences of having signed that that he had to leave. He had to leave the country and find refuge in

Canada.

Now, what you will also learn is that judge -- those same forces that forced him to sign that warrant are also involved in an earlier coup attempt in Haiti called a Petit Bois coup, and that coup attempt occurred or was foiled rather on February 7th, 2021, some five months before the president was assassinated.

So Mr. Ortiz sees all these things and thinks, yeah, there's a legitimate need for political change in Haiti. This gentleman Sanon seems like he has the ability to effectuate some change, and if he does become a leader, it will provide a business opportunity for his business CTU, to provide security and training in Haiti.

So he agrees to send a contingent of four men -- one from the United States, three from Colombia -- who are former military or law enforcement, and those four men begin providing protection for Mr. Sanon, who's in Haiti, and they're also assisting him with outreach into the community to promote his candidacy to be the next leader of Haiti.

However, shortly after that, shortly after the four men get there, the -- Mr. Sanon says, "I really need 20 men to protect me and also to perhaps assist me with the arrest warrant because president Jovenel Moise has so corrupted the system that they're going to need some logistical support for the Haitian national police to arrest him."

And Mr. Ortiz reluctantly agrees and makes arrangements for the 20 men to go there. Mr. Ortiz, the evidence will show, had a completely -- thought he was completely justified and completely acting within the law that his men were going over there to provide lawful support for the arrest and apprehension of Jovenel Moise who was an illegitimate president and a criminal.

However, that plan was largely hijacked by someone who again will not appear in this trial but looms very large. His name is Joseph Felix Badio. And Mr. Badio has -- the evidence will show -- has ties with the most elite -- the most political and social elite of Haiti, including former president Michel Martelly and former prime minister Ariel Henry, and the evidence is going to show that both before, during, and after the assassination, Mr. Badio was in constant communication with Ariel Henry, and, in fact, was in constant communication with Ariel Henry for the almost two years that he was a fugitive from justice.

And what the evidence is going to show is that Mr. Badio completely hijacked and manipulated the presence of the 20 Colombians for them to take the blame for the murder that he wanted to commit of the president of Haiti, and he did this. He's the one that supplied the guns. He's the one that directed all the activities, and what he did was he orchestrated a meeting at that same mountain house that the

Government referred to or alluded to that was owned by Rodolphe Jaar on January 6.

He directed that the cars be split up into six different -- it was a convoy of six different cars. He took the lead car.

What happened is as they left the mountain house, Jaar in the lead car because he's from the neighborhood and knows that area, ditched the caravan and got to the president's house early. In that car with him he had two Colombians, Braso and Ramirez, and four men dressed as Haitian national police. As to whether they were legitimate police or not, no one will ever know, probably.

He gets to the house first. He had already bribed all the president's security detail to stand down. He posts the two Colombians at a checkpoint outside the house, which you will see, for the purpose -- he doesn't even want them to go into the house. Badio enters the house, kills the president with the four Haitian national police, the four men dressed as Haitian national police, and just about eight minutes later when the rest of the caravan, when the bulk of Colombians shows up, he says, "Go, go inside the president's house. Go inside the president's house and go arrest him." And at that moment, Badio disappears. He vanishes into the wind. He's never seen again by any of the Colombians.

And, ladies and gentlemen, this was clearly an

orchestrated effort for the 20 Colombian men to take the blame for the murder of the president, that very high-level and sinister forces in Haiti wanted the president dead and wanted -- but didn't want to get blamed, didn't want the paper trail to lead to them.

There's no reason when you think about it why you need to import 20 Colombians in Haiti to kill the president when lamentably violence in Haiti is not unheard of.

So I submit to you, ladies and gentlemen, that what the evidence will show is that my client was set up. He had no reason to believe that his efforts that he directed to lawfully arrest and apprehend an illegitimate president were anything outside of the law.

One second.

As I alluded to earlier, this investigation was botched from the beginning. The autopsy was -- you'll see was a disaster. Basic protocols weren't followed. Essential evidence wasn't documented or retrieved.

It is a complete mess and can only be attributed to incompetence, intimidation, or corruption, or perhaps some combination of all three. The evidence collection -- the crime scene investigation was probably even worse than the autopsy. All sorts of evidence was lost that could have provided a lot of insights as to who did this crime, who actually pulled the trigger, who did the shooting, and all of

that was lost.

And then the evidence collection is also extremely problematic. Some of you may have heard a term before. It's called a chain of custody. That's basically the idea that from the moment a piece of evidence is found, anyone who collected it, touched it, transferred it, or analyzed it is chronologically noted. So we know that that same piece of evidence that was found at the scene is the same evidence that's being presented in the courtroom.

That's gone. That doesn't exist in this case. You will see chain of custody records starting when the United States Government took possession of most of the evidence in this case in April of 2023, some 22 months after the assassination occurred. But for all that time that it's in Haiti, we have no idea where this evidence was, where it was stored, who it came from.

Now, some of you may think, well, you know, Haiti is a poor country, and it's not easy for them to do a gold standard investigation. But that ignores the fact that the United States was involved in this investigation from the get go. They very easily could have provided Haiti anything it needed, to either gift or lend whatever was needed to preserve a chain of custody, and that just simply wasn't done, and it basically puts you unfortunately in the position where you can't really trust this evidence.

Another person whose name I haven't mentioned is Martine Moise. She is the former first lady of Haiti. She is the president's wife, and she's now the Government's star witness. Martine Moise is going to tell you that she hid under a bed, pretended to play dead while her husband, who was dramatically killed, shot over 12 times -- I mean, clearly overkill, but yet her injuries are limited to her arm and her elbow.

She is going to testify that she -- when they were checking her body, she tried not to breathe. She's going to say that when they flashed a flashlight in her eyes, she prevented her pupils from dilating, which the evidence will show is physically impossible.

She's going to say that she split blood out of her mouth, but she had no injuries to her mouth. So you're going to listen to that evidence, and you will make of it what you will.

Ladies and gentlemen, the last thing I want to tell you before I sit down is this: The evidence surrounding my client's behavior are going to show that he had absolutely zero consciousness of guilt.

First of all, while he is being introduced to Mr. Sanon and Mr. Solages and they're making plans for what to do in Haiti, he invites his FBI handler to a meeting, and he tells them what their plans are for Haiti in the future. That

FBI handler is a gentleman by the name of Jorge Nuñez, who you will hear from, and he memorializes that meeting in the report, but he doesn't mention Haiti or anything that was discussed about Haiti. And then you're going to learn that after the events of July 7, he -- Mr. Nuñez or Special Agent Nuñez amends his report to say, "I warned him not to get in trouble in Haiti," and you're going to learn that for the FBI, amending reports is not a thing. It's not something that's ordinarily done. You can do a follow-up report.

So I submit to you, ladies and gentlemen, what the evidence is going to show is that that amendment was just a CYA effort after the stuff hit the fan in Haiti.

When Mr. Intriago went to Haiti on a business trip to establish CTU's presence in Haiti, he went to the American embassy with all the names of all the employees that were there. That's not something you do when you're hatching a plot to murder the president. After the events of July 7, immediately Mr. Ortiz called Special Agent Nunez and briefed him as to what was going on -- briefed him as to what was going on. He then sat for an eight-hour recorded interview with Special Agent Nunez and other FBI agents. He gave him the two cell phones that he was using throughout this time period, the same cell phones that the Government is going to use to try to convince you that Mr. Ortiz did something wrong.

Now, Mr. Ortiz is not naive. He's not unschooled as

to how a criminal case is put together. He's been behind many criminal investigations himself. He knows how to collect evidence. He knows what evidence is necessary for a conviction.

And he could have easily invoked his right to remain silent and right to counsel and not spoken to the FBI. He could have destroyed those two cell phones. He could have fled the jurisdiction. He was just there under a special visa, and he has contacts throughout the world. He didn't do any of those things, because he didn't do anything wrong.

Mr. Ortiz was not arrested right after July 7. He was arrested in February of 2023. Twenty months, he stayed in his home cooperating with the FBI until they falsely accused him of this crime.

So, ladies and gentlemen of the jury, I'll say this: This case is not about text messages taken out of context. There are going to be real hard facts presented to you that are going to show you and confirm everything I've said to you in this opening.

Mr. Ortiz did not have a guilty state of mind. Mr. Ortiz and others wanted to make things better in Haiti by getting rid of a corrupt president and bring training and other opportunities to Haiti, and that idea, that mission was hijacked by Joseph Felix Badio and the very powerful people behind him, and once you see all the evidence, I submit to you

that you will find that there is -- that the Government's case absolutely does not hold water, and I submit to you that the only proper verdict in this case is a verdict of not guilty as to all counts.

Thank you.

THE COURT: Thank you, Mr. do Campo.

On behalf of Mr. Intriago.

MR. PEREZ: Thank you, Your Honor.

May it please the Court, Your Honor.

Good morning, ladies and gentlemen of the jury. We have heard a lot from the Government, but what we have heard is an opening statement, and an opening statement is not evidence. It's not proof of anything. It's sort of like a movie that you go to, and at the end of the movie, a preview comes up for another movie, and it sort of gives you a hint of what's going to happen. And sometimes you go see the movie and it's a flop or it doesn't contain a lot of the information that you thought was in the preview.

But this is to give you an idea of what this case is about, just to give you some parameters so that when the trial starts, you have an idea.

I didn't hear from Mr. Cronin [sic], not one inch of responsibility, not one millimeter of responsibility that the United States Government had something to do with what happened in Haiti, and what has happened in Haiti for many

years with the United States' involvement.

I've learned a little bit about Haiti. Haiti's only had in its 200-year history two presidents that have voluntarily relinquished their position.

They had 69 revolutions in the nineteenth century, and in the twentieth century, there were over seven interventions. Haiti is not the United States. Haiti cannot be compared to the United States. The standards that you will hear of Haiti are simply outrageous. They're outrageous. This story begins with my client Antonio Intriago.

Antonio, stand up a second, sir. Thank you.

Antonio has been in the security business for close to 20 years. He's had a shop out in the Doral area. Like most security companies, he sells vests, tactical shorts, tactical gear. He has a federal firearms license. A lot of you probably know how difficult it is to obtain a federal firearms license as if he's going to have a gun shop. He sells bulletproof vests. He has sold, way before any of this happened, to countries like Peru. He has sold to Colombia. He has sold to Brazil. And he is in the business of making money. That's not greed. It's making money and staying alive. He's an ordinary middle-class person with a family that is just trying to stay afloat in South Florida selling his wares.

At some point, I believe it was 2019, 2020, he met

Mr. Ortiz, this gentleman right here. And Mr. Ortiz indicated to him that he was, as Orlando's told us, an FBI informant. He had been working with the FBI for many years. He was, in fact, an FBI, HSI, and DEA informant all at the same time.

There was an occasion where Mr. Ortiz told my client that there was a business opportunity in Bolivia, and my client is a businessman. So the business opportunity in Bolivia was to sell equipment and training for the Bolivian police.

Three FBI agents showed up at my client's office and met with Mr. Ortiz and filled out all the paperwork that he needed in order to fly to Bolivia to meet with what turned out to be the secretary of defense, the head of the joint chiefs of staff, these top people in Bolivia that my client was making presentations to sell security equipment. Mr. Ortiz was there for other purposes that were unbeknownst to us because he was still working with the US Government as an active informant.

While in Bolivia, my client met one of the Colombians that later had a plane in Haiti that was brought over I believe through the friendship that he had with Mr. Ortiz, a gentleman named German Rivera. Nothing ever worked out in Bolivia in terms of panning out for some sort of contract, but it solidified my client's perception that he was working with agents of the United States Government and that he was working

consistent with the law because the three FBI agents that came to his office were not imaginary. They were real. He's not saying, "Oh, I thought they were FBI agents." They were real, and I don't think that the Government is going to deny that.

Mr. Ortiz, he was a real informant and had been for many years. So he was real. After that, what occurred was that a gentleman by the name of Mr. Sanon, who is not on trial here, a heavyset man who's a pastor, said that he had desires to run for president in Haiti and that he was going to be able to get the financing and the group together in order to get his presidential bid going in Haiti.

Haiti was in shambles. The President Moise had overstayed his visit -- his presidency by over four years. Most of the members of the United States Congress were writing Antony Blinken saying, "You need to get this president out of there. He's overstayed his visit."

He was being accused of killing some people in a salt mine. He was trafficking in drugs and bringing in high-level firearms into the country.

So he was not liked. He had been ruling by decree. He fired two Supreme Court justices, which he couldn't fire because, under the constitution -- if you really want to call it a constitution. It's really what the founders of our country would call a parchment guarantee, means that it's a constitution, it's got a lot of words on it, but nobody ever

really follows it according to whatever the convenience was.

So the president decided that he was going to fire Windelle Coq and another Supreme Court judge called Dabrezil, that he actually incarcerated, and that was in May of 20 -- that was in February of 2021.

In February of 2021, the chief of police of Haiti and the security officer that takes care of the security of the president, Dimitri Herard, started receiving text messages from an individual named Daniel Whitman who claimed to be associated with the United States embassy and who wanted the president out of the country and was willing to give him $8 million for him to leave with his family.

And at that time, the most egregious thing of all happened, what I call the big bang of the case, what exploded everything. And you're going to hear it. They got a sitting judge, just like this judge here, to open an investigation on the president and to -- he's going to testify. He's already testified. He said he got called by a lawyer, and he was taken to a back space -- let's call it a back, dark space, since the Government likes the word "dark" -- behind the American embassy, and while speaking to a gentleman there by the name of Whitman on the phone, they said to the judge, "If you want to save your country, you've got to sign that warrant." The warrant was a warrant for the arrest of the president of the country for murder.

And he said, "I need evidence." And the gentleman from the US embassy said, "You'll have your evidence." And a couple of days later, a file was delivered to him, and he signed a real warrant and with his real signature and a real stamp, and he handed it over.

Now, the Government would like you to believe, oh, that's an illegal warrant. Oh, that's not legal. It didn't have the force of law.

Well, for anybody that's looking at it from the outside, the only one that knew that it was an illegal warrant was the judge himself, but anybody else that looks at it in the public and verifies it is going to see that, hey, it's a real warrant. It's signed by a real judge. It's his actual signature, and it has an actual stamp. So perhaps if I take an order from this judge that's fake and I take it outside and I show it to all these people in the crowd, none of them are going to know that the judge falsely signed the warrant because he or she was pressured by the, quote/unquote, man at the American embassy, whoever he may have been.

And you're going to hear his testimony.

So that was the big bang. That is what exploded everything, because in February, they tried to execute on that warrant. The chief of police tried to execute on the warrant, and they tried to take the president out, and the president made the Haitian moves, as I call them, because it's a

dog-eat-dog world there. It is a cesspool. It is nothing like the United States.

And he arrested the Supreme Court judge. He fired Judge Coq, and he fired a very important person that the Government has mentioned, a gentleman by the name of Felix Badio. I call him Mr. Bad. Mr. Badio was the minister of justice of the country, the top-dog lawyer in the country, something like the same as Pam Bondi here, and he fired him May '21. Badio suddenly had an ax to grind. Now he had wanted the president out.

Judge Coq that got fired wanted the president out. The other judge that got incarcerated wanted the president out.

JJJ, the person that's going to testify here, a Haitian senator, a Haitian senator wanted the president out.

So what happens is all of these powers came together in order to oust the president.

By the time that Antonio Intriago had met Mr. Sanon, the hopeful -- Mr. Sanon claimed that he had influence with the religious sectors in Haiti. Religious sectors are the followers. Whether you like them or not, whether they sound clean or not, it is a fact of Haiti.

He met with the Catholic priest, and he met with all the Voodoo people, because Voodoo is really big in Haiti. And just like the same as a politician here meets with a Catholic

or a Presbyterian or a Baptist in order to gain popularity, in Haiti, you meet with the Voodoo people, you meet with the Catholics, and you meet with another aspect of society that unfortunately controls a portion of the country, like it or not: the gangs.

You must control or have harmony with the gangs if you want to rule Haiti, because if you don't, you could have problems, much the same way that many, many years ago, perhaps the Government of the United States in the early '20s had to deal with the mob in order to be able to rule in the United States.

So in Haiti, you need a confluence of a lot of people to come together.

Now, there's something that the Government said that -- I'm sorry, that the judge said that I think is important for all of you to remember is that there are one, two, three, four different trials going on here. And it's important for you to attribute the evidence to the particular person as to what they did because what the Government is going to try and do, it's going to try and put it all into a bowl and say it was all together.

So I ask you to take a pad, something like this, and just put Antonio on it, and fill the pad as we go through with what Antonio has done. And at the end, you'll see that he has done very little.

Antonio did some things that are significant and I consider to be insurmountable by the Government. And I thought of this last week because I was watching a program on television.

The second president of the United States, Mr. John Adams, was also the lawyer that represented the British subjects in the Boston Massacre shortly before the American Revolution. They were all acquitted. And he coined a term at that time that has lived on for the last 240, 250 years, which I think is significant for you to consider.

And I printed it out off of the Internet, and I'll read it to you, and I'll explain it to you as I go on this, and I'm going to explain to you what it is. He said during his closing, it says, "Facts are stubborn things. But whatever your wishes may be or your inclinations or the dictates of your passion, they cannot alter the state of facts and the evidence."

And what I'm saying to you with this is that the Government is going to try and pull on your passion, on your heart strings. They're going to bring the widow here about how he was killed, and they almost killed her. They put a picture of the president up and they tell you how you he was a great guy who was helping the Government, but there are certain facts that they cannot overcome, because they're too stubborn to overcome.

One of the first facts that we're going to talk about when the evidence starts is that when Mr. Antonio Intriago first went to Haiti to see the operation, see how it was going, he drafted a letter with his name, introducing his company, himself, and listing the names and the passport numbers of each one of the Colombians that would be attending to the security detail. They call it mercenary. That's a word they want you to sink in your head. They were a security detail. They were not mercenaries. Mercenary is a word that the Government has picked in order to convince you that that's what they were there for.

He shows up at the American embassy with a letter from the ambassador saying, "Hi, I'm Antonio Intriago. I work for CTU. We're here on a security detail for a hydroelectric project, and this is my name, this is my company, and these are the people that are working for me."

I ask you to ask yourself as this case progresses, facts are stubborn things. What kind of person who intends to kidnap and murder the president of a country goes to that embassy and announces themselves as the individuals that are there?

Afterwards, Antonio Intriago went to the hotel, and he was proud of the project that they were putting together in Haiti, and he took pictures by the pool with all of the Colombians and the vests and the patches, not the DEA patches.

The DEA patches were obtained by Felix Badio much later on on the night of.

None of the Colombians had any guns. They did not come into Haiti with any guns. They were there as a security detail. None of -- Mr. Intriago did not send any guns to them.

So who goes to a popular hotel, who intends to kidnap and kill the president, and takes pictures with the whole crew? That makes no sense. Facts are stubborn things, and those are the stubborn facts that the Government cannot overcome.

I would imagine that they may say, oh, it was just part of the play. It was part of just the show, but I submit to you that that's not possible.

So on July 4, Antonio was at a barbecue in Texas. He was not in Haiti. He was in Texas, and he started getting text messages, crazy, burning off the hook. "They're shooting at us. The boys are in trouble." All of a sudden, a person appears on his text messages that says that his name is Robert Jean Marie, and the phone identifies Robert Jean Marie as the Department of State.

So he wasn't surprised to be getting something from someone that held himself out to be Department of State, because at this stage, he had dealt with six FBI agents in the United States that were aware of what was going on in Haiti.

There is a gentleman that is named Joseph Vincent that -- it's a Haitian guy that walked around with CIA credentials sort of like the juror badges that you have, and he wasn't a CIA agent, and he had a lapel pin that said Department of State.

Now, if you claim you're a CIA agent and that's your ID, it's a little difficult for me to come up to you and say, "Can I take a better look at that and see if it's real?" But it turned out to be a complete lie.

So he's dealing with actual FBI agents here in the United States. Joseph Vincent pretending to be a CIA agent and who happens to be a former DEA informant who worked for many years with the Government and boasted about it. And Joseph Vincent said he was in contact with a gentleman named Bob Baltazar. Bob Baltazar supposedly was a White House adviser, connected to the President, who had access to congressmen. There are text messages where Bob Baltazar represents him as being in direct contact with the President of the United States.

So for all appearances, it appeared that he was doing everything legally.

Now, let's talk about Haiti. When he traveled to Haiti, he arrived on a private plane. He didn't pay for it, because that was part of the agreement that Mr. Sanon had with Mr. Veintemilla. The money for that operation was not paid by Mr. Antonio Intriago. He was just trying to make money for

his security business.

So he flew to Haiti, and when he arrives, he is greeted by a gentleman that you're given here called Ashkard Pierre. Ashkard Pierre was a diplomat in Canada, and he didn't go through that regular line where we all go to another country, wait in line, and they stamp our passport.

So he went through the diplomatic entrance, and after he goes through the diplomatic entrance, he is picked up by Haitian national police with guns, with uniforms, in official cars.

While there, he goes to these Government offices, and you're going to see these pictures of Government offices with flags. He meets senators. He meets the mayor of Jacmel, who signs a contract for a hydroelectric project. He meets businessmen. He meets Felix Badio, the vice minister of justice, an important person, who, by the way, said, "I'm the right-hand man or the right-hand man, yeah, of Windelle Coq, the Supreme Court judge." The Supreme Court judge signed a letter of assistance saying to this CTU organization, "We need your help. We can't deal with President Moise anymore. He's destroying our rights."

And they got a look at the arrest warrant. Again, the arrest warrant, most of us would say, hey, how do we know it's real? Good question. So what he did -- what they did was that they contacted an attorney in Bolivia, JC Corrales.

He's already testified. He's going to testify -- it's on a video -- that they gave the arrest warrant, and the man checked it out. The reason it was taken to someone in Bolivia is because unlike the United States and England and Australia and Canada, they don't follow the common law.

They follow Napoleonic code. So they needed advice from someone that followed that code, and JC Corrales looked at the arrest warrant and says, "Yep, it's legit." It gave them the assurance that it was real. Sure. Why not, because it was real.

The most incredible thing is that the Government is going to bring the judge who says, "Yeah, I falsified the warrant for the arrest of the president on my letterhead, and two or three days later, I sort of got scared because things weren't going the right way, and I left to Canada. And I think if I'm a judge and I sign an arrest warrant and I lie because I was forced to and now I'm safe in Canada, within a week, within a few days, I'm going to come out and say the warrant is false. I was forced into it. These are the people that forced me into it," but he did nothing. He stayed quiet for three or four years.

So it was not until less than a month ago that we got him in Canada, but here in a videotape where he confesses, he says, "Yeah, it's my signature. I was forced to do it. They made a puppet of me. My career's been destroyed, but I'm not

responsible for his death," even though that was the warrant that was supposedly used to arrest him.

Now, I want to talk about the arrest itself. As I said, Antonio was in Texas when all of this happened. One night or two nights before, Felix Badio started circulating the idea that it was time to kill the president, that they were going to kill the president. And guns were brought to the mountain house that Mr. Cronin [sic] refers to.

The mountain house is the house of Rodolphe Jaar's mother. Rodolphe Jaar, another interesting character, another former DEA agent who had worked with the federal government for many years who was in Haiti, who was a high-level businessman, put money, $30,000, and brought guns to the mountain house in order to give them to the Colombians.

When the Colombians arrived, they were picked up at their hotel -- it's incredible. They were picked up at their hotel by Haitian national police officers, and they were taken to the mountain house.

When they arrived at the mountain house, it was full of cops. They were everywhere.

The Colombians were given firearms by the Haitian national police. Some of the firearms, believe it or not, have an imprint that says Haitian national police in metal -- in the metal. And the Colombians will say that it was handed to them. And from there, they were told that there was going

to be -- this is the word -- a movement to arrest someone. They didn't even tell them it was the plan to arrest the president, and the actual warrant in its original form was there.

You're going to see the convoy of the travel. It's on a black board. There were four or five vehicles. The first vehicle, Felix Badio, the minister of justice, accompanied by four Haitian policemen, fully armed. After that, there was two of the Colombians. After that, there was another truck that said, in Spanish, fiscalia, meaning prosecutors.

So in another car, there was a prosecutor, and then there were two or three vehicles that were behind. The last two vehicles had no firearms because the police had run out of the firearms.

Those firearms came from four sources, and I'll tell you what they are. The Senator of Haiti, JJJ, got the guns. Jaar got the guns and the money. The chief of police of Haiti got the cars for the assassination. And Corvington, a guy who had a security company, got some of the guns as well.

None of those guns had anything to do with Antonio Intriago, none of them, none of them.

The bulletproof vests that they keep mentioning that there's three counts or whatever, the bulletproof vests -- and we're going to get into the detail of this -- were not what

are called military-grade bulletproof vests. There's two types of bulletproof vests. There's the ones that can stop just a handgun round, and then there's a more sophisticated vest that is able to stop rifle rounds.

Mr. Intriago and Mr. Sanon talked about sending the vests to the United States -- to Haiti. What occurred was that Mr. Intriago did not want to export the vests to Haiti because he didn't want to deal with the paperwork. He didn't want to -- he didn't think it was necessary. And Mr. Frederick Bergmann, Mr. Sanon's friend, said, "Don't worry. Just deliver it to me here in Miami, and I'll make sure that with the use of Ashkard Pierre, my buddy, the diplomat that got us in before, we're going to get the vests in as -- you know, through diplomatic channels."

And Mr. Intriago handed the vests over to Mr. Bergmann, and Mr. Bergmann took the steps of exporting it and filling out the forms and perhaps lying on the form as to why those vests had to go to Haiti, but that was Mr. Bergmann who did it. It was not Antonio Intriago.

What the Government is doing is they're saying, oh, well, Antonio knew it was headed to Haiti and therefore he conspired with Mr. Bergmann, but he didn't actually send them, and that's really a determination for you to make at some point in the future.

The vests are important because the Government is

claiming that Antonio failed to comply with US regulations. That's going to be one of the technical issues that you all are going to have to address as the jury.

Now, finally, I want to talk very briefly about the night of the shooting because that was a crazy night. The night of the shooting, Antonio starts getting text messages from a guy named Robert Jean Pierre, the Department of State it says. No surprise. Why isn't it a surprise? He's been dealing with FBI agents. He's been dealing with DEA agents. He's been dealing with fake CIA people. He's been dealing with informants.

In Haiti, he's talked to senators, presidential hopefuls, mayors, he's talked to a Supreme Court justice. So both in the United States and in Haiti, there was a complete appearance of legitimacy. Not illegitimacy. He's not coming here and saying, "Oh, I thought he was an FBI agent." No. They were FBI agents. "Oh, I thought he was an informant." No, they were informants.

So his perspective in the United States is that he was doing everything consistent with the law. There were open meetings in Doral where FBI agents were present, where senators were present, where the mayor of Jacmel was there and signed a contract for a hydroelectric project.

And what's happened is that the Government has realized that after the president was killed, somehow the US

has to save some face because they are at least indirectly involved. And I'm not suggesting to you that we're going to prove that they were involved. You don't have to prove it, because that saying that if it walks like a duck and it talks like a duck, it is a duck. This will be a duck, and this is what I'm suggesting.

From the very beginning, from the big bang, the arrest warrant that triggered everything, a man signs it because he says, "I was pressured by the American embassy."

The individual that starts calling the chief of police, telling him that the president has to resign, claims to be working with the American embassy, Daniel Whitman. When he doesn't do that, the people that get involved are fake CIA agents who used to be confidential informants. Confidential informants, senators -- talking about a Senator of the Republic gets involved. Mayors. The vice minister of justice. All of these individuals created the appearance that everything was going to be legitimate.

And there's two words here that every time you hear it, you've got to say, whoa, is it a kidnapping, or is it an arrest? Kidnapping or arrest? The Government said, oh, this is a simple case. It's complicated, but the bottom issue is a simple one.

If I don't have an arrest warrant that I believe to be real and I go and I pick you up and handcuff you and take

you elsewhere, I've kidnapped you.

But if there's an arrest warrant where there's a legitimate process, where there are police officers from that country, where there is a prosecutor from that country, and the Colombians are asked to serve as a security backup for the Haitians because that's what the Colombians are going to say when they testify, it was for a legitimate arrest.

Now, we challenge and we ask the Government to prove to you all that when the Colombians got there they shot their way into the house -- boom, boom, boom, boom. They shot their way in -- because they didn't, and everybody says they didn't, including the widow. The people inside, his guards, had been bribed by Badio.

None of them resisted. They laid on the ground. They put their weapons down. There was no resistance in the house. There was no shooting. When the Colombians came into the room, the president was dead, and they left immediately.

Now, we heard testimony -- we heard Orlando's opening that there were people in there before. We were lucky enough to get the deposition of one of the Colombians from Colombia who was at the back end of the convoy, and he said that as they arrived at the home -- they didn't even know it was the president's home because they were just given the detail -- he was told to go to a concrete slab in the back of the house so that he could observe the movements, and he testified, "Before

my group went into the front of the house, I saw four people run out of the back of the property."

The crime scene is outrageous in terms of it being an actual assassination. The president was dragged around his office -- around his bedroom unnecessarily. We believe that there might have been some sort of a Voodoo ritual that was done to him because of the unusual circumstances under which he was found. I submit to you that these Colombian, quote, mercenaries would not have come in and killed him and then sort of dragged him around and propped him up and made him look a certain way and complied with some kind of religious ceremony, not likely, because neither one of the Colombians that are going to come in here are going to say, "I shot him." Neither one of the Colombians coming in here are going to say, "I saw who shot him." They are going to say, "We walked in the room and he was dead." Yeah, because they had killed him before.

Now, from Antonio's point of view, he was in Texas. That decision was made hours before the assassination. Kidnapping and murder was never on the radar screen for Antonio. What was on the radar screen was always a lawful arrest with a lawful arrest warrant, supported by the Haitian national police. And indeed it was. They didn't do it on their own. They did it at the direction of the Haitian national police. They were there, and that's what happened.

Now, what happens is that it's obvious that they're patsies or that Antonio was a patsy. So patsies always get killed. Lee Harvey Oswald, you know, he didn't do it. So they've got to kill him, because otherwise we find out who really did it. So somewhere down the line when they were on their way back to the hotel, the Haitian national police had set up an ambush at a crossroads, and they started firing at him. 50-caliber machine guns, grenades.

They were able to take cover, and this Jean Marie, whatever his name is, Department of State -- we don't know how. We've got to figure it out. That's why you're the jury -- gave -- provided information to Antonio via the text that the Colombians could get into the Taiwanese embassy, and sure enough, somebody let them in.

So ask yourselves, who has the authority, the power, the know-how, to call the Taiwanese embassy and say, hey, there's a group of guys outside. You need to let them in. We don't have that evidence, but we can only guess.

In addition to that, there were other very unusual things that have the fingerprint of the United States Government everywhere. I was frankly surprised that the Government didn't accept a little bit of that responsibility.

And when I say the Government, I don't mean Mr. Cronin [sic], Mr. Wu, Mr. Briggs, Ms. Altanese. They're just representatives of the Government that are trying to

reconstruct the story that happened in Haiti.

When you look at the evidence, I'm going to put it in two buckets. Okay. And I'm going to tell you what the two buckets are. The stuff that comes from the US, the phones, the -- whatever comes from the US. You can probably be pretty sure that it's accurate evidence. But when you see the stuff coming from Haiti, put your feelers out because there's a lot of problems there, whether it's the crime scene, whether it's the ballistics, whether it's the crazy stories that you're going to hear about the crazy stuff that happened in Haiti. The autopsy is a complete disaster.

The claim that one or two of the bullets may have come from one of the Colombians is going to be made, but you have to ask yourself, okay, well, where was the cadaver, and how long was it there, and who supervised it, and where was the gun, and could they have shot the gun somewhere else and done something to the cadaver a week later?

The gunshots to the cadaver are highly unusual. And one other thing that's very important is the duplicity of the firearms. The guns that the Colombians had came from the Haitian police. The Haitian police has the same type of gun, the same caliber and the same model as the ones that the Colombians used.

The Colombians have maintained throughout, in Colombia, that they did not shoot the president, did not kill

him, and did not shoot the first lady, that when they arrived, that had already been done by individuals shortly before them, and they got out of there. And as they ran out, they said -- this is in Spanish. They said, this is a "trampa." This is a trap, and they ran out. And as they left, they were ambushed, and they tried to kill them.

They managed to kill the main guy, Capador. Dimitri Herard, who is the president's security detail, shot Capador in the head and is now the head military advisor to the top gang leader in Haiti who is, for all intents and purposes, the guy that runs the country.

It's either barbecue or innocent. And all of these politicians have to cater to them.

You're going to see also certain stipulations that the Government and ourselves, the defense, are going to agree to, and those stipulations are going to knock you out. You're going to be shocked at what you're going to learn from those stipulations.

The people that were involved at all levels of Haitian Government to kill the Haitian president and used the opportunities that this Sanon guy wanted to be president and brought over a bunch of Colombians in order to use them as a stage so that they could get blamed.

I'm sure that as the evidence unfolds, I'll be able to address the evidence. I ask you certain things. Listen to

the evidence when it comes from the witness, but don't make up your mind until you hear us do the cross-examination, because that's really where the truth comes out.

Secondly, listen to whatever a witness has to say and then compare it to what another witness that was there at the time has to say, and you're going to find huge discrepancies.

I know that the judge mentioned this, but the Government has a burden that is extremely high. It is a burden of reasonable doubt that Antonio engaged in the attempted kidnapping and murder of a head of state in this entire operation, and they have to prove it to each and every one of you beyond a reasonable doubt.

I submit to you that they will not meet the burden because they're going to show you a lot of texts back and forth, oh, this guy is about to go any day. We've got to get the gangs, whatever. But never is it, are we ready to kidnap? Are we ready to -- so these claims, oh, they're going to get him at the plane.

No, they weren't going to kidnap him at the plane. They were going to arrest him at the plane with a legitimate, real arrest warrant signed by a corrupt judge. It all started in Haiti. It was created in Haiti because the system there is rotten to the core.

It is a weaponized system that can destroy a president. It can destroy anyone, and it is, in fact, now,

because of that system, destroying other individuals here.

The US has to do this case because otherwise, forever more, all of these little touches where the US is involved -- you know, Whitman saying, I'm from the embassy, the judge signing because he's pressured by the US embassy -- will remain in public media in history forever. So the US has to close this chapter in their favor because, otherwise, they had some role in this affair.

Thank you.

THE COURT: All right. Ladies and gentlemen, you've been patiently listening for a little over two hours. We're going to take a 15-minute break and come back. Remember, today is a short day, so our calendar today is going to be a little truncated.

So take about a 15-minute break and come back so we can hear the remainder of the opening statements.

(Jury exited at 11:43 AM.)

THE COURT: All right. Mr. Veintemilla's counsel, what say you with respect to your opening statements?

MS. DESCALZO: Your Honor, we'll be reserving our opening.

THE COURT: Mr. Veintemilla will be reserving. I will allow that.

Who is opening for Mr. Solages?

MR. FRIEDMAN: I am. It's going to be relatively

shorter than what you've heard.

THE COURT: Okay. So I think we can come back and hear the last opening statement. I'll give them 30 minutes for lunch, and we'll have time to start a witness today.

MR. MCLAUGHLIN: Great. Thank you, Your Honor.

THE COURT: All right. Thank you.

(Recess from 11:44 AM to 12:02 PM.)

THE COURT: All right. Just for the record, I'll ask Veintemilla's counsel for an opening so you can do that in front of the jury.

MS. DESCALZO: Thank you, Your Honor.

(Jury entered at 12:02 PM.)

THE COURT: Counsel for Mr. Veintemilla.

MS. DESCALZO: Good afternoon. On behalf of Mr. Veintemilla, we will be reserving our opening.

THE COURT: Counsel for Mr. Solages.

MR. FRIEDMAN: Thank you, Your Honor.

May it please the Court.

Good afternoon, ladies and gentlemen. I think I am last but not least. And I think I am what is separating you all from getting lunch, so I'm going to -- I'm not going to spend as much time as my colleagues did. I think Mr. do Campo really articulated the essence of what our case is about, and I think between Mr. do Campo and Mr. Perez, I think you pretty much have an idea of what was going on in Haiti back in 2021.

Okay?

So I'm going to kind of narrow this down with regard to my client, Mr. Solages. James, stand up.

That's who I represent. And as the judge told you, every defendant needs to be evaluated by the evidence independently. So when I'm talking to you about Mr. Solages, I'm talking about James, only James.

But first, I want to thank you all for taking the time. I know the Court thanked you yesterday. We spent an entire day, which it's unbelievable. We had almost close to 200 jurors. But you all took the time out of your busy schedules, and you are taking the time moving forward perhaps in the future of your busy schedules to sit on this case. And that means a lot.

You know, the Government, they're the ones who brought these charges. This is a case -- it's a bizarre case. They are prosecuting the case that happened in Haiti. Okay? The first thing. The Government could file an indictment -- I don't know if you've heard. Some of you have some legal family members. But the Government can indict a ham sandwich; right? But it is all you collectively as the juror, the jury that decides whether or not the Government has proven beyond a reasonable doubt all of the elements in this case.

Only you collectively can do that. They can charge whatever they'd like, but you collectively have the final word

in whether or not these charges have been proven. And just like my colleagues said, there's reasonable doubt. And at the end of the case after all the evidence is presented, I'm going to stand back up here again, and we're going to point to all of the particular pieces of evidence that have been produced and testified to and all the conflicts and all the lack of evidence, and we're going to argue again that they haven't proven the case.

Ladies and gentlemen, Mr. Solages is 100 percent not guilty of any of these counts. I'll say it again. Mr. Solages is 100 percent not guilty of any of these charges.

Let me tell you about James, first of all. James had a dream. He was born in Haiti. He was raised in Haiti. He went to high school in Haiti, and he came to the United States sometime thereafter, and he's been a United States citizen for many years. But his dream has always been to be a federal agent.

Mr. Solages would like nothing more than to have sat where Agent Pavletic is sitting. That special agent, that's what Mr. Solages had a dream of doing his entire life.

We talk about law and order. The evidence is going to show that he ate, breathed, he slept law and order. That's who James Solages is.

Starting out, when he came to the United States, he became an armed security guard, a licensed armed security

guard here in Florida.

When there was the earthquake in Haiti in 2010, the 7.0 Richter scale earthquake that devastated that country, James Solages went to Haiti or was in Haiti at the time, and he engaged in rescue missions. He engaged in rescue missions with a Haiti relief organization that was run by the actor Sean Penn; right? You all know who he is.

Sean Penn created an organization that brought in people and rescuers and people of humanitarian aid.

Mr. Solages flew around Haiti in helicopters rescuing people in crisis, rescuing pregnant women and children. That's who James Solages is.

James Solages also worked as a bodyguard at the Canadian embassy in Haiti. Law and order, James Solages.

James Solages opened up his own nonprofit organization around 2019 while he was living here in Florida to help underprivileged children, orphans, with clothing, with food, with toys. All he has is goodness in his heart. That's who James Solages is.

He came from a small town in Haiti called Jacmel. And the name of his foundation was called the Jacmel Children Foundation. And of course, as life would have it, he gets married. He got married again. And he has children, James Solages. He's a father. But his dream was always to be a federal officer, a federal agent. And that's where

Mr. Solages runs into Mr. Ortiz and Mr. Intriago.

And you've heard about their backgrounds, stellar backgrounds. An informant for the FBI. You heard what he's done here, overseas, the protection that he was given because of his substantial assistance pretty much all over the world.

And Mr. Intriago, I don't know if it was mentioned, but he also was a former DEA informant who worked closely with the DEA.

So when Mr. Solages ran into these two fellas, his dream of becoming that federal agent had arrived. And you heard the circumstances. He met Dr. Sanon in Haiti, and he came to CTU Federal Academy, and from there, his training and all his -- the licenses that he had for security work and flying around rescuing people in the rescue missions and working for the Canadian embassy was only furthered by these gentlemen, because they put him through a course to become a certified antiterrorism unit officer, and it was the proudest day of his life when he gets sworn in by Mr. Ortiz and that he's now an official CTU, Counter Terrorism Unit, officer.

And James, he believes he's working because Mr. Ortiz is a legitimate informant. He's working with the FBI. Mr. Solages, he believes now he's working be with the FBI too.

So when we talk about this case -- and I'm not going to get into all the facts like my colleagues did, but the most important thing that you all should focus on in this case is

what did Mr. Solages rely upon? What was in his state of mind? Who did he meet? What did people tell him? Right?

Because at the end of the case, the judge is going to instruct you on the law, and all of these charges all require an element of intent, all of them. It's called *mens rea*, guilty mind. There's no crime unless there's a *mens rea*, an intent to commit a crime.

So your focus for Mr. Solages, I suggest, or in this trial, is to pay attention to what he observed, what he heard, what he saw, what he perceived. What did he rely upon in good faith? That's going to be your job with regard to Mr. Solages. What did he rely upon in good faith?

The fact that now he is working under the FBI -- and you'll see evidence of Mr. Solages's meeting with the FBI. The meetings that were alluded to by Mr. do Campo and Mr. Perez, those meetings happened. They happened in a boardroom in an office building in Fort Lauderdale, openly.

What's going through my client's mind is so key to this case, and I would suggest that the evidence, after you hear all the evidence, you're going to be left really with one impression, and that is Mr. Solages thought what he was doing, it was justified. It was lawful. It was something that people of the highest level of Government in Haiti were endorsing.

You know, Mr. do Campo talked about the crime scene

and the resources in Haiti at the time that they were investigating the case, and you really -- and we'll bring it out during the trial, but you've got to pay particularly close attention to the details. Because even though the Government can stand up here and say, "They're the ones responsible. They're the ones who conspired to kill the president," that's just not the case, and I think after you hear all the evidence, it will be abundantly clear in your mind that there was doubt. There was big reasonable doubt.

The evidence is going to show one thing with regard to Mr. Solages. He thought that he was going to Haiti and that they were going to arrest the president. That is it, arrest the president, remove the president, depose the president, whatever word you want to use or that the Government wants to use or that their witnesses may testify to. It all means the same thing: to remove him but through lawful means.

This arrest warrant that was discussed, it's true. A judge in Haiti signed an arrest warrant, and the only one who didn't know it was real was these folks. Everyone on trial here relied upon that warrant. They relied upon not only the warrant, but then they got counsel. Mr. Solages was present during meetings and listened to the counsel JC Corrales, who you'll hear from, his testimony, and his testimony was, "That is a valid warrant."

So, again, when we talk about Mr. Solages, what did he rely upon? He relied upon an arrest warrant that he believed was valid. Nobody would ever know until about a month ago when we all learned, everybody learned that it was fake, a month ago, and this happened almost five years ago. That's what the evidence is going to show.

A month ago. The judge decided to come out of hiding, who's -- he's up in Canada, and he decided -- they found him. They were looking for him, and you're going to learn for the first time, shocking, is when he says that that warrant wasn't valid. "I did it under pressure." I was coerced." But none of these folks knew that. Nobody here who's on trial knew that. Again, good faith reliance. My client in good faith relied upon that.

We talked about Justice Coq, who was a Supreme Court justice in Haiti. Just like our Supreme Court, but a little different, but still the highest level.

She signed a letter of assistance to CTU, giving them authorization and requesting help and assistance to remove President Moise.

And let me just take a moment real quick. I know my colleagues discussed what had been happening in Haiti during that time, but it's worse than that. He just didn't overstay his power. He just wasn't running the country by decree. There were cries not only from the United States Government

with congressmen who were on the floor of the Congress talking about what was going on in Haiti, writing letters to Anthony Blinken, our State Department chief. There were open letters from organizations in Haiti crying out for help. The United Nations, you will learn in this trial, were aware of what was going on in Haiti, and there was cries for reform there, for change.

They described President Moise's rule as almost dictatorship. Almost dictatorship. Sound familiar?

So with the letter of assistance from the Supreme Court justice to come and remove the president, telling these folks that they're going to have full immunity, we need help, that's what Mr. Solages relied upon in addition to the warrant, in addition to the letter, in addition to meeting John Joel Joseph, a former Senator in Haiti, and you'll see photographs of these people. Kind of dressed like me in meetings, shaking hands, being advised by a lawyer, being advised by a lawyer who had enough knowledge and had spoken with and consulted with people in the Haitian Government, including Haitian lawyers and judges, to render an opinion to these folks, including Mr. Solages, that this arrest warrant is valid, you can arrest him.

The night that this happened in the early morning hours of July 7, 2021, my client believed they were going to the president's house to effectuate the warrant, to arrest

him, to remove him, not to kill him. Clearly my client knew that in the country of Haiti at that time there were people that did want to kill him. His intent was to remove. Other people had a desire to kill. But that's not enough for the federal government to charge my client with these crimes and ask you to convict him because other people had the desire to kill while his intention was only to arrest.

It's like being in a fight and running outside and being present and close to something that bad happened. Somebody gets beat up really bad. Are you guilty because those people really beat up that person really bad? No.

And I would submit that at the end of the case, the judge will read you an instruction about that, being in close proximity to a crime scene, because that's what it was. It was a crime scene inside the president's home before Mr. Solages and all the Colombian soldiers -- retired soldiers got there.

But as he was going up the mountain, Pelerin 5 is the name of the street. All the things that I've just mentioned to you that he's relying on in good faith to go arrest the president in the caravan with all the cars that Mr. Solages was driving with were Haitian police officers in uniform. The chief of the Haitian police was aware that they were going to arrest the president.

And as Mr. do Campo articulated to you, this movement

at that moment was hijacked by Felix Badio. And he's a pivotal person in this case. He changed the course of history in Haiti because it was Mr. Badio, I would submit to you, that you're going to hear evidence to suggest was directly involved in the killing of the president.

He left Mr. Jaar's house many minutes earlier -- eight to ten minutes earlier, as you heard, and it gave him sufficient time to get up Pelerin 5, to the top of the hill where the president's home was located, to do what he wanted to do.

He had the desire to kill. He had the intention to kill, Badio. That's what the evidence is going to show in this case. For one thing, he was fired by Jovenel Moise. He was the top minister of justice of Haiti. And you'll hear evidence that he had all the reasons and all the motives to do that.

And then my client, with the Colombian fellas, come later, and there they are. They've entered the home. My client never did. He was outside. And he's on the loudspeaker. And why is he saying the DEA? And I'm going to tell you. You'll hear it. It's because he's being told by someone named Joseph Vincent, another person in this case, who represented himself to be an agent with the DEA, among other agencies, openly carried identification suggesting such.

So, again, I get back to what did Mr. Solages rely

upon in making his way up Pelerin 5 on July 7? And you'll hear all these things through the course of this trial.

And I ask you to pay -- you'll hear the witnesses testify, and then we'll get the opportunity to cross-examine them. But what's going to be in your head with Mr. Solages is what did he rely upon? It's not what he did. He didn't have a company, although he had the not-for-profit agency, but he was basically an employee of CTU. And he had no reason to think that these guys were, you know, criminals. The furthest thing from criminals.

These guys are former informants. Pretty stellar backgrounds. That's who my client's boss was.

I think a lot of this case has to do with common sense, and I'll end it with this. If somebody has the intention to assassinate a president, it is most likely done by one or two people; right? That's how people try to kill and kill presidents, not in a caravan with Haitian police, with Haitian prosecutors, with former soldiers from Colombia. These guys were decorated soldiers who had retired from the Colombian military. That wasn't their intentions.

But common sense, if your intention is to kill the president, it's done differently. It's done the way perhaps Mr. Badio planned and brought two people, maybe three, and then to avoid any detection and to point the finger and blame somebody else, come on, guys, go in there, and they found him

dead. They found him dead. They took a picture of him when they found him dead. And all this will be for your consideration.

Mr. Solages, again, is 100 percent not guilty because it's his intent. It's what his state of mind was when all this happened. The Government will not be able to prove beyond a reasonable doubt any of these charges against him.

I thank you for your time.

THE COURT: All right. Thank you, counsel. It's 12:30. Remember, today is our short day. So it's only a half an hour lunch.

Be back at 1:00 because we'll be done at 2:00 today.

As I will tell you every time you leave the jury space, do not look anything up. Don't talk about the case with each other or anyone else. Enjoy your abbreviated lunch.

One more thing before you all go out. I know we only have two bathrooms in the jury space. Please just use those bathrooms. Don't use these ones out here in the hallway. If that becomes unworkable, let me know, and we'll figure something out. All right. Thank you.

(Jury exited at 12:30 PM.)

THE COURT: All right. Anything before your first witness, Mr. McLaughlin?

MR. MCLAUGHLIN: Not from the Government.

THE COURT: Are you in desperate search for

Mr. Cronin?

MR. MCLAUGHLIN: I am. I am.

THE COURT: Mr. Perez, this is Mr. McLaughlin. Not Mr. Cronin. You kept calling him Mr. Cronin this morning.

MR. PEREZ: Oh, I'm sorry.

THE COURT: That's all right. Anything on behalf of Mr. Ortiz?

MR. MCLAUGHLIN: No.

THE COURT: Mr. Intriago?

MR. PEREZ: No, Your Honor.

THE COURT: Anything on behalf of Mr. Veintemilla?

MS. DESCALZO: No, Your Honor.

THE COURT: Anything on behalf of Mr. Solages?

MR. FRIEDMAN: No, Your Honor.

THE COURT: All right. Enjoy your lunch.

(Lunch recess at 12:32 PM.)

(See Afternoon Session for continuation.)

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcription of the record of proceedings in the above-entitled matter prepared from my stenotype notes.

DATE: 30th of March, 2026

*/s/Lance W. Steinbeisser*
LANCE W. STEINBEISSER, FCRR, RPR, FPR-C
Official Court Reporter
United States District Court
Southern District of Florida
Miami, Florida

## $

**$30,000** [1] - 65:13

## '

**'20s** [1] - 58:9
**'21** [2] - 18:5, 57:9

## /

**/s/Lance** [1] - 90:22

## 1

**1** [2] - 1:8, 16:17
**10** [1] - 1:5
**100** [3] - 79:9, 79:11, 89:4
**11:43** [1] - 76:17
**11:44** [1] - 77:7
**12** [1] - 48:6
**12:02** [2] - 77:7, 77:12
**12:30** [2] - 89:10, 89:21
**12:32** [2] - 1:7, 90:16
**15** [1] - 3:3
**15-minute** [2] - 76:12, 76:15
**16** [1] - 38:21
**18** [1] - 22:12
**19** [2] - 23:14, 28:25
**1:00** [1] - 89:12
**1:09** [1] - 31:6

## 2

**2** [1] - 1:6
**20** [11] - 23:14, 26:15, 26:25, 30:2, 43:21, 44:2, 44:21, 46:1, 46:7, 52:13, 55:4
**20-plus** [1] - 22:10
**200** [1] - 78:11
**200-year** [1] - 52:3
**2010** [1] - 80:2
**2013** [1] - 40:14
**2019** [6] - 18:17, 28:4, 28:7, 30:3, 52:25, 80:16
**2020** [1] - 52:25
**2021** [42] - 15:18, 17:12, 17:22, 18:5, 18:8, 19:6, 19:24, 20:17, 21:7, 21:10, 21:22, 22:1, 22:12, 22:23, 23:2, 23:7, 23:14, 23:21, 25:5, 25:16, 25:19, 26:24, 27:17, 27:21, 28:2, 28:25, 29:8, 30:5, 30:19, 30:24, 31:4, 31:5, 35:5, 36:5, 36:8, 36:16, 41:18, 43:6, 55:5, 55:6, 77:25, 85:24
**2022** [1] - 18:7
**2023** [2] - 47:13, 50:12
**2026** [2] - 1:5, 90:21
**21** [1] - 23:21
**22** [1] - 47:13
**22-CR-20104-Becerra** [1] - 4:6
**22-cr-20104-JB** [1] - 1:3
**23** [3] - 25:8, 25:12, 29:8
**24** [2] - 18:20, 29:8
**240** [1] - 59:9
**250** [1] - 59:9
**2:00** [2] - 31:24, 89:12

## 3

**30** [3] - 25:8, 25:13, 77:3
**305.523.5633** [1] - 1:20
**30th** [1] - 90:21
**33128** [1] - 1:19
**35-year** [1] - 20:20
**37** [1] - 3:4

## 4

**4** [1] - 61:15
**400** [1] - 1:19
**48-year-old** [1] - 18:15

## 5

**5** [4] - 16:17, 86:18, 87:8, 88:1
**50-caliber** [1] - 72:8
**509** [2] - 24:17, 25:9
**51** [1] - 3:4
**53-year** [1] - 20:1
**57-year-old** [1] - 19:8

## 6

**6** [3] - 16:22, 31:4, 45:2
**62-year** [1] - 27:5
**62-year-old** [1] - 17:12
**69** [1] - 52:5

## 7

**7** [10] - 31:5, 33:18, 35:5, 36:5, 36:16, 49:5, 49:17, 50:11, 85:24, 88:1
**7.0** [1] - 80:3
**77** [1] - 3:5
**7th** [2] - 15:18, 43:6

## 8

**8** [2] - 33:19, 55:12

## 9

**9** [1] - 16:22
**9/11** [2] - 39:7
**90** [2] - 1:8, 3:6
**900** [2] - 38:8, 40:12
**9:31** [1] - 1:7
**9:32** [1] - 5:8

## A

**abbreviated** [1] - 89:15
**ability** [3] - 7:23, 20:15, 43:10
**able** [8] - 12:20, 14:15, 54:9, 58:10, 67:4, 72:9, 74:24, 89:6
**above-entitled** [1] - 90:20
**absolutely** [3] - 37:25, 48:20, 51:2
**abundantly** [1] - 83:8
**Academy** [6] - 18:20, 18:21, 19:1, 19:12, 19:14, 81:12
**academy** [1] - 38:21
**accept** [3] - 9:20, 9:21, 72:22
**access** [7] - 20:14, 24:15, 24:18, 24:20, 27:8, 62:15
**accompanied** [2] - 31:7, 66:8
**accord** [1] - 12:9
**according** [1] - 55:1
**accordingly** [1] - 12:6
**account** [1] - 7:23
**accounts** [4] - 10:7, 11:19, 26:18, 36:11
**accurate** [1] - 73:6
**accusation** [1] - 8:13
**accused** [2] - 50:13, 54:17
**acquaintance** [1] - 41:2
**acquired** [1] - 12:3
**acquitted** [1] - 59:8
**act** [2] - 31:1, 38:16
**acting** [2] - 18:13, 44:4
**action** [3] - 25:5, 25:20, 28:18
**active** [1] - 53:18
**activities** [2] - 41:15, 44:24
**actor** [1] - 80:6
**acts** [1] - 35:25
**actual** [6] - 42:19, 56:13, 56:14, 62:9, 66:3, 71:4
**Adams** [1] - 59:6
**addition** [5] - 10:16, 72:19, 85:13, 85:14
**additional** [4] - 8:6, 26:25, 27:9, 29:12
**address** [2] - 68:3, 74:25
**admitted** [4] - 5:24, 7:14, 7:16, 9:4
**advice** [1] - 64:6
**advised** [2] - 85:17, 85:18
**adviser** [1] - 62:15
**advisor** [1] - 74:9
**affair** [1] - 76:8
**affairs** [1] - 19:2
**affiliation** [3] - 18:22, 19:16, 20:8
**afloat** [1] - 52:23
**aftermath** [3] - 17:8, 26:14, 32:23
**afternoon** [2] - 77:14, 77:19
**Afternoon** [1] - 90:17
**afterwards** [1] - 60:22
**age** [2] - 10:14, 38:21
**aged** [1] - 15:21
**agencies** [2] - 39:5, 87:24
**agency** [1] - 88:7
**Agent** [5] - 4:13, 49:5, 49:18, 49:21, 79:19
**agent** [11] - 4:12, 62:4, 62:5, 62:10, 65:11, 68:16, 79:17, 79:19, 80:25, 81:10, 87:23
**agents** [13] - 30:3, 49:21, 53:10, 53:25, 54:1, 54:3, 61:24, 62:9, 68:9, 68:17, 68:21, 69:14
**ago** [6] - 58:8, 64:22, 84:4, 84:5, 84:7
**agree** [3] - 5:20, 9:21, 74:15
**agreed** [2] - 22:2, 22:8
**agreement** [2] - 29:17, 62:23
**agreements** [2] - 29:12, 29:16
**agrees** [2] - 43:14, 44:1
**aid** [1] - 80:9
**aided** [1] - 1:22
**aircraft** [1] - 26:2
**airplane** [2] - 26:10, 29:4
**airport** [3] - 28:20, 28:22, 29:3
**al** [1] - 1:6
**Al** [1] - 39:16
**Al-Qaeda** [1] - 39:16
**alias** [1] - 26:20
**alive** [1] - 52:22
**alliance** [1] - 29:11
**alliances** [1] - 34:18
**allies** [3] - 17:16, 26:9, 29:2
**allow** [1] - 76:23
**alluded** [4] - 42:18, 45:1, 46:15, 82:15
**almost** [7] - 32:1, 44:17, 59:21, 78:10, 84:5, 85:8, 85:9
**Aloe** [1] - 2:19
**alone** [1] - 12:14
**alongside** [1] - 15:20
**Altanese** [2] - 4:12, 72:24
**ALTANESE** [1] - 2:5
**alter** [1] - 59:16
**alternative** [1] - 27:19
**AM** [6] - 1:7, 5:8, 31:6, 31:24, 76:17, 77:7

**ambassador** [1] - 60:13
**ambush** [1] - 72:7
**ambushed** [1] - 74:5
**amending** [1] - 49:8
**amendment** [1] - 49:11
**amends** [1] - 49:6
**AMERICA** [1] - 1:4
**America** [5] - 4:3, 4:4, 4:5, 4:6, 42:11
**American** [7] - 49:14, 55:21, 56:19, 59:7, 60:12, 69:9, 69:12
**ammunition** [10] - 21:13, 22:15, 24:9, 24:16, 24:19, 24:21, 30:9, 31:2, 31:4, 35:11
**amount** [2] - 29:1, 40:3
**amounts** [2] - 23:19, 31:3
**analyzed** [1] - 47:6
**Andrew** [1] - 4:11
**ANDREW** [1] - 2:4
**announce** [1] - 4:7
**announces** [1] - 60:20
**anointed** [1] - 31:19
**answer** [1] - 7:9
**answered** [2] - 7:5, 7:7
**answers** [2] - 6:18, 13:17
**Anthony** [1] - 85:2
**anticipating** [1] - 33:2
**antiterrorism** [1] - 81:17
**Antonio** [26] - 4:4, 4:19, 16:1, 40:15, 52:10, 52:11, 52:12, 57:18, 58:23, 58:24, 59:1, 60:2, 60:13, 60:22, 61:15, 62:25, 65:4, 66:21, 67:19, 67:21, 68:1, 68:6, 71:21, 72:2, 72:12, 75:9
**Antonio's** [1] - 71:18
**Antony** [1] - 54:15
**appear** [1] - 44:9
**appearance** [4] - 4:7, 28:14, 68:15, 69:17
**appearances** [1] - 62:19
**APPEARANCES** [1] - 2:1
**appeared** [1] - 62:19
**applications** [1] - 10:20
**applies** [2] - 9:3, 11:4
**appreciate** [1] - 12:8
**apprehend** [1] - 46:12
**apprehension** [1] - 44:6
**approach** [1] - 31:14
**appropriate** [1] - 14:4
**approve** [1] - 41:22
**apps** [1] - 10:20
**April** [5] - 18:8, 21:22, 22:1, 22:12, 47:13
**Arcangel** [4] - 4:3, 4:16, 16:1, 38:19
**ARCANGEL** [1] - 1:6
**area** [4] - 12:17, 45:8, 52:13
**argue** [1] - 79:7
**argument** [2] - 14:22, 15:5
**arguments** [2] - 6:14, 6:15
**Ariel** [4] - 19:19, 44:13, 44:16, 44:17
**arm** [5] - 32:2, 36:14, 39:14, 48:7
**armed** [5] - 33:11, 33:17, 66:8, 79:25
**arrangements** [1] - 44:2
**arranging** [1] - 26:16
**array** [1] - 38:9
**arrest** [43] - 28:4, 28:8, 30:4, 41:25, 42:1, 42:3, 43:22, 43:25, 44:6, 45:22, 46:12, 55:24, 63:22, 63:23, 64:2, 64:8, 64:13, 64:16, 65:2, 65:3, 66:1, 66:2, 69:8, 69:21, 69:24, 70:2, 70:7, 71:22, 75:20, 75:21, 83:12, 83:13, 83:18, 83:19, 84:2, 85:21, 85:22, 85:25, 86:7, 86:20, 86:24
**arrested** [6] - 34:15, 35:2, 35:7, 50:11, 50:12, 57:3
**arrival** [3] - 24:3, 26:15, 26:23
**arrive** [1] - 29:2
**arrived** [7] - 23:4, 62:22, 65:15, 65:19, 70:22, 74:1, 81:10
**arrives** [2] - 26:9, 63:2
**arrogance** [5] - 15:15, 15:16, 16:13, 32:4, 34:9
**arrogant** [1] - 21:18
**arsonists** [1] - 24:23
**articulated** [2] - 77:23, 86:25
**Ashkard** [3] - 63:3, 63:4, 67:12
**aside** [1] - 19:10
**aspect** [1] - 58:3
**aspects** [1] - 35:14
**assassinate** [2] - 33:23, 88:15
**assassinated** [3] - 35:5, 36:15, 43:7
**assassinating** [1] - 29:25
**assassination** [9] - 17:8, 32:10, 33:20, 36:5, 44:15, 47:14, 66:19, 71:4, 71:19
**assault** [1] - 31:20
**assist** [2] - 13:20, 43:22
**assistance** [7] - 40:3, 40:9, 63:19, 81:5, 84:18, 84:19, 85:10
**assisting** [3] - 39:22, 41:16, 43:18
**associate** [3] - 20:4, 23:17, 33:22
**associated** [1] - 55:10
**associates** [1] - 35:18
**Associates** [1] - 2:13
**assurance** [1] - 64:9
**assure** [1] - 9:11
**ate** [1] - 79:22
**atrocities** [1] - 42:8
**attack** [2] - 17:11, 25:21
**attacked** [1] - 35:4
**attempt** [4] - 9:25, 10:11, 43:4, 43:5
**attempted** [1] - 75:10
**attending** [1] - 60:6
**attention** [3] - 17:5, 82:9, 83:4
**attorney** [3] - 2:4, 4:11, 63:25
**Attorney's** [1] - 2:5
**attorneys** [2] - 14:20, 15:4
**attribute** [1] - 58:18
**attributed** [1] - 46:19
**au** [6] - 15:19, 23:22, 24:15, 25:22, 28:20, 30:13
**audibly** [1] - 31:15
**audio** [3] - 22:16, 36:20, 36:21
**AUSA** [5] - 2:3, 2:4, 2:5, 4:11, 4:12
**Australia** [1] - 64:4
**authorities** [2] - 37:23, 39:20
**authority** [1] - 72:15
**authorization** [2] - 18:13, 84:19
**authorized** [2] - 11:11, 32:16
**autopsy** [3] - 46:16, 46:23, 73:11
**available** [1] - 14:11
**Avenue** [1] - 1:19
**avoid** [1] - 88:24
**aware** [3] - 61:25, 85:5, 86:23
**ax** [1] - 57:9

## B

**backgrounds** [3] - 81:2, 81:3, 88:12
**backup** [1] - 70:5
**bad** [4] - 57:6, 86:9, 86:10, 86:11
**badges** [1] - 62:3
**Badio** [21] - 27:24, 31:8, 44:10, 44:15, 44:20, 45:17, 45:23, 50:24, 57:6, 57:9, 61:1, 63:15, 65:5, 66:7, 70:13, 87:1, 87:3, 87:12, 88:23
**ballistic** [8] - 16:24, 19:21, 21:13, 23:24, 26:25, 33:15, 35:15, 36:3
**ballistics** [1] - 73:9
**Baltazar** [3] - 62:14, 62:16
**bang** [3] - 55:14, 56:21, 69:7
**bank** [2] - 26:18, 36:11
**Baptist** [1] - 58:1
**barbecue** [2] - 61:15, 74:12
**Barzee** [1] - 2:15
**base** [1] - 12:1
**based** [2] - 11:21, 37:6
**basic** [3] - 5:11, 8:9, 46:17
**bathroom** [1] - 15:22
**bathrooms** [2] - 89:17, 89:18
**bear** [2] - 8:4, 8:24
**beat** [2] - 86:10, 86:11
**became** [2] - 39:2, 79:25
**Becerra** [1] - 17:1
**BECERRA** [1] - 1:11
**become** [3] - 14:1, 43:11, 81:16
**becomes** [2] - 41:5, 89:19
**becoming** [1] - 81:10
**bed** [3] - 15:20, 31:24, 48:5
**bedroom** [4] - 31:22, 32:19, 35:4, 71:5
**BEFORE** [1] - 1:11
**began** [7] - 17:10, 17:16, 18:1, 18:9, 21:12, 22:19, 23:8
**begin** [9] - 11:15, 14:17, 15:8, 22:13, 31:16, 32:18, 33:1, 33:11, 43:16
**beginning** [7] - 16:19, 17:12, 33:18, 37:22, 38:4, 46:16, 69:7
**begins** [1] - 52:10
**BEHALF** [4] - 2:7, 2:12, 2:16, 2:21
**behalf** [9] - 4:10, 4:15, 4:19, 4:22, 51:7, 77:14, 90:6, 90:11, 90:13
**behavior** [1] - 48:20
**behind** [4] - 50:1, 50:25, 55:20, 66:13
**believability** [1] - 8:5
**believes** [2] - 81:20, 81:22
**belongings** [1] - 32:22
**benefit** [1] - 9:22
**Bergmann** [7] - 35:12, 35:13, 67:10, 67:16, 67:18, 67:22
**BETH** [1] - 2:19
**better** [2] - 50:21, 62:7
**between** [4] - 36:21, 38:9, 39:18, 77:24
**beyond** [4] - 8:23,

75:12, 78:22, 89:7
**bias** [1] - 8:1
**bid** [1] - 54:11
**big** [6] - 41:10, 55:14, 56:21, 57:24, 69:7, 83:9
**bills** [1] - 30:21
**bit** [3] - 38:18, 52:2, 72:22
**bizarre** [1] - 78:16
**black** [1] - 66:6
**blame** [3] - 44:21, 46:1, 88:24
**blamed** [2] - 46:4, 74:23
**blank** [2] - 15:23, 32:1
**Blinken** [2] - 54:15, 85:3
**block** [1] - 33:9
**blog** [1] - 11:1
**blogs** [1] - 10:19
**blood** [1] - 48:14
**blowing** [1] - 32:2
**board** [1] - 66:6
**boardroom** [1] - 82:17
**boasted** [1] - 62:12
**Bob** [3] - 62:14, 62:16
**body** [2] - 32:13, 48:10
**bodyguard** [3] - 40:17, 41:3, 80:13
**bodyguards** [2] - 41:6, 41:7
**bogus** [1] - 30:3
**Bois** [1] - 43:5
**Bolivia** [9] - 40:24, 53:6, 53:8, 53:12, 53:14, 53:19, 53:23, 63:25, 64:3
**Bolivian** [1] - 53:8
**Bondi** [1] - 57:8
**booking** [1] - 26:16
**boom** [4] - 70:10
**boots** [1] - 21:17
**born** [6] - 17:13, 19:9, 20:2, 20:21, 38:19, 79:13
**boss** [1] - 88:12
**Boston** [1] - 59:7
**botched** [3] - 37:22, 38:4, 46:16
**bottom** [1] - 69:22
**bowl** [1] - 58:21
**box** [2] - 14:14, 34:3
**boxes** [1] - 32:19
**boys** [1] - 61:18
**Braso** [1] - 45:10
**bravado** [1] - 38:15
**bravo** [1] - 27:24
**Brazil** [2] - 40:24, 52:20
**Brazilian** [1] - 19:21
**breached** [1] - 31:21
**breaching** [1] - 34:18
**break** [2] - 76:12, 76:15
**breathe** [1] - 48:10
**breathed** [1] - 79:22
**bribed** [4] - 31:9, 31:18, 45:13, 70:13
**bribes** [1] - 35:10
**brief** [1] - 14:13
**briefed** [2] - 49:18, 49:19
**briefly** [1] - 68:4
**BRIGGS** [1] - 2:4
**Briggs** [2] - 4:12, 72:24
**bring** [7] - 5:7, 35:24, 40:3, 50:22, 59:20, 64:12, 83:2
**bringing** [1] - 54:18
**British** [1] - 59:6
**brought** [9] - 8:12, 39:25, 53:20, 65:7, 65:13, 74:22, 78:16, 80:8, 88:23
**Broward** [1] - 20:5
**brutally** [1] - 15:22
**BSAP** [1] - 24:19
**buckets** [2] - 73:3, 73:4
**buddy** [1] - 67:12
**build** [4] - 30:20
**building** [1] - 82:17
**bulk** [1] - 45:20
**bullet** [1] - 36:3
**bulletproof** [7] - 16:24, 19:21, 52:18, 66:23, 66:24, 67:1, 67:2
**bullets** [1] - 73:12
**bunch** [2] - 38:9, 74:22
**burden** [5] - 8:16, 8:17, 75:8, 75:9, 75:13
**burning** [1] - 61:17
**business** [17] - 19:11, 19:21, 20:3, 23:17, 35:18, 36:9, 40:19, 40:24, 40:25, 43:12, 49:13, 52:12, 52:20, 53:6, 53:7, 63:1
**businessman** [5] - 17:14, 35:7, 35:13, 53:7, 65:13
**businessmen** [1] - 63:15
**busting** [1] - 39:21
**busy** [2] - 78:11, 78:13
**BY** [4] - 3:3, 3:4, 3:4, 3:5

## C

**cadaver** [3] - 73:14, 73:17, 73:18
**calendar** [1] - 76:13
**caliber** [1] - 73:22
**CAMPO** [3] - 2:8, 4:14, 37:15
**Campo** [8] - 2:9, 4:15, 51:6, 77:22, 77:24, 82:15, 82:25, 86:25
**CAMPO................** [1] - 3:4
**Canada** [7] - 43:1, 63:4, 64:5, 64:15, 64:17, 64:23, 84:8
**Canadian** [2] - 80:14, 81:15
**candidacy** [1] - 43:19
**cannot** [7] - 7:6, 7:7, 8:20, 52:7, 59:16, 59:24, 61:10
**Capador** [2] - 74:7, 74:8
**Capital** [1] - 20:6
**capitalism** [1] - 40:21
**capture** [1] - 25:10
**captured** [1] - 33:14
**car** [4] - 45:5, 45:7, 45:9, 66:12
**caravan** [4] - 45:8, 45:20, 86:21, 88:17
**care** [1] - 55:7
**career's** [1] - 64:25
**careful** [1] - 17:5
**carried** [1] - 87:24
**cars** [5] - 45:3, 45:4, 63:10, 66:19, 86:21
**cartels** [1] - 39:1
**CASE** [1] - 1:3
**case** [89] - 4:2, 4:12, 5:21, 6:16, 7:13, 8:1, 8:7, 8:8, 8:9, 9:3, 9:14, 9:18, 10:3, 10:8, 10:12, 10:17, 10:23, 10:25, 11:1, 11:4, 11:5, 11:9, 11:10, 11:15, 11:19, 11:20, 12:19, 13:6, 13:13, 13:25, 14:16, 14:25, 15:7, 15:17, 16:6, 16:15, 16:25, 17:16, 17:19, 18:14, 23:6, 25:1, 28:2, 32:9, 36:19, 37:11, 37:19, 37:20, 38:12, 38:13, 38:16, 38:17, 40:12, 40:13, 41:9, 41:10, 47:10, 47:13, 50:1, 50:16, 51:1, 51:3, 51:19, 55:14, 60:17, 69:22, 76:2, 77:23, 78:13, 78:16, 78:17, 78:23, 79:3, 79:8, 81:23, 81:25, 82:3, 82:19, 83:2, 83:7, 86:12, 87:2, 87:13, 87:22, 88:13, 89:14
**Case** [1] - 4:6
**cash** [3] - 18:23, 32:20, 35:10
**cater** [1] - 74:13
**Catholic** [2] - 57:23, 57:25
**Catholics** [1] - 58:3
**caught** [1] - 34:5
**cell** [8] - 18:25, 26:18, 32:13, 33:15, 36:18, 49:22, 49:23, 50:7
**cement** [1] - 29:10
**century** [2] - 52:5, 52:6
**ceremony** [1] - 71:12
**certain** [6] - 6:12, 9:9, 59:24, 71:11, 74:14, 74:25
**CERTIFICATE** [1] - 90:18
**Certificate** [1] - 3:6
**certified** [1] - 81:17
**Certified** [1] - 1:18
**certify** [1] - 90:19
**cesspool** [1] - 57:1
**chain** [4] - 6:6, 47:4, 47:11, 47:23
**challenge** [1] - 70:8
**change** [5] - 23:17, 34:2, 43:9, 43:11, 85:7
**changed** [1] - 87:2
**channels** [1] - 67:14
**chapter** [1] - 76:7
**character** [1] - 65:10
**characterizes** [1] - 40:20
**charades** [1] - 19:18
**charge** [3] - 16:22, 78:24, 86:5
**charged** [9] - 5:17, 16:16, 16:17, 18:14, 28:15, 34:13, 35:25, 36:24, 37:10
**charges** [6] - 17:3, 78:16, 79:1, 79:11, 82:4, 89:7
**chat** [5] - 10:19, 11:1, 22:20, 37:4
**chats** [1] - 36:20
**checked** [1] - 64:3
**checking** [1] - 48:10
**checkpoint** [1] - 45:15
**chief** [6] - 55:6, 56:23, 66:18, 69:10, 85:3, 86:23
**chiefs** [1] - 53:13
**children** [4] - 15:22, 80:11, 80:17, 80:23
**Children** [1] - 80:21
**chilling** [1] - 36:15
**choice** [1] - 8:20
**choices** [1] - 27:2
**choose** [2] - 6:10, 8:19
**Christian** [1] - 17:12
**chronologically** [1] - 47:7
**CIA** [6] - 62:2, 62:3, 62:5, 62:10, 68:10, 69:13
**circulate** [1] - 28:3
**circulated** [1] - 26:5
**circulating** [2] - 28:5, 65:5
**circumstances** [3] - 6:6, 71:7, 81:11
**circumstantial** [1] - 6:5
**citizen** [6] - 17:13, 19:9, 20:2, 20:21, 27:13, 79:15
**civilization** [1] - 39:11
**claim** [2] - 62:5, 73:12
**claimed** [2] - 55:9, 57:19
**claiming** [2] - 20:14, 68:1
**claims** [2] - 69:11,

75:17
**class** [1] - 52:22
**clean** [2] - 8:15, 57:22
**clear** [1] - 83:8
**clearly** [5] - 31:18, 32:20, 45:25, 48:6, 86:1
**client** [16] - 38:18, 42:5, 42:14, 46:10, 52:10, 53:5, 53:7, 53:14, 53:19, 78:3, 84:14, 85:24, 86:1, 86:5, 87:17, 87:19
**client's** [5] - 48:20, 53:10, 53:24, 82:18, 88:12
**close** [6] - 52:12, 76:7, 78:10, 83:3, 86:9, 86:13
**closely** [2] - 18:9, 81:7
**closing** [3] - 6:15, 15:5, 59:14
**clothing** [1] - 80:17
**coconspirator** [1] - 17:15
**coconspirators** [11] - 24:12, 25:17, 25:20, 26:5, 28:10, 28:17, 29:24, 31:1, 34:11, 36:23, 37:6
**code** [12] - 19:3, 19:19, 21:5, 23:4, 23:6, 23:9, 23:11, 26:20, 27:21, 27:24, 64:6, 64:7
**coded** [1] - 22:20
**Codefendant** [1] - 35:12
**codefendant** [7] - 30:16, 31:10, 34:16, 34:22, 35:3, 35:6, 35:8
**codefendants** [8] - 20:16, 21:6, 22:16, 23:12, 28:9, 34:11, 36:22, 37:6
**coerced** [1] - 84:12
**coffers** [1] - 22:3
**coined** [1] - 59:8
**colleagues** [4] - 77:22, 79:2, 81:24, 84:22
**collect** [1] - 50:2
**collected** [1] - 47:6
**collection** [3] - 24:20, 46:21, 47:2
**collective** [1] - 14:7
**collectively** [3] - 78:21, 78:24, 78:25
**college** [1] - 15:21
**college-aged** [1] - 15:21
**Colombia** [14] - 18:15, 26:17, 38:19, 38:22, 38:24, 39:3, 39:15, 39:17, 39:24, 43:15, 52:19, 70:20, 73:25, 88:18
**Colombian** [41] - 15:23, 22:10, 23:3, 23:4, 23:8, 24:5, 26:15, 26:19, 26:21, 27:1, 30:2, 30:12, 30:23, 31:7, 31:10, 31:13, 31:19, 31:24, 32:6, 32:7, 32:9, 32:12, 32:14, 32:16, 32:25, 33:8, 33:10, 33:12, 33:13, 33:22, 34:20, 34:21, 35:2, 35:4, 36:4, 37:5, 46:1, 71:8, 86:16, 87:17, 88:20
**Colombians** [31] - 30:14, 30:25, 33:25, 44:21, 45:10, 45:15, 45:21, 45:24, 46:7, 53:19, 60:6, 60:25, 61:3, 65:14, 65:15, 65:21, 65:24, 66:9, 70:5, 70:6, 70:9, 70:16, 70:20, 71:12, 71:14, 72:13, 73:13, 73:20, 73:23, 73:24, 74:22
**Colombians'** [2] - 26:16, 26:23
**Colonel** [3] - 19:4, 23:6, 34:21
**combat** [1] - 21:3
**combatting** [1] - 39:6
**combination** [1] - 46:21
**comfort** [2] - 18:25, 26:18
**coming** [3] - 68:15, 71:14, 73:7
**commandos** [1] - 22:11
**comments** [1] - 38:11
**commit** [2] - 44:22, 82:7
**common** [4] - 37:9, 64:5, 88:13, 88:21
**communicate** [1] - 10:17
**communication** [3] - 10:14, 44:16, 44:17
**community** [1] - 43:18
**companies** [6] - 20:5, 20:8, 22:5, 29:14, 36:11, 52:14
**companion** [1] - 19:13
**company** [9] - 18:19, 19:13, 40:16, 40:17, 40:19, 60:5, 60:15, 66:20, 88:7
**compare** [1] - 75:5
**compared** [1] - 52:8
**complete** [5] - 13:24, 46:19, 62:8, 68:14, 73:11
**completed** [2] - 20:12, 38:22
**completely** [4] - 44:3, 44:4, 44:20
**complicated** [2] - 16:6, 69:22
**complied** [1] - 71:11
**comply** [1] - 68:1
**compound** [1] - 30:15
**compulsory** [1] - 38:22
**computer** [1] - 1:22
**computer-aided** [1] - 1:22
**concede** [1] - 33:5
**concern** [1] - 34:5
**concerned** [2] - 6:8, 14:14
**concerning** [2] - 12:13, 14:7
**conclude** [1] - 6:3
**conclusion** [2] - 15:7, 17:1
**concoct** [1] - 25:20
**concocting** [1] - 28:18
**concrete** [1] - 70:24
**conduct** [1] - 9:10
**conducting** [1] - 23:8
**confer** [1] - 12:11
**confesses** [1] - 64:23
**confident** [1] - 21:18
**confidential** [3] - 18:24, 69:14
**confirm** [2] - 42:14, 50:18
**confirmed** [1] - 42:15
**confirming** [1] - 33:21
**conflicts** [1] - 79:6
**confluence** [1] - 58:12
**confusing** [1] - 16:6
**Congress** [2] - 54:14, 85:1
**congressmen** [2] - 62:16, 85:1
**connected** [1] - 62:15
**consciousness** [1] - 48:21
**consequences** [2] - 12:6, 42:24
**consider** [4] - 7:13, 7:16, 59:2, 59:10
**consideration** [3] - 9:2, 12:14, 89:3
**considered** [1] - 6:13
**considering** [1] - 7:22
**consist** [1] - 38:7
**consistent** [2] - 54:1, 68:20
**conspired** [2] - 67:22, 83:6
**constant** [2] - 44:15, 44:16
**constitution** [4] - 27:11, 54:22, 54:23, 54:25
**consult** [1] - 42:10
**consulted** [1] - 85:19
**contact** [2] - 62:13, 62:17
**contacted** [1] - 63:25
**contacts** [2] - 40:22, 50:9
**contain** [1] - 51:17
**context** [2] - 38:14, 50:16
**contingent** [2] - 31:8, 43:14
**continuation** [1] - 90:17
**continue** [3] - 25:15, 26:13, 29:7
**continued** [3] - 22:24, 24:6, 27:16
**continues** [2] - 13:9, 39:4
**continuing** [1] - 30:22
**continuously** [1] - 40:14
**contract** [3] - 53:23, 63:14, 68:23
**contracts** [2] - 16:12, 29:12
**contradicted** [1] - 8:2
**control** [3] - 6:25, 9:7, 58:6
**controlled** [1] - 24:14
**controls** [1] - 58:4
**convenience** [2] - 12:25, 55:1
**conversations** [4] - 35:25, 38:9, 38:13, 38:14
**convict** [1] - 86:6
**conviction** [1] - 50:4
**convince** [2] - 49:24, 60:10
**convoy** [5] - 31:11, 32:24, 45:4, 66:5, 70:21
**coop** [1] - 25:20
**cooperating** [2] - 40:14, 50:13
**cooperator** [1] - 40:2
**coordinate** [1] - 29:22
**coordinating** [1] - 22:14
**coordination** [1] - 21:16
**cops** [1] - 65:20
**Coq** [11] - 27:20, 28:24, 29:15, 33:3, 34:7, 55:3, 57:4, 57:11, 63:17, 84:15
**Coq's** [3] - 29:18, 30:7, 31:8
**Coq/Badio** [1] - 29:11
**core** [1] - 75:23
**corporate** [1] - 36:10
**Corrales** [3] - 63:25, 64:7, 83:23
**correct** [1] - 90:19
**corrupt** [3] - 41:14, 50:22, 75:21
**corrupted** [1] - 43:23
**corruption** [2] - 27:23, 46:20
**Corvington** [1] - 66:19
**costs** [1] - 30:22
**counsel** [15] - 4:7, 4:11, 4:20, 5:5, 14:23, 15:13, 37:14, 50:6, 76:18, 77:9, 77:13, 77:16, 83:22, 83:23, 89:9
**count** [1] - 37:10
**Counter** [4] - 18:19, 19:11, 40:16, 81:19
**countries** [1] - 52:19

**country** [18] - 42:25, 47:18, 54:19, 54:24, 55:11, 55:23, 55:25, 57:7, 58:4, 60:19, 63:6, 70:4, 74:11, 80:3, 84:24, 86:2
**Counts** [2] - 16:17, 16:22
**counts** [3] - 51:4, 66:24, 79:10
**County** [1] - 20:5
**coup** [9] - 17:21, 21:14, 23:19, 25:6, 28:18, 35:20, 43:4, 43:5
**couple** [1] - 56:3
**course** [6] - 10:18, 10:24, 80:22, 81:16, 87:2, 88:2
**COURT** [27] - 1:1, 4:7, 5:2, 5:5, 5:7, 5:9, 15:9, 15:11, 37:13, 51:6, 76:10, 76:18, 76:22, 77:2, 77:6, 77:8, 77:13, 77:16, 89:9, 89:22, 89:25, 90:3, 90:6, 90:9, 90:11, 90:13, 90:15
**court** [5] - 4:17, 5:1, 9:17, 12:22, 13:23
**Court** [21] - 1:18, 4:1, 4:16, 11:15, 15:14, 27:20, 41:22, 51:9, 54:21, 55:3, 57:3, 63:18, 68:13, 77:18, 78:9, 84:15, 84:16, 85:11, 90:23, 90:24
**COURTROOM** [1] - 4:2
**courtroom** [6] - 11:22, 12:4, 12:24, 13:14, 13:18, 47:9
**cousin** [1] - 27:25
**cover** [3] - 32:21, 36:24, 72:9
**cowering** [1] - 15:22
**crazy** [4] - 61:17, 68:5, 73:9, 73:10
**created** [5] - 23:15, 29:17, 69:17, 75:22, 80:8
**credentials** [1] - 62:2
**credibility** [1] - 8:7
**crew** [1] - 61:9
**cries** [2] - 84:25, 85:6
**crime** [11] - 42:4, 46:22, 46:24, 50:14, 71:3, 73:8, 82:6, 82:7, 82:25, 86:14, 86:15
**crimes** [7] - 5:17, 16:16, 18:14, 28:15, 36:1, 36:24, 86:5
**criminal** [6] - 5:11, 8:8, 8:9, 44:7, 50:1, 50:2
**criminals** [3] - 24:23, 88:9, 88:10
**crisis** [1] - 80:11
**Cronin** [6] - 51:22, 65:8, 72:24, 90:1, 90:4
**cross** [4] - 14:23, 15:3, 75:2, 88:4
**cross-examination** [1] - 75:2
**cross-examine** [3] - 14:23, 15:3, 88:4
**crossroads** [1] - 72:7
**crowd** [1] - 56:16
**crying** [1] - 85:4
**CTI** [2] - 38:23
**CTU** [26] - 18:19, 18:20, 18:25, 19:13, 19:14, 19:15, 20:22, 22:4, 23:24, 25:3, 26:25, 29:12, 32:7, 32:14, 33:15, 35:15, 36:7, 41:6, 43:12, 60:14, 63:19, 81:12, 81:19, 84:18, 88:8
**CTU's** [1] - 49:14
**CTU-labeled** [1] - 26:25
**cure** [1] - 38:1
**current** [1] - 24:17
**custody** [3] - 47:4, 47:11, 47:23
**CYA** [1] - 49:12

## D

**d'état** [1] - 17:21
**Dabrezil** [1] - 55:3
**daily** [3] - 23:12, 30:9, 34:23
**damning** [2] - 16:5, 37:3
**danger** [1] - 40:10
**Daniel** [2] - 55:9, 69:12
**Daniela** [1] - 4:15
**DANIELA** [1] - 2:8
**dark** [4] - 15:17, 42:23, 55:19, 55:20
**DATE** [1] - 90:21
**date** [1] - 14:1
**DAVID** [1] - 2:10
**David** [2] - 2:10, 4:15
**day-to-day** [1] - 34:25
**days** [7] - 26:23, 29:8, 36:19, 37:4, 56:3, 64:14, 64:18
**DEA** [14] - 30:3, 31:16, 33:16, 40:15, 53:4, 60:25, 61:1, 62:11, 65:11, 68:9, 81:7, 81:8, 87:20, 87:23
**dead** [10] - 27:6, 32:3, 32:13, 46:3, 48:5, 70:17, 71:16, 89:1, 89:2
**deal** [4] - 19:22, 58:10, 63:20, 67:8
**dealer** [1] - 20:12
**dealers** [1] - 39:22
**dealing** [5] - 62:9, 68:9, 68:10
**dealt** [1] - 61:24
**death** [2] - 16:19, 65:1
**debt** [1] - 19:20
**decide** [4] - 5:15, 5:21, 7:18, 13:13
**decided** [4] - 17:23, 55:2, 84:7, 84:8
**decides** [2] - 42:10, 78:22
**deciding** [1] - 7:13
**decision** [4] - 11:21, 12:2, 15:1, 71:19
**decisions** [1] - 11:17
**decorated** [1] - 88:19
**decree** [3] - 17:25, 54:20, 84:24
**dedicated** [1] - 38:20
**dedicating** [2] - 39:6, 39:9
**DEFENDANT** [4] - 2:7, 2:12, 2:16, 2:21
**defendant** [63] - 5:16, 6:23, 8:18, 9:2, 9:4, 9:5, 14:23, 14:25, 15:1, 16:22, 18:10, 18:15, 18:17, 18:18, 18:25, 19:6, 19:8, 19:10, 19:11, 19:17, 19:23, 20:1, 20:3, 20:4, 20:8, 20:10, 20:17, 20:20, 20:22, 21:1, 21:4, 21:8, 21:15, 21:16, 21:17, 22:12, 23:7, 23:10, 23:14, 23:21, 23:23, 24:3, 24:4, 26:24, 29:9, 29:21, 30:1, 31:6, 31:7, 31:15, 32:8, 32:15, 32:25, 33:7, 33:9, 33:12, 33:21, 33:24, 34:22, 35:15, 78:5
**defendant's** [2] - 8:20, 8:22
**Defendants** [1] - 1:7
**defendants** [63] - 8:11, 8:12, 8:14, 8:17, 9:1, 9:6, 9:8, 11:6, 16:1, 16:8, 16:16, 16:17, 18:9, 18:11, 21:12, 21:24, 22:4, 22:7, 22:19, 22:24, 23:3, 23:11, 23:13, 23:25, 24:11, 25:1, 25:5, 25:14, 25:17, 25:19, 26:4, 26:12, 26:15, 27:4, 27:7, 27:17, 27:21, 27:24, 28:2, 28:13, 28:17, 29:1, 29:3, 29:6, 29:14, 29:18, 29:24, 30:6, 30:10, 30:14, 30:21, 30:25, 32:17, 33:19, 34:4, 34:15, 34:17, 34:23, 35:9, 35:14, 36:22, 37:10
**defendants'** [9] - 14:20, 26:8, 27:2, 29:11, 33:4, 35:25, 36:4, 36:10, 37:5
**defense** [2] - 53:13, 74:15
**definitions** [1] - 11:24
**deliberations** [4] - 11:16, 14:5, 14:11, 15:8
**deliver** [1] - 67:11
**delivered** [1] - 56:3
**Delta** [4] - 31:19, 31:24, 32:6, 35:4
**deny** [1] - 54:4
**Department** [7] - 17:9, 61:21, 61:23, 62:4, 68:7, 72:10, 85:3
**deploy** [1] - 25:18
**depose** [1] - 83:13
**deposition** [1] - 70:20
**DEPUTY** [1] - 4:2
**deputy** [1] - 13:14
**DESCALZO** [5] - 2:17, 76:20, 77:11, 77:14, 90:12
**Descalzo** [2] - 2:18, 4:22
**describe** [1] - 36:14
**described** [1] - 85:8
**deserves** [1] - 6:11
**designed** [1] - 12:5
**desire** [3] - 86:4, 86:6, 87:11
**desires** [1] - 54:8
**desperate** [7] - 19:7, 19:25, 20:18, 20:24, 21:8, 31:3, 89:25
**desperately** [1] - 31:23
**destroy** [2] - 75:24, 75:25
**destroyed** [2] - 50:7, 64:25
**destroying** [2] - 63:21, 76:1
**detail** [10] - 31:18, 36:15, 45:14, 60:7, 60:9, 60:14, 61:5, 66:25, 70:23, 74:8
**detailed** [4] - 5:14, 16:4, 17:2, 37:2
**detailing** [1] - 36:10
**details** [1] - 83:4
**detection** [1] - 88:24
**determination** [1] - 67:23
**determine** [3] - 5:16, 9:3, 13:5
**determining** [1] - 8:6
**detour** [1] - 38:18
**devastated** [1] - 80:3
**Development** [1] - 20:7
**device** [2] - 10:5, 11:1
**devices** [1] - 36:18
**diamond** [1] - 27:22
**dictates** [1] - 59:16
**dictatorship** [2] - 85:9
**difference** [1] - 6:9
**different** [5] - 38:10, 45:4, 58:17, 84:17
**differently** [1] - 88:22
**difficult** [3] - 38:6, 52:16, 62:6
**digesting** [1] - 37:7

**dilating** [1] - 48:12
**diligence** [1] - 42:6
**diligently** [1] - 13:8
**Dimitri** [2] - 55:8, 74:7
**diplomat** [2] - 63:4, 67:13
**diplomatic** [3] - 63:7, 63:8, 67:14
**direct** [2] - 6:9, 62:17
**directed** [3] - 44:24, 45:3, 46:11
**direction** [2] - 35:20, 71:24
**directly** [7] - 31:21, 34:16, 34:22, 35:9, 35:13, 36:3, 87:4
**disappears** [1] - 45:23
**disaster** [2] - 46:17, 73:11
**disbelieve** [1] - 6:10
**discover** [1] - 27:12
**discrepancies** [1] - 75:6
**discuss** [4] - 6:16, 9:17, 9:21, 13:1
**discussed** [5] - 10:6, 24:11, 49:4, 83:18, 84:22
**discussing** [1] - 12:19
**discussions** [3] - 10:8, 10:12, 11:16
**disguised** [1] - 22:19
**dismantled** [2] - 41:20, 41:21
**dismount** [1] - 31:15
**disregard** [2] - 7:12, 9:4
**distance** [1] - 31:12
**distract** [1] - 13:16
**DISTRICT** [3] - 1:1, 1:2, 1:12
**District** [3] - 1:18, 90:24, 90:24
**ditched** [1] - 45:8
**DIVISION** [1] - 1:2
**dizzying** [1] - 38:9
**DO** [4] - 2:8, 3:4, 4:14, 37:15
**doctor** [3] - 17:15, 27:6, 41:12
**document** [1] - 23:18
**documented** [4] - 21:23, 22:24, 24:1, 46:18
**dog** [3] - 57:1, 57:7
**dog-eat-dog** [1] - 57:1
**DOJ** [2] - 2:4, 4:11
**dollar** [2] - 16:12, 23:23
**dollars** [4] - 19:20, 23:20, 27:7, 35:20
**Dominican** [2] - 26:17, 35:7
**done** [12] - 47:23, 49:9, 58:24, 58:25, 71:7, 73:17, 74:2, 81:4, 88:15, 88:22, 89:12
**Doral** [5] - 18:18, 21:24, 22:25, 52:13, 68:21
**doubt** [8] - 8:23, 75:9, 75:12, 78:23, 79:2, 83:9, 89:7
**down** [7] - 29:9, 29:21, 45:14, 48:19, 70:15, 72:5, 78:2
**downstairs** [1] - 15:22
**Dr** [1] - 81:11
**drafted** [2] - 26:5, 60:4
**dragged** [2] - 71:4, 71:10
**dramatically** [1] - 48:6
**draw** [1] - 25:17
**DRAY** [1] - 2:23
**Dray** [2] - 2:24, 4:25
**dream** [5] - 79:13, 79:16, 79:20, 80:24, 81:10
**dressed** [3] - 45:10, 45:19, 85:16
**dressing** [1] - 28:14
**drink** [1] - 13:1
**drive** [2] - 31:11, 33:2
**driving** [1] - 86:22
**drug** [5] - 25:25, 26:1, 26:9, 26:14, 39:21
**drugs** [1] - 54:18
**dry** [1] - 41:23
**duck** [4] - 69:4, 69:5
**duct** [1] - 31:20
**due** [4] - 30:8, 30:21, 42:6
**duplicity** [1] - 73:19
**duress** [1] - 42:22
**during** [33] - 9:20, 12:11, 13:24, 14:5, 14:10, 14:11, 14:12, 17:22, 18:4, 18:8, 19:6, 19:24, 21:22, 22:1, 22:18, 22:23, 23:7, 25:16, 25:19, 27:17, 28:2, 29:8, 30:5, 30:12, 30:19, 30:23, 33:17, 39:24, 44:15, 59:13, 83:3, 83:23, 84:22
**duty** [2] - 5:12, 5:15
**DVR** [1] - 32:20

## E

**early** [13] - 15:17, 23:2, 23:7, 25:19, 26:24, 27:17, 30:5, 30:19, 30:24, 33:18, 45:9, 58:9, 85:23
**Earth** [1] - 10:4
**earthquake** [2] - 80:2, 80:3
**easily** [2] - 47:21, 50:5
**Eastern** [1] - 39:23
**easy** [1] - 47:18
**eat** [1] - 57:1
**Ecuadoran** [1] - 20:2
**Ecuadoran-born** [1] - 20:2
**effective** [1] - 17:24
**effectuate** [2] - 43:10, 85:25
**effort** [2] - 46:1, 49:12
**efforts** [1] - 46:11
**egregious** [1] - 55:13
**eight** [3] - 45:19, 49:20, 87:7
**eight-hour** [1] - 49:20
**either** [4] - 6:10, 9:13, 47:22, 74:12
**elbow** [1] - 48:8
**electronic** [2] - 10:14, 36:18
**element** [1] - 82:5
**elements** [1] - 78:23
**elite** [2] - 44:11, 44:12
**ELN** [1] - 39:15
**elsewhere** [2] - 18:2, 70:1
**email** [1] - 10:19
**embassy** [15] - 49:15, 55:10, 55:21, 56:2, 56:19, 60:12, 60:20, 69:9, 69:12, 72:13, 72:16, 76:4, 76:5, 80:14, 81:15
**EMMANUEL** [1] - 2:13
**Emmanuel** [2] - 2:13, 4:18
**emphasize** [1] - 10:15
**employed** [1] - 18:12
**employee** [1] - 88:8
**employees** [1] - 49:15
**employer** [1] - 9:15
**encounter** [1] - 33:8
**encrypted** [1] - 10:19
**end** [14] - 5:13, 5:17, 8:7, 14:16, 15:7, 27:6, 41:18, 51:14, 58:24, 70:21, 79:3, 82:3, 86:12, 88:14
**endangered** [1] - 39:2
**endorsing** [1] - 82:24
**ends** [1] - 31:4
**enemy** [1] - 39:11
**enforcement** [2] - 39:5, 43:16
**engaged** [4] - 19:17, 75:9, 80:5
**England** [1] - 64:4
**enjoy** [1] - 89:15
**Enjoy** [1] - 90:15
**ensuring** [1] - 29:13
**entail** [1] - 16:18
**entered** [4] - 5:8, 38:21, 77:12, 87:18
**enterprise** [1] - 16:20
**enters** [1] - 45:17
**entire** [4] - 24:1, 75:11, 78:10, 79:20
**entitled** [2] - 13:21, 90:20
**entrance** [2] - 63:7, 63:8
**epiphany** [1] - 39:12
**equally** [1] - 36:12
**equipment** [4] - 12:20, 40:18, 53:8, 53:15
**equivalent** [1] - 38:24
**errors** [1] - 38:1
**escaped** [1] - 35:2
**ESQ** [9] - 2:8, 2:8, 2:10, 2:13, 2:14, 2:17, 2:19, 2:22, 2:23
**essence** [4] - 17:21, 26:10, 29:5, 77:23
**essential** [1] - 46:17
**essentially** [1] - 38:24
**establish** [2] - 39:24, 49:14
**established** [1] - 39:16
**et** [1] - 1:6
**evaluated** [1] - 78:5
**event** [1] - 23:25
**events** [4] - 35:25, 39:7, 49:5, 49:17
**everywhere** [2] - 65:20, 72:21
**evidence** [112] - 5:21, 5:22, 5:24, 6:1, 6:5, 6:6, 6:9, 6:11, 6:12, 6:16, 6:18, 6:19, 6:23, 6:25, 7:1, 7:3, 7:11, 7:12, 7:14, 7:15, 8:2, 8:4, 8:18, 8:21, 9:3, 9:4, 11:22, 14:10, 14:15, 14:19, 14:22, 15:4, 15:6, 15:16, 15:24, 16:3, 16:7, 17:6, 17:11, 18:16, 19:5, 19:16, 19:23, 20:17, 21:7, 21:18, 21:22, 22:23, 24:6, 24:25, 25:16, 28:7, 29:10, 29:20, 30:5, 32:5, 33:6, 37:1, 37:7, 37:19, 37:20, 38:7, 40:6, 44:3, 44:11, 44:14, 44:19, 46:10, 46:18, 46:21, 46:23, 47:2, 47:5, 47:8, 47:12, 47:15, 47:25, 48:12, 48:16, 48:19, 49:11, 50:3, 50:25, 51:13, 56:1, 56:2, 58:18, 59:17, 60:2, 72:18, 73:2, 73:6, 74:24, 74:25, 75:1, 78:5, 79:3, 79:5, 79:7, 79:21, 82:14, 82:19, 82:20, 83:8, 83:10, 84:6, 87:4, 87:12, 87:15
**ex** [1] - 26:21
**ex-Colombian** [1] - 26:21
**examination** [1] - 75:2
**examine** [3] - 14:23, 15:3, 88:4
**exceeded** [1] - 42:17
**except** [1] - 33:14
**exchanging** [1] - 31:16
**excuse** [4] - 12:24,

13:7, 15:7, 41:13
**execute** [2] - 56:22, 56:23
**executed** [3] - 23:15, 36:7, 36:12
**executes** [1] - 34:1
**executing** [2] - 30:3, 36:23
**executive** [1] - 20:23
**exhibit** [5] - 5:24, 7:2, 7:5, 7:7, 38:8
**exhibits** [2] - 14:9, 14:12
**exile** [6] - 25:11, 26:1, 26:3, 26:10, 28:23, 29:4
**exist** [2] - 11:8, 47:10
**exited** [2] - 76:17, 89:21
**expect** [2] - 14:5, 29:3
**expedition** [1] - 16:21
**experience** [1] - 21:3
**experienced** [1] - 26:22
**expert** [1] - 19:1
**expired** [1] - 18:7
**explain** [5] - 5:11, 5:18, 5:19, 59:12, 59:13
**exploded** [2] - 55:14, 56:21
**export** [2] - 35:15, 67:7
**exporting** [2] - 16:23, 67:16
**extra** [1] - 18:23
**extremely** [2] - 47:2, 75:8
**eyes** [1] - 48:11

## F

**face** [5] - 10:16, 42:2, 42:16, 69:1
**face-to-face** [1] - 10:16
**Facebook** [1] - 38:11
**facing** [1] - 39:11
**fact** [12] - 6:1, 6:7, 9:6, 10:11, 11:20, 33:22, 44:16, 47:19, 53:4, 57:22, 75:25, 82:13
**factors** [1] - 8:4
**Facts** [1] - 59:14
**facts** [9] - 17:5, 50:17, 59:16, 59:24, 60:1, 60:18, 61:9, 61:10, 81:24
**failed** [3] - 17:13, 26:14, 68:1
**fails** [3] - 25:12, 26:8, 28:25
**fair** [5] - 9:11, 11:12, 12:1, 12:5
**faith** [5] - 82:11, 82:12, 84:13, 84:14, 86:20
**fake** [8] - 19:2, 19:18, 21:4, 33:16, 56:15, 68:10, 69:13, 84:5
**false** [2] - 38:15, 64:19
**falsely** [2] - 50:13, 56:17
**falsified** [1] - 64:12
**familiar** [1] - 85:9
**family** [4] - 40:4, 52:22, 55:12, 78:20
**Family** [1] - 24:14
**fan** [1] - 49:12
**far** [3] - 6:8, 27:18, 30:17
**FARC** [1] - 39:15
**father** [1] - 80:24
**favor** [1] - 76:7
**FBI** [29] - 4:12, 17:9, 18:23, 38:24, 40:1, 40:14, 48:24, 49:1, 49:7, 49:21, 50:6, 50:13, 53:2, 53:3, 53:4, 53:10, 54:1, 54:3, 61:24, 62:9, 68:9, 68:16, 68:17, 68:21, 81:3, 81:21, 81:22, 82:13, 82:14
**FCRR** [2] - 1:17, 90:23
**February** [9] - 17:22, 27:21, 28:6, 41:18, 43:6, 50:12, 55:5, 55:6, 56:22
**federal** [9] - 36:6, 52:15, 52:16, 65:11, 79:16, 80:25, 81:10, 86:5
**Federal** [7] - 1:18, 18:19, 18:20, 19:1, 19:12, 19:14, 81:12
**feelers** [1] - 73:7
**Felix** [9] - 27:24, 44:10, 50:24, 57:5, 61:1, 63:15, 65:5, 66:7, 87:1
**fellas** [2] - 81:9, 87:17
**fellow** [1] - 13:13
**few** [1] - 64:18
**fifteen** [1] - 23:23
**fifteen-thousand-dollar** [1] - 23:23
**fight** [1] - 86:8
**figure** [3] - 30:21, 72:11, 89:19
**file** [2] - 56:3, 78:18
**fill** [1] - 58:23
**filled** [1] - 53:11
**filling** [1] - 67:17
**filmed** [1] - 26:7
**final** [5] - 11:17, 29:22, 29:25, 31:3, 78:25
**finally** [5] - 11:18, 27:7, 31:5, 36:17, 68:4
**financial** [1] - 36:9
**financially** [4] - 19:7, 19:25, 20:19, 21:8
**financing** [1] - 54:10
**finger** [1] - 88:24
**fingerprint** [1] - 72:20
**fire** [2] - 54:21, 55:2
**firearms** [9] - 52:15, 52:17, 54:19, 65:21, 65:22, 66:14, 66:15, 66:16, 73:20
**fired** [9] - 27:20, 27:23, 41:21, 54:21, 57:3, 57:4, 57:8, 57:11, 87:13
**firing** [1] - 72:7
**first** [19] - 8:11, 14:17, 18:9, 25:6, 31:25, 32:2, 32:22, 45:13, 48:2, 48:22, 60:1, 60:3, 66:7, 74:1, 78:8, 78:18, 79:12, 84:10, 89:22
**First** [3] - 15:21, 31:23, 36:13
**fiscalia** [1] - 66:10
**five** [5] - 30:21, 31:19, 43:6, 66:6, 84:5
**five-figure** [1] - 30:21
**five-man** [1] - 31:19
**flags** [1] - 63:13
**flashed** [1] - 48:11
**flashlight** [1] - 48:11
**flashlights** [1] - 31:20
**fled** [2] - 28:12, 50:8
**fleeing** [3] - 34:16, 35:3, 35:8
**flew** [3] - 22:12, 63:2, 80:10
**flies** [2] - 29:9, 29:21
**floor** [1] - 85:1
**flop** [1] - 51:17
**FLORES** [1] - 2:14
**Flores** [2] - 2:15, 4:19
**FLORIDA** [1] - 1:2
**Florida** [39] - 1:4, 1:19, 16:9, 16:25, 17:10, 17:13, 18:16, 18:18, 19:9, 20:2, 20:21, 20:24, 21:12, 21:23, 21:24, 22:1, 22:13, 22:16, 22:25, 23:13, 23:15, 23:22, 26:1, 26:2, 26:19, 27:1, 29:9, 29:22, 30:11, 34:24, 35:16, 35:19, 36:8, 36:10, 52:23, 80:1, 80:16, 90:24, 90:25
**flow** [1] - 29:13
**flown** [2] - 26:1, 26:2
**fly** [1] - 53:12
**flying** [1] - 81:14
**focus** [2] - 81:25, 82:8
**foiled** [1] - 43:5
**folks** [4] - 83:20, 84:12, 85:12, 85:21
**follow** [6] - 5:18, 5:19, 9:9, 49:9, 64:5, 64:6
**follow-up** [1] - 49:9
**followed** [3] - 12:7, 46:17, 64:7
**followers** [1] - 57:21
**following** [3] - 12:9, 14:25, 41:11
**follows** [1] - 55:1
**food** [2] - 30:22, 80:18
**foot** [1] - 38:5
**foothold** [1] - 39:24
**FOR** [1] - 2:2
**for-profit** [1] - 40:19
**force** [4] - 25:11, 26:2, 28:22, 56:8
**forced** [6] - 42:23, 43:3, 64:17, 64:19, 64:20, 64:24
**forces** [5] - 26:21, 27:18, 42:23, 43:3, 46:3
**foregoing** [1] - 90:19
**forensic** [1] - 36:17
**forever** [2] - 76:2, 76:6
**forged** [1] - 29:19
**forgery** [1] - 42:20
**form** [5] - 14:4, 27:19, 40:15, 66:3, 67:17
**former** [21] - 17:17, 24:17, 24:20, 27:19, 27:22, 28:10, 28:24, 29:15, 33:3, 34:7, 34:15, 43:15, 44:12, 44:13, 48:2, 62:11, 65:11, 81:7, 85:15, 88:11, 88:18
**forms** [2] - 5:23, 67:17
**Foro** [1] - 26:20
**Fort** [2] - 21:23, 82:17
**forth** [3] - 12:6, 16:15, 75:15
**forward** [2] - 13:9, 78:12
**foundation** [1] - 80:21
**Foundation** [1] - 80:22
**founders** [1] - 54:23
**four** [25] - 16:1, 16:17, 21:11, 21:24, 22:4, 22:7, 22:24, 23:2, 24:4, 34:17, 35:14, 36:22, 43:14, 43:16, 43:20, 45:10, 45:18, 54:13, 58:17, 64:21, 66:6, 66:8, 66:16, 71:1
**four-man** [1] - 23:2
**Fox** [1] - 18:20
**FPR** [2] - 1:17, 90:23
**FPR-C** [2] - 1:17, 90:23
**fragments** [1] - 38:13
**frankly** [2] - 39:1, 72:21
**Fred** [1] - 35:12
**Frederick** [1] - 67:10
**French** [2] - 17:21, 42:1
**FRIEDMAN** [6] - 2:22, 4:24, 5:6, 76:25, 77:17, 90:14
**Friedman** [2] - 2:22, 4:25
**FRIEDMAN..............** [1] - 3:5
**friend** [1] - 67:10
**friendship** [1] - 53:21

**front** [2] - 71:1, 77:10
**fugitive** [1] - 44:18
**full** [3] - 36:14, 65:19, 85:12
**fully** [2] - 25:1, 66:8
**functional** [1] - 38:24
**fund** [3] - 22:8, 35:14, 35:20
**funded** [3] - 15:25, 23:3, 36:11
**funding** [5] - 16:20, 27:8, 27:9, 35:10, 36:23
**fundraising** [1] - 21:12
**furthered** [1] - 81:15
**furthest** [1] - 88:9
**future** [6] - 14:1, 16:11, 25:2, 48:25, 67:24, 78:13

## G

**G9** [1] - 24:13
**Gabriel** [1] - 19:4
**gain** [1] - 58:1
**game** [1] - 25:18
**gang** [8] - 21:13, 22:14, 24:17, 26:9, 29:2, 34:18, 41:15, 74:10
**gangs** [10] - 24:7, 24:13, 24:14, 24:23, 25:2, 25:9, 25:23, 58:5, 58:6, 75:16
**gear** [4] - 19:3, 19:18, 21:5, 52:15
**gen'd** [1] - 17:25
**gentleman** [11] - 43:10, 49:1, 53:1, 53:22, 54:7, 55:21, 56:1, 57:5, 62:1, 62:13, 63:3
**gentlemen** [27] - 15:13, 18:21, 19:15, 20:9, 24:11, 24:22, 27:12, 28:13, 29:6, 33:17, 36:25, 37:16, 37:17, 37:18, 38:3, 38:12, 40:11, 45:25, 46:9, 48:18, 49:10, 50:15, 51:10, 76:10, 77:19, 79:9, 81:16
**genuine** [1] - 34:4
**geopolitics** [1] - 19:2
**German** [3] - 23:5, 34:20, 53:22
**giant** [1] - 37:20
**gift** [1] - 47:22
**given** [5] - 23:4, 63:3, 65:21, 70:23, 81:4
**global** [1] - 19:2
**gold** [1] - 47:18
**goodness** [1] - 80:18
**Google** [2] - 10:4, 11:3
**GOVERNMENT** [1] - 2:2
**government** [2] - 65:11, 86:5
**Government** [69] - 4:8, 8:13, 8:16, 8:22, 14:17, 14:22, 15:2, 17:9, 18:3, 18:6, 18:12, 18:14, 18:22, 19:16, 20:9, 27:23, 37:24, 39:22, 40:2, 40:20, 41:8, 42:18, 45:1, 47:12, 49:23, 51:11, 51:24, 53:17, 53:25, 54:4, 55:20, 56:6, 57:5, 58:9, 58:14, 58:19, 59:2, 59:19, 59:23, 60:10, 61:10, 62:12, 63:11, 63:12, 64:11, 67:20, 67:25, 68:24, 69:21, 70:8, 72:21, 72:22, 72:23, 72:25, 74:15, 74:20, 75:8, 78:15, 78:18, 78:20, 78:22, 82:23, 83:4, 83:15, 84:25, 85:19, 89:6, 89:24
**Government's** [5] - 14:25, 37:7, 38:7, 48:3, 51:1
**grab** [2] - 12:25, 41:22
**grabbing** [1] - 32:19
**grade** [1] - 67:1
**grand** [1] - 33:4
**grass** [1] - 6:2
**grassroots** [1] - 25:7
**gravely** [1] - 32:1
**great** [2] - 59:23, 77:5
**greater** [1] - 13:21
**greed** [7] - 15:15, 15:16, 16:13, 32:4, 34:8, 40:20, 52:21
**greeted** [1] - 63:3
**grenades** [1] - 72:8
**grind** [1] - 57:9
**ground** [2] - 21:17, 70:14
**groundwork** [1] - 22:13
**group** [3] - 54:10, 71:1, 72:17
**Group** [1] - 20:7
**guarantee** [2] - 12:5, 54:24
**guard** [2] - 79:25, 80:1
**guards** [1] - 70:12
**guess** [2] - 7:9, 72:18
**guidelines** [1] - 8:6
**guilt** [3] - 8:14, 8:23, 48:21
**guilty** [14] - 5:16, 8:12, 9:7, 34:12, 37:10, 50:20, 51:3, 79:10, 79:11, 82:6, 86:10, 89:4
**guise** [1] - 30:3
**gun** [4] - 52:17, 73:16, 73:21
**gunfire** [1] - 31:17
**guns** [13] - 44:23, 61:3, 61:4, 61:5, 63:9, 65:7, 65:13, 66:17, 66:18, 66:20, 66:21, 72:8, 73:20
**gunshots** [1] - 73:18
**guy** [8] - 59:23, 62:2, 66:19, 68:7, 74:7, 74:11, 74:21, 75:15
**guys** [7] - 32:17, 38:15, 72:17, 88:9, 88:11, 88:19, 88:25

## H

**Haiti** [131] - 15:19, 16:9, 16:11, 16:21, 16:25, 17:17, 17:20, 17:24, 18:2, 18:4, 18:7, 20:15, 20:23, 21:14, 21:20, 22:2, 22:13, 23:4, 23:17, 23:22, 24:3, 25:4, 26:16, 26:17, 27:1, 27:13, 28:12, 29:9, 29:22, 34:16, 34:23, 35:3, 35:8, 35:16, 40:24, 41:3, 41:12, 41:13, 41:14, 42:7, 43:4, 43:9, 43:13, 43:17, 43:19, 44:12, 44:22, 46:3, 46:7, 46:8, 47:15, 47:17, 47:21, 48:2, 48:24, 48:25, 49:3, 49:4, 49:7, 49:12, 49:13, 49:14, 50:21, 50:23, 51:25, 52:2, 52:7, 52:9, 53:20, 54:9, 54:11, 54:12, 55:6, 57:20, 57:22, 57:24, 58:2, 58:7, 58:12, 60:3, 60:24, 61:4, 61:16, 61:25, 62:21, 62:22, 63:2, 65:12, 66:17, 66:18, 67:6, 67:7, 67:18, 67:21, 68:12, 68:14, 73:1, 73:7, 73:10, 74:10, 75:22, 77:25, 78:17, 79:13, 79:14, 80:2, 80:4, 80:6, 80:10, 80:14, 80:20, 81:11, 82:23, 83:1, 83:11, 83:19, 84:16, 84:22, 85:2, 85:4, 85:6, 85:15, 86:2, 87:3, 87:14
**Haiti's** [2] - 22:3, 52:2
**Haitian** [69] - 17:13, 17:17, 20:21, 20:24, 21:13, 22:14, 23:9, 24:7, 24:13, 24:18, 24:20, 24:22, 25:2, 25:3, 25:4, 25:9, 25:23, 26:8, 27:10, 27:11, 27:19, 27:22, 28:4, 28:5, 28:10, 28:24, 29:17, 31:9, 33:2, 33:4, 33:7, 33:9, 33:10, 33:14, 34:8, 34:15, 35:7, 37:5, 37:23, 41:20, 43:25, 45:10, 45:18, 45:19, 56:25, 57:15, 62:2, 63:9, 65:17, 65:21, 65:23, 66:8, 71:22, 71:24, 72:6, 73:21, 74:20, 85:19, 85:20, 86:22, 86:23, 88:17, 88:18
**Haitian-born** [2] - 17:13, 20:21
**Haitians** [1] - 70:6
**half** [1] - 89:10
**hallway** [1] - 89:18
**ham** [1] - 78:20
**hand** [5] - 14:9, 27:22, 31:8, 63:17
**handcuff** [1] - 69:25
**handed** [5] - 14:12, 34:6, 56:5, 65:24, 67:15
**handful** [2] - 17:25, 23:24
**handgun** [1] - 67:3
**handler** [2] - 48:24, 49:1
**hands** [2] - 28:3, 85:17
**hard** [2] - 32:10, 50:17
**harmony** [1] - 58:6
**Harricharan** [1] - 35:18
**Harvey** [1] - 72:3
**hatching** [1] - 49:16
**head** [6] - 53:13, 60:8, 74:9, 75:10, 88:5
**headed** [1] - 67:21
**hear** [62] - 7:24, 11:24, 12:20, 12:22, 13:17, 17:7, 17:15, 17:19, 17:22, 18:24, 19:10, 20:3, 20:11, 20:22, 21:1, 21:11, 22:7, 22:19, 23:5, 23:18, 24:1, 24:10, 25:14, 25:25, 26:4, 26:12, 27:4, 28:11, 28:16, 29:24, 30:17, 31:13, 32:16, 33:24, 34:11, 34:20, 35:1, 35:6, 35:12, 35:17, 36:2, 36:13, 40:6, 49:2, 51:22, 52:9, 55:15, 56:20, 69:19, 73:10, 75:2, 76:16, 77:3, 82:20, 83:7, 83:24, 87:4, 87:14, 87:21, 88:2, 88:3
**heard** [13] - 5:23, 47:3, 51:11, 70:18, 77:1, 78:19, 81:2, 81:3, 81:11, 82:9, 87:7
**hearing** [4] - 12:12, 33:19, 33:25, 37:5
**heart** [2] - 59:20, 80:18
**heavyset** [1] - 54:8
**HECTOR** [1] - 2:14

**Hector** [1] - 4:19
**HELD** [1] - 1:11
**held** [1] - 61:23
**helicopters** [1] - 80:10
**help** [10] - 9:10, 12:5, 13:11, 14:18, 29:2, 63:20, 80:17, 84:19, 85:4, 85:12
**helped** [4] - 34:17, 35:14, 35:15, 35:19
**helping** [1] - 59:23
**Henry** [3] - 44:14, 44:16, 44:17
**Herard** [2] - 55:8, 74:8
**Hezbollah** [1] - 39:16
**Hi** [1] - 60:13
**hid** [1] - 48:4
**hide** [2] - 15:20, 31:23
**hiding** [1] - 84:8
**high** [6] - 8:25, 46:2, 54:18, 65:12, 75:8, 79:14
**high-level** [3] - 46:2, 54:18, 65:12
**highest** [2] - 82:23, 84:17
**highly** [1] - 73:18
**hijacked** [4] - 44:8, 44:20, 50:24, 87:1
**hill** [1] - 87:8
**himself** [7] - 19:4, 20:11, 50:2, 56:11, 60:5, 61:23, 87:23
**hint** [1] - 51:15
**history** [3] - 52:3, 76:6, 87:2
**hit** [1] - 49:12
**hold** [2] - 28:22, 51:2
**home** [8] - 29:7, 36:16, 50:13, 70:22, 70:23, 86:15, 87:9, 87:18
**Homeland** [1] - 17:10
**Honor** [18] - 4:9, 4:14, 4:18, 4:21, 4:24, 5:4, 5:6, 15:10, 37:15, 51:8, 51:9, 76:20, 77:5, 77:11, 77:17, 90:10, 90:12, 90:14
**HONORABLE** [1] - 1:11
**hook** [1] - 61:17
**hopeful** [1] - 57:19
**hopefuls** [1] - 68:13
**horror** [1] - 34:5
**hostage** [1] - 33:10
**hot** [1] - 37:21
**hotel** [7] - 30:13, 30:21, 60:22, 61:7, 65:16, 65:17, 72:6
**hour** [2] - 49:20, 89:11
**hourly** [1] - 30:10
**hours** [5] - 15:17, 33:18, 71:19, 76:11, 85:24
**House** [1] - 62:14
**house** [25] - 25:22, 30:16, 31:11, 31:21, 44:25, 45:6, 45:9, 45:13, 45:15, 45:17, 45:22, 65:8, 65:9, 65:14, 65:18, 65:19, 70:10, 70:16, 70:24, 71:1, 85:25, 87:6
**HOWARD** [1] - 2:10
**Howard** [2] - 2:10, 4:15
**HSI** [1] - 53:4
**huge** [1] - 75:6
**humanitarian** [1] - 80:9
**hundreds** [1] - 19:20
**hunt** [1] - 31:3
**husband** [1] - 48:5
**hydroelectric** [3] - 60:14, 63:14, 68:23

**I**

**ID** [1] - 62:6
**idea** [7] - 47:4, 47:15, 50:23, 51:19, 51:21, 65:6, 77:25
**ideas** [1] - 33:7
**identification** [1] - 87:24
**identifies** [1] - 61:20
**identify** [1] - 39:25
**identity** [1] - 40:4
**IDs** [1] - 33:16
**ignore** [2] - 7:8, 7:12
**ignores** [1] - 47:19
**illegal** [2] - 56:7, 56:10
**illegitimacy** [1] - 68:15
**illegitimate** [4] - 28:8, 41:17, 44:7, 46:12
**imaginary** [1] - 54:2
**imagine** [1] - 61:12
**immediate** [2] - 17:7, 26:14
**immediately** [8] - 17:24, 23:8, 24:4, 28:12, 32:6, 33:1, 49:18, 70:17
**immunity** [2] - 29:17, 85:12
**import** [1] - 46:7
**importance** [3] - 12:9, 13:4, 24:12
**important** [14] - 11:7, 11:8, 11:24, 17:4, 23:25, 35:24, 36:12, 57:4, 58:16, 58:18, 63:16, 67:25, 73:19, 81:25
**importantly** [2] - 29:20, 37:8
**impossible** [1] - 48:13
**impression** [2] - 13:22, 82:21
**imprint** [1] - 65:23
**improperly** [1] - 9:25
**incarcerated** [2] - 55:4, 57:12
**inch** [1] - 51:22
**incident** [1] - 9:24
**inclinations** [1] - 59:15
**include** [1] - 22:10
**included** [1] - 29:17
**includes** [1] - 10:18
**including** [14] - 11:5, 13:25, 17:17, 21:25, 23:4, 24:13, 26:21, 28:9, 34:14, 36:20, 44:12, 70:12, 85:20, 85:21
**incompetence** [1] - 46:20
**increasingly** [4] - 19:7, 19:25, 20:18, 21:8
**incredible** [2] - 64:11, 65:16
**indeed** [1] - 71:23
**independently** [1] - 78:6
**indicated** [1] - 53:1
**indict** [1] - 78:20
**indictment** [4] - 5:17, 8:12, 16:15, 78:18
**indirect** [2] - 6:5, 6:9
**indirectly** [2] - 6:1, 69:1
**individual** [4] - 14:7, 41:14, 55:9, 69:10
**individually** [1] - 15:2
**individuals** [5] - 38:10, 60:20, 69:17, 74:2, 76:1
**infiltrating** [1] - 39:17
**influence** [5] - 9:25, 16:11, 20:25, 29:13, 57:19
**informant** [10] - 18:24, 53:2, 53:4, 53:18, 54:5, 62:11, 68:17, 81:3, 81:7, 81:21
**informants** [5] - 68:11, 68:18, 69:14, 69:15, 88:11
**information** [10] - 9:16, 9:22, 10:23, 10:25, 11:4, 12:3, 24:19, 24:21, 51:17, 72:12
**infrastructure** [2] - 16:12, 20:13
**initial** [4] - 23:2, 23:8, 23:19, 25:6
**inject** [1] - 25:24
**injuries** [2] - 48:7, 48:15
**injuring** [1] - 32:1
**innocence** [1] - 8:17
**innocent** [2] - 8:11, 74:12
**inside** [5] - 32:12, 45:21, 45:22, 70:12, 86:15
**insider** [2] - 24:19, 24:21
**insights** [1] - 46:24
**insignia** [3] - 19:3, 19:19, 21:5
**inspect** [1] - 14:15
**inspection** [1] - 14:13
**install** [3] - 28:24, 29:15, 30:6
**installed** [1] - 22:6
**instance** [2] - 6:21, 39:15
**instant** [1] - 10:14
**instantly** [2] - 32:3, 33:25
**instead** [1] - 41:20
**instruct** [3] - 7:15, 15:6, 82:4
**instructed** [1] - 9:19
**instruction** [1] - 86:13
**instructions** [6] - 5:13, 5:14, 8:24, 9:10, 9:12, 17:3
**insufficient** [1] - 31:1
**Insurance** [1] - 20:6
**insurmountable** [1] - 59:2
**intelligence** [2] - 39:5, 39:23
**intended** [1] - 25:1
**intends** [2] - 60:18, 61:7
**intent** [4] - 82:5, 82:7, 86:3, 89:5
**intention** [4] - 86:7, 87:11, 88:15, 88:21
**intentions** [1] - 88:20
**intents** [1] - 74:10
**interest** [1] - 8:1
**interesting** [1] - 65:10
**international** [3] - 20:12, 40:22, 42:11
**Internet** [9] - 10:4, 10:9, 10:13, 10:19, 11:1, 28:5, 28:8, 30:4, 59:11
**interpreter** [1] - 4:17
**interprets** [1] - 15:5
**interruptions** [1] - 13:3
**intervention** [1] - 37:25
**interventions** [1] - 52:7
**interview** [1] - 49:20
**intimidation** [1] - 46:20
**Intriago** [40] - 4:4, 4:19, 16:1, 16:22, 18:11, 18:18, 19:8, 19:10, 19:17, 19:23, 20:4, 21:16, 23:13, 23:21, 26:24, 29:9, 29:21, 34:4, 34:24, 35:9, 35:15, 40:15, 41:1, 49:13, 51:7, 52:10, 57:18, 60:2, 60:13, 60:22, 61:5, 62:25, 66:22, 67:5, 67:7, 67:15, 67:19, 81:1, 81:6, 90:9
**INTRIAGO** [1] - 2:12
**Intriago's** [1] - 24:3
**introduced** [2] - 41:1, 48:22
**introduces** [1] - 41:7
**introducing** [1] - 60:4
**inventory** [1] - 19:20
**investigates** [1] - 42:5
**investigating** [3] - 17:10, 38:25, 83:2
**investigation** [9] - 37:22, 37:25, 38:2, 38:4, 46:15, 46:22,

47:19, 47:20, 55:16
**investigations** [1] - 50:2
**Investment** [1] - 20:7
**investors** [1] - 20:14
**invites** [1] - 48:24
**invoked** [1] - 50:5
**involved** [15] - 10:3, 25:21, 28:19, 41:14, 41:15, 43:4, 47:20, 69:2, 69:3, 69:13, 69:16, 74:19, 76:3, 87:4
**involvement** [2] - 34:13, 52:1
**involving** [1] - 9:25
**Israel** [3] - 23:17, 34:1, 35:17
**issue** [3] - 10:11, 11:20, 69:22
**issued** [1] - 28:10
**issues** [1] - 68:2
**item** [1] - 7:15
**items** [2] - 33:16, 34:18
**itself** [1] - 65:3

**J**

**J3** [1] - 34:15
**Jaar** [9] - 30:16, 31:10, 35:6, 35:7, 35:8, 45:2, 45:7, 65:10, 66:18
**Jaar's** [2] - 65:9, 87:6
**Jacmel** [4] - 63:13, 68:22, 80:20, 80:21
**Jacob** [5] - 21:6, 23:17, 34:1, 35:17
**JACQUELINE** [1] - 1:11
**Jamaica** [2] - 34:16, 35:2
**james** [1] - 80:15
**James** [16] - 4:6, 4:25, 16:2, 78:3, 78:7, 79:12, 79:23, 80:4, 80:12, 80:13, 80:14, 80:19, 80:23, 81:20
**January** [3] - 17:12, 18:5, 45:2
**JARAMILLO** [1] - 2:8
**Jaramillo** [1] - 4:15
**Jason** [1] - 4:11
**JASON** [1] - 2:4
**Javier** [1] - 26:20
**JC** [3] - 63:25, 64:7, 83:23
**Jean** [6] - 28:11, 34:16, 61:20, 68:7, 72:9
**jet** [1] - 23:23
**jewelry** [1] - 32:22
**JJJ** [2] - 57:14, 66:17
**job** [2] - 37:18, 82:11
**Joel** [3] - 17:18, 34:14, 85:15
**John** [4] - 17:18, 34:14, 59:5, 85:15
**join** [1] - 27:18
**joined** [1] - 4:25
**joint** [1] - 53:13
**JONATHAN** [1] - 2:22
**Jonathan** [2] - 2:22, 4:24
**Jorge** [1] - 49:1
**Joseph** [10] - 17:18, 27:24, 34:14, 44:10, 50:24, 62:1, 62:10, 62:13, 85:15, 87:22
**Jovenel** [6] - 15:19, 18:6, 42:3, 43:23, 44:6, 87:13
**JUDGE** [1] - 1:12
**judge** [27] - 28:10, 42:19, 43:2, 55:3, 55:16, 55:22, 56:11, 56:13, 56:15, 56:17, 57:3, 57:11, 57:12, 58:15, 63:18, 64:12, 64:16, 75:7, 75:21, 76:4, 78:4, 82:3, 83:19, 84:7, 86:13
**Judge** [8] - 17:1, 27:20, 28:24, 29:15, 33:3, 34:7, 57:4
**judges** [1] - 85:20
**judgment** [1] - 37:8
**July** [19] - 15:18, 18:5, 30:5, 30:19, 30:24, 31:4, 31:5, 33:18, 33:19, 35:5, 36:5, 36:7, 36:16, 49:5, 49:17, 50:11, 61:15, 85:24, 88:1
**June** [9] - 25:16, 25:19, 26:24, 27:17, 28:2, 28:16, 28:17, 28:25, 29:8
**jurisdiction** [1] - 50:8
**juror** [3] - 9:16, 62:3, 78:21
**jurors** [7] - 5:12, 9:9, 11:9, 11:10, 11:14, 13:13, 78:11
**JURY** [1] - 1:10
**jury** [20] - 5:7, 5:10, 5:22, 10:1, 13:13, 13:18, 14:13, 15:13, 37:17, 37:18, 38:3, 50:15, 51:10, 68:3, 72:12, 77:10, 78:21, 89:13, 89:17
**Jury** [4] - 5:8, 76:17, 77:12, 89:21
**justice** [9] - 44:18, 57:7, 63:16, 66:7, 68:13, 69:17, 84:16, 85:11, 87:14
**Justice** [1] - 84:15
**justices** [2] - 41:22, 54:21
**justified** [2] - 44:4, 82:22

**K**

**Keegan** [1] - 35:18
**keep** [3] - 8:9, 13:12, 66:23
**kept** [1] - 90:4
**key** [1] - 82:18
**kicked** [1] - 30:13
**kidnap** [13] - 16:9, 16:18, 25:10, 25:24, 26:14, 28:21, 34:13, 34:19, 35:11, 60:19, 61:7, 75:16, 75:19
**kidnapped** [1] - 70:1
**kidnappers** [1] - 24:23
**kidnapping** [5] - 28:19, 69:20, 69:21, 71:20, 75:10
**kill** [26] - 16:9, 16:18, 30:6, 33:23, 34:13, 34:18, 35:11, 46:7, 61:8, 65:6, 65:7, 72:4, 73:25, 74:6, 74:7, 74:20, 83:6, 86:1, 86:3, 86:4, 86:7, 87:11, 87:12, 88:16, 88:17, 88:21
**killed** [9] - 15:23, 33:12, 48:6, 59:21, 68:25, 71:9, 71:16, 72:3
**killers** [2] - 24:23, 26:22
**killing** [4] - 32:3, 32:7, 54:17, 87:5
**kills** [1] - 45:17
**kind** [6] - 6:10, 10:9, 60:18, 71:11, 78:2, 85:16
**knock** [1] - 74:16
**know-how** [1] - 72:16
**knowledge** [1] - 85:18
**knows** [3] - 45:8, 50:2, 50:3
**KUDMAN** [2] - 2:19, 4:21
**Kudman** [2] - 2:19, 4:21

**L**

**labeled** [1] - 26:25
**lack** [2] - 30:8, 79:6
**ladies** [26] - 15:13, 18:21, 19:14, 20:9, 24:10, 24:22, 27:12, 28:13, 29:6, 33:17, 36:25, 37:16, 37:17, 38:3, 38:12, 40:11, 45:25, 46:9, 48:18, 49:10, 50:15, 51:10, 76:10, 77:19, 79:9
**lady** [4] - 31:25, 32:2, 48:2, 74:1
**Lady** [3] - 15:21, 31:23, 36:13
**lady's** [1] - 32:22
**laid** [1] - 70:14
**lamentably** [1] - 46:8
**LANCE** [2] - 1:17, 90:23
**language** [1] - 22:20
**lapel** [1] - 62:4
**large** [6] - 20:13, 38:25, 39:21, 41:11, 44:9
**large-level** [1] - 39:21
**large-scale** [1] - 20:13
**largely** [2] - 38:7, 44:8
**last** [8] - 9:19, 10:1, 48:18, 59:3, 59:9, 66:13, 77:3, 77:20
**lasts** [1] - 33:11
**late** [3] - 25:5, 25:21, 28:17
**late-night** [1] - 25:21
**Lauderdale** [2] - 21:23, 82:17
**lavish** [1] - 16:11
**Law** [2] - 2:10, 2:18
**law** [28] - 5:18, 5:19, 6:8, 9:9, 10:11, 11:4, 11:8, 11:14, 11:18, 11:20, 11:22, 12:6, 12:13, 15:6, 17:3, 38:20, 39:5, 43:16, 44:4, 46:13, 54:1, 56:8, 64:5, 68:20, 79:21, 79:22, 80:14, 82:4
**lawful** [5] - 44:5, 71:21, 71:22, 82:22, 83:17
**lawfully** [1] - 46:12
**lawyer** [12] - 6:17, 6:21, 7:1, 7:2, 7:3, 42:10, 42:11, 55:18, 57:7, 59:6, 85:17, 85:18
**lawyer's** [1] - 6:20
**lawyers** [9] - 6:14, 6:15, 11:6, 12:12, 12:14, 12:15, 12:21, 13:2, 85:20
**lawyers'** [1] - 6:17
**laying** [1] - 22:13
**lead** [4] - 11:16, 45:5, 45:7, 46:5
**leader** [4] - 34:21, 43:11, 43:19, 74:10
**leaders** [1] - 22:14
**leadership** [3] - 32:8, 32:10, 32:14
**league** [1] - 39:14
**learn** [8] - 38:23, 42:18, 43:2, 49:4, 49:7, 74:17, 84:10, 85:5
**learned** [3] - 52:2, 84:4
**least** [2] - 69:1, 77:20
**leave** [9] - 13:17, 31:10, 39:3, 41:18, 42:7, 42:25, 55:12, 89:13
**Lee** [1] - 72:3
**left** [7] - 13:18, 45:6, 64:15, 70:17, 74:5, 82:20, 87:6
**legal** [2] - 56:7, 78:19
**legally** [2] - 8:20, 62:20
**legit** [1] - 64:8
**legitimacy** [2] - 28:15, 68:15
**legitimate** [7] - 43:9, 45:11, 69:18, 70:3, 70:7, 75:20, 81:21

**lend** [1] - 47:22
**Lending** [1] - 20:6
**less** [1] - 64:22
**letter** [7] - 26:6, 60:4, 60:12, 63:19, 84:18, 85:10, 85:14
**letterhead** [1] - 64:13
**letters** [2] - 85:2, 85:3
**level** [7] - 8:25, 39:21, 46:2, 54:18, 65:12, 82:23, 84:17
**levels** [1] - 74:19
**library** [1] - 10:13
**license** [2] - 52:15, 52:17
**licensed** [1] - 79:25
**licenses** [1] - 81:13
**lie** [3] - 21:3, 62:8, 64:16
**life** [7] - 38:20, 39:2, 39:6, 39:8, 79:20, 80:22, 81:18
**light** [2] - 6:22, 8:4
**likely** [2] - 71:12, 88:15
**limit** [2] - 13:3, 40:22
**limited** [4] - 7:14, 7:16, 7:17, 48:7
**line** [3] - 63:5, 63:6, 72:5
**linked** [1] - 39:14
**linking** [1] - 36:3
**links** [2] - 17:10, 39:18
**list** [2] - 6:13, 10:22
**listen** [6] - 10:7, 11:18, 17:4, 48:16, 74:25, 75:4
**Listen** [1] - 41:11
**listened** [1] - 83:23
**listening** [2] - 37:3, 76:11
**listing** [1] - 60:5
**live** [1] - 9:15
**lived** [1] - 59:9
**lives** [2] - 40:10, 42:11
**living** [2] - 42:19, 80:16
**LLP** [1] - 2:19
**locate** [1] - 31:3
**located** [1] - 87:9
**location** [1] - 10:5
**locations** [1] - 23:1
**lodging** [1] - 35:10
**logistical** [1] - 43:24
**lone** [1] - 35:1
**look** [5] - 62:7, 63:22, 71:11, 73:2, 89:14
**looked** [1] - 64:7
**looking** [2] - 56:9, 84:9
**looks** [3] - 42:1, 42:5, 56:11
**looms** [1] - 44:9
**loose** [1] - 24:19
**looting** [1] - 32:18
**lost** [2] - 46:23, 47:1
**loudspeaker** [1] - 87:20
**lucky** [1] - 70:19
**lucrative** [1] - 27:19
**lunch** [5] - 77:4, 77:21, 89:11, 89:15, 90:15
**Lunch** [1] - 90:16
**lying** [1] - 67:17

## M

**machine** [1] - 72:8
**magic** [2] - 25:25, 26:9
**main** [1] - 74:7
**maintained** [1] - 73:24
**man** [14] - 6:22, 20:5, 21:17, 23:2, 27:22, 31:8, 31:19, 32:7, 54:8, 56:18, 63:17, 64:2, 69:8
**managed** [1] - 74:7
**manipulated** [1] - 44:20
**manner** [1] - 7:25
**maps** [1] - 10:4
**March** [3] - 1:5, 18:8, 90:21
**Marie** [3] - 61:20, 72:9
**Mario** [1] - 35:1
**MARISSEL** [1] - 2:17
**Marissel** [1] - 4:22
**marked** [1] - 29:18
**marketing** [1] - 40:23
**married** [2] - 80:23
**Martelly** [1] - 44:13
**Martine** [5] - 15:21, 31:23, 36:13, 48:2, 48:4
**masked** [1] - 24:17
**masqueraded** [3] - 17:14, 19:1, 21:2
**Massacre** [1] - 59:7
**massacres** [1] - 41:17
**material** [2] - 21:14, 22:9
**matter** [3] - 13:5, 39:10, 90:20
**matters** [1] - 13:1
**mayor** [2] - 63:13, 68:22
**mayors** [2] - 68:13, 69:16
**MCLAUGHLIN** [9] - 2:3, 4:9, 5:4, 15:10, 15:12, 77:5, 89:24, 90:2, 90:8
**McLaughlin** [4] - 4:10, 15:9, 89:23, 90:3
**MCLAUGHLIN.............** [1] - 3:3
**mean** [2] - 48:6, 72:23
**meaning** [2] - 38:15, 66:10
**means** [10] - 7:12, 10:13, 10:18, 10:24, 11:2, 54:24, 78:14, 83:16, 83:17
**mechanical** [1] - 1:22
**media** [4] - 10:10, 10:21, 28:6, 76:6
**meet** [6] - 53:12, 58:2, 58:3, 75:13, 82:2
**meeting** [6] - 22:13, 44:25, 48:24, 49:2, 82:14, 85:14
**meetings** [9] - 21:23, 22:1, 22:24, 24:7, 68:21, 82:15, 82:16, 83:23, 85:17
**meets** [6] - 40:15, 57:25, 63:13, 63:14, 63:15
**megaphone** [1] - 31:16
**member** [2] - 10:1, 21:2
**members** [8] - 5:10, 24:5, 24:20, 31:17, 31:25, 32:6, 54:14, 78:20
**memorandum** [2] - 23:16, 34:2
**memorialized** [1] - 23:18
**memorializes** [1] - 49:2
**memory** [5] - 7:25, 13:20, 13:21, 13:22, 14:7
**men** [11] - 24:15, 24:18, 43:14, 43:16, 43:21, 44:2, 44:5, 45:10, 45:18, 46:1
**mens** [2] - 82:5, 82:6
**mention** [2] - 10:22, 49:3
**mentioned** [5] - 48:1, 57:5, 75:7, 81:6, 86:19
**mentioning** [1] - 66:23
**mercenaries** [23] - 15:24, 23:3, 23:8, 24:5, 26:16, 27:1, 30:2, 30:12, 30:23, 31:7, 31:10, 31:14, 32:12, 32:16, 33:8, 33:10, 33:12, 33:14, 33:22, 34:21, 36:4, 60:9, 71:9
**mercenary** [7] - 23:5, 26:19, 32:25, 34:20, 35:2, 60:7, 60:9
**mere** [1] - 28:14
**mess** [2] - 37:21, 46:19
**message** [1] - 33:21
**messages** [13] - 22:16, 22:20, 36:21, 37:4, 40:12, 50:16, 55:8, 61:17, 61:19, 62:16, 68:6
**met** [8] - 24:4, 52:25, 53:11, 53:19, 57:18, 57:23, 81:11
**metal** [2] - 65:23, 65:24
**MIAMI** [1] - 1:2
**Miami** [5] - 1:4, 1:19, 1:19, 67:11, 90:25
**Michel** [1] - 44:13
**mid** [5] - 26:23, 27:17, 28:2, 28:16, 28:17
**mid-June** [3] - 27:17, 28:2, 28:16
**mid-to** [1] - 28:17
**middle** [1] - 52:22
**Middle** [1] - 39:23
**middle-class** [1] - 52:22
**might** [2] - 6:3, 71:6
**Mike** [2] - 23:6, 34:21
**military** [16] - 16:20, 19:2, 19:18, 21:2, 21:4, 22:10, 24:20, 25:4, 26:21, 38:21, 38:22, 43:16, 67:1, 74:9, 88:20
**military-grade** [1] - 67:1
**millimeter** [1] - 51:23
**million** [4] - 23:20, 27:7, 35:20, 55:12
**mind** [9] - 8:10, 8:24, 50:20, 75:2, 82:2, 82:6, 82:18, 83:8, 89:5
**mine** [1] - 54:18
**minister** [6] - 44:13, 57:6, 63:15, 66:7, 69:16, 87:14
**minutes** [4] - 45:20, 77:3, 87:6, 87:7
**Miramar** [1] - 22:25
**mission** [1] - 50:23
**missions** [3] - 80:5, 81:14
**mistake** [2] - 16:5, 24:22
**mob** [1] - 58:10
**model** [1] - 73:22
**Moise** [41] - 15:20, 15:21, 16:10, 16:19, 17:20, 18:6, 22:5, 22:21, 25:4, 25:11, 25:24, 26:3, 26:6, 27:21, 28:4, 28:19, 29:2, 29:15, 29:23, 30:1, 30:6, 31:22, 31:23, 31:25, 32:3, 33:23, 34:14, 34:19, 35:11, 36:13, 36:15, 42:3, 42:16, 43:23, 44:6, 48:2, 48:4, 54:12, 63:20, 84:20, 87:13
**Moise's** [16] - 17:8, 23:10, 25:22, 30:18, 31:12, 31:14, 31:17, 31:22, 32:7, 32:13, 32:19, 32:24, 33:20, 35:4, 36:4, 85:8
**moment** [5] - 39:8, 45:23, 47:5, 84:21, 87:1
**money** [12] - 21:17, 23:19, 29:1, 29:13, 30:20, 31:9, 52:21, 62:24, 62:25, 65:13, 66:18
**month** [4] - 64:22, 84:4, 84:5, 84:7
**months** [8] - 15:25, 16:8, 28:6, 36:20, 37:4, 43:6, 47:13,

50:12
**moonlighting** [1] - 18:23
**Morning** [1] - 1:6
**morning** [13] - 4:9, 4:14, 4:18, 4:21, 4:24, 5:2, 5:9, 15:17, 33:18, 37:16, 51:10, 85:23, 90:4
**most** [15] - 13:14, 29:20, 36:19, 37:7, 40:9, 44:11, 47:12, 52:14, 54:14, 55:13, 63:23, 64:11, 81:24, 88:15
**mother** [1] - 65:10
**motives** [1] - 87:15
**mountain** [10] - 30:16, 31:11, 44:25, 45:6, 65:8, 65:9, 65:14, 65:18, 65:19, 86:18
**mouth** [3] - 41:23, 48:15
**move** [2] - 13:9, 35:19
**moved** [1] - 30:15
**movement** [2] - 66:1, 86:25
**movements** [1] - 70:25
**moves** [1] - 56:25
**movie** [4] - 51:14, 51:15, 51:16
**moving** [2] - 13:10, 78:12
**MR** [23] - 3:3, 3:4, 3:4, 3:5, 4:9, 4:14, 4:18, 4:24, 5:4, 5:6, 15:10, 15:12, 37:15, 51:8, 76:25, 77:5, 77:17, 89:24, 90:2, 90:5, 90:8, 90:10, 90:14
**MS** [5] - 4:21, 76:20, 77:11, 77:14, 90:12
**multi** [1] - 31:11
**multi-vehicle** [1] - 31:11
**multimillion** [1] - 16:12
**multimillion-dollar** [1] - 16:12
**multiyear** [1] - 17:24
**murder** [8] - 42:4, 44:21, 46:2, 49:17, 55:25, 60:19, 71:20, 75:10
**must** [17] - 5:18, 5:19, 5:21, 6:12, 7:8, 7:13, 7:16, 8:22, 9:1, 9:3, 9:24, 10:4, 10:17, 10:23, 11:3, 11:21, 58:6
**mutual** [1] - 41:1

## N

**naive** [1] - 49:25
**name** [20] - 17:18, 18:19, 19:3, 19:19, 21:5, 26:20, 27:23, 28:11, 44:10, 48:1, 49:1, 54:7, 55:22, 57:5, 60:4, 60:15, 61:19, 72:10, 80:21, 86:19
**named** [12] - 18:20, 23:6, 23:9, 23:11, 27:21, 27:24, 53:22, 55:9, 62:1, 62:13, 68:7, 87:22
**names** [4] - 23:4, 35:22, 49:15, 60:5
**Napoleonic** [1] - 64:6
**narco** [6] - 38:25, 39:6, 39:10, 39:13, 39:18, 41:14
**narrow** [1] - 78:2
**national** [13] - 18:16, 38:20, 43:25, 45:11, 45:18, 45:19, 63:9, 65:17, 65:22, 65:23, 71:23, 71:25, 72:6
**National** [3] - 23:9, 25:10, 33:2
**Nations** [1] - 85:5
**natural** [1] - 22:3
**nearly** [1] - 27:6
**necessary** [7] - 12:11, 14:1, 24:8, 29:1, 30:9, 50:3, 67:9
**need** [11] - 5:11, 43:9, 43:21, 43:24, 46:7, 54:15, 56:1, 58:12, 63:19, 72:17, 85:12
**needed** [6] - 23:19, 31:3, 47:22, 53:12, 64:6
**needs** [1] - 78:5
**neighborhood** [2] - 15:18, 45:7
**nest** [1] - 23:11
**networking** [1] - 10:20
**never** [7] - 26:9, 27:9, 27:14, 45:24, 71:20, 75:16, 87:19
**new** [6] - 25:18, 27:18, 29:11, 29:12, 29:15, 33:4
**news** [3] - 10:10, 11:19, 33:25
**newspapers** [1] - 10:9
**next** [4] - 4:20, 14:20, 33:11, 43:19
**nicknames** [1] - 35:23
**night** [11] - 9:19, 10:2, 25:21, 31:4, 33:1, 61:2, 65:5, 68:5, 68:6, 85:23
**nights** [1] - 65:5
**nine** [1] - 16:16
**nineteenth** [1] - 52:5
**NO** [1] - 1:3
**nobody** [6] - 25:13, 26:11, 29:5, 54:25, 84:3, 84:12
**Noelcius** [1] - 28:11
**none** [10] - 7:20, 18:22, 56:16, 61:3, 61:5, 66:21, 66:22, 70:14, 84:12
**nonetheless** [1] - 20:10
**nonprofit** [2] - 41:2, 80:15
**nonresident** [1] - 27:13
**North** [1] - 1:19
**not-for-profit** [1] - 88:7
**note** [1] - 13:16
**note-taking** [1] - 13:16
**notebooks** [2] - 13:14, 13:15
**noted** [1] - 47:7
**notes** [6] - 13:10, 13:12, 13:18, 13:19, 13:20, 90:20
**nothing** [6] - 8:13, 37:25, 53:22, 57:1, 64:20, 79:18
**notice** [1] - 13:23
**numbers** [2] - 31:2, 60:6
**Nunez** [2] - 49:18, 49:21
**Nuñez** [3] - 49:1, 49:5, 49:6

## O

**oath** [1] - 12:10
**object** [1] - 7:4
**objection** [3] - 7:4, 7:6, 7:8
**objections** [1] - 6:17
**observe** [1] - 70:25
**observed** [1] - 82:9
**obtain** [2] - 24:8, 52:16
**obtained** [2] - 36:19, 61:1
**obtaining** [1] - 24:13
**obvious** [1] - 72:1
**occasion** [1] - 53:5
**occasions** [3] - 12:23, 12:24, 14:12
**occurred** [4] - 43:5, 47:14, 54:6, 67:6
**OF** [8] - 1:2, 1:4, 1:10, 2:7, 2:12, 2:16, 2:21, 90:18
**offers** [1] - 7:2
**Office** [1] - 2:5
**office** [7] - 19:1, 41:19, 42:7, 53:10, 54:2, 71:5, 82:17
**officer** [5] - 20:23, 55:7, 80:25, 81:17, 81:19
**officers** [6] - 24:18, 31:9, 33:10, 65:17, 70:3, 86:22
**offices** [3] - 36:7, 63:11, 63:12
**Offices** [1] - 2:10
**Official** [1] - 90:23
**official** [4] - 27:23, 28:20, 63:9, 81:19
**often** [2] - 11:23, 40:8
**old** [3] - 20:1, 20:20, 27:5
**ON** [4] - 2:7, 2:12, 2:16, 2:21
**once** [3] - 29:14, 38:4, 50:25
**one** [44] - 9:6, 9:13, 11:12, 12:22, 16:10, 18:12, 20:5, 26:10, 28:8, 28:19, 33:14, 37:9, 37:11, 37:20, 39:24, 41:23, 43:14, 44:23, 45:12, 46:14, 51:22, 51:23, 53:19, 56:10, 58:16, 60:1, 60:6, 65:4, 68:2, 69:23, 70:20, 71:12, 71:14, 73:12, 73:13, 73:19, 75:12, 82:20, 83:10, 83:19, 87:13, 88:16, 89:16
**ones** [6] - 67:2, 73:22, 78:15, 83:5, 83:6, 89:18
**open** [4] - 22:3, 55:16, 68:20, 85:3
**opened** [1] - 80:15
**OPENING** [4] - 3:3, 3:4, 3:4, 3:5
**opening** [17] - 5:3, 6:15, 14:18, 14:21, 41:8, 50:19, 51:12, 70:18, 76:16, 76:19, 76:21, 76:24, 77:3, 77:9, 77:15
**openly** [2] - 82:17, 87:24
**operated** [3] - 18:18, 19:12, 20:4
**operation** [4] - 31:16, 60:3, 62:24, 75:11
**operations** [4] - 21:16, 34:25, 39:21, 39:25
**opinion** [3] - 5:25, 12:3, 85:20
**opportunities** [3] - 40:23, 50:23, 74:21
**opportunity** [5] - 7:23, 43:12, 53:6, 53:7, 88:4
**opposing** [1] - 15:13
**orchestrated** [3] - 15:25, 44:25, 46:1
**order** [15] - 7:11, 9:10, 38:20, 53:12, 54:10, 56:15, 57:17, 58:1, 58:10, 60:10, 65:14, 74:22, 79:21, 79:22, 80:14
**Order** [1] - 4:1
**ordinarily** [1] - 49:9
**ordinary** [1] - 52:22
**organization** [4] - 63:19, 80:6, 80:8, 80:16
**organizations** [3] - 39:13, 39:18, 85:4
**organize** [1] - 35:14
**organizing** [1] - 22:8
**original** [1] - 66:3
**ORLANDO** [1] - 2:8

**Orlando** [1] - 4:14
**Orlando's** [2] - 53:2, 70:18
**orphans** [1] - 80:17
**ORTIZ** [2] - 1:6, 2:7
**Ortiz** [43] - 4:3, 4:16, 16:1, 18:11, 18:15, 18:17, 18:25, 19:6, 19:11, 20:4, 21:15, 23:13, 31:6, 34:4, 34:23, 35:9, 37:14, 38:19, 40:13, 41:7, 41:25, 42:1, 43:8, 44:1, 44:2, 49:18, 49:24, 49:25, 50:11, 50:20, 50:21, 53:1, 53:5, 53:11, 53:15, 53:21, 54:5, 81:1, 81:18, 81:20, 90:7
**Ortiz's** [2] - 39:8, 40:22
**Oswald** [1] - 72:3
**otherwise** [4] - 11:3, 72:4, 76:2, 76:7
**ourselves** [1] - 74:15
**oust** [1] - 57:17
**outcome** [1] - 8:1
**outline** [1] - 14:18
**outrageous** [3] - 52:9, 71:3
**outreach** [1] - 43:18
**outside** [11] - 6:2, 12:3, 32:8, 32:24, 45:15, 46:13, 56:10, 56:15, 72:17, 86:8, 87:19
**overcome** [3] - 59:24, 59:25, 61:11
**overkill** [1] - 48:7
**overrule** [1] - 7:4
**overseas** [3] - 21:2, 28:21, 81:4
**overstay** [1] - 84:23
**overstayed** [2] - 54:13, 54:16
**overthrow** [3] - 17:19, 29:14, 29:23
**overthrown** [1] - 22:5
**own** [7] - 13:20, 14:6, 26:20, 30:18, 42:6, 71:24, 80:15
**owned** [3] - 19:12, 30:16, 45:1

## P

**P.A** [3] - 2:9, 2:22, 2:24
**pack** [3] - 25:14, 26:13, 29:6
**pad** [2] - 58:22, 58:23
**PAGE** [1] - 3:2
**page** [1] - 38:11
**pages** [3] - 1:8, 38:8, 40:12
**paid** [2] - 23:23, 62:24
**Palace** [3] - 23:9, 25:10, 33:2
**Palacios** [2] - 35:1, 35:3
**Pam** [1] - 57:8
**panning** [1] - 53:23
**paper** [1] - 46:4
**papers** [1] - 14:9
**paperwork** [2] - 53:11, 67:8
**parameters** [1] - 51:20
**parchment** [1] - 54:24
**parishes** [1] - 41:12
**parliament** [2] - 41:20, 41:21
**part** [10] - 7:20, 9:18, 16:20, 32:11, 35:3, 41:9, 41:10, 61:13, 62:23
**particular** [3] - 9:4, 58:18, 79:5
**particularly** [1] - 83:3
**parties** [1] - 12:1
**partner** [1] - 19:11
**partners** [1] - 20:14
**partnership** [1] - 29:11
**partnerships** [1] - 21:14
**passion** [2] - 59:16, 59:19
**passport** [2] - 60:5, 63:6
**pastor** [4] - 17:14, 27:5, 41:12, 54:8
**Pat** [1] - 4:25
**patches** [4] - 33:16, 60:25, 61:1
**patient** [2] - 13:6, 13:8
**patiently** [1] - 76:11
**PATRICK** [1] - 2:23
**Patrick** [1] - 2:24
**patsies** [2] - 72:2
**patsy** [1] - 72:2
**Pavletic** [2] - 4:13, 79:19
**pay** [7] - 17:5, 29:1, 32:18, 62:22, 82:9, 83:3, 88:3
**payments** [1] - 30:22
**peace** [1] - 18:4
**Pelerin** [3] - 86:18, 87:8, 88:1
**pencils** [1] - 13:15
**Penn** [2] - 80:7, 80:8
**pens** [1] - 13:15
**people** [36] - 6:2, 9:15, 11:5, 21:20, 21:25, 40:9, 50:24, 53:14, 54:17, 56:16, 57:24, 58:2, 58:12, 60:16, 64:19, 68:10, 69:13, 70:12, 70:19, 71:1, 74:19, 80:9, 80:11, 81:14, 82:2, 82:23, 85:16, 85:19, 86:2, 86:4, 86:6, 86:11, 88:16, 88:23
**perceived** [1] - 82:10
**percent** [3] - 79:9, 79:11, 89:4
**perception** [1] - 53:24
**PEREZ** [5] - 2:13, 4:18, 51:8, 90:5, 90:10
**Perez** [5] - 2:13, 4:18, 77:24, 82:16, 90:3
**PEREZ..................** [1] - 3:4
**perhaps** [7] - 43:22, 46:20, 56:14, 58:8, 67:17, 78:12, 88:22
**period** [3] - 30:19, 30:24, 49:23
**permit** [3] - 11:8, 11:9, 11:14
**permitted** [1] - 7:3
**person** [17] - 6:3, 9:21, 9:25, 29:21, 34:1, 42:19, 48:1, 52:22, 57:4, 57:14, 58:19, 60:18, 61:18, 63:16, 86:11, 87:2, 87:22
**person's** [1] - 12:2
**personal** [7] - 9:10, 23:10, 30:1, 30:18, 31:12, 31:14, 32:24
**personnel** [3] - 22:10, 22:15, 24:8
**perspective** [2] - 35:24, 68:19
**Peru** [1] - 52:19
**perusing** [1] - 27:11
**Petion** [1] - 15:18
**Petion-Ville** [1] - 15:18
**Petit** [1] - 43:4
**phantom** [1] - 24:17
**Phantom** [1] - 25:9
**Phenelus** [1] - 4:12
**PHENELUS** [1] - 2:5
**phone** [6] - 18:25, 22:17, 32:13, 33:25, 55:22, 61:20
**phones** [7] - 26:18, 33:16, 36:18, 49:22, 49:23, 50:7, 73:4
**photograph** [1] - 32:13
**photographs** [1] - 85:16
**photos** [1] - 24:1
**phrase** [1] - 17:21
**phrases** [1] - 11:23
**physically** [1] - 48:13
**Pibe** [1] - 26:20
**pick** [1] - 69:25
**picked** [4] - 60:10, 63:8, 65:15, 65:16
**picture** [2] - 59:22, 89:1
**pictures** [3] - 60:24, 61:8, 63:12
**piece** [3] - 6:11, 47:5, 47:7
**pieces** [1] - 79:5
**Pierre** [4] - 63:4, 67:12, 68:7
**pilfer** [1] - 32:21
**pin** [1] - 62:4
**pivot** [1] - 27:18
**pivotal** [2] - 39:8, 87:2
**place** [1] - 10:3
**plan** [2] - 44:8, 66:2
**plane** [5] - 53:20, 62:22, 75:18, 75:19, 75:20
**planned** [4] - 15:25, 23:19, 33:3, 88:23
**planning** [4] - 21:12, 33:1, 34:25, 36:23
**plans** [3] - 25:18, 48:23, 48:25
**play** [2] - 48:5, 61:13
**plays** [1] - 32:2
**pleaded** [1] - 34:12
**plot** [10] - 16:18, 17:19, 22:8, 24:5, 34:13, 35:11, 35:14, 35:21, 36:12, 49:17
**plotting** [1] - 16:9
**plus** [1] - 41:17
**PM** [5] - 1:7, 77:7, 77:12, 89:21, 90:16
**point** [9] - 8:24, 15:23, 32:1, 40:25, 52:25, 67:24, 71:18, 79:4, 88:24
**point-blank** [2] - 15:23, 32:1
**police** [31] - 24:18, 25:3, 31:9, 33:7, 33:9, 33:10, 33:14, 43:25, 45:11, 45:18, 45:19, 53:9, 55:6, 56:23, 63:9, 65:17, 65:22, 65:23, 66:14, 66:18, 69:11, 70:3, 71:23, 71:25, 72:6, 73:21, 86:22, 86:23, 88:17
**policemen** [1] - 66:8
**political** [4] - 16:10, 20:24, 43:9, 44:12
**politician** [1] - 57:25
**politicians** [1] - 74:13
**pool** [1] - 60:24
**poor** [1] - 47:18
**popular** [1] - 61:7
**popularity** [1] - 58:1
**Port** [6] - 15:19, 23:22, 24:15, 25:22, 28:20, 30:13
**Port-au-Prince** [6] - 15:19, 23:22, 24:15, 25:22, 28:20, 30:13
**portion** [2] - 14:2, 58:4
**portrayed** [1] - 20:11
**pose** [1] - 30:2
**position** [2] - 47:24, 52:4
**Posner** [1] - 2:19
**possession** [1] - 47:12
**possible** [2] - 13:4, 61:14
**post** [1] - 25:4
**post-President** [1] - 25:4
**posting** [1] - 10:25
**posts** [1] - 45:14
**potential** [1] - 17:16
**power** [12] - 15:15, 15:16, 16:10, 16:13, 17:20, 20:24, 29:13, 32:4, 34:9, 41:22, 72:15, 84:24

**powerful** [2] - 42:23, 50:24
**powers** [1] - 57:16
**pregnant** [1] - 80:11
**prejudice** [1] - 8:2
**preliminary** [1] - 5:12
**premature** [2] - 11:16, 11:17
**prepare** [1] - 14:1
**prepared** [2] - 14:3, 90:20
**Presbyterian** [1] - 58:1
**presence** [2] - 44:20, 49:14
**present** [14] - 4:16, 5:1, 8:18, 14:22, 15:2, 15:5, 16:4, 36:17, 37:1, 41:10, 68:21, 68:22, 83:22, 86:9
**presentations** [1] - 53:15
**presented** [5] - 5:22, 11:22, 47:9, 50:17, 79:3
**presents** [1] - 41:25
**preserve** [1] - 47:22
**presidency** [1] - 54:13
**President** [44] - 16:10, 16:19, 17:8, 17:20, 22:21, 23:10, 25:4, 25:10, 25:22, 25:24, 26:3, 26:6, 27:21, 28:4, 28:19, 29:2, 29:14, 30:1, 30:18, 31:12, 31:14, 31:17, 31:22, 31:25, 32:3, 32:13, 32:18, 32:24, 33:20, 33:23, 34:14, 34:19, 35:4, 35:11, 36:4, 36:15, 42:16, 54:12, 62:15, 62:17, 63:20, 84:20, 85:8
**president** [66] - 15:19, 17:24, 18:7, 22:2, 22:6, 27:14, 28:24, 29:15, 32:7, 33:4, 34:8, 41:13, 42:7, 43:6, 43:23, 44:7, 44:13, 44:22, 45:18, 46:2, 46:3, 46:7, 46:12, 49:17, 50:22, 54:9, 54:15, 55:2, 55:8, 55:11, 55:17, 55:25, 56:24, 57:10, 57:11, 57:12, 57:15, 57:17, 59:5, 59:22, 60:19, 61:8, 64:13, 65:6, 65:7, 66:3, 68:25, 69:11, 70:17, 71:4, 73:25, 74:20, 74:21, 75:25, 83:6, 83:12, 83:13, 83:14, 85:11, 86:21, 86:24, 87:5, 88:15, 88:22
**president's** [11] - 32:21, 45:9, 45:14, 45:21, 45:22, 48:3, 70:23, 74:8, 85:25, 86:15, 87:9
**presidential** [2] - 54:11, 68:12
**presidents** [2] - 52:3, 88:17
**pressure** [1] - 84:11
**pressured** [3] - 56:18, 69:9, 76:5
**pressures** [1] - 30:20
**pressuring** [3] - 30:25, 31:1
**prestige** [1] - 20:25
**presumed** [1] - 8:11
**PRETEL** [2] - 1:6, 2:7
**Pretel** [2] - 4:3, 4:16
**pretended** [1] - 48:5
**pretending** [1] - 62:10
**pretty** [4] - 73:5, 77:24, 81:5, 88:11
**prevent** [1] - 38:1
**prevented** [1] - 48:12
**preview** [2] - 51:14, 51:18
**previously** [1] - 31:9
**priest** [1] - 57:23
**prime** [1] - 44:13
**Prince** [6] - 15:19, 23:22, 24:15, 25:22, 28:20, 30:13
**principles** [1] - 5:11
**printed** [3] - 14:1, 14:3, 59:11
**private** [2] - 23:23, 62:22
**pro** [1] - 25:6
**pro-Sanon** [1] - 25:6
**problem** [2] - 37:9, 38:3
**problematic** [1] - 47:3
**problems** [2] - 58:8, 73:8
**procedure** [1] - 12:13
**proceed** [2] - 15:11, 31:21
**Proceedings** [1] - 1:22
**proceedings** [1] - 90:20
**process** [1] - 70:3
**proclaimed** [1] - 22:2
**produced** [2] - 1:22, 79:5
**professionally** [4] - 19:7, 19:25, 20:18, 21:9
**profit** [2] - 40:19, 88:7
**program** [3] - 10:5, 40:1, 59:3
**progresses** [1] - 60:17
**project** [4] - 60:15, 60:23, 63:14, 68:23
**projects** [1] - 20:13
**promise** [1] - 12:10
**promised** [2] - 11:12, 30:22
**promising** [1] - 27:18
**promote** [1] - 43:19
**promptly** [3] - 9:24, 26:15, 32:13
**proof** [5] - 8:14, 8:16, 8:25, 32:14, 51:13
**proper** [1] - 51:3
**property** [1] - 71:2
**propped** [1] - 71:10
**prosecuting** [1] - 78:17
**prosecutor** [2] - 66:12, 70:4
**prosecutors** [2] - 66:11, 88:18
**protect** [2] - 40:4, 43:22
**protection** [3] - 40:18, 43:17, 81:4
**protesters** [1] - 25:9
**protocols** [1] - 46:17
**proud** [1] - 60:23
**proudest** [1] - 81:17
**prove** [11] - 8:17, 8:22, 18:3, 18:21, 19:15, 28:13, 69:3, 70:8, 75:11, 89:6
**proven** [4] - 8:12, 78:22, 79:1, 79:8
**proves** [2] - 6:1, 6:6
**provide** [6] - 10:23, 13:15, 40:9, 43:11, 43:12, 44:5
**provided** [6] - 35:10, 42:12, 42:21, 46:24, 47:21, 72:12
**provides** [1] - 40:17
**providing** [3] - 22:9, 40:2, 43:17
**proximity** [1] - 86:14
**public** [2] - 56:12, 76:6
**publicly** [2] - 18:4, 18:6
**pull** [3] - 20:15, 21:21, 59:19
**pulled** [1] - 46:25
**pupils** [1] - 48:12
**puppet** [1] - 64:25
**purported** [4] - 17:14, 27:5, 28:3, 29:17
**purporting** [1] - 20:12
**purpose** [6] - 7:15, 7:16, 7:17, 23:16, 34:2, 45:16
**purposes** [2] - 53:16, 74:10
**push** [1] - 36:21
**push-to-talk** [1] - 36:21
**put** [12] - 8:20, 25:5, 25:20, 50:1, 58:20, 58:23, 59:21, 65:13, 70:15, 73:2, 73:7, 81:16
**puts** [1] - 47:24
**putting** [2] - 28:18, 60:23

## Q

**Qaeda** [1] - 39:16
**qualified** [1] - 11:13
**quarter** [3] - 23:20, 27:7, 35:19
**questions** [2] - 6:17, 6:18
**quick** [1] - 84:21
**quickly** [3] - 32:18, 34:7, 41:5
**quiet** [1] - 64:20
**quote** [2] - 23:16, 71:8
**quote/unquote** [1] - 56:18

## R

**radar** [2] - 71:20, 71:21
**radio** [1] - 10:9
**rain** [1] - 6:4
**rained** [1] - 6:4
**raise** [1] - 35:19
**raised** [1] - 79:13
**Ramirez** [1] - 45:10
**ran** [3] - 74:3, 74:5, 81:9
**range** [2] - 15:23, 32:1
**rat** [1] - 22:21
**rat's** [1] - 23:11
**rather** [2] - 41:6, 43:5
**rea** [2] - 82:5, 82:6
**reach** [1] - 5:19
**reaching** [1] - 7:18
**reacting** [1] - 33:20
**read** [5] - 10:7, 11:18, 26:6, 59:12, 86:13
**readily** [1] - 22:8
**reading** [1] - 37:3
**ready** [4] - 5:3, 15:9, 75:16, 75:17
**real** [20] - 39:8, 39:11, 50:17, 54:2, 54:3, 54:5, 54:6, 56:4, 56:13, 62:7, 63:24, 64:9, 64:10, 69:25, 75:21, 83:20, 84:21
**realize** [4] - 27:5, 27:6, 27:9, 27:12
**realized** [4] - 27:8, 39:9, 39:12, 68:25
**realizes** [1] - 42:6
**really** [21] - 12:16, 27:9, 27:10, 40:10, 40:13, 41:6, 43:21, 47:25, 54:22, 54:23, 55:1, 57:24, 67:23, 72:5, 75:3, 77:23, 82:20, 83:2, 86:10, 86:11
**Realtime** [1] - 1:18
**Realty** [1] - 20:7
**reason** [6] - 37:8, 37:21, 46:6, 46:11, 64:3, 88:8
**reasonable** [7] - 8:23, 75:9, 75:12, 78:23, 79:2, 83:9, 89:7
**reasonableness** [1] - 8:3
**reasons** [1] - 87:15
**receive** [1] - 14:5
**received** [4] - 7:1, 7:5, 7:7, 14:10
**receiving** [1] - 55:8
**recently** [1] - 6:3
**recess** [1] - 90:16

**Recess** [1] - 77:7
**recognized** [1] - 18:6
**reconstruct** [1] - 73:1
**record** [4] - 4:8, 13:24, 77:8, 90:20
**recorded** [2] - 1:22, 49:20
**recordings** [1] - 36:21
**records** [2] - 36:10, 47:11
**recruited** [1] - 23:3
**recruiting** [2] - 17:16, 22:9
**red** [1] - 34:5
**referred** [2] - 30:15, 45:1
**referring** [3] - 19:4, 22:21
**refers** [2] - 32:10, 65:8
**reform** [1] - 85:6
**refuge** [1] - 42:25
**refused** [2] - 41:18, 42:7
**regard** [3] - 78:2, 82:11, 83:10
**regarding** [2] - 9:10, 34:24
**regime** [2] - 23:16, 34:2
**regular** [1] - 63:5
**regulations** [1] - 68:1
**relate** [1] - 16:23
**related** [6] - 9:14, 9:18, 10:8, 10:12, 11:20, 16:18
**relatively** [1] - 76:25
**reliance** [1] - 84:13
**relied** [5] - 83:21, 84:2, 84:14, 85:13
**relief** [1] - 80:6
**religious** [5] - 25:7, 25:8, 57:20, 71:11
**relinquished** [1] - 52:4
**relocate** [1] - 39:3
**reluctantly** [1] - 44:1
**rely** [8] - 13:19, 14:6, 82:1, 82:10, 82:12, 84:2, 87:25, 88:6
**relying** [1] - 86:20
**remain** [3] - 8:19, 50:5, 76:6
**remainder** [1] - 76:16
**remaining** [2] - 31:17, 33:15
**remarks** [1] - 6:16
**remember** [6] - 13:4, 13:11, 35:22, 58:16, 76:12, 89:10
**remove** [6] - 83:13, 83:16, 84:19, 85:11, 86:1, 86:3
**render** [2] - 11:11, 85:20
**repeatedly** [4] - 17:16, 22:15, 24:11, 32:1
**report** [4] - 32:6, 49:3, 49:6, 49:9
**reported** [3] - 10:8, 30:9, 34:23
**reporter** [2] - 12:22, 13:23
**REPORTER** [1] - 90:18
**Reporter** [2] - 1:18, 90:23
**reporter's** [1] - 12:2
**Reporter..........................** [1] - 3:6
**reporting** [2] - 22:15, 23:12
**reports** [1] - 49:8
**represent** [2] - 4:25, 78:4
**representatives** [1] - 72:25
**represented** [2] - 59:6, 87:23
**represents** [1] - 62:17
**Republic** [6] - 16:21, 18:4, 21:20, 26:17, 35:8, 69:16
**request** [2] - 9:20, 41:5
**requesting** [1] - 84:19
**require** [1] - 82:4
**required** [3] - 8:25, 9:17, 14:6
**requires** [3] - 9:9, 11:18, 12:13
**rescue** [3] - 80:5, 81:14
**rescuers** [1] - 80:9
**rescuing** [3] - 80:10, 80:11, 81:14
**research** [3] - 10:11, 10:15, 11:19
**resembles** [1] - 38:10
**reserved** [1] - 40:8
**reserving** [3] - 76:20, 76:22, 77:15
**residence** [8] - 23:11, 30:1, 30:18, 31:12, 31:14, 32:12, 32:19, 32:25
**resident** [5] - 17:13, 18:16, 19:9, 20:2, 20:21
**resign** [4] - 25:11, 26:3, 28:22, 69:11
**resignation** [1] - 26:5
**resistance** [1] - 70:15
**resisted** [1] - 70:14
**resources** [3] - 22:3, 39:10, 83:1
**respect** [1] - 76:19
**responds** [1] - 6:24
**response** [1] - 30:14
**responsibility** [3] - 51:23, 72:22
**responsible** [5] - 39:13, 41:16, 42:8, 65:1, 83:5
**rest** [2] - 33:13, 45:20
**resulting** [2] - 16:19, 33:12
**results** [3] - 36:2, 36:6, 36:18
**retired** [2] - 86:16, 88:19
**retrieved** [1] - 46:18
**return** [1] - 9:22
**returned** [2] - 28:20, 39:17
**returning** [1] - 32:23
**revealed** [1] - 39:25
**review** [1] - 14:4
**Revolution** [1] - 59:8
**revolutions** [1] - 52:5
**reward** [1] - 32:17
**rich** [1] - 16:11
**Richter** [1] - 80:3
**rid** [1] - 50:22
**rifle** [1] - 67:4
**rifles** [1] - 31:20
**right-hand** [4] - 27:22, 31:8, 63:17
**rights** [1] - 63:21
**ripping** [1] - 32:20
**ritual** [1] - 71:6
**Rivera** [4] - 23:5, 34:21, 34:22, 53:22
**road** [1] - 33:8
**Robert** [3] - 61:19, 61:20, 68:7
**Rodolphe** [5] - 30:16, 35:6, 45:2, 65:9, 65:10
**Roger** [1] - 28:11
**role** [1] - 76:8
**room** [6] - 5:22, 11:1, 13:13, 13:18, 70:17, 71:16
**rooms** [1] - 10:19
**rota** [1] - 34:3
**rotten** [1] - 75:23
**round** [1] - 67:3
**rounds** [1] - 67:4
**routinely** [3] - 19:1, 21:2, 21:4
**RPR** [2] - 1:17, 90:23
**rule** [3] - 58:7, 58:10, 85:8
**rules** [7] - 6:25, 7:3, 8:9, 11:7, 12:5, 12:7, 12:9
**ruling** [1] - 54:20
**run** [5] - 6:22, 54:9, 66:14, 71:2, 80:6
**running** [2] - 84:24, 86:8
**runs** [2] - 74:11, 81:1

## S

**saddled** [1] - 19:19
**safe** [1] - 64:17
**salary** [1] - 30:22
**salt** [1] - 54:17
**sandwich** [1] - 78:20
**Sanon** [26] - 17:12, 17:23, 17:25, 18:8, 22:2, 23:21, 24:4, 25:6, 27:5, 27:8, 27:13, 41:8, 41:9, 41:11, 41:25, 43:10, 43:17, 43:21, 48:23, 54:7, 57:18, 57:19, 62:23, 67:5, 74:21, 81:11
**Sanon's** [1] - 67:10
**sat** [2] - 49:20, 79:18
**save** [3] - 34:8, 55:23, 69:1
**saw** [7] - 5:23, 6:2, 6:21, 6:23, 71:1, 71:15, 82:10
**scale** [2] - 20:13, 80:3
**scared** [1] - 64:14
**scene** [7] - 46:22, 47:8, 71:3, 73:8, 82:25, 86:14, 86:15
**schedules** [2] - 78:12, 78:13
**scheme** [1] - 33:4
**Schneider** [1] - 26:20
**school** [1] - 79:14
**scrambling** [1] - 15:20
**screaming** [1] - 31:15
**screen** [2] - 71:20, 71:21
**scrum** [1] - 38:10
**SEAN** [1] - 2:3
**Sean** [3] - 4:9, 80:7, 80:8
**search** [6] - 10:5, 10:13, 11:3, 36:6, 36:17, 89:25
**second** [6] - 8:16, 25:20, 41:23, 46:14, 52:11, 59:5
**secondly** [1] - 75:4
**secretary** [1] - 53:13
**sectors** [2] - 57:20
**secure** [3] - 24:7, 26:15, 34:17
**securing** [1] - 21:13
**Security** [3] - 17:10, 19:13, 19:15
**security** [27] - 16:12, 22:4, 25:2, 31:18, 38:20, 40:16, 40:17, 40:18, 40:19, 43:12, 45:14, 52:12, 52:14, 53:15, 55:7, 60:7, 60:8, 60:14, 61:4, 63:1, 66:20, 70:5, 74:8, 79:25, 81:13
**See** [1] - 90:17
**see** [57] - 6:4, 7:24, 12:16, 13:13, 14:15, 17:7, 17:22, 19:10, 20:3, 20:11, 20:22, 21:1, 21:11, 22:7, 22:18, 23:25, 24:10, 25:8, 25:13, 25:25, 26:4, 26:12, 26:24, 27:4, 28:1, 28:16, 29:16, 29:24, 30:8, 30:20, 30:24, 31:13, 32:9, 32:15, 33:19, 33:21, 34:4, 34:11, 36:2, 42:14, 42:15, 45:16, 46:16, 47:11, 50:25, 51:16, 56:12, 58:24, 60:3, 62:7, 63:12, 66:5, 73:6, 74:14, 82:14, 85:15
**seeing** [1] - 37:6
**sees** [1] - 43:8
**seize** [2] - 16:10, 17:20
**seized** [1] - 36:19
**select** [1] - 35:3
**self** [2] - 22:2, 31:19

**self-anointed** [1] - 31:19
**self-proclaimed** [1] - 22:2
**sell** [2] - 53:8, 53:15
**selling** [1] - 52:23
**sells** [2] - 52:14, 52:18
**Senator** [5] - 17:18, 34:15, 66:17, 69:15, 85:15
**senator** [2] - 57:15
**senators** [4] - 63:13, 68:12, 68:22, 69:15
**send** [3] - 43:14, 61:5, 67:22
**sending** [1] - 67:5
**sense** [4] - 37:9, 61:9, 88:14, 88:21
**sentenced** [1] - 34:12
**separate** [1] - 9:2
**separating** [1] - 77:20
**series** [1] - 20:5
**serious** [1] - 12:6
**seriously** [1] - 28:9
**serve** [1] - 70:5
**service** [1] - 38:22
**services** [3] - 4:17, 22:4, 25:2
**Session** [2] - 1:6, 90:17
**set** [4] - 16:15, 33:9, 46:10, 72:7
**sets** [1] - 12:6
**settle** [1] - 29:25
**seven** [1] - 52:6
**several** [1] - 41:12
**shaking** [1] - 85:17
**shambles** [1] - 54:12
**sharing** [1] - 18:1
**shift** [1] - 27:3
**shock** [1] - 34:4
**shocked** [1] - 74:17
**shocking** [1] - 84:10
**shoot** [3] - 31:25, 73:25, 74:1
**shooting** [5] - 46:25, 61:17, 68:5, 68:6, 70:16
**shop** [2] - 52:13, 52:17
**short** [3] - 31:12, 76:13, 89:10
**shorter** [1] - 77:1
**shortly** [4] - 43:20, 59:7, 74:2
**shorts** [1] - 52:14
**shot** [8] - 15:23, 48:6, 70:9, 70:10, 71:13, 71:15, 73:16, 74:8
**show** [44] - 15:17, 15:24, 16:7, 17:11, 18:13, 18:17, 18:20, 19:5, 19:17, 19:24, 20:17, 21:7, 21:19, 21:23, 22:24, 24:6, 24:25, 25:17, 28:7, 29:10, 29:21, 30:6, 32:5, 32:14, 33:6, 36:6, 36:9, 40:6, 44:3, 44:11, 44:14, 44:19, 46:10, 48:13, 48:20, 49:11, 50:18, 56:16, 61:13, 75:14, 79:22, 83:10, 84:6, 87:12
**showed** [1] - 53:10
**shown** [1] - 14:14
**shows** [5] - 25:13, 26:11, 29:5, 45:21, 60:12
**sic** [3] - 51:22, 65:8, 72:24
**side** [1] - 7:2
**sidebar** [3] - 12:15, 12:23
**sidebars** [1] - 13:6
**sign** [5] - 18:1, 42:23, 43:3, 55:23, 64:16
**signature** [4] - 29:19, 56:4, 56:14, 64:24
**signed** [12] - 29:12, 42:19, 42:22, 42:24, 56:4, 56:13, 56:17, 63:18, 68:23, 75:21, 83:19, 84:18
**significant** [2] - 59:1, 59:10
**signing** [2] - 28:12, 76:5
**signs** [2] - 63:14, 69:8
**silent** [2] - 8:19, 50:6
**simple** [3] - 16:13, 69:22, 69:23
**simply** [6] - 6:6, 14:18, 25:17, 28:14, 47:23, 52:9
**single** [3] - 18:12, 37:10, 37:11
**sinister** [1] - 46:3
**sink** [1] - 60:8
**sister's** [1] - 25:22
**sit** [2] - 48:19, 78:13
**site** [1] - 11:1
**sitting** [4] - 12:16, 14:13, 55:15, 79:19
**situated** [1] - 30:17
**six** [3] - 45:3, 45:4, 61:24
**slab** [1] - 70:24
**slate** [1] - 8:15
**slept** [1] - 79:22
**slink** [1] - 32:25
**slowly** [1] - 13:6
**small** [3] - 18:18, 31:8, 80:20
**smelled** [1] - 5:24
**smuggle** [1] - 26:25
**smuggling** [2] - 16:23, 23:24
**social** [5] - 10:20, 10:21, 11:1, 28:6, 44:12
**society** [1] - 58:3
**SOLAGES** [1] - 2:21
**Solages** [65] - 4:6, 5:1, 16:2, 18:10, 20:20, 20:22, 21:1, 21:4, 21:8, 21:17, 22:12, 23:7, 24:4, 30:2, 31:7, 31:10, 31:15, 32:8, 32:15, 32:25, 33:7, 33:9, 33:13, 33:21, 34:23, 35:9, 41:1, 41:2, 41:7, 48:23, 76:24, 77:16, 78:3, 78:6, 79:9, 79:11, 79:18, 79:20, 79:23, 80:4, 80:10, 80:12, 80:13, 80:14, 80:15, 80:19, 80:24, 81:1, 81:9, 81:22, 82:1, 82:8, 82:12, 82:21, 83:11, 83:22, 84:1, 85:13, 85:21, 86:16, 86:21, 87:25, 88:5, 89:4, 90:13
**Solages's** [1] - 82:14
**sold** [3] - 52:18, 52:19, 52:20
**soldier** [1] - 20:23
**soldiers** [4] - 86:16, 88:18, 88:19
**solely** [3] - 5:21, 9:5, 11:21
**solidified** [1] - 53:24
**someone** [6] - 44:8, 61:23, 64:3, 64:7, 66:1, 87:22
**sometime** [1] - 79:15
**sometimes** [4] - 6:5, 7:11, 12:14, 51:16
**somewhere** [2] - 72:5, 73:16
**sophisticated** [1] - 67:3
**sorry** [3] - 41:24, 58:15, 90:5
**sort** [8] - 37:18, 51:13, 51:15, 53:23, 62:2, 64:14, 71:6, 71:10
**sorts** [1] - 46:23
**sound** [3] - 42:2, 57:21, 85:9
**source** [1] - 10:13
**sources** [2] - 11:25, 66:16
**South** [30] - 16:9, 16:25, 17:10, 17:13, 18:16, 19:9, 20:2, 20:21, 20:24, 21:12, 22:1, 22:12, 22:16, 23:12, 23:15, 23:22, 26:1, 26:2, 26:19, 27:1, 29:9, 29:22, 30:11, 34:24, 35:16, 35:19, 36:8, 36:10, 42:11, 52:23
**SOUTHERN** [1] - 1:2
**Southern** [1] - 90:24
**space** [4] - 55:19, 89:14, 89:17
**Spain** [2] - 39:3, 39:4
**Spanish** [3] - 39:5, 66:10, 74:4
**speaking** [1] - 55:21
**special** [5] - 11:23, 12:20, 26:21, 50:8, 79:19
**Special** [4] - 4:13, 49:5, 49:18, 49:21
**specific** [1] - 17:2
**specifically** [2] - 10:22, 36:19
**spend** [1] - 77:22
**spending** [1] - 27:6
**spent** [1] - 78:9
**split** [2] - 45:3, 48:14
**spoken** [2] - 50:6, 85:18
**spring** [5] - 19:6, 19:24, 20:16, 21:6, 21:10
**staff** [1] - 53:14
**stage** [2] - 61:24, 74:23
**stalls** [1] - 30:7
**stamp** [3] - 56:5, 56:14, 63:6
**stand** [6] - 12:18, 45:14, 52:11, 78:3, 79:4, 83:5
**standard** [1] - 47:19
**standards** [1] - 52:8
**standing** [1] - 12:19
**standoff** [2] - 33:11, 33:17
**star** [1] - 48:3
**start** [2] - 8:15, 77:4
**started** [7] - 39:17, 39:19, 55:8, 61:16, 65:5, 72:7, 75:21
**starting** [3] - 4:8, 47:11, 79:24
**starts** [5] - 30:7, 51:21, 60:2, 68:6, 69:10
**state** [5] - 50:20, 59:16, 75:10, 82:1, 89:5
**State** [6] - 61:21, 61:23, 62:4, 68:7, 72:10, 85:3
**STATEMENT** [4] - 3:3, 3:4, 3:4, 3:5
**statement** [5] - 14:18, 14:21, 51:12, 77:3
**statements** [8] - 5:3, 6:14, 6:15, 14:21, 38:15, 42:13, 76:16, 76:19
**STATES** [3] - 1:1, 1:4, 1:12
**States** [48] - 1:18, 2:5, 4:3, 4:4, 4:5, 4:10, 16:3, 16:24, 17:17, 18:2, 30:10, 37:1, 37:24, 39:20, 39:22, 40:1, 40:14, 40:23, 41:13, 42:12, 42:20, 43:15, 47:12, 47:20, 51:24, 52:7, 52:8, 53:25, 54:14, 55:10, 57:2, 58:9, 58:11, 59:5, 61:25, 62:10, 62:18, 64:4, 67:6, 68:14, 68:19, 72:20, 79:14, 79:15, 79:24, 84:25, 90:24
**States'** [1] - 52:1
**stay** [1] - 52:23
**stayed** [2] - 50:12, 64:20
**staying** [1] - 52:21
**stealing** [1] - 32:18
**Steinbeisser** [1] -

90:22
**STEINBEISSER** [2] - 1:17, 90:23
**stellar** [2] - 81:2, 88:11
**stenographic** [1] - 13:24
**stenography** [1] - 1:22
**stenotype** [1] - 90:20
**steps** [1] - 67:16
**still** [4] - 32:12, 42:16, 53:17, 84:17
**stipulations** [3] - 74:14, 74:16, 74:18
**stop** [3] - 42:8, 67:2, 67:4
**stored** [1] - 47:16
**stories** [1] - 73:9
**storm** [1] - 25:9
**story** [2] - 52:10, 73:1
**straightforward** [1] - 16:14
**strategies** [1] - 25:18
**strategy** [14] - 21:15, 22:9, 25:6, 25:12, 25:21, 26:8, 26:14, 27:2, 28:18, 28:25, 29:23, 29:25, 30:7, 34:25
**street** [1] - 86:19
**stretch** [1] - 12:25
**stricken** [1] - 7:11
**strings** [1] - 59:20
**stripped** [1] - 38:14
**structured** [1] - 36:11
**stubborn** [5] - 59:14, 59:25, 60:18, 61:9, 61:10
**study** [1] - 14:11
**stuff** [4] - 49:12, 73:4, 73:6, 73:10
**subjects** [1] - 59:7
**submit** [10] - 40:11, 46:9, 49:10, 50:25, 51:2, 61:13, 71:8, 75:13, 86:12, 87:3
**subsidized** [1] - 30:14
**substantial** [3] - 39:15, 40:3, 81:5
**successful** [2] - 20:11, 39:1
**sudden** [1] - 61:18
**suddenly** [1] - 57:9
**sufficient** [2] - 14:4, 87:8
**suggest** [3] - 82:8, 82:19, 87:4
**suggesting** [3] - 69:2, 69:6, 87:24
**suggests** [1] - 6:20
**suitcases** [1] - 32:19
**summarily** [1] - 17:23
**summarizes** [1] - 15:5
**summary** [1] - 38:8
**summer** [5] - 19:6, 19:24, 20:16, 21:7, 21:10
**Sunday** [1] - 25:7
**supervised** [1] - 73:15
**supplied** [1] - 44:23
**supply** [1] - 41:6
**supplying** [1] - 9:22
**support** [7] - 22:8, 24:7, 24:13, 27:10, 43:24, 44:5
**supported** [1] - 71:22
**supporters** [1] - 18:1
**supporting** [1] - 41:16
**supposed** [1] - 41:18
**supposedly** [2] - 62:14, 65:2
**Supreme** [11] - 27:20, 41:22, 54:21, 55:3, 57:3, 63:18, 68:13, 84:15, 84:16, 85:10
**surprise** [3] - 34:5, 68:8
**surprised** [2] - 61:22, 72:21
**surrendering** [1] - 33:13
**surrounding** [1] - 48:19
**surveillance** [2] - 23:9, 32:20
**suspended** [1] - 41:21
**sustain** [2] - 7:6, 7:8
**swaths** [1] - 24:14
**swear** [1] - 28:23
**sworn** [6] - 5:10, 33:3, 34:8, 42:13, 42:21, 81:18
**system** [4] - 43:24, 75:22, 75:24, 76:1
**systems** [1] - 32:20

## T

**table** [3] - 4:11, 4:20, 4:23
**tactical** [2] - 52:14, 52:15
**tactics** [3] - 21:15, 22:9, 34:25
**Taiwanese** [2] - 72:13, 72:16
**talks** [1] - 69:4
**Tama** [1] - 4:21
**TAMA** [1] - 2:19
**Tampa** [1] - 35:13
**tangible** [1] - 14:9
**taped** [1] - 31:20
**team** [4] - 15:23, 23:2, 32:8, 32:10
**Team** [4] - 31:19, 31:24, 32:6, 35:4
**technical** [1] - 68:2
**technology** [1] - 10:21
**telephone** [1] - 10:18
**television** [2] - 10:9, 59:4
**ten** [1] - 87:7
**term** [6] - 17:24, 18:7, 41:17, 42:17, 47:3, 59:8
**terms** [2] - 53:23, 71:3
**terrified** [1] - 42:24
**territory** [1] - 24:14
**terror** [1] - 39:19
**terrorism** [1] - 39:11
**Terrorism** [2] - 40:16, 81:19
**Terrorist** [2] - 18:19, 19:12
**terrorists** [3] - 39:14, 39:23, 41:16
**testified** [5] - 7:24, 55:18, 64:1, 70:25, 79:6
**testify** [12] - 8:18, 8:19, 8:21, 21:25, 42:12, 48:9, 55:17, 57:14, 64:1, 70:7, 83:15, 88:4
**testifying** [1] - 7:25
**testimony** [43] - 5:23, 7:19, 7:22, 8:3, 11:21, 13:22, 13:25, 14:7, 15:16, 15:24, 16:3, 16:7, 17:6, 17:11, 18:17, 19:5, 19:17, 19:23, 20:17, 21:7, 21:19, 21:22, 22:23, 24:6, 24:25, 25:16, 28:7, 29:10, 29:20, 30:6, 32:5, 33:6, 36:13, 37:1, 37:5, 42:13, 42:21, 56:20, 70:18, 83:24
**testing** [1] - 36:3
**Texas** [5] - 33:22, 61:15, 61:16, 65:4, 71:18
**text** [14] - 10:18, 22:16, 22:20, 33:21, 37:4, 38:9, 40:12, 50:16, 55:8, 61:17, 61:19, 62:16, 68:6, 72:12
**texting** [1] - 31:6
**texts** [2] - 36:20, 75:14
**thanked** [1] - 78:9
**THE** [29] - 1:11, 2:2, 4:2, 4:7, 5:2, 5:5, 5:7, 5:9, 15:9, 15:11, 37:13, 51:6, 76:10, 76:18, 76:22, 77:2, 77:6, 77:8, 77:13, 77:16, 89:9, 89:22, 89:25, 90:3, 90:6, 90:9, 90:11, 90:13, 90:15
**themselves** [7] - 11:15, 16:13, 21:18, 24:12, 27:12, 28:3, 60:20
**thereafter** [2] - 24:6, 79:15
**therefore** [2] - 8:15, 67:21
**they've** [2] - 72:4, 87:18
**thief** [1] - 22:22
**thinking** [1] - 21:19
**thinks** [2] - 7:2, 43:8
**thinly** [1] - 22:19
**thinly-disguised** [1] - 22:19
**third** [1] - 8:22
**Thornton** [1] - 2:9
**thorough** [2] - 16:5, 37:2
**thousand** [1] - 23:23
**thousands** [1] - 19:20
**three** [13] - 21:6, 23:12, 33:12, 43:15, 46:21, 53:10, 54:1, 58:17, 64:14, 64:21, 66:13, 66:24, 88:23
**throughout** [4] - 17:5, 49:22, 50:9, 73:24
**throw** [1] - 27:15
**ties** [2] - 39:16, 44:11
**today** [5] - 76:13, 77:4, 89:10, 89:12
**together** [12] - 9:1, 16:8, 18:10, 21:10, 23:22, 40:15, 50:1, 54:10, 57:16, 58:13, 58:21, 60:23
**Tom** [1] - 4:13
**took** [7] - 28:9, 45:4, 47:12, 60:24, 67:16, 78:11, 89:1
**tools** [1] - 34:18
**top** [5] - 53:14, 57:7, 74:9, 87:8, 87:14
**top-dog** [1] - 57:7
**total** [1] - 16:16
**totaling** [1] - 23:19
**touched** [1] - 47:6
**touches** [1] - 76:3
**tough** [1] - 38:16
**towel** [1] - 27:15
**town** [1] - 80:20
**toys** [1] - 80:18
**Trachten** [1] - 2:19
**tracks** [1] - 32:21
**traffickers** [1] - 38:25
**trafficking** [6] - 39:6, 39:10, 39:13, 39:18, 41:15, 54:18
**trail** [1] - 46:5
**trained** [1] - 26:21
**training** [7] - 40:18, 41:3, 41:4, 43:13, 50:22, 53:8, 81:12
**trampa** [1] - 74:4
**transcript** [1] - 1:22
**TRANSCRIPT** [1] - 1:10
**transcription** [2] - 1:22, 90:20
**transcripts** [3] - 14:2, 14:6
**transferred** [1] - 47:6
**transitional** [1] - 17:23
**trap** [1] - 74:5
**travel** [3] - 26:17, 42:20, 66:5
**traveled** [2] - 23:22, 62:21
**TRIAL** [1] - 1:10
**trial** [31] - 2:4, 4:11, 5:11, 5:13, 5:18, 9:11, 9:20, 9:23, 12:6, 12:11, 13:9, 13:25, 14:2, 14:10, 14:12, 14:17, 16:4, 17:1, 17:5, 21:11, 34:10, 37:2, 44:9, 51:20, 54:7, 82:9, 83:3, 83:20, 84:13, 85:5, 88:2
**trials** [1] - 58:17

**tried** [8] - 9:1, 25:7, 40:23, 48:10, 56:22, 56:23, 56:24, 74:6
**trigger** [1] - 46:25
**triggered** [1] - 69:8
**trip** [2] - 28:21, 49:13
**trouble** [2] - 49:7, 61:18
**truck** [1] - 66:10
**true** [2] - 6:19, 83:18
**truncated** [1] - 76:14
**trust** [3] - 12:8, 38:6, 47:25
**trusted** [1] - 20:23
**truth** [2] - 39:10, 75:3
**try** [7] - 7:9, 13:3, 49:24, 58:20, 59:19, 88:16
**trying** [7] - 31:23, 36:23, 38:16, 39:23, 52:23, 62:25, 72:25
**Turkey** [1] - 28:21
**turned** [2] - 53:12, 62:8
**TV** [1] - 18:20
**twentieth** [1] - 52:6
**twenty** [1] - 50:12
**twice** [1] - 25:7
**two** [30] - 15:21, 16:11, 18:10, 20:5, 32:7, 33:10, 35:18, 44:17, 45:9, 45:15, 49:22, 50:7, 52:3, 54:21, 58:17, 64:14, 65:5, 66:9, 66:13, 66:14, 67:1, 69:19, 73:3, 73:12, 76:11, 81:9, 88:16, 88:23, 89:17
**two-man** [2] - 20:5, 32:7
**type** [2] - 9:21, 73:21
**types** [1] - 67:2

**U**

**Ultimate** [1] - 20:6
**ultimately** [5] - 29:23, 31:20, 33:8, 39:2, 39:19
**umbrella** [1] - 6:3
**unbeknownst** [1] - 53:16
**unbelievable** [1] - 78:10
**under** [11] - 18:13, 30:3, 31:23, 40:1, 42:22, 48:5, 50:8, 54:22, 71:7, 82:13, 84:11
**underneath** [1] - 15:20
**underprivileged** [1] - 80:17
**undeterred** [1] - 18:8
**unfolds** [1] - 74:24
**unfortunately** [3] - 37:19, 47:24, 58:4
**unheard** [1] - 46:8
**uniform** [1] - 86:22
**uniforms** [4] - 19:3, 19:18, 21:5, 63:9
**unilaterally** [1] - 17:20
**unique** [1] - 35:24
**Unit** [4] - 18:19, 19:12, 40:16, 81:19
**unit** [1] - 81:17
**UNITED** [3] - 1:1, 1:4, 1:12
**United** [50] - 1:18, 2:5, 4:2, 4:3, 4:4, 4:5, 4:10, 16:3, 16:24, 17:17, 18:2, 30:10, 37:1, 37:24, 39:20, 39:22, 40:1, 40:13, 40:23, 41:13, 42:12, 42:20, 43:15, 47:11, 47:20, 51:24, 52:1, 52:7, 52:8, 53:25, 54:14, 55:10, 57:2, 58:9, 58:10, 59:5, 61:25, 62:10, 62:18, 64:4, 67:6, 68:14, 68:19, 72:20, 79:14, 79:15, 79:24, 84:25, 85:4, 90:24
**unlawful** [1] - 16:23
**unlawfully** [1] - 35:15
**unless** [1] - 82:6
**unlike** [1] - 64:4
**unnecessarily** [1] - 71:5
**unschooled** [1] - 49:25
**untold** [1] - 20:14
**unusual** [3] - 71:7, 72:19, 73:18
**unworkable** [1] - 89:19
**up** [40] - 17:25, 22:3, 24:4, 25:13, 25:15, 25:18, 26:5, 26:11, 26:13, 29:5, 33:9, 36:24, 45:3, 45:21, 46:10, 49:9, 51:15, 52:11, 53:10, 59:22, 60:12, 62:6, 63:8, 65:15, 65:16, 69:25, 71:10, 72:7, 75:1, 78:3, 79:4, 80:15, 83:5, 84:8, 86:10, 86:11, 86:18, 87:8, 88:1, 89:14
**updates** [1] - 34:24
**uprising** [1] - 25:7
**upstairs** [1] - 31:21
**US** [30] - 2:4, 17:8, 17:9, 17:13, 18:3, 18:5, 18:12, 18:13, 18:22, 19:2, 19:9, 19:16, 19:18, 20:2, 20:9, 20:21, 21:2, 21:4, 27:13, 37:6, 53:17, 56:2, 68:1, 68:25, 73:4, 73:5, 76:2, 76:3, 76:5, 76:6
**US-based** [1] - 37:6
**uses** [1] - 11:23
**utilized** [1] - 21:5
**utilizing** [3] - 4:17, 19:3, 19:19

**V**

**valid** [6] - 42:15, 83:25, 84:3, 84:11, 85:22
**valuable** [1] - 40:9
**vanishes** [1] - 45:23
**various** [7] - 16:16, 21:23, 24:7, 25:18, 34:11, 35:24, 36:18
**vast** [1] - 24:14
**vehicle** [2] - 31:11, 66:7
**vehicles** [4] - 32:24, 66:6, 66:13, 66:14
**Veintemilla** [21] - 4:5, 4:22, 16:2, 18:11, 20:1, 20:3, 20:10, 20:18, 21:16, 23:13, 23:14, 23:24, 33:24, 34:3, 34:24, 35:18, 62:24, 76:22, 77:13, 77:15, 90:11
**VEINTEMILLA** [1] - 2:16
**Veintemilla's** [4] - 20:8, 35:20, 76:18, 77:9
**Venezuelan** [1] - 19:9
**Venezuelan-born** [1] - 19:9
**verdict** [6] - 5:19, 7:18, 9:7, 11:11, 51:3
**verifies** [1] - 56:12
**versus** [4] - 4:3, 4:4, 4:5, 4:6
**vest** [1] - 67:4
**vests** [20] - 16:24, 19:21, 21:13, 23:24, 26:25, 33:15, 35:16, 52:14, 52:18, 60:25, 66:23, 66:24, 67:1, 67:2, 67:6, 67:7, 67:13, 67:15, 67:18, 67:25
**via** [5] - 22:16, 24:1, 33:21, 33:25, 72:12
**vice** [2] - 63:15, 69:16
**video** [3] - 24:2, 36:21, 64:2
**videotape** [1] - 64:23
**videotaped** [1] - 42:13
**view** [4] - 10:5, 12:2, 71:18
**viewed** [1] - 18:6
**viewing** [1] - 37:3
**Ville** [1] - 15:18
**Vincent** [4] - 62:1, 62:10, 62:13, 87:22
**violations** [1] - 16:18
**violence** [1] - 46:8
**violent** [3] - 21:14, 24:7, 25:21
**violently** [2] - 16:10, 17:19
**visa** [1] - 50:9
**visit** [3] - 10:3, 54:13, 54:16
**volcano** [1] - 23:10
**voluntarily** [1] - 52:4
**Voodoo** [4] - 57:24, 58:2, 71:6
**vs** [1] - 1:5

**W**

**wait** [1] - 63:6
**walked** [2] - 62:2, 71:15
**walking** [1] - 6:2
**walks** [1] - 69:4
**Walter** [3] - 4:5, 4:22, 16:1
**wants** [1] - 83:15
**wares** [1] - 52:24
**warned** [1] - 49:6
**warrant** [45] - 28:4, 28:8, 30:4, 41:25, 42:1, 42:2, 42:3, 42:15, 42:22, 43:3, 43:23, 55:24, 56:4, 56:7, 56:10, 56:13, 56:17, 56:23, 63:22, 63:23, 64:2, 64:8, 64:13, 64:16, 64:19, 65:1, 66:3, 69:8, 69:24, 70:2, 71:22, 75:21, 83:18, 83:19, 83:21, 83:22, 83:25, 84:2, 84:11, 85:14, 85:21, 85:25
**warrants** [1] - 36:7
**watch** [1] - 10:7
**watching** [1] - 59:3
**water** [1] - 51:2
**ways** [1] - 11:23
**weaponized** [1] - 75:24
**weapons** [14] - 21:13, 22:14, 24:8, 24:15, 24:18, 24:21, 30:9, 31:2, 31:4, 33:15, 34:17, 35:10, 36:3, 70:15
**wearing** [2] - 19:2, 19:18
**websites** [2] - 10:20, 11:2
**week** [3] - 59:3, 64:18, 73:17
**weeks** [3] - 17:2, 36:20, 37:4
**weight** [3] - 6:11, 8:20, 13:21
**well-established** [1] - 39:16
**Weston** [1] - 22:25
**wet** [1] - 6:2
**WhatsApp** [1] - 36:20
**whatsoever** [2] - 6:23, 10:24
**wheeler** [1] - 20:12
**wheeler-dealer** [1] - 20:12
**whereby** [1] - 26:2
**White** [1] - 62:14
**Whitman** [4] - 55:9, 55:22, 69:12, 76:4
**whoa** [1] - 69:20
**whole** [1] - 61:8
**wholly** [1] - 28:8
**widow** [2] - 59:20, 70:12

**wife** [3] - 15:21, 40:5, 48:3
**willing** [1] - 55:11
**wind** [1] - 45:24
**Windelle** [3] - 27:20, 55:3, 63:17
**window** [1] - 28:14
**wish** [1] - 13:10
**wishes** [2] - 15:1, 59:15
**witness** [13] - 6:2, 6:21, 6:23, 6:24, 7:20, 7:22, 7:23, 48:4, 75:1, 75:4, 75:5, 77:4, 89:23
**witness's** [5] - 7:24, 7:25, 8:1, 8:2, 8:3
**witnesses** [10] - 8:7, 11:6, 13:11, 13:17, 13:25, 14:23, 15:2, 35:23, 83:15, 88:3
**witnesses'** [1] - 6:18
**women** [1] - 80:11
**word** [6] - 55:20, 60:8, 60:9, 66:1, 78:25, 83:14
**words** [3] - 11:23, 54:25, 69:19
**wore** [1] - 21:4
**world** [4] - 20:13, 50:9, 57:1, 81:5
**Worldwide** [8] - 20:6, 20:7, 22:5, 25:3, 25:4, 29:12, 36:7
**Worldwide's** [1] - 20:23
**worry** [1] - 67:11
**worse** [2] - 46:22, 84:23
**worth** [1] - 40:12
**writing** [2] - 54:14, 85:2
**written** [3] - 17:25, 23:15, 42:1
**WU** [1] - 2:4
**Wu** [2] - 4:11, 72:24

## Y

**years** [13] - 44:17, 52:1, 52:13, 53:3, 54:6, 54:13, 58:8, 59:9, 62:12, 64:21, 65:12, 79:16, 84:5
**yesterday** [2] - 10:15, 78:9
**yourself** [2] - 60:17, 73:14
**yourselves** [3] - 9:13, 13:12, 72:15

## Z

**zero** [4] - 18:22, 27:8, 48:21