UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 22-CR-20104-JB

UNITED STATES OF AMERICA, Miami, Florida

Plaintiff, March 10, 2026
DAY 2 - AFTERNOON SESSION
vs. 1:03 p.m. to 2:07 p.m.

ARCANGEL PRETEL ORTIZ, et al., Pages 1 to 41

Defendants.

---

JURY TRIAL
BEFORE THE HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT: SEAN THOMAS MCLAUGHLIN, ESQ.
DOJ - UNITED STATES ATTORNEY'S OFFICE
11200 NW 20th Street, Suite 101
Miami, Florida 33132
-and-
ANDREW BRIGGS, ESQ.
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue Northwest
Washington, DC 20530
-and-
JASON WU, ESQ.
ALTANESE PHENELUS, ESQ.
UNITED STATES ATTORNEY'S OFFICE
99 Northeast 4th Street
Miami, Florida 33132

FOR DEFENDANT ORTIZ: ORLANDO DO CAMPO, ESQ.
DANIELA JARAMILLO, ESQ.
DO CAMPO & THORNTON, P.A.
150 SE 2nd Avenue, Suite 602
Miami, Florida 33131
-and-

FOR DEFENDANT ORTIZ: DAVID A. HOWARD, ESQ.
DAVID A. HOWARD, P.A.
25 SE Second Avenue, Suite 1100
Miami, Florida 33131

FOR DEFENDANT INTRIAGO:
EMMANUEL PEREZ, ESQ.
EMMANUEL PEREZ & ASSOCIATES, P.A.
901 Ponce de Leon Boulevard, Suite 101
Coral Gables, Florida 33134
-and-
HECTOR L. FLORES, ESQ.
BARZEE FLORES, P.A.
Courthouse Center, Penthouse 1
40 Northwest Third Street
Miami, Florida 33128

FOR DEFENDANT VEINTEMILLA:
TAMA BETH KUDMAN, ESQ.
KUDMAN TRACHTEN ALOE POSNER, LLP
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
-and-
MARISSEL DESCALZO, ESQ.
DESCALZO LAW, P.A.
150 SE Second Avenue, Suite 600
Miami, Florida 33131

FOR DEFENDANT SOLAGES: JONATHAN S. FRIEDMAN, ESQ.
JONATHAN S. FRIEDMAN, P.A.
101 NE 3rd Avenue, Suite 1500
Fort Lauderdale, Florida 33301
-and-
S. PATRICK DRAY, ESQ.
S. PATRICK DRAY, P.A.
1900 Biscayne Blvd., Suite 459
North Miami, FL 33181

STENOGRAPHICALLY REPORTED BY:

PATRICIA DIAZ, FCRR, RPR, FPR
Official Court Reporter
United States District Court
400 North Miami Avenue
11th Floor
Miami, Florida 33128
(305) 523-5178

# I N D E X


| WITNESSES FOR THE GOVERNMENT: | PAGE |
| --- | --- |
| MARTINE MOISE | |
| DIRECT EXAMINATION BY MS. PHENELUS | 5 |


## GOVERNMENT'S EXHIBITS


| NO. | ADMITTED |
| --- | --- |
| 104A | 6 |
| 98 | 9 |
| 96B32 | 15 |
| 101A | 17 |
| 39 | 20 |
| 102B | 22 |
| 83 and 88 | 29 |

(Call to the Order of the Court.)

COURTROOM DEPUTY: All rise. Court is back in session.

THE COURT: All right. Is the Government ready to proceed?

MR. MCLAUGHLIN: We are, Your Honor.

THE COURT: Defense?

MR. HOWARD: Yes, Your Honor.

MR. FRIEDMAN: Yes, Your Honor.

MR. PEREZ: Yes, Your Honor.

MS. DESCALZO: One thing, Your Honor, we want to make sure that the rule has been invoked and that any witnesses are outside.

THE COURT: Government, the defense has invoked the rule.

MR. MCLAUGHLIN: Understood, Judge.

THE COURT: There are lots of people at the gallery. I just can't tell.

MR. MCLAUGHLIN: None of them are our witnesses.

THE COURT: We are still missing the interpreters. Give us a minute.

Can you hold the jury, please?

Okay. The interpreter is here. You can bring them in.

(Jury in at 1:05 p.m.)

THE COURT: Everyone can be seated.

Government, for the record, call your first witness.

MS. PHENELUS: The United States calls Martine Moise.
THE COURT: Ma'am, if you can stand to be sworn in.
COURTROOM DEPUTY: Please raise your right hand to sworn.
(Government witness, MARTINE MOISE, duly sworn.)
THE WITNESS: I do.
THE COURT: You may begin, Counsel.

DIRECT EXAMINATION

BY MS. PHENELUS:
Q. Please introduce yourselves to the members of the jury.
A. My name is Marie Etienne Martine Moise. Marie, M-A-R-I-E, Etienne, E-T-I-E-N-N-E; Martine, M-A-R-T-I-N-E, Moise, M-O-I-S-E.
Q. Mrs. Moise, can you please share with the members of the jury who you are?
A. I am Martine Moise, I am Mrs. Jovenel Moise, who was assassinated at our house. I am the first lady of Haiti. Please forgive me. It's been two years, and I promised Joe that I would never cry again. I've been waiting for so long. It's been over four years since I've been waiting. Please forgive me if I am drying.
Q. That's okay, Mrs. Moise. Now I am going to show you what's been marked for identification as Government Exhibit 104A for the witness only.
Mrs. Moise, who is depicted in Government Exhibit 104A?

A. That's Jovenel Moise, my husband.
Q. Does this fairly and accurately depict your husband as you knew him?
A. Yes.
MS. PHENELUS: The Government moves to admit into evidence Government Exhibit 104A. Permission to publish.
THE COURT: Any objection?
MR. HOWARD: No objection, Your Honor.
THE COURT: Admitted. You may publish.
(Government Exhibit 104A was received in evidence.)
BY MS. PHENELUS:
Q. Mrs. Moise, what year did your husband serve as president of Haiti?
A. From February 2017 up until July the 7th, 2021.
Q. And while you were first lady, what were some of your duties as first lady of Haiti?
A. When you are the first lady, you have the option of choosing whatever activity or duties you feel most comfortable with. I felt most comfortable working with women and children. These are the two groups in Haiti that have the most problems and the least programs available to them.
Q. And how long were you married to President Moise?
A. January 2021 was our 25th anniversary. Had he still been alive, we would have been married for 30 years.
Q. Where did the two of you meet?

A. We met at the university.
Q. What is the name of the university?
A. University of Quisqueya.
Q. Where is that located?
A. It's in Port-au-Prince.
Q. Is that in Haiti?
A. Haiti.
Q. While you were at the university, what did you study?
A. I studied interpreting.
Q. What languages for interpretation?
A. Bilingual, French and English.
Q. Mrs. Moise, today you are using the services of a Creole interpreter. Do you speak English?
A. I understand English, but there are certain legal terms that I would not be able to understand. Therefore, I need an interpreter.
Q. So, did you ultimately become an interpreter?
A. Yes, I graduated. I got my diploma, but I never practiced.
Q. So you never practiced or actually became an interpreter after graduating from college?
A. No, I did not.
Q. What did you do instead?
A. After I met Jovenel at the university, we both decided we were going to be working in agriculture.
Q. What did you do for agriculture?

A. We planted plantains.
Q. Is that on a farm in Haiti? Where is that?
A. Yes. It was a farm that belonged to my mother, and that's where we started.
Q. Now, you and the president, after meeting at the university, how soon did you get married after that?
A. After we met, we got married one year later.
Q. And then you ultimately started this agriculture?
A. Once we got married, we started right away with the farm.
Q. Do you share children with President Moise?
A. Yes, we have two children.
Q. How old are they today?
A. Twenty-eight and 29.
Q. And how old were they when your husband was assassinated?
A. One was 23, the other was 24.
Q. Where did you raise your children?
A. All my children were raised in Haiti.
Q. Were they also born there?
A. Yes, they were born there as well.
Q. I am now showing you what's been marked nor identification only for the witness as Government Exhibit 98.
Mrs. Moise, what is Government Exhibit 98?
A. That's the island of Haiti, which is also called the island of Hispaniola. It represents two countries that share this island, the Dominican Republic and Haiti.

Q. How do you know that?
A. Because I've lived all my life in Haiti.
MR. DO CAMPO: Your Honor, is there any way that we can get that monitor to work because from my angle I can't see that?
THE COURT: Because it hasn't been admitted yet.
BY MS. PHENELUS:
Q. Does Government Exhibit 98 fairly and accurately depict Haiti and the island as you know it?
A. Yes.
MS. PHENELUS: The Government moves to admit into evidence Government Exhibit 98, and permission to publish?
THE COURT: Any objection to 98?
MR. DO CAMPO: No objection, Your Honor.
THE COURT: 98 is admitted. You may publish.
(Government Exhibit 98 was received in evidence.)
BY MS. PHENELUS:
Q. Now, you mentioned that you lived in Haiti all your life. Where were you born?
A. I was born in Port-au-Prince.
Q. Do you still live there today?
A. No, I had to leave the country because my life was in danger.
Q. And how many years had you been living in Haiti before you left?

A. Forty-two years.
Q. And when you mention your life was in danger, could you specify what you mean by that?
A. After Jovenel died and after I got shot, I did not feel safe in the country.
Q. Now, I want to talk to you about your husband's road to the presidency.
When did he begin his campaign to become president of Haiti?
A. He started his campaign in 2015.
Q. What was the political party that he was a part of when he began his campaign?
A. PHTK.
Q. What does PHTK stand for?
A. Haitian Party Tèt Kale.
Q. As a part of this PHTK political party, did your husband have opposition parties?
A. Yes, there were lots of people in the opposition that did not like him.
Q. Now, you mentioned that he began his campaign in 2015. Was there also an election in 2015?
A. Yes, at the end of 2015.
Q. What was the result of that election in 2015?
A. In 2015, the results for mayors, for representatives, for senators was okay. However, they cancelled the presidential

elections.
Q. And when you say, "they cancelled," what did do you mean by that?
A. It means that during those elections there was a group of people that decided that the elections were good and another group that decided to cancel it.
Q. When you say cancel it, you are saying for a portion of the election?
A. Yes. Yes, the part concerning the representatives and senators they said it was good. However, they decided that the presidential election was not good.
Q. And who was the "they" that you are referring to?
A. After President Martelly completed his term and left power, the parliament, and it was Privert, who decided that the presidential election was no good.
Q. What was the result? What happened next?
A. Once they cancelled the 2015 elections, at the end of 2016 they had another election.
Q. And did your husband run in that next election in 2016?
A. Yes.
Q. What was the result of the 2016 election?
A. He became president.
Q. So when did he take office?
A. In February of 2017.
Q. So, talk to us about what the term is for a president in

Haiti? What was that term?
A. Five years.
Q. So, from 2017 when he took office and five years later, what would have been the date that he ended?
A. He was supposed to leave power in February of 2022.
Q. What disagreement was there about when your husband was to leave office before 2022?
A. The opposition was the one saying that the president had to leave office in 2021 because they claim that the election took place in 2016. However, the president did not take power in 2016 because his part was cancelled.
Q. Now, I wanted to talk to you about some of the issues your husband faced as president in Haiti.
Were you aware of a coup attempt against President Moise in early 2021?
A. Yes. I became aware once the coup was cancelled.
Q. And when you say cancelled, are you referring to its success or failure?
What are you referring to?
A. It was a failure.
Q. All right. So, who was a part of this coup attempt, if you know, in early 2021?
A. That coup d'etat was done by the judicial, judicial system.
Q. Do you know any of the members of the judicial system that took part in this attempted coup?

A. Yes, some judges names, such as Judge Windelle Coq, Yvickel Dabresil, Joseph Mecene, more or less these are the three people.
Q. What did your husband do as a result of this coup attempt from the judges you just named and some others you're unable to?
A. He denounced them and jailed them.
Q. Did they remain in jail or were they let out?
A. No, sometime after the system itself released him.
Q. Mrs. Moise, was the early 2021 coup attempt the first time your husband had an attempted coup against his life?
A. No, that was not the first time.
Q. Talk to us about a time when you too were present during an attempted assassination or coup?
A. One time, as we were coming out from a mission and were going through Cabaret, they shot at the convoy.
Q. Were you present?
A. Yes, I was in the car.
Q. When you say they shot at the convoy, are you referring to them being multiple cars that people shot at?
A. Yes.
Q. And what happened after those -- the convoy was shot at from people?
A. The cars that were ahead of us, the police officers that were in those cars got out and then they returned fire at the

people who had shot.
Q. So you two survived that attempt in 2019?
A. Yes, we did.
Q. Now, turning back to early 2021, are you aware of an arrest warrant that was put up or publicized against your husband in early 2021?
A. Yes, when the coup fell, the arrest warrant became public and I saw it.
Q. How did you see this arrest warrant?
A. I saw it on social network.
Q. I am now showing the witness only what has been marked for identification as Government Exhibit 96B32. Mrs. Moise, what is Government Exhibit 96B32?
A. This is the arrest warrant issued by Judge Noelcius so they could go and arrest Joe.
Q. Does this fairly and accurately depict the arrest warrant that you saw on social media in 2021?
A. Yes.
MS. PHENELUS: The Government moves to admit into evidence Government Exhibit 96B32. And permission to publish?
THE COURT: Counsel, for the record. I have B-1-32.
MS. PHENELUS: 96B32.
THE COURT: So, the list that I have says 96B-1-32
MS. PHENELUS: Your Honor, that's 1 through 32, so it's a subpart, so this is just a portion of that.

THE COURT: So this is 96B32.

MS. PHENELUS: Yes, Your Honor.

THE COURT: There is no objection, so admitted.

MS PHENELUS: Thank you, Your Honor.

(Government Exhibit 96B32 was received in evidence.)

BY MS. PHENELUS:

Q. Mrs. Moise, you mentioned this was admitted by a judge. Could you circle for the jury where you see that?

A. The name of the judge?

Q. Yes.

Let the record reflect that the witness has circled the name Jean Roger Noelcius.

Mrs. Moise, you were not aware how this arrest warrant came about. You just saw it on social media. Is that right?

A. I just saw it. I don't know how the arrest warrant was issued. I just saw it.

Q. As the former first lady of Haiti, are you aware of how a president or your husband may be removed from office?

MR. PEREZ: Objection, Your Honor. She has not been qualified as an expert.

THE COURT: No speaking objections.

Sustained.

BY MS. PHENELUS:

Q. Mrs. Moise, are you aware of as first lady or in living in Haiti for your entire life before the assassination attempt,

are you aware of how an arrest warrant may be executed?
MS. KUDMAN: Objection.
THE COURT: It's a yes or no question for now. I will allow the question.
THE WITNESS: Yes.
BY MS. PHENELUS:
Q. I want to ask you a few questions.
First, are you aware of whether a president may be -- whether an arrest warrant may be executed against a president?
MR. HOWARD: Objection.
THE COURT: Sustained.
BY MS. PHENELUS:
Q. Are you aware, Mrs. Moise, of the time which an arrest warrant may be executed?
MS. KUDMAN: Objection.
THE COURT: Sustained.
BY MS. PHENELUS:
Q. I wanted to talk to you about -- I want to talk to you about July 6, 2021. Were you home that day?
A. I was home part of the day. I went out and I came back around 2:00.
Q. Who else was home?
A. My children were there and Joe was there as well.
Q. Anyone else?
A. The guy -- the gentleman who takes care of the house and

the cook.
Q. I am now showing the witness only what's been marked for identification as Government Exhibit 101A.
Mrs. Moise, what is Government Exhibit 101A?
A. This is the residence that I shared with Joe.
Q. And does this fairly and accurately depict the residence that you shared with Joe or President Moise as you remember it?
A. Yes.
MS. PHENELUS: The Government moves to admit into evidence Government Exhibit 101A.
MR. HOWARD: No objection, Your Honor.
THE COURT: So admitted.
MS. PHENELUS: Permission to publish.
THE COURT: You may publish.
(Government Exhibit 101A was received in evidence.)
BY MS. PHENELUS:
Q. Mrs. Moise, can you circle the entire property line that you have in the home that you shared with your husband and family?
A. (Indicating.)
Q. Let the record reflect the witness has circled the entire middle portion of Government Exhibit 101A, including the trees and the home with the dark-colored roof.
Mrs. Moise, for the record, could you please circle your home?

A. (Indicating.)
Q. Let the record reflect that the witness has circled the home in the Government Exhibit 101A that has the dark-colored roof.
Now, you mentioned that you were home on July 6. Your children and the chef and the home manager was home.
Could you talk to us about the level of security that was at your home?
A. My house had three levels of security. You have USGPN. They are your first line of defense if you are attacked.
You have also the CAT Team. If you USGPN needs backup, CAT Team is there to provide it.
Then you have USP. If they can no longer defend your position, they are responsible for taking you and putting you in a place so you could be safe.
Q. Now, before even getting to your home where these three levels of security are present, are there also armed law enforcement before even getting to your home?
A. Yes, you have to pass two posts even before you get to the house, to the place where the house is located.
Q. Who is present at these two posts?
A. The national police, and there is a group called CIMO, and then there is another group who carries a uniform blue and cream color.
Q. Now, you mention the CIMO team of law enforcement, just for

the members of the jury, could you share with us how that would compare to law enforcement in the United States?
A. If I would compare it, I would say that CIMO is the equivalent of a SWAT team here because of uprising. Any chaos you have to call them so they could quash it.
Q. Now, I want to turn back to the three levels of security now at your home. You mentioned that first level is USGPN; the second level is the CAT Team; and the third USP?
Who is the head of the USGPN, the first level of that defense?
A. USGPN has at its head, Dimitri Herard. As the head, Dimitri.
Q. I am now showing the witness only what has been marked for identification as Government Exhibit 39.
Mrs. Moise, who is depicted in Government Exhibit 39?
A. Dimitri Herard.
Q. And how do you know that?
A. I know his face. He was responsible for the security at the National Palace.
Q. Does Government Exhibit 39 fairly and accurately depict Dimitri Herard as you remember him?
A. Yes.
MS. PHENELUS: Government moves to admit into evidence Government Exhibit 39.
MR. HOWARD: No objection, Your Honor.

THE COURT: 39 is admitted.
MS. PHENELUS: Permission to publish.
THE COURT: You may.
(Government Exhibit 39 was received in evidence.)
BY MS. PHENELUS:
Q. Mrs. Moise, Dimitri Herard, in Government's Exhibit 39 is the head of the USGPN.
Who is the head of the CAT Team, that second level of defense?
A. At the head of the CAT Team is Amaza (phonetic).
Q. And then how about the third level of defense that you mentioned, who is the head of that one, USP?
A. Jean Laguel Civil is the head of USP, and he is also responsible for the three units that I just mentioned.
Q. Okay. Earlier you mentioned that the CIMO team that's on the road leading to your home, that they are similar to like the SWAT team here in the U.S.
How would you compare USP to U.S. law enforcement?
MR. PEREZ: Objection, Your Honor. Calls for speculation.
THE COURT: No speaking objections.
Thank you, overruled.
BY MS. PHENELUS:
Q. You may answer. How do you compare USP to U.S. law enforcement?

A. I would compare them to the Secret Service.
Q. So, Mrs. Moise, there are these three levels of security or law enforcement at your home.
How many do all of them make up when they are at your home, the amount, the number?
A. Between 30 and 50.
Q. Are they normally armed?
A. Yes, all of them are armed.
Q. Mrs. Moise, I am going to show you what's already been admitted into evidence and published already to the jury as Government Exhibit 101A.
Could you please mark for the members of the jury where the members of these three levels of defense, where they typically are surrounding your home?
A. (Indicating.)
Q. Let the record reflect the witness has circled the upper portion of Government Exhibit 101A that includes trees, and the lower portion of 101A that is to the left of the home at the very bottom towards the front and back of the home.
Mrs. Moise, the area where you circled, where is that as it relates to your home or your property line?
A. This is the entry of the home. When somebody is coming to the residence to visit you, this is where you have to go through a very tough security measure.
Q. Do you know how many members of these different levels of

security force are typically at this entry area?
A. I never count how many I had but I know all three units were always in front of the entrance.
Q. I am now showing for the witness only pages 4 and 9 of Government 102B.
Mrs. Moise, what are pages 4 and 9 of Government Exhibit 102B?
A. Security checkpoints. You have to go through it to get to the house.
Q. Do they fairly and accurately depict these security checkpoints at your home in Haiti as you remember?
A. Yes.
MS. PHENELUS: The Government moves to admit into evidence only pages 4 and 9 of Government Exhibit 102B.
MR. HOWARD: No objection.
THE COURT: How many pages does 102B have? I don't have it here.
MS. PHENELUS: Sure, let me -- 94, Your Honor.
THE COURT: And which ones are you admitting now?
MS. PHENELUS: Pages 4 and 9.
THE COURT: Any objection?
MR. HOWARD: No objection, Your Honor.
THE COURT: Pages 4 and 9 of 102B are admitted.
(Government Exhibit 102B was received in evidence.)
BY MS. PHENELUS:

Q. First looking at page 4 of Government Exhibit 102B, Mrs. Moise, what are we seeing here?
A. This is the entrance, this is the gate of the house.
Q. And could you please show the members of the jury where your armed or your husband's armed security force would typically be placed?
A. There is a group inside the gate right there.
There is a small gate with also another group, and you are looking at some chairs right here, and the agents used these chairs to sit down. And there is also an armored car not too far away next -- right there, and we have agents stationed there as well.
Q. Now, we were talking about July 6, and of these levels of security. When you got home at 2:00 p.m., were these 30 to 50 members of your husband's security force present?
A. Yes, when I got home I saw everyone.
Q. So, as we look at page 4 of Government Exhibit 102B, did you see the armed forces in the chairs you circled and the other areas you marked on Government Exhibit 102B, page 4?
A. Yes, everybody was at the post.
Q. Now turning to page 9 of Government Exhibit 102B, which has already been admitted into evidence, could you please circle for the members of the jury where those armed forces would be here?
A. (Indicating.)

Q. Let the record reflect the witness has circled the area of page 9 of 102B that includes this patio, covered patio area.
Mrs. Moise, could you describe for the members of the jury where this is at your home on page 9?
A. This is the front of the gate.
Q. So, on July 6, 2021, what time did you go to sleep?
A. I went to sleep around 10:00.
Q. Is that 10:00 p.m.?
A. Yes, 10:00 p.m.
Q. Before you went to sleep at 10:00 p.m., were all of these three levels of security, the 30 to 50 people you mentioned, were they present?
A. I don't know because I didn't verify their presence before going to bed because usually everybody is there.
Q. So were they supposed to be there as you know it?
A. Yes, they were supposed to be there.
Q. All right. So you go to bed at 10:00 p.m.
Did your husband go to bed with you?
A. No, he didn't go to bed with me. He was working -- he was at his desk in the room, in the bedroom, and he was working.
Q. And I want to now turn to July 7th, 2021. As you are sleeping after going to bed at 10:00 p.m., what time were you awakened?
A. Around 1 o'clock in the morning I was awakened by gunfire.
Q. Where was President Moise as you are awakened by gunfire at

1:00 a.m.?
A. When I woke up and I was awakened, he was next to me in bed.
Q. And at this point at 1:00 a.m. when you are awakened, is the president awake or asleep?
A. He was awake. The gunfire woke him up as well.
Q. How are you feeling at this point?
MR. HOWARD: Objection. Relevance.
THE COURT: Overruled.
BY MS. PHENELUS:
Q. How were you feeling?
A. I was very afraid. I was in shock as well by so many gunshots.
Q. And as you turned and looked at your husband after being awakened by these, the gunfire, how did they appear?
A. I look in his eyes and I saw the same feelings. He was in shock. He could not understand what was going on.
Q. So what did he say to you?
A. I woke up and I said, "Honey, what's going on? What happened?"
He said, "Honey, we are dead."
Q. What happened next?
A. After that I crawl on all four, went to see where the children were because I was trying to avoid them from coming up to see what was going on. Gunfire was very heavy. I didn't

want them to get shot while they were coming up.
Q. You mentioned you are on all fours on your hands and knees, is that what you are saying?
A. Yes, that's it.
Q. Why are you crawling on your hands and knees as you go to check on your children?
A. Gunfire, gunshot. It was a lot. I was on all four crawling. I was trying to avoid getting hit to go check on my kids.
Q. So, did you ultimately make it upstairs?
A. Eventually I went down the stairs. When I passed by Jomarlie's room, I saw that the door was open. I understood that she was at her brother's room. When I got there, they were both there.
Q. Mrs. Moise, earlier you talked about your two kids and you mentioned the name Jomarlie just now.
Who is Jomarlie?
A. Jomarlie is my first born.
Q. How old was she at the time?
A. She was 25 years old.
Q. So, you don't see your daughter when you go check on her while the gunfire is occurring. Where do you go next?
A. I realized that her door was open and she wasn't there, so I went to her brother's room. I went to Jovenel's room.
Q. So your son, his name is Jovenel?

A. Yes, Jovenel.
Q. How old was he at the time? How old was he at the time?
A. Twenty-four.
Q. All right. When you go to your son's room, do you see the both of them there, your son and daughter?
A. Yes, they were both there along with one of the dogs.
Q. Okay. What happened when you go into the room and you see them?
A. I instructed them to go to the bathroom because the bathroom had no windows. I asked them to stay there, and I asked them to also place their hands on the dog's mouth like to muzzle him to avoid them getting shot. And I told them I could not stay with them any longer because this was a very difficult situation and I could not leave the father by himself. I told them that I was going back up and I will be back to check on them.
Q. So, after you go and you check on your children and you go back upstairs, could you talk to us about what you were hearing as you go back upstairs?
A. I heard a lot of gunfire. And the same way I went down is the same way I went back up, lots of gunfire.
Q. When you say "same way," is that on all fours as you described it earlier?
A. Yes.
Q. What happened when you got back upstairs to your husband?

A. When I got there, he was laying down on the other side of the bed. I asked him if he called -- if he had called anyone. He said I called Dimitri. He called Civil, and he also called Leon Charles, and they said that they were on their way.

He said, do just like I did, just lay down on the other side of the bed to prevent myself from getting hit by stray bullets.

Q. Okay. I want to go back for a moment. You mentioned some names.

Could you tell us who, very briefly, who these people are that President Moise said he called?

A. He called three people, Dimitri Herard, who is the one in charge of USGPN. He said that he also called Jean Laguel Civil. He is the commander of USP and also the three units. And he also reached out to Leon Charles, who was the chief of police at the time.

Q. Now, the Dimitri Herard you just mentioned, was that who was depicted on Exhibit 39 that we saw earlier, the head of USGPN?

A. Yes.

Q. You mentioned, Mrs. Moise, that when you go upstairs he is lying on one side and instructs you to go on the other.

I am now showing you what's been marked for identification only as pages 83 and 88 of Government Exhibit 102B.

Mrs. Moise, what are pages 83 and 88 of Government

Exhibit 102B?
A. This is the bedroom that I shared with Joe.
Q. Does this fairly and accurately depict the bedroom that you shared with President Moise or Joe, as you referred to him, as you recall in 2021?
A. Yes.
MS. PHENELUS: Your Honor, the Government moves to admit into evidence pages 83 and 88 of Government Exhibit 102B.
MR. HOWARD: No objection, Your Honor.
THE COURT: 83 and 88 are now admitted from 102B.
MS. PHENELUS: Permission to publish.
(Government Exhibit 83 and 88 were received in evidence.)
BY MS. PHENELUS:
Q. Now, I am first showing you page 88 of Exhibit 102B. Could you tell us what this side of the room is?
A. This is where I found the president laying down.
Q. Could you please circle for the members of the jury where President Moise was laying down when you went back upstairs?
A. (Indicating.)
Q. Let the record reflect the witness has circled the right portion of the bed where the bloodstains are.
Mrs. Moise, he then instructed you to or advised you to go to the other side. Why were you going to the other side of the bed?
A. So the mattress on the bed could protect us against stray

bullets.
Q. I am showing you exhibit Government Exhibit 83 of 102B already admitted into evidence. Could you circle where you went in order to avoid the stray bullets with the mattress?
A. On that side.
Q. Let the record reflect that is the left side of the bed.
Mrs. Moise, as you are trying to use the mattress as cover, are you all the way under the bed?
A. No, the bed was very low.
Even though Joe told me to try to go under the bed, I told him that the bed was too low for me to get underneath it. He told me to do what I could so I could enter, you know, even partially. Whatever I could, I could put under the bed to go ahead and enter it because he said that way we could wait. The people were on the way to save us.
Q. Do you know how much or how far under the bed you were able to fit, if you remember?
A. It's not that I can't recall, but I cannot determine what part of my body stayed outside. I did the best that I could to at least squeeze my head underneath and also this part, the shoulder, and this side also went in.
Q. When you say, "this side," are you referring to your right side?
A. Yes, I am referring to my right side.
Q. Could you explain to the members of the jury how you were

laying?
A. I laid on my stomach, and I placed my head on one side under the bed as much as I could.
Q. Mrs. Moise, you are hearing this gunfire and you are trying to use the mattress as cover.
Do people eventually come into your room?
A. Yes, people came in because I heard a loud of noise like the door went bow, and I felt my body going like this under the bed.
THE COURT: Counsel, it's 2 o'clock. Is this a good time to break for the day?
MS. PHENELUS: This is, Your Honor, thank you.
THE COURT: Ladies and gentlemen, I know we just started, but I promised you the shorter schedules on Tuesdays and Thursdays. So tomorrow please be here before 9 o'clock.
Our start time tomorrow is the normal start time, so be here before 9:00 so we can get started at 9 o'clock. You will have a midmorning break, one hour for lunch, midafternoon break, and we will be done by 4:30.
Remember, do not speak to anybody about the case. Do not speak to each other about it, and please do not look anything up and refrain from looking up anything or reading about the case.
Have a good evening and we will see you tomorrow morning.

COURT SECURITY OFFICER: All rise for the jury.

(Jury out at 2:04 p.m)

THE COURT: All right. Everyone can be seated.

Ma'am, we will resume your testimony tomorrow at 9:00 in the morning.

THE WITNESS: Okay. No problem.

THE COURT: You are excused for the day.

You won't be able during the evening or this recess to speak to any lawyers in the case. You cannot speak to anyone, actually, about your testimony.

Please be here early so we can resume at 9 o'clock.

(Witness Excused.)

THE INTERPRETER: Your Honor, from the interpreters, we are having trouble hearing you.

THE COURT: Yeah, I don't know why my microphone is way low. It's on but -- it's working now. Sorry about that.

It's the -- the green light was on, but I'm not sure what was going on with the volume.

All right. Anything on behalf of the United States before we recess for the afternoon?

MR. WU: Just a minor point, Your Honor. We were talking with Defendant Ortiz's team, and we were planning on ordering daily transcripts. I think they indicated a willingness of the defense to share cost with us. I think that may be a CJA matter, but we just wanted to highlight that for

the Court's attention.

THE COURT: Okay. We have had a kind of a switch in terms of the who the court reporters are because Vernita is not going to be able to transcribe most of this trial. So, if it's going to be a shared expense I don't have any issue with it.

Work it out with the court reporter.

All right. Thank you very much.

MR. DO CAMPO: Nothing from us, Judge.

THE COURT: Anything on behalf of Mr. Intriago?

MR. PEREZ: No, Judge.

THE COURT: Veintemilla?

MS. DESCALZO: No, Your Honor.

THE COURT: Mr. Solages.

MR. FRIEDMAN: No, Your Honor.

THE COURT: When are we going to work on the stipulations and the issue of travel? Is that something we can take up tomorrow at some point?

MR. MCLAUGHLIN: Yes, Judge.

THE COURT: I don't think that's going to come up tomorrow.

Now, the autopsy pictures can come up tomorrow. Where are we on that?

MR. MCLAUGHLIN: We have edited those out consistent with what the Court wanted. We have provided the new versions to the Court and the defense. I don't think it's an issue

anymore.

THE COURT: You provided me another copy how?

MR. MCLAUGHLIN: We provided a hard drive with all the trial exhibits, Judge.

THE COURT: So in that hard drive is the edited ones?

MR. MCLAUGHLIN: Yes.

THE COURT: Okay. All right.

MR. MCLAUGHLIN: Judge, one more issue, we provided the defense witnesses 6 through 10. We will do that for the Court. We will also put our expected length on there. We will do it by the end of business day.

We just want the Court to know we have provided that information to the defense.

THE COURT: All right. So you will send me the e-mail with the times you already disclosed?

MR. MCLAUGHLIN: Yes.

(Proceedings were adjourned at 2:07 p.m.)

C E R T I F I C A T E

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

March 31, 2026
DATE

/s/Patricia Diaz
PATRICIA DIAZ, FCRR, RPR, FPR
Official Court Reporter
United States District Court
400 North Miami Avenue, 11th Floor
Miami, Florida 33128
(305) 523-5178

## /

**/s/Patricia** [1] - 36:9

## 1

**1** [4] - 1:9, 2:8, 15:24, 25:24
**10** [2] - 1:5, 35:9
**101** [3] - 1:15, 2:5, 2:17
**101A** [10] - 4:10, 18:3, 18:4, 18:10, 18:15, 18:22, 19:3, 22:11, 22:17, 22:18
**102B** [18] - 4:11, 23:5, 23:7, 23:14, 23:16, 23:23, 23:24, 24:1, 24:17, 24:19, 24:21, 25:2, 29:24, 30:1, 30:8, 30:10, 30:14, 31:2
**104A** [5] - 4:8, 6:23, 6:25, 7:6, 7:10
**10:00** [6] - 25:7, 25:8, 25:9, 25:10, 25:17, 25:22
**1100** [1] - 2:2
**11200** [1] - 1:15
**11th** [2] - 2:24, 36:11
**130** [1] - 2:12
**15** [1] - 4:9
**150** [2] - 1:24, 2:14
**1500** [1] - 2:17
**17** [1] - 4:10
**1900** [1] - 2:20
**1:00** [2] - 26:1, 26:4
**1:03** [1] - 1:6
**1:05** [1] - 5:23

## 2

**2** [1] - 32:10
**20** [1] - 4:10
**2015** [7] - 11:10, 11:20, 11:21, 11:22, 11:23, 11:24, 12:17
**2016** [5] - 12:17, 12:19, 12:21, 13:10, 13:11
**2017** [3] - 7:14, 12:24, 13:3
**2019** [1] - 15:2
**2021** [13] - 7:14, 7:23, 13:9, 13:15, 13:22, 14:10, 15:4, 15:6, 15:17, 17:19, 25:6, 25:21, 30:5
**2022** [2] - 13:5, 13:7
**2026** [2] - 1:5, 36:9
**20530** [1] - 1:18
**20th** [1] - 1:15
**22** [1] - 4:11
**22-CR-20104-JB** [1] - 1:2
**23** [1] - 9:15
**24** [1] - 9:15
**25** [2] - 2:2, 27:20
**25th** [1] - 7:23
**29** [2] - 4:11, 9:13
**2:00** [2] - 17:21, 24:14
**2:04** [1] - 33:2
**2:07** [2] - 1:6, 35:17
**2nd** [1] - 1:24

## 3

**30** [4] - 7:24, 22:6, 24:14, 25:11
**305** [2] - 2:25, 36:12
**31** [1] - 36:9
**32** [1] - 15:24
**33128** [3] - 2:9, 2:25, 36:12
**33131** [3] - 1:25, 2:2, 2:15
**33132** [2] - 1:16, 1:21
**33134** [1] - 2:6
**33181** [1] - 2:20
**33301** [1] - 2:18
**33418** [1] - 2:12
**35** [1] - 1:9
**39** [9] - 4:10, 20:14, 20:15, 20:20, 20:24, 21:1, 21:4, 21:6, 29:18
**3rd** [1] - 2:17

## 4

**4** [8] - 23:4, 23:6, 23:14, 23:20, 23:23, 24:1, 24:17, 24:19
**40** [1] - 2:8
**400** [2] - 2:24, 36:11
**459** [1] - 2:20
**4:30** [1] - 32:19
**4th** [1] - 1:21

## 5

**50** [3] - 22:6, 24:14, 25:11
**523-5178** [2] - 2:25, 36:12

## 6

**6** [7] - 4:4, 4:8, 17:19, 19:5, 24:13, 25:6, 35:9
**600** [1] - 2:14
**602** [1] - 1:24

## 7

**7108** [1] - 2:12
**7th** [2] - 7:14, 25:21

## 8

**83** [7] - 4:11, 29:24, 29:25, 30:8, 30:10, 30:12, 31:2
**88** [7] - 4:11, 29:24, 29:25, 30:8, 30:10, 30:12, 30:14

## 9

**9** [12] - 4:9, 23:4, 23:6, 23:14, 23:20, 23:23, 24:21, 25:2, 25:4, 32:15, 32:17, 33:11
**901** [1] - 2:5
**94** [1] - 23:18
**950** [1] - 1:18
**96B-1-32** [1] - 15:23
**96B32** [7] - 4:9, 15:12, 15:13, 15:20, 15:22, 16:1, 16:5
**98** [8] - 4:9, 9:21, 9:22, 10:8, 10:12, 10:13, 10:15, 10:16
**99** [1] - 1:21
**9:00** [2] - 32:17, 33:4

## A

**a.m** [2] - 26:1, 26:4
**able** [4] - 8:15, 31:16, 33:8, 34:4
**above-entitled** [1] - 36:5
**accurate** [1] - 36:4
**accurately** [7] - 7:2, 10:8, 15:16, 18:6, 20:20, 23:10, 30:3
**activity** [1] - 7:18
**adjourned** [1] - 35:17
**admit** [7] - 7:5, 10:11, 15:19, 18:9, 20:23, 23:13, 30:8
**ADMITTED** [1] - 4:7
**admitted** [12] - 7:9, 10:6, 10:15, 16:3, 16:7, 18:12, 21:1, 22:10, 23:23, 24:22, 30:10, 31:3
**admitting** [1] - 23:19
**advised** [1] - 30:22
**afraid** [1] - 26:12
**AFTERNOON** [1] - 1:8
**afternoon** [1] - 33:20
**agents** [2] - 24:9, 24:11
**agriculture** [3] - 8:24, 8:25, 9:8
**ahead** [2] - 14:24, 31:14
**alive** [1] - 7:24
**allow** [1] - 17:4
**ALOE** [1] - 2:11
**ALTANESE** [1] - 1:20
**Amaza** [1] - 21:10
**AMERICA** [1] - 1:4
**amount** [1] - 22:5
**ANDREW** [1] - 1:17
**angle** [1] - 10:4
**anniversary** [1] - 7:23
**answer** [1] - 21:24
**ANTONIO** [1] - 1:7
**appear** [1] - 26:15
**APPEARANCES** [1] - 1:13
**ARCANGEL** [1] - 1:7
**area** [4] - 22:20, 23:1, 25:1, 25:2
**areas** [1] - 24:19
**armed** [7] - 19:17, 22:7, 22:8, 24:5, 24:18, 24:23
**armored** [1] - 24:10
**arrest** [11] - 15:4, 15:7, 15:9, 15:14, 15:15, 15:16, 16:13, 16:15, 17:1, 17:9, 17:13
**asleep** [1] - 26:5
**assassinated** [2] - 6:17, 9:14
**assassination** [2] - 14:14, 16:25
**ASSOCIATES** [1] - 2:5
**attacked** [1] - 19:10
**attempt** [6] - 13:14, 13:21, 14:4, 14:10, 15:2, 16:25
**attempted** [3] - 13:25, 14:11, 14:14
**attention** [1] - 34:1
**ATTORNEY'S** [2] - 1:15, 1:20
**au** [2] - 8:5, 10:20
**autopsy** [1] - 34:21
**available** [1] - 7:21
**Avenue** [7] - 1:18, 1:24, 2:2, 2:14, 2:17, 2:24, 36:11
**avoid** [4] - 26:24, 27:8, 28:12, 31:4
**awake** [2] - 26:5, 26:6
**awakened** [6] - 25:23, 25:24, 25:25, 26:2, 26:4, 26:15
**aware** [9] - 13:14, 13:16, 15:4, 16:13, 16:17, 16:24, 17:1, 17:8, 17:13

## B

**B-1-32** [1] - 15:21
**backup** [1] - 19:11
**BARZEE** [1] - 2:7
**bathroom** [2] - 28:9, 28:10
**Beach** [1] - 2:12
**became** [4] - 8:19, 12:22, 13:16, 15:7
**BECERRA** [1] - 1:11
**become** [2] - 8:17, 11:8
**bed** [20] - 25:14, 25:17, 25:18, 25:19, 25:22, 26:3, 29:2, 29:6, 30:21, 30:24, 30:25, 31:6, 31:8, 31:9, 31:10, 31:11, 31:13, 31:16, 32:3, 32:9
**bedroom** [3] - 25:20, 30:2, 30:3
**BEFORE** [1] - 1:11
**began** [2] - 11:12, 11:20
**begin** [2] - 6:7, 11:8
**behalf** [2] - 33:19, 34:9
**belonged** [1] - 9:3
**best** [1] - 31:19
**BETH** [1] - 2:11
**between** [1] - 22:6
**bilingual** [1] - 8:11
**Biscayne** [1] - 2:20
**bloodstains** [1] - 30:21
**blue** [1] - 19:23
**Blvd** [1] - 2:20
**body** [2] - 31:19, 32:8
**born** [5] - 9:18, 9:19, 10:19, 10:20, 27:18

**bottom** [1] - 22:19
**Boulevard** [1] - 2:5
**bow** [1] - 32:8
**break** [3] - 32:11, 32:18, 32:19
**briefly** [1] - 29:10
**BRIGGS** [1] - 1:17
**bring** [1] - 5:22
**brother's** [2] - 27:13, 27:24
**bullets** [3] - 29:7, 31:1, 31:4
**business** [1] - 35:11
**BY** [17] - 2:21, 4:4, 6:9, 7:11, 10:7, 10:17, 16:6, 16:23, 17:6, 17:12, 17:17, 18:16, 21:5, 21:23, 23:25, 26:10, 30:13

## C

**Cabaret** [1] - 14:16
**campaign** [4] - 11:8, 11:10, 11:12, 11:20
**CAMPO** [5] - 1:23, 1:24, 10:3, 10:14, 34:8
**cancel** [2] - 12:6, 12:7
**cancelled** [6] - 11:25, 12:2, 12:17, 13:11, 13:16, 13:17
**cannot** [2] - 31:18, 33:9
**car** [2] - 14:18, 24:10
**care** [1] - 17:25
**carries** [1] - 19:23
**cars** [3] - 14:20, 14:24, 14:25
**case** [3] - 32:20, 32:23, 33:9
**CASE** [1] - 1:2
**CAT** [5] - 19:11, 20:8, 21:8, 21:10
**Center** [1] - 2:8
**certain** [1] - 8:14
**certify** [1] - 36:3
**chairs** [3] - 24:9, 24:10, 24:18
**chaos** [1] - 20:4
**charge** [1] - 29:13
**Charles** [2] - 29:4, 29:15
**check** [5] - 27:6, 27:8, 27:21, 28:15, 28:17
**checkpoints** [2] - 23:8, 23:11
**chef** [1] - 19:6
**chief** [1] - 29:15
**children** [10] - 7:19, 9:10, 9:11, 9:16, 9:17, 17:23, 19:6, 26:24, 27:6, 28:17
**choosing** [1] - 7:18
**CIMO** [4] - 19:22, 19:25, 20:3, 21:15
**circle** [6] - 16:8, 18:17, 18:24, 24:22, 30:17, 31:3
**circled** [8] - 16:11, 18:21, 19:2, 22:16, 22:20, 24:18, 25:1, 30:20
**Civil** [3] - 21:13, 29:3, 29:14
**CJA** [1] - 33:25
**claim** [1] - 13:9
**college** [1] - 8:20
**color** [1] - 19:24
**colored** [2] - 18:23, 19:3
**comfortable** [2] - 7:18, 7:19
**coming** [4] - 14:15, 22:22, 26:24, 27:1
**commander** [1] - 29:14
**compare** [5] - 20:2, 20:3, 21:18, 21:24, 22:1
**completed** [1] - 12:13
**concerning** [1] - 12:9
**consistent** [1] - 34:23
**convoy** [3] - 14:16, 14:19, 14:22
**cook** [1] - 18:1
**copy** [1] - 35:2
**Coq** [1] - 14:1
**Coral** [1] - 2:6
**cost** [1] - 33:24
**Counsel** [1] - 6:7
**counsel** [2] - 15:21, 32:10
**count** [1] - 23:2
**countries** [1] - 9:24
**country** [2] - 10:22, 11:5
**coup** [10] - 13:14, 13:16, 13:21, 13:23, 13:25, 14:4, 14:10, 14:11, 14:14, 15:7
**court** [3] - 5:2, 34:3, 34:6
**Court** [9] - 2:23, 2:23, 5:1, 34:24, 34:25, 35:9, 35:12, 36:10, 36:11
**COURT** [49] - 1:1, 5:3, 5:6, 5:13, 5:16, 5:19, 5:24, 6:2, 6:7, 7:7, 7:9, 10:6, 10:13, 10:15, 15:21, 15:23, 16:1, 16:3, 16:21, 17:3, 17:11, 17:16, 18:12, 18:14, 21:1, 21:3, 21:21, 23:16, 23:19, 23:21, 23:23, 26:9, 30:10, 32:10, 32:13, 33:1, 33:3, 33:7, 33:15, 34:2, 34:9, 34:11, 34:13, 34:15, 34:19, 35:2, 35:5, 35:7, 35:14
**Court's** [1] - 34:1
**Courthouse** [1] - 2:8
**COURTROOM** [2] - 5:2, 6:3
**cover** [2] - 31:7, 32:5
**covered** [1] - 25:2
**crawl** [1] - 26:23
**crawling** [2] - 27:5, 27:8
**cream** [1] - 19:24
**Creole** [1] - 8:12
**cry** [1] - 6:19

## D

**d'etat** [1] - 13:23
**Dabresil** [1] - 14:2
**daily** [1] - 33:23
**danger** [2] - 10:23, 11:2
**DANIELA** [1] - 1:23
**dark** [2] - 18:23, 19:3
**dark-colored** [2] - 18:23, 19:3
**date** [1] - 13:4
**DATE** [1] - 36:10
**daughter** [2] - 27:21, 28:5
**DAVID** [2] - 2:1, 2:1
**DC** [1] - 1:18
**de** [1] - 2:5
**dead** [1] - 26:21
**decided** [5] - 8:23, 12:5, 12:6, 12:10, 12:14
**defend** [1] - 19:13
**Defendant** [1] - 33:22
**DEFENDANT** [5] - 1:23, 2:1, 2:4, 2:10, 2:16
**defendants** [1] - 1:9
**defense** [11] - 5:6, 5:13, 19:10, 20:10, 21:9, 21:11, 22:13, 33:24, 34:25, 35:9, 35:13
**denounced** [1] - 14:7
**DEPARTMENT** [1] - 1:17
**depict** [7] - 7:2, 10:8, 15:16, 18:6, 20:20, 23:10, 30:3
**depicted** [3] - 6:25, 20:15, 29:18
**DEPUTY** [2] - 5:2, 6:3
**DESCALZO** [4] - 2:13, 2:14, 5:10, 34:12
**describe** [1] - 25:3
**described** [1] - 28:23
**desk** [1] - 25:20
**determine** [1] - 31:18
**Diaz** [1] - 36:9
**DIAZ** [2] - 2:22, 36:10
**died** [1] - 11:4
**different** [1] - 22:25
**difficult** [1] - 28:13
**Dimitri** [8] - 20:11, 20:12, 20:16, 20:21, 21:6, 29:3, 29:12, 29:17
**diploma** [1] - 8:18
**DIRECT** [2] - 4:4, 6:8
**disagreement** [1] - 13:6
**disclosed** [1] - 35:15
**District** [2] - 2:23, 36:11
**DISTRICT** [3] - 1:1, 1:1, 1:12
**DIVISION** [1] - 1:2
**DO** [5] - 1:23, 1:24, 10:3, 10:14, 34:8
**dog's** [1] - 28:11
**dogs** [1] - 28:6
**DOJ** [1] - 1:15
**Dominican** [1] - 9:25
**done** [2] - 13:23, 32:19
**door** [3] - 27:12, 27:23, 32:8
**down** [7] - 24:10, 27:11, 28:20, 29:1, 29:5, 30:16, 30:18
**DRAY** [2] - 2:19, 2:19
**drive** [2] - 35:3, 35:5
**Drive** [1] - 2:12
**drying** [1] - 6:21
**duly** [1] - 6:5
**during** [3] - 12:4, 14:13, 33:8
**duties** [2] - 7:16, 7:18

## E

**e-mail** [1] - 35:14
**early** [6] - 13:15, 13:22, 14:10, 15:4, 15:6, 33:11
**edited** [2] - 34:23, 35:5
**eight** [1] - 9:13
**election** [9] - 11:21, 11:23, 12:8, 12:11, 12:15, 12:18, 12:19, 12:21, 13:9
**elections** [4] - 12:1, 12:4, 12:5, 12:17
**EMMANUEL** [2] - 2:4, 2:5
**end** [3] - 11:22, 12:17, 35:11
**ended** [1] - 13:4
**enforcement** [6] - 19:18, 19:25, 20:2, 21:18, 21:25, 22:3
**English** [3] - 8:11, 8:13, 8:14
**enter** [2] - 31:12, 31:14
**entire** [3] - 16:25, 18:17, 18:21
**entitled** [1] - 36:5
**entrance** [2] - 23:3, 24:3
**entry** [2] - 22:22, 23:1
**equivalent** [1] - 20:4
**ESQ** [13] - 1:14, 1:17, 1:19, 1:20, 1:23, 1:23, 2:1, 2:4, 2:7, 2:11, 2:13, 2:16, 2:19
**ETIENNE** [1] - 6:12
**Etienne** [2] - 6:11, 6:12
**evening** [2] - 32:24, 33:8
**eventually** [2] - 27:11, 32:6
**evidence** [17] - 7:6, 7:10, 10:12, 10:16, 15:20, 16:5, 18:10, 18:15, 20:23, 21:4, 22:10, 23:14, 23:24, 24:22, 30:8, 30:12, 31:3
**EXAMINATION** [2] - 4:4, 6:8

**excused** [1] - 33:7
**Excused** [1] - 33:12
**executed** [3] - 17:1, 17:9, 17:14
**exhibit** [1] - 31:2
**Exhibit** [41] - 6:23, 6:25, 7:6, 7:10, 9:21, 9:22, 10:8, 10:12, 10:16, 15:12, 15:13, 15:20, 16:5, 18:3, 18:4, 18:10, 18:15, 18:22, 19:3, 20:14, 20:15, 20:20, 20:24, 21:4, 21:6, 22:11, 22:17, 23:7, 23:14, 23:24, 24:1, 24:17, 24:19, 24:21, 29:18, 29:24, 30:1, 30:8, 30:12, 30:14, 31:2
**EXHIBITS** [1] - 4:6
**exhibits** [1] - 35:4
**expected** [1] - 35:10
**expense** [1] - 34:5
**expert** [1] - 16:20
**explain** [1] - 31:25
**eyes** [1] - 26:16

## F

**face** [1] - 20:18
**faced** [1] - 13:13
**failure** [2] - 13:18, 13:20
**fairly** [7] - 7:2, 10:8, 15:16, 18:6, 20:20, 23:10, 30:3
**Fairway** [1] - 2:12
**family** [1] - 18:19
**far** [2] - 24:11, 31:16
**farm** [3] - 9:2, 9:3, 9:9
**father** [1] - 28:14
**FCRR** [2] - 2:22, 36:10
**February** [3] - 7:14, 12:24, 13:5
**feelings** [1] - 26:16
**fell** [1] - 15:7
**felt** [2] - 7:19, 32:8
**few** [1] - 17:7
**fire** [1] - 14:25
**first** [16] - 5:25, 6:17, 7:15, 7:16, 7:17, 14:10, 14:12, 16:17, 16:24, 17:8, 19:10, 20:7, 20:9, 24:1, 27:18, 30:14
**fit** [1] - 31:17
**five** [2] - 13:2, 13:3
**FL** [1] - 2:20
**Floor** [2] - 2:24, 36:11
**FLORES** [2] - 2:7, 2:7
**FLORIDA** [1] - 1:1
**Florida** [12] - 1:4, 1:16, 1:21, 1:25, 2:2, 2:6, 2:9, 2:12, 2:15, 2:18, 2:25, 36:12
**FOR** [7] - 1:14, 1:23, 2:1, 2:4, 2:10, 2:16, 4:2
**force** [3] - 23:1, 24:5, 24:15
**forces** [2] - 24:18, 24:23
**foregoing** [1] - 36:3
**forgive** [2] - 6:18, 6:21
**former** [1] - 16:17
**Fort** [1] - 2:18
**forty** [1] - 11:1
**forty-two** [1] - 11:1
**four** [4] - 6:20, 26:23, 27:7, 28:3
**fours** [2] - 27:2, 28:22
**FPR** [2] - 2:22, 36:10
**French** [1] - 8:11
**FRIEDMAN** [4] - 2:16, 2:17, 5:8, 34:14
**front** [3] - 22:19, 23:3, 25:5

## G

**Gables** [1] - 2:6
**gallery** [1] - 5:16
**Gardens** [1] - 2:12
**gate** [4] - 24:3, 24:7, 24:8, 25:5
**gentleman** [1] - 17:25
**gentlemen** [1] - 32:13
**GOVERNMENT** [2] - 1:14, 4:2
**government** [9] - 5:3, 5:13, 5:25, 10:11, 15:19, 18:9, 20:23, 23:13, 30:7
**Government** [41] - 6:5, 6:23, 6:25, 7:5, 7:6, 7:10, 9:21, 9:22, 10:8, 10:12, 10:16, 15:12, 15:13, 15:20, 16:5, 18:3, 18:4, 18:10, 18:15, 18:22, 19:3, 20:14, 20:15, 20:20, 20:24, 21:4, 22:11, 22:17, 23:5, 23:6, 23:14, 23:24, 24:1, 24:17, 24:19, 24:21, 29:24, 29:25, 30:8, 30:12, 31:2
**Government's** [1] - 21:6
**GOVERNMENT'S** [1] - 4:6
**graduated** [1] - 8:18
**graduating** [1] - 8:20
**green** [1] - 33:17
**group** [6] - 12:4, 12:6, 19:22, 19:23, 24:7, 24:8
**groups** [1] - 7:20
**gunfire** [10] - 25:24, 25:25, 26:6, 26:15, 26:25, 27:7, 27:22, 28:20, 28:21, 32:4
**gunshot** [1] - 27:7
**gunshots** [1] - 26:13
**guy** [1] - 17:25

## H

**Haiti** [20] - 6:17, 7:13, 7:16, 7:20, 8:6, 8:7, 9:2, 9:17, 9:23, 9:25, 10:2, 10:9, 10:18, 10:24, 11:9, 13:1, 13:13, 16:17, 16:25, 23:11
**Haitian** [1] - 11:15
**hand** [1] - 6:3
**hands** [3] - 27:2, 27:5, 28:11
**hard** [2] - 35:3, 35:5
**head** [11] - 20:9, 20:11, 21:7, 21:8, 21:10, 21:12, 21:13, 29:18, 31:20, 32:2
**heard** [2] - 28:20, 32:7
**hearing** [3] - 28:18, 32:4, 33:14
**heavy** [1] - 26:25
**HECTOR** [1] - 2:7
**Herard** [6] - 20:11, 20:16, 20:21, 21:6, 29:12, 29:17
**hereby** [1] - 36:3
**highlight** [1] - 33:25
**himself** [1] - 28:14
**Hispaniola** [1] - 9:24
**hit** [2] - 27:8, 29:6
**hold** [1] - 5:21
**home** [26] - 17:19, 17:20, 17:22, 18:18, 18:23, 18:25, 19:3, 19:5, 19:6, 19:8, 19:16, 19:18, 20:7, 21:16, 22:3, 22:4, 22:14, 22:18, 22:19, 22:21, 22:22, 23:11, 24:14, 24:16, 25:4
**Honey** [2] - 26:19, 26:21
**Honor** [24] - 5:5, 5:7, 5:8, 5:9, 5:10, 7:8, 10:3, 10:14, 15:24, 16:2, 16:4, 16:19, 18:11, 20:25, 21:19, 23:18, 23:22, 30:7, 30:9, 32:12, 33:13, 33:21, 34:12, 34:14
**HONORABLE** [1] - 1:11
**hour** [1] - 32:18
**house** [7] - 6:17, 17:25, 19:9, 19:20, 23:9, 24:3
**HOWARD** [11] - 2:1, 2:1, 5:7, 7:8, 17:10, 18:11, 20:25, 23:15, 23:22, 26:8, 30:9
**husband** [16] - 7:1, 7:2, 7:12, 9:14, 11:16, 12:19, 13:6, 13:13, 14:4, 14:11, 15:5, 16:18, 18:18, 25:18, 26:14, 28:25
**husband's** [3] - 11:6, 24:5, 24:15

## I

**identification** [6] - 6:23, 9:20, 15:12, 18:3, 20:14, 29:23
**includes** [2] - 22:17, 25:2
**including** [1] - 18:22
**indicated** [1] - 33:23
**Indicating** [5] - 18:20, 19:1, 22:15, 24:25, 30:19
**information** [1] - 35:13
**inside** [1] - 24:7
**instead** [1] - 8:22
**instructed** [2] - 28:9, 30:22
**instructs** [1] - 29:22
**interpretation** [1] - 8:10
**interpreter** [5] - 5:22, 8:13, 8:16, 8:17, 8:19
**INTERPRETER** [1] - 33:13
**interpreters** [2] - 5:19, 33:13
**interpreting** [1] - 8:9
**INTRIAGO** [2] - 1:7, 2:4
**Intriago** [1] - 34:9
**introduce** [1] - 6:10
**invoked** [2] - 5:11, 5:13
**island** [4] - 9:23, 9:25, 10:9
**issue** [4] - 34:5, 34:16, 34:25, 35:8
**issued** [2] - 15:14, 16:16
**issues** [1] - 13:12
**itself** [1] - 14:9

## J

**JACQUELINE** [1] - 1:11
**jail** [1] - 14:8
**jailed** [1] - 14:7
**JAMES** [1] - 1:8
**January** [1] - 7:23
**JARAMILLO** [1] - 1:23
**JASON** [1] - 1:19
**Jean** [3] - 16:12, 21:13, 29:13
**Joe** [8] - 6:18, 15:15, 17:23, 18:5, 18:7, 30:2, 30:4, 31:10
**Jomarlie** [3] - 27:16, 27:17, 27:18
**Jomarlie's** [1] - 27:12
**JONATHAN** [2] - 2:16, 2:17
**Joseph** [1] - 14:2
**Jovenel** [6] - 6:16, 7:1, 8:23, 11:4, 27:25, 28:1
**Jovenel's** [1] - 27:24
**Judge** [8] - 5:15, 14:1, 15:14, 34:8, 34:10, 34:18, 35:4, 35:8
**JUDGE** [1] - 1:12
**judge** [2] - 16:7, 16:9
**judges** [2] - 14:1, 14:5
**judicial** [3] - 13:23, 13:24
**July** [6] - 7:14, 17:19, 19:5, 24:13, 25:6, 25:21
**jury** [13] - 5:21, 6:10, 6:15, 16:8, 20:1,

22:10, 22:12, 24:4, 24:23, 25:3, 30:17, 31:25, 33:1
**JURY** [1] - 1:11
**Jury** [2] - 5:23, 33:2
**JUSTICE** [1] - 1:17

## K

**Kale** [1] - 11:15
**kids** [2] - 27:9, 27:15
**kind** [1] - 34:2
**knees** [2] - 27:2, 27:5
**KUDMAN** [4] - 2:11, 2:11, 17:2, 17:15

## L

**ladies** [1] - 32:13
**lady** [6] - 6:17, 7:15, 7:16, 7:17, 16:17, 16:24
**Laguel** [2] - 21:13, 29:13
**laid** [1] - 32:2
**languages** [1] - 8:10
**Lauderdale** [1] - 2:18
**law** [6] - 19:17, 19:25, 20:2, 21:18, 21:24, 22:3
**LAW** [1] - 2:14
**lawyers** [1] - 33:9
**lay** [1] - 29:5
**laying** [4] - 29:1, 30:16, 30:18, 32:1
**leading** [1] - 21:16
**least** [2] - 7:21, 31:20
**leave** [5] - 10:22, 13:5, 13:7, 13:9, 28:14
**left** [4] - 10:25, 12:13, 22:18, 31:6
**legal** [1] - 8:14
**length** [1] - 35:10
**Leon** [3] - 2:5, 29:4, 29:15
**less** [1] - 14:2
**level** [6] - 19:7, 20:7, 20:8, 20:9, 21:8, 21:11
**levels** [8] - 19:9, 19:17, 20:6, 22:2, 22:13, 22:25, 24:13, 25:11
**life** [6] - 10:2, 10:18, 10:22, 11:2, 14:11, 16:25
**light** [1] - 33:17
**line** [3] - 18:17, 19:10, 22:21
**list** [1] - 15:23
**live** [1] - 10:21
**lived** [2] - 10:2, 10:18
**living** [2] - 10:24, 16:24
**LLP** [1] - 2:11
**located** [2] - 8:4, 19:20
**look** [3] - 24:17, 26:16, 32:21
**looked** [1] - 26:14
**looking** [3] - 24:1, 24:9, 32:22
**loud** [1] - 32:7
**low** [3] - 31:9, 31:11, 33:16
**lower** [1] - 22:18
**lunch** [1] - 32:18
**lying** [1] - 29:22

## M

**M-O-I-S-E** [1] - 6:13
**ma'am** [2] - 6:2, 33:4
**mail** [1] - 35:14
**manager** [1] - 19:6
**March** [2] - 1:5, 36:9
**Marie** [2] - 6:11
**MARIE** [1] - 6:11
**MARISSEL** [1] - 2:13
**mark** [1] - 22:12
**marked** [7] - 6:23, 9:20, 15:11, 18:2, 20:13, 24:19, 29:23
**married** [5] - 7:22, 7:24, 9:6, 9:7, 9:9
**Martelly** [1] - 12:13
**MARTINE** [2] - 6:5, 6:12
**Martine** [5] - 4:3, 6:1, 6:11, 6:12, 6:16
**matter** [2] - 33:25, 36:5
**mattress** [4] - 30:25, 31:4, 31:7, 32:5
**mayors** [1] - 11:24
**MCLAUGHLIN** [10] - 1:14, 5:5, 5:15, 5:18, 34:18, 34:23, 35:3, 35:6, 35:8, 35:16
**mean** [2] - 11:3, 12:2
**means** [1] - 12:4
**measure** [1] - 22:24
**Mecene** [1] - 14:2
**media** [2] - 15:17, 16:14
**meet** [1] - 7:25
**meeting** [1] - 9:5
**members** [13] - 6:10, 6:14, 13:24, 20:1, 22:12, 22:13, 22:25, 24:4, 24:15, 24:23, 25:3, 30:17, 31:25
**mention** [2] - 11:2, 19:25
**mentioned** [14] - 10:18, 11:20, 16:7, 19:5, 20:7, 21:12, 21:14, 21:15, 25:11, 27:2, 27:16, 29:8, 29:17, 29:21
**met** [3] - 8:1, 8:23, 9:7
**MIAMI** [1] - 1:2
**Miami** [12] - 1:4, 1:16, 1:21, 1:25, 2:2, 2:9, 2:15, 2:20, 2:24, 2:25, 36:11, 36:12
**microphone** [1] - 33:15
**midafternoon** [1] - 32:18
**middle** [1] - 18:22
**midmorning** [1] - 32:18
**minor** [1] - 33:21
**minute** [1] - 5:20
**missing** [1] - 5:19
**mission** [1] - 14:15
**Moise** [44] - 4:3, 6:1, 6:11, 6:12, 6:14, 6:16, 6:22, 6:25, 7:1, 7:12, 7:22, 8:12, 9:10, 9:22, 13:14, 14:10, 15:12, 16:7, 16:13, 16:24, 17:13, 18:4, 18:7, 18:17, 18:24, 20:15, 21:6, 22:2, 22:9, 22:20, 23:6, 24:2, 25:3, 25:25, 27:15, 29:11, 29:21, 29:25, 30:4, 30:18, 30:22, 31:7, 32:4
**MOISE** [1] - 6:5
**moment** [1] - 29:8
**monitor** [1] - 10:4
**morning** [3] - 25:24, 32:25, 33:5
**most** [4] - 7:18, 7:19, 7:20, 34:4
**mother** [1] - 9:3
**mouth** [1] - 28:11
**moves** [7] - 7:5, 10:11, 15:19, 18:9, 20:23, 23:13, 30:7
**MR** [28] - 5:5, 5:7, 5:8, 5:9, 5:15, 5:18, 7:8, 10:3, 10:14, 16:19, 17:10, 18:11, 20:25, 21:19, 23:15, 23:22, 26:8, 30:9, 33:21, 34:8, 34:10, 34:14, 34:18, 34:23, 35:3, 35:6, 35:8, 35:16
**MS** [38] - 4:4, 5:10, 6:1, 6:9, 7:5, 7:11, 10:7, 10:11, 10:17, 15:19, 15:22, 15:24, 16:2, 16:4, 16:6, 16:23, 17:2, 17:6, 17:12, 17:15, 17:17, 18:9, 18:13, 18:16, 20:23, 21:2, 21:5, 21:23, 23:13, 23:18, 23:20, 23:25, 26:10, 30:7, 30:11, 30:13, 32:12, 34:12
**multiple** [1] - 14:20
**muzzle** [1] - 28:12

## N

**name** [6] - 6:11, 8:2, 16:9, 16:12, 27:16, 27:25
**named** [1] - 14:5
**names** [2] - 14:1, 29:9
**national** [1] - 19:22
**National** [1] - 20:19
**NE** [1] - 2:17
**need** [1] - 8:15
**needs** [1] - 19:11
**network** [1] - 15:10
**never** [4] - 6:19, 8:18, 8:19, 23:2
**new** [1] - 34:24
**next** [6] - 12:16, 12:19, 24:11, 26:2, 26:22, 27:22
**NO** [1] - 1:2
**Noelcius** [2] - 15:14, 16:12
**noise** [1] - 32:7
**none** [1] - 5:18
**normal** [1] - 32:16
**normally** [1] - 22:7
**North** [3] - 2:20, 2:24, 36:11
**Northeast** [1] - 1:21
**Northwest** [2] - 1:18, 2:8
**nothing** [1] - 34:8
**number** [1] - 22:5
**NW** [1] - 1:15

## O

**o'clock** [5] - 25:24, 32:10, 32:15, 32:17, 33:11
**objection** [16] - 7:7, 7:8, 10:13, 10:14, 16:3, 16:19, 17:2, 17:10, 17:15, 18:11, 20:25, 23:15, 23:21, 23:22, 26:8, 30:9
**Objection** [1] - 21:19
**objections** [2] - 16:21, 21:21
**occurring** [1] - 27:22
**OF** [3] - 1:1, 1:4, 1:17
**office** [5] - 12:23, 13:3, 13:7, 13:9, 16:18
**OFFICE** [2] - 1:15, 1:20
**OFFICER** [1] - 33:1
**officers** [1] - 14:24
**Official** [1] - 36:10
**official** [1] - 2:23
**old** [6] - 9:12, 9:14, 27:19, 27:20, 28:2
**once** [3] - 9:9, 12:17, 13:16
**one** [12] - 5:10, 9:7, 9:15, 13:8, 14:15, 21:12, 28:6, 29:12, 29:22, 32:2, 32:18, 35:8
**ones** [2] - 23:19, 35:5
**open** [2] - 27:12, 27:23
**opposition** [3] - 11:17, 11:18, 13:8
**option** [1] - 7:17
**Order** [1] - 5:1
**order** [1] - 31:4
**ordering** [1] - 33:23
**ORLANDO** [1] - 1:23
**ORTIZ** [3] - 1:7, 1:23, 2:1
**Ortiz's** [1] - 33:22
**outside** [2] - 5:12, 31:19
**overruled** [2] - 21:22, 26:9

## P

**P.A** [7] - 1:24, 2:1, 2:5, 2:7, 2:14, 2:17, 2:19
**p.m** [11] - 1:6, 5:23, 24:14, 25:8, 25:9, 25:10, 25:17, 25:22, 33:2, 35:17
**PAGE** [1] - 4:2

**page** [7] - 24:1, 24:17, 24:19, 24:21, 25:2, 25:4, 30:14
**Pages** [1] - 1:9
**pages** [9] - 23:4, 23:6, 23:14, 23:16, 23:20, 23:23, 29:24, 29:25, 30:8
**Palace** [1] - 20:19
**Palm** [1] - 2:12
**parliament** [1] - 12:14
**part** [9] - 11:11, 11:16, 12:9, 13:11, 13:21, 13:25, 17:20, 31:19, 31:20
**partially** [1] - 31:13
**parties** [1] - 11:17
**party** [2] - 11:11, 11:16
**Party** [1] - 11:15
**pass** [1] - 19:19
**passed** [1] - 27:11
**patio** [2] - 25:2
**PATRICIA** [2] - 2:22, 36:10
**PATRICK** [2] - 2:19, 2:19
**Pennsylvania** [1] - 1:18
**Penthouse** [1] - 2:8
**people** [13] - 5:16, 11:18, 12:5, 14:3, 14:20, 14:23, 15:1, 25:11, 29:10, 29:12, 31:15, 32:6, 32:7
**PEREZ** [6] - 2:4, 2:5, 5:9, 16:19, 21:19, 34:10
**permission** [5] - 7:6, 10:12, 15:20, 18:13, 21:2
**Permission** [1] - 30:11
**PHENELUS** [35] - 1:20, 4:4, 6:1, 6:9, 7:5, 7:11, 10:7, 10:11, 10:17, 15:19, 15:22, 15:24, 16:2, 16:4, 16:6, 16:23, 17:6, 17:12, 17:17, 18:9, 18:13, 18:16, 20:23, 21:2, 21:5, 21:23, 23:13, 23:18, 23:20, 23:25, 26:10, 30:7, 30:11, 30:13, 32:12
**phonetic)** [1] - 21:10
**PHTK** [3] - 11:13, 11:14, 11:16
**pictures** [1] - 34:21
**place** [4] - 13:10, 19:15, 19:20, 28:11
**placed** [2] - 24:6, 32:2
**Plaintiff** [1] - 1:5
**planning** [1] - 33:22
**plantains** [1] - 9:1
**planted** [1] - 9:1
**point** [4] - 26:4, 26:7, 33:21, 34:17
**police** [3] - 14:24, 19:22, 29:16
**political** [2] - 11:11, 11:16
**Ponce** [1] - 2:5
**Port** [2] - 8:5, 10:20
**Port-au-Prince** [2] - 8:5, 10:20
**portion** [6] - 12:7, 15:25, 18:22, 22:17, 22:18, 30:21
**position** [1] - 19:14
**POSNER** [1] - 2:11
**post** [1] - 24:20
**posts** [2] - 19:19, 19:21
**power** [3] - 12:13, 13:5, 13:10
**practiced** [2] - 8:18, 8:19
**presence** [1] - 25:13
**present** [6] - 14:13, 14:17, 19:17, 19:21, 24:15, 25:12
**presidency** [1] - 11:7
**president** [13] - 7:12, 9:5, 11:8, 12:22, 12:25, 13:8, 13:10, 13:13, 16:18, 17:8, 17:9, 26:5, 30:16
**President** [9] - 7:22, 9:10, 12:13, 13:14, 18:7, 25:25, 29:11, 30:4, 30:18
**presidential** [3] - 11:25, 12:11, 12:15
**PRETEL** [1] - 1:7
**prevent** [1] - 29:6
**Prince** [2] - 8:5, 10:20
**Privert** [1] - 12:14
**problem** [1] - 33:6
**problems** [1] - 7:20
**proceed** [1] - 5:4
**Proceedings** [1] - 35:17
**proceedings** [1] - 36:4
**programs** [1] - 7:21
**promised** [2] - 6:18, 32:14
**property** [2] - 18:17, 22:21
**protect** [1] - 30:25
**provide** [1] - 19:12
**provided** [5] - 34:24, 35:2, 35:3, 35:8, 35:12
**public** [1] - 15:7
**publicized** [1] - 15:5
**publish** [9] - 7:6, 7:9, 10:12, 10:15, 15:20, 18:13, 18:14, 21:2, 30:11
**published** [1] - 22:10
**put** [3] - 15:5, 31:13, 35:10
**putting** [1] - 19:14

## Q

**qualified** [1] - 16:20
**quash** [1] - 20:5
**questions** [1] - 17:7
**Quisqueya** [1] - 8:3

## R

**raise** [2] - 6:3, 9:16
**raised** [1] - 9:17
**reached** [1] - 29:15
**reading** [1] - 32:22
**ready** [1] - 5:3
**realized** [1] - 27:23
**received** [7] - 7:10, 10:16, 16:5, 18:15, 21:4, 23:24, 30:12
**recess** [2] - 33:8, 33:20
**record** [10] - 5:25, 15:21, 16:11, 18:21, 18:24, 19:2, 22:16, 25:1, 30:20, 31:6
**referred** [1] - 30:4
**referring** [6] - 12:12, 13:17, 13:19, 14:19, 31:22, 31:24
**reflect** [7] - 16:11, 18:21, 19:2, 22:16, 25:1, 30:20, 31:6
**refrain** [1] - 32:22
**relates** [1] - 22:21
**released** [1] - 14:9
**relevance** [1] - 26:8
**remain** [1] - 14:8
**remember** [5] - 18:7, 20:21, 23:11, 31:17, 32:20
**removed** [1] - 16:18
**REPORTED** [1] - 2:21
**reporter** [1] - 34:6
**Reporter** [2] - 2:23, 36:10
**reporters** [1] - 34:3
**representatives** [2] - 11:24, 12:9
**represents** [1] - 9:24
**Republic** [1] - 9:25
**residence** [3] - 18:5, 18:6, 22:23
**responsible** [3] - 19:14, 20:18, 21:14
**result** [4] - 11:23, 12:16, 12:21, 14:4
**results** [1] - 11:24
**resume** [2] - 33:4, 33:11
**returned** [1] - 14:25
**rise** [2] - 5:2, 33:1
**road** [2] - 11:6, 21:16
**Roger** [1] - 16:12
**roof** [2] - 18:23, 19:4
**room** [9] - 25:20, 27:12, 27:13, 27:24, 28:4, 28:7, 30:15, 32:6
**RPR** [2] - 2:22, 36:10
**rule** [2] - 5:11, 5:14
**run** [1] - 12:19

## S

**safe** [2] - 11:5, 19:15
**save** [1] - 31:15
**saw** [10] - 15:8, 15:10, 15:17, 16:14, 16:15, 16:16, 24:16, 26:16, 27:12, 29:18
**schedules** [1] - 32:14
**SE** [3] - 1:24, 2:2, 2:14
**SEAN** [1] - 1:14
**seated** [2] - 5:24, 33:3
**second** [2] - 20:8, 21:8
**Second** [2] - 2:2, 2:14
**Secret** [1] - 22:1
**SECURITY** [1] - 33:1
**security** [14] - 19:7, 19:9, 19:17, 20:6, 20:18, 22:2, 22:24, 23:1, 23:8, 23:10, 24:5, 24:14, 24:15, 25:11
**see** [10] - 10:4, 15:9, 16:8, 24:18, 26:23, 26:25, 27:21, 28:4, 28:7, 32:24
**seeing** [1] - 24:2
**senators** [2] - 11:25, 12:10
**send** [1] - 35:14
**serve** [1] - 7:12
**Service** [1] - 22:1
**services** [1] - 8:12
**session** [1] - 5:2
**SESSION** [1] - 1:8
**share** [5] - 6:14, 9:10, 9:24, 20:1, 33:24
**shared** [6] - 18:5, 18:7, 18:18, 30:2, 30:4, 34:5
**shock** [2] - 26:12, 26:17
**shorter** [1] - 32:14
**shot** [8] - 11:4, 14:16, 14:19, 14:20, 14:22, 15:1, 27:1, 28:12
**shoulder** [1] - 31:21
**show** [3] - 6:22, 22:9, 24:4
**showing** [8] - 9:20, 15:11, 18:2, 20:13, 23:4, 29:23, 30:14, 31:2
**side** [13] - 29:1, 29:6, 29:22, 30:15, 30:23, 31:5, 31:6, 31:21, 31:22, 31:23, 31:24, 32:2
**similar** [1] - 21:16
**sit** [1] - 24:10
**situation** [1] - 28:14
**sleep** [3] - 25:6, 25:7, 25:10
**sleeping** [1] - 25:22
**small** [1] - 24:8
**social** [3] - 15:10, 15:17, 16:14
**SOLAGES** [2] - 1:8, 2:16
**Solages** [1] - 34:13
**sometime** [1] - 14:9
**son** [2] - 27:25, 28:5
**son's** [1] - 28:4
**soon** [1] - 9:6
**sorry** [1] - 33:16
**SOUTHERN** [1] - 1:1
**speaking** [2] - 16:21, 21:21
**specify** [1] - 11:3
**speculation** [1] - 21:20
**squeeze** [1] - 31:20

**stairs** [1] - 27:11
**stand** [2] - 6:2, 11:14
**start** [2] - 32:16
**started** [6] - 9:4, 9:8, 9:9, 11:10, 32:14, 32:17
**States** [5] - 2:23, 6:1, 20:2, 33:19, 36:11
**STATES** [5] - 1:1, 1:4, 1:12, 1:15, 1:20
**stationed** [1] - 24:11
**stay** [2] - 28:10, 28:13
**stayed** [1] - 31:19
**STENOGRAPHICALLY** [1] - 2:21
**still** [3] - 5:19, 7:23, 10:21
**stipulations** [1] - 34:16
**stomach** [1] - 32:2
**stray** [3] - 29:6, 30:25, 31:4
**Street** [3] - 1:15, 1:21, 2:8
**studied** [1] - 8:9
**study** [1] - 8:8
**subpart** [1] - 15:25
**success** [1] - 13:18
**Suite** [8] - 1:15, 1:24, 2:2, 2:5, 2:12, 2:14, 2:17, 2:20
**supposed** [3] - 13:5, 25:15, 25:16
**surrounding** [1] - 22:14
**survived** [1] - 15:2
**sustained** [3] - 16:22, 17:11, 17:16
**SWAT** [2] - 20:4, 21:17
**switch** [1] - 34:2
**sworn** [3] - 6:2, 6:4, 6:5
**system** [3] - 13:23, 13:24, 14:9

## T

**TAMA** [1] - 2:11
**Team** [5] - 19:11, 19:12, 20:8, 21:8, 21:10
**team** [5] - 19:25, 20:4, 21:15, 21:17, 33:22
**term** [3] - 12:13, 12:25, 13:1
**terms** [2] - 8:14, 34:3
**testimony** [2] - 33:4, 33:10
**THE** [54] - 1:11, 1:14, 4:2, 5:3, 5:6, 5:13, 5:16, 5:19, 5:24, 6:2, 6:6, 6:7, 7:7, 7:9, 10:6, 10:13, 10:15, 15:21, 15:23, 16:1, 16:3, 16:21, 17:3, 17:5, 17:11, 17:16, 18:12, 18:14, 21:1, 21:3, 21:21, 23:16, 23:19, 23:21, 23:23, 26:9, 30:10, 32:10, 32:13, 33:3, 33:6, 33:7, 33:13, 33:15, 34:2, 34:9, 34:11, 34:13, 34:15, 34:19, 35:2, 35:5, 35:7, 35:14
**therefore** [1] - 8:15
**Third** [1] - 2:8
**third** [2] - 20:8, 21:11
**THOMAS** [1] - 1:14
**THORNTON** [1] - 1:24
**three** [11] - 14:2, 19:9, 19:16, 20:6, 21:14, 22:2, 22:13, 23:2, 25:11, 29:12, 29:14
**Thursdays** [1] - 32:15
**today** [3] - 8:12, 9:12, 10:21
**tomorrow** [7] - 32:15, 32:16, 32:24, 33:4, 34:17, 34:20, 34:21
**took** [3] - 13:3, 13:9, 13:25
**tough** [1] - 22:24
**towards** [1] - 22:19
**TRACHTEN** [1] - 2:11
**transcribe** [1] - 34:4
**transcription** [1] - 36:4
**transcripts** [1] - 33:23
**travel** [1] - 34:16
**trees** [2] - 18:22, 22:17
**TRIAL** [1] - 1:11
**trial** [2] - 34:4, 35:4
**trouble** [1] - 33:14
**try** [1] - 31:10
**trying** [4] - 26:24, 27:8, 31:7, 32:4
**Tuesdays** [1] - 32:14
**turn** [2] - 20:6, 25:21
**turned** [1] - 26:14
**turning** [2] - 15:4, 24:21
**twenty** [2] - 9:13, 28:3
**twenty-eight** [1] - 9:13
**twenty-four** [1] - 28:3
**two** [10] - 6:18, 7:20, 7:25, 9:11, 9:24, 11:1, 15:2, 19:19, 19:21, 27:15
**typically** [3] - 22:13, 23:1, 24:6
**Tèt** [1] - 11:15

## U

**U.S** [4] - 1:17, 21:17, 21:18, 21:24
**ultimately** [3] - 8:17, 9:8, 27:10
**unable** [1] - 14:5
**under** [6] - 31:8, 31:10, 31:13, 31:16, 32:3, 32:8
**underneath** [2] - 31:11, 31:20
**understood** [2] - 5:15, 27:12
**uniform** [1] - 19:23
**UNITED** [5] - 1:1, 1:4, 1:12, 1:15, 1:20
**United** [4] - 6:1, 20:2, 33:19, 36:11
**united** [1] - 2:23
**units** [3] - 21:14, 23:2, 29:14
**university** [5] - 8:1, 8:2, 8:8, 8:23, 9:6
**University** [1] - 8:3
**up** [15] - 7:14, 15:5, 22:4, 26:2, 26:6, 26:19, 26:24, 27:1, 28:15, 28:21, 32:22, 34:17, 34:19, 34:21
**upper** [1] - 22:16
**uprising** [1] - 20:4
**upstairs** [6] - 27:10, 28:18, 28:19, 28:25, 29:21, 30:18
**USGPN** [8] - 19:9, 19:11, 20:7, 20:9, 20:11, 21:7, 29:13, 29:19
**USP** [7] - 19:13, 20:8, 21:12, 21:13, 21:18, 21:24, 29:14

## V

**VEINTEMILLA** [2] - 1:8, 2:10
**Veintemilla** [1] - 34:11
**verify** [1] - 25:13
**Vernita** [1] - 34:3
**versions** [1] - 34:24
**visit** [1] - 22:23
**volume** [1] - 33:18
**vs** [1] - 1:6

## W

**wait** [1] - 31:14
**waiting** [2] - 6:19, 6:20
**WALTER** [1] - 1:7
**warrant** [10] - 15:5, 15:7, 15:9, 15:14, 15:16, 16:13, 16:15, 17:1, 17:9, 17:14
**Washington** [1] - 1:18
**Windelle** [1] - 14:1
**willingness** [1] - 33:24
**windows** [1] - 28:10
**witness** [14] - 5:25, 6:5, 6:24, 9:21, 15:11, 16:11, 18:2, 18:21, 19:2, 20:13, 22:16, 23:4, 25:1, 30:20
**Witness** [1] - 33:12
**WITNESS** [3] - 6:6, 17:5, 33:6
**WITNESSES** [1] - 4:2
**witnesses** [3] - 5:11, 5:18, 35:9
**woke** [3] - 26:2, 26:6, 26:19
**women** [1] - 7:19
**WU** [2] - 1:19, 33:21

## Y

**year** [2] - 7:12, 9:7
**years** [8] - 6:18, 6:20, 7:24, 10:24, 11:1, 13:2, 13:3, 27:20
**yourselves** [1] - 6:10
**Yvickel** [1] - 14:1